# EXHIBIT 1

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Ms. Katherine Marcopul
Deputy State Historic Preservation Officer
Mail Code 501-04B
NJ Historic Preservation Office
Department of Environmental Protection
PO Box 420
Trenton, NJ 08625-0420
Phone: (609) 940-4312
Email: NJHPO@dep.nj.gov

   ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation
   of Consultation and Finding of No Historic Properties Affected

Dear Ms. Marcopul:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

GABRIELLE M FERNANDEZ
Digitally signed by GABRIELLE M FERNANDEZ
Date: 2026.01.15 13:16:24 -05'00'

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 2. Project site on USGS topographic map.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 3. Aerial View of Project site.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.