# EXHIBIT 2

*Office of Asset and Facilities Management*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, DC  20536



**U.S. Immigration
and Customs
Enforcement**

February 24, 2026

Commissioner Ed Potosnak
Department of Environmental Protection
401 E. State Street
7th Floor, East Wing
P.O. Box 402
Trenton, NJ  08625-0402

Re: Notification of Change in Ownership, Real Property, Roxbury Township

Dear Commissioner Potosnak:

By this letter the Department of Homeland Security (DHS) wishes to inform the Department of Environmental Protection that it has purchased the real property at 1879 Route 46, Roxbury Township, 08750, also known as 271 King's Highway, Roxbury Township, designated as Lot 1, Block 9501, in the township tax records. This property is encumbered by a conservation easement to the benefit of the Department of Environmental Protection. This easement required that the former owner of the property notify the Department of Environmental Protection one month in advance of a transfer of property ownership both in writing and telephonically. It is not clear whether this occurred, so in the interest of establishing a good working relationship with the Department of Environmental Protection, DHS is now sending this letter via regular mail and facsimile transmission.

Please have your staff contact me directly at tamim.chowdhury@ice.dhs.gov with any questions I could be helpful in answering.

Thank you for your consideration.

Sincerely,

TAMIM
CHOWDHURY

Digitally signed by TAMIM
CHOWDHURY
Date: 2026.02.24 14:30:14
-05'00'

Tamim Chowdhury
Real Estate Contracting Officer