AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey  ⊡

| | |
|---|---|
| State of New Jersey and Township of Roxbury, | ) |
| *Plaintiff* | ) |
| v. | ) Case No.   2:26-cv-2884 |
| U.S. Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

 State of New Jersey                                                                                                      .


Date:     03/20/2026                                      /s/ Shankar Duraiswamy
                                                                    *Attorney's signature*


                                                        Shankar Duraiswamy, NJ 032122005
                                                                 *Printed name and bar number*
                                                           Office of the Attorney General
                                                                    25 Market Street
                                                                   Trenton, NJ 08652


                                                                        *Address*


                                                        Shankar.Duraiswamy@njoag.gov
                                                                   *E-mail address*


                                                               (609) 649-1019
                                                               *Telephone number*


                                                               (609) 292-3508
                                                                  *FAX number*