AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| STATE OF NEW JERSEY, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ) |
| et al.         _Defendant_ | ) |

Case No.     26-2884

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of New Jersey                                                                                          .

Date:     03/23/2026

/s/ Lauren E. Van Driesen
_Attorney's signature_

Lauren E. Van Driesen (201542017)
_Printed name and bar number_

124 Halsey Street, 5th Floor
Newark, NJ 07101

_Address_

lauren.vandriesen@law.njoag.gov
_E-mail address_

(609) 696-5271
_Telephone number_

_FAX number_