AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| State of New Jersey, et al. | ) |
| *Plaintiff* | ) |
| v. | )    Case No.    2:26-cv-2884 |
| U.S. Immigration and Customs Enforcement, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                                                                     .

Date:    03/23/2026                                   /s/ Naima Drecker-Waxman
                                                              *Attorney's signature*

                                             Naima Drecker-Waxman, 518072025
                                                     *Printed name and bar number*
                                             New Jersey Office of the Attorney General
                                                            25 Market Street
                                                             P.O. Box 080
                                                          Trenton, NJ 08652

                                                                 *Address*

                                          Naima.Drecker-Waxman@njoag.gov
                                                           *E-mail address*

                                                          (609) 696-3953
                                                        *Telephone number*

                                                           *FAX number*