**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,

      Plaintiffs,

      v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,

      Defendants.

Hon. Jamel K. Semper, U.S.D.J.

Hon. James B. Clark, U.S.M.J.

Civil Action No.: 26-02884

**NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

**PLEASE TAKE NOTICE** that on May 15, 2026, the undersigned counsel, appearing on Plaintiffs, shall move before this Court for a preliminary injunction order pursuant to Fed. R. Civ. P. 65(a) to enjoin Defendants from proceeding with any construction activities required to build, retrofit, or otherwise convert the warehouse property at 1879 Route 46, Roxbury, New Jersey ("Roxbury Warehouse") into an immigration detention and/or processing facility, and from operating the Roxbury Warehouse as an immigration detention and/or processing facility, during the pendency of this litigation.

**PLEASE TAKE FURTHER NOTICE** that Plaintiffs respectfully seek relief before May 28, 2026, which Defendants have identified as the date on which they

1

may commence the activities that Plaintiffs seek to enjoin. To secure relief by that date, Plaintiffs will promptly submit to the Court a proposed briefing schedule on this motion.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached brief, declarations, and exhibits in support of the motion. A proposed form of Order is submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested.

**WHEREFORE**, Plaintiffs request that the Court enter an order granting its motion for preliminary injunction, and:

(1) Enjoining Defendants from proceeding with any activities to build, retrofit, or otherwise convert the Roxbury Warehouse into an immigration detention and/or processing facility during the pendency of this litigation.

(2) Enjoining Defendants from operating the Roxbury Warehouse as an immigration detention or processing facility during the pendency of this litigation.

(3) Requiring Defendants to file a status report within 48 hours describing all steps Defendants have taken to comply with the Court's Order.

2

Dated: April 7, 2026

Respectfully submitted,

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY


By: /s/ *Lauren E. Van Driesen*
Jeremy M. Feigenbaum
   *Solicitor General*
Shankar Duraiswamy
   *Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Viviana M. Hanley
Kristen D. Heinzerling
Kristina L. Miles
Lauren E. Van Driesen
   *Deputy Attorneys General*

Office of the Attorney General
25 Market Street
Trenton, NJ 08625
Lauren.VanDriesen@law.njoag.gov
(609) 696-5366
*Attorneys for the State of New Jersey*

**MURPHY MCKEON, PC**

By: /s/ *James T. Bryce*

901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
(973) 835-0100
jbryce@murphymckeonlaw.com

*Attorneys for the Township of Roxbury*

3