UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY and TOWNSHIP OF
ROXBURY,

       Plaintiffs,

  v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, *et al.*,

       Defendants.

Hon. Jamel K. Semper, U.S.D.J.
Hon. James B. Clark, U.S.M.J.

Civil Action No.: 26-02884

## DECLARATION OF PAUL W. FERRIERO, P.E.

I, Paul W. Ferriero, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to what is set forth below.

2.     I am the Vice President of Boswell, Inc., a New Jersey based civil engineering design and consulting firm that has been providing civil engineering services to municipalities in the State for over 100 years. I provide civil engineering services as a consultant for the Township of Roxbury.  In this capacity, I have been involved in site plan review for the Township's Planning Board and Board of Adjustment since 2006. I have also been retained by the Township to assist in the delineation and modifications to areas in the Township to be served by public sanitary sewer.

3.     I have reviewed the site plan application for the original construction of a warehouse located at 1879 Route 46 within the Township of Roxbury ("Roxbury Warehouse").

1

My review has encompassed the various submissions for water and sewer utilities, as well as a traffic impact analysis, that were submitted with that application.

4.      I submit this Declaration in support of the Plaintiffs' Motion for a Preliminary Injunction relating to the decision of the Defendants to establish a large-scale immigration detention facility at the Roxbury Warehouse.

5.      This Declaration is based on my review of factual information provided to me by the Township of Roxbury and the Borough of Netcong and analyses undertaken by my staff at my direction using well-established methodologies for calculating sewer line capacity.

### Sewer System Impacts

6.      The Roxbury Warehouse is a 470,444 square-foot, vacant industrial warehouse located at 1879 Route 46 within the Township of Roxbury. It is largely comprised of a single large room with concrete floors. It currently has 4 toilets, 1 urinal, and 7 sinks.

7.      The most recent water quality management plan for the Roxbury Warehouse site, a Sewage Transmission Agreement between the prior warehouse owners and the Borough of Netcong, and a sanitary sewer agreement between the Borough of Netcong and Township of Roxbury, all provide for a wastewater discharge from the Roxbury Warehouse of no more than 11,700 gallons per day.

8.      Additionally, the New Jersey Department of Environmental Protection (NJDEP) issued a Treatment Works Approval in 2022 that authorized a sewer allocation for the warehouse, that allows for a maximum flow of 11,700 gallons of wastewater per day.

9.      Pursuant to N.J. Admin. Code § 7:14A-23.3(a), if the Roxbury Warehouse were converted into a detention facility housing up to 1,500 detainees at a time, its projected wastewater discharge would be calculated based on 125 gallons per day per bed (the regulatory flow projection

2

for "Other Institutions"). This would increase the wastewater discharge from 11,700 gallons per day to an average projected daily flow of at least 187,500 gallons per day, assuming that 1,500 detainees were housed there.

10.    Pursuant to N.J. Admin. Code § 7:14A-23.6(b), a sanitary conveyance system must be able to convey twice the average projected daily flow with the pipe flowing half full. This requirement ensures there is adequate capacity for potential debris in the lines and above-average peaks in flow. Such peaks are expected because sanitary sewer flows are "diurnal." Flows generally will peak in the morning and evening, while ebbing overnight and midday. This fluctuation in flow is due to the increased use of bathrooms in the mornings and evenings. Pipes must be designed to convey the peak flows during such periods, which are significantly more than the average daily flow.

11.    Consistent with N.J. Admin. Code § 7:14A-23.6(b), the sanitary conveyance system connected to the warehouse would need adequate capacity to convey twice that average projected flow when flowing half full. Therefore, assuming an average projected daily flow from the Roxbury Warehouse of 187,500 gallons per day if it were converted to a mass detention facility, the sanitary conveyance system connected to the warehouse would need adequate capacity to convey 375,000 gallons per day (equivalent to 0.58 cubic feet per second), in addition to existing flows through the conveyance system.

12.    The wastewater flowing from the Roxbury Warehouse is conveyed through the Borough of Netcong, and then flows to the Musconetcong Sewerage Authority Sewage Treatment Plant, which discharges treated wastewater into the Musconetcong River, a waterway that is held in trust for the benefit of the public.

3

13.     A review of the existing conveyance system reveals that there are critical areas within the Borough of Netcong and the railroad right-of-way piping system that have insufficient capacity, in accordance with N.J. Admin. Code § 7:14A-23.6(b), to convey the additional anticipated flow from the proposed detention facility.

14.     I was able to estimate existing flow through the conveyance system downstream from the Roxbury Warehouse by analyzing raw flow data collected when the Borough of Netcong conducted flow metering from August 7, 2024 through September 23, 2024, at a sanitary manhole located downstream of the Roxbury warehouse, in Netcong near the railroad right-of-way. A review of this raw data reveals an average sanitary flow of 872,527.8 gallons per day (equivalent to 1.35 cubic feet per second) and a peak flow of approximately 1,780,000 gallons per day (equivalent to 2.75 cubic feet per second). Because, during the time that metering was conducted, the Roxbury Warehouse was not occupied, these flows provide an estimate of total flow through the conveyance system downstream from the warehouse absent any flow generated by the warehouse.

15.     As calculated above, twice the average projected daily flow from the Roxbury Warehouse, if operated as defendants plan, is 0.58 cubic feet per second. And twice the existing average daily flow downstream from the warehouse is 2.7 cubic feet per second. Consequently, for the addition of the projected flow from the Roxbury Warehouse to the sanitary conveyance system to be consistent with NJDEP design standards, *see* N.J. Admin. Code § 7:14A-23.6(b), the sanitary conveyance system downstream from the warehouse must have adequate capacity to convey 3.28 cubic feet per second when flowing half full.

16.     To determine the present capacity of the downstream sanitary sewers, I utilized historical data from a previous study entitled "Downstream Sewer Capacity Analysis; Netcong

Sewers to MSA," prepared by Kelly Engineering and dated June 1999, as well as sanitary sewer maps obtained from French & Parrello Associates, dated April 30, 2025 and revised January 7, 2026. An analysis of these sources shows that four segments of the sanitary sewer downstream from the Roxbury Warehouse where the projected additional flow from the Roxbury Warehouse would exacerbate existing capacity shortfalls. The locations and capacities of these four segments are as follows (the lettering for the pipes are designations solely for the purpose of this declaration; the manhole numbers are designations by the Borough of Netcong):

**Figure 1**

| Pipe | Manholes between which pipe is located | | Capacity (cubic feet per second)[1] | |
|---|---|---|---|---|
| | | | When flowing full | When flowing half-full |
| A | MH 209 | MH 76 | 3.76 | 1.88 |
| B | MH 213 | MH 212 | 2.78 | 1.39 |
| C | MH 213 | MH 214 | 2.18 | 1.09 |
| D | MH 210A | MH 210 | 1.03 | 0.52 |

17.     Based on the data sources I have reviewed as set out in this declaration, all four of these pipes already lack capacity when flowing half-full to convey twice the average existing flow because their capacity when flowing half full is less than 2.7 cubic feet per second. Thus, no additional flow through any of these pipes could be approved consistent with NJDEP sewer design standards. *See* N.J. Admin. Code § 7:14A-23.6(b). Adding any such flow increases the risk of a sewage overflow or back up associated with these pipes.

18.     Based on the data sources I have reviewed as set out in this declaration, pipe B has capacity when flowing full to convey twice the average existing flow because its capacity when

---

[1] The capacities for pipes B and C are different depending on whether data is drawn from the 1999 Kelly Engineering report or the 2025 French & Parrello Associates map. The capacities in Figure 1 represent the higher of the capacity figures generated by the two data sets. Using the other data set would reveal an even starker capacity deficit.

flowing full is greater than 2.7 cubic feet per second. However, adding twice the projected flow from the Roxbury Warehouse, that is, 0.58 cubic feet per second, this pipe would cause it to exceed its capacity when flowing full. This would substantially increase the risk of a sewage overflow or back up associated with this pipe.

19. In short, if the Roxbury Warehouse were operated as a mass detention facility, as defendants plan, without intensive changes to the Borough of Netcong's conveyance system, it would exacerbate existing capacity deficits at several points throughout the conveyance system, increasing the risk of sewer main backups in streets and homes in the vicinity and of raw sewage flowing from stormwater drains into Lake Musconetcong.

20. These risks arise because, if flow exceeds a pipe's capacity, the flow builds up at pipe openings, such as at manholes, eventually resulting in raw sewage overflowing onto ground-level surfaces like streets. From there, the raw sewage will flow into storm drains, eventually discharging into natural surface water bodies (here, Lake Musconetcong).

21. Additionally, if flow exceeds a pipe's capacity, the pipe will pressurize (*i.e.*, the pipe will become "surcharged") and may be unable to convey the flow onward as designed. Surcharging results in raw sewage backing up into the conveyance system, which can result in raw sewage flowing out into normal inflow points, like shower drains and sinks in people's homes.

**Traffic Impacts**

22. Converting and using the Roxbury Warehouse as a detention facility for up to 1,500 detainees and staffed by 1,000 people will likely exacerbate local traffic, including on nearby state highways, and endanger Roxbury drivers.

23. The Roxbury Warehouse is located approximately 0.3 miles from the Route 46 interchange with Interstate 80, both of which are busy roadways with high volumes of motor

6

vehicle accidents and speeding complaints. The area is a dangerous section of highway due to the grade of the roadway, limited visibility, speeding motorists, and pedestrian traffic. At certain times of day, there are also documented sun glare issues.

24. Near or around the area of the Roxbury Warehouse there have been 46 motor vehicle crashes since 2019. Three of those crashes were fatal.

25. Traffic and crashes will likely substantially increase if the Roxbury Warehouse is converted and used for a mass detention facility.

26. During any conversion process, contractors, subcontractors, and others will use Roxbury's roads to deliver materials and for laborers to commute to the facility.

27. After conversion, impacts from the transportation of detainees and staff commuting to and from the facility will also be significant. It is Roxbury's understanding that DHS expects to employ approximately 1,000 staff at the Roxbury Warehouse following its conversion, including approximately 400 staff working at a time during daytime shifts.

28. And if Defendants take other action, such as trying to haul water in or haul wastewater out, it will only exacerbate the situation and pose an even greater danger of causing substantial traffic and crashes.

29. Since Defendants' purchase of the property, Roxbury Township contracted with Boswell, Inc. to conduct a traffic study to assess the impact to the surrounding areas of operating the warehouse as a detention processing facility. This study is attached to this declaration as Exhibit A. The traffic study estimates that use of the Roxbury Warehouse as a detention processing facility would add approximately 479 new trips to or from the facility during the peak morning hour, and approximately 422 new trips to or from the facility during the peak afternoon hour. By comparison, at the time the Roxbury Warehouse was constructed, a contemporaneous traffic impact study

estimated that use of the property as a warehouse would add approximately 71 trips to or from the warehouse during the peak morning hour, and 80 trips to or from the warehouse during the peak afternoon hour.

30.    Based solely on the conservative estimates of this traffic impact study, converting the Roxbury Warehouse to a mass detention processing facility would make traffic during the peak morning period nearly seven times worse, and during the peak afternoon period, nearly five times worse.

31.    There may be further increases in traffic caused by the influx of protesters to the facility. And while Route 46 is equipped with sidewalks for pedestrian use, protest activity will likely be forced into the highway's narrow shoulder, creating additional traffic safety concerns.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 7th day of April, 2026, in South Hackensack, New Jersey.

_____
Paul W. Ferriero, PE

8

# EXHIBIT A

**BOSWELL**

Headquarters
330 Phillips Avenue
South Hackensack, NJ 07606

O 201 641 0770
info@boswellengineering.com
boswellengineering.com

# MEMO

To:             Paul Ferriero, P.E.

From:         Marco Navarro, P.E. PTOE

Date:         March 12, 2026

Subject:     Proposed Department of Homeland Security (DHS) Facility
              1879 US Route 46
              Block 9501, Lot 1
              Township of Roxbury, Morris County, New Jersey
              Our File No. 26RX103

---

At the request of the Township of Roxbury, the documents reviewed for this development evaluation include:

1. Traffic Impact Study, Adler-Roxbury LLC Warehouse, prepared by Langan, dated March 4, 2019
2. Traffic Impact Study, Adler-Roxbury LLC Warehouse, prepared by Langan, dated August 30, 2019
3. "No Interest" Confirmation, prepared by Langan, dated October 28, 2019
4. First Traffic Engineering Review, prepared by Klein Traffic Consultants, LLC, dated December 19, 2019
5. Accident Data, Adler-Roxbury LLC Warehouse, prepared by Langan, dated February 21, 2020
6. Preliminary Major Site Plan, prepared by InSite Engineering, LLC, dated June 20, 2019 (Stamped for Zoning Approval)
7. Preliminary Major Site Plan, prepared by InSite Engineering, LLC, revised January 31, 2023
8. Traffic Engineering Evaluation – Roxbury Warehouse Zoning, prepared by Klein Traffic Consultants, LLC, dated January 20, 2021
9. Accident Data, prepared by Roxbury Township Police Department, received February 27, 2026

## SUMMARY OF REFERENCE DOCUMENTS

The documents mentioned above were evaluated from a traffic engineering perspective to obtain background knowledge on the original use of the proposed site. This information was then utilized to make an assessment of the proposed use, with is that of a detention center / facility.

The following is general summary of information gathered from the various traffic impact studies and assessments:

**Corporate Headquarters**
330 Phillips Avenue
South Hackensack, NJ 07606
O 201 641 0770

**New York Capital Region Office**
799 Madison Avenue
Albany, NY 12208
O 518 436 6310

**Hudson Valley Region Office**
82 Washington Street Suite 201
Poughkeepsie, NY 12601
O 914 682 5900

**Western New Jersey Office**
180 Main Street P.O. Box 571
Chester, NJ 07930
O 908 879 6209

**Central New Jersey Office**
17 Model Avenue
Hopewell, NJ 08525
O 609 466 0002

Paul Ferriero, P.E.
March 12, 2026
Page 2 of 6



*Traffic Impact Study (TIS) – Langan – from March 4, 2019*

- This TIS served as the initial study performed with respect to the original application. The application was for the construction of a proposed warehouse building comprising 470,000 square feet (SF).
- Capacity analyses were performed at the intersections of US Route 46 & and NJ Route 183 and US Route 46 & Phillips Way.
- Land Use Code 150 (Warehousing) was selected from the Institute of Transportation Engineers (ITE) *Trip Generation Manual, 10th Edition* to determine vehicle trip generation.
- Based on the analysis, a total of 82 vehicle trips would be generated during the weekday AM peak hour, and 93 trips would be generated during the weekday PM peak hour. These values are lower than the 100-vehicle trip threshold used by the New Jersey Department of Transportation (NJDOT) for significant impact for sites.
- The Build condition capacity and level of service (LOS) analyses resulted in the following:
    - US Route 46 and NJ Route 183: LOS F for weekday AM peak and weekday PM peak; and
    - US Route 46 and Phillips Way: LOS C or better for weekday AM peak and weekday PM peak.
- While the LOS was projected to be poor for the intersection of US Route 46 and NJ Route 183 during the Build condition, Langan sought to explain that the delay values were only slightly worse than that of the No Build condition. As a result, no improvements were proposed.
- This TIS stated that access to the proposed site would be via the intersection of US Route 46 and Phillips Way, which also served as access for the Gemini manufacturing building situated south of the proposed development. Additional discussion was provided related to the proposed Gemini building expansion.

*Traffic Impact Study (TIS) – Langan – from August 30, 2019*

- This TIS was not the typical traffic study, but rather supporting documentation for the Township explaining Langan's rationale on why a new NJDOT Access Street Intersection Permit was not needed and/or pursued for the intersection of US Route 46 and Phillips Way.
- As presented in this document, the rationale for not pursuing an NJDOT access permit for the intersection included the following:
    - The existing permit application obtained for Phillips Way was received in 2005 and remained valid;
    - Access to the proposed site is via Right-of-Way easement (via Gemini manufacturing building).
    - A Street, as defined by NJDOT, may be public or private, and may serve more than one (1) lot. Under NJAC 16:47-8, a new permit is required if physical changes to the intersection are proposed or if the use of the intersection changes. As no physical changes to the intersection were proposed and the use of the street remains the same, a new Street Permit from NJDOT was not required.
    - Crash history was obtained in November 2018 to evaluate four (4) years of crash data. There is no crash history associated with the operation of the intersection has been reported during that period.
    - The Build condition LOS for US Route 46 and Phillips way was projected to operate at LOS C or better. Accordingly, no changes to the intersection were proposed.

Paul Ferriero, P.E.
March 12, 2026
Page 3 of 6



- The proposed development was not expected to significantly impact area traffic operations during the peak hours. The intersection of US Route 46 and Phillips Way was determined to have sufficient capacity to accommodate site-generated trips associated with the proposed development. As a result, Langan determined that no NJDOT permitting was required.

### *"No Interest" Confirmation – Langan – October 28, 2019*

- This document was addressed to NJDOT providing similar information as that of the August 30, 2019 document supporting the determination of no new access street application at the intersection of US Route 46 and Phillips Way due to maintaining the validity of the existing NJDOT.

### *First Traffic Engineering Review – Klein Traffic Consulting, LLC – December 19, 2019*

- This document performed a review a review of the original and revised site plans from 2019, along with the March 2019 TIS.
- Klein identified areas related to traffic engineering and site circulation where the reviewer felt additional information or Planning Board testimony should be provided.
- The document raised concerns related to the original access permit with respect to the original manufacturing building near the proposed development, the proposed expansion of said manufacturing building, and the proposed warehouse development.
- Additional concerns were raised regarding the traffic operations at the intersection of US Route 46 and NJ Route 183.

### *Traffic Engineering Evaluation – Roxbury Warehousing Zoning – Klein Traffic Consulting, LLC – January 20, 2021*

- In this document, Klein evaluated the potential impacts of tractor trailers at several intersections within the Township of Roxbury. The goal was to identify geometric-related concerns and/or deficiencies at the various locations along US Route 46 near the area of the McQuarry Quarry.
- Potential ramifications of increased tractor trailer activity at the studied intersections were identified.
- ITE Land Use Codes for varying types of warehousing facilities were also evaluated holistically their potential tractor trailer demand.
- Traffic engineering reports of neighboring planned warehouse developments were discussed, along with their projected impacts to traffic operations.
- Klein's analysis concluded that an increase the development of any type of warehousing in the immediate vicinity of US Route 46 would generate more tractor trailer traffic and more vehicular traffic in general. This may potentially result in an increase of crash incidents involving tractor trailers, but the crash history at the time of the analysis did not reveal a significant number of incidents involving tractor trailers.

### *Crash History Information – Roxbury Township Police Department – February 2026*

- Crash history information was provided to Boswell in late February 2026.
- The document provided recorded incidents between 2014 and 2026.
- Crash histories were collected within 0.25 miles of each direction on US Route 46.

Paul Ferriero, P.E.
March 12, 2026
Page 4 of 6



- Between 2014 and 2026, there were four (4) fatalities. There was one (1) fatality each in the years 2014, 2019, 2020, and 2022.
- Between 2018 and 2026, there were 60 crashes within 0.25 miles of the warehouse facility. Of those, three (3) were fatalities (mentioned above).

Please note that the site plans and prior crash data obtained in 2020 were reviewed for edification and not for substantive analysis. The current crash data is more pertinent to existing conditions near the development.

## CHANGE IN USE OF PROPOSED DEVELOPMENT

The proposed warehouse and associated access from Phillips Way were constructed in 2024. However, it has remained vacant since its construction. More recently, the Department of Homeland Security (DHS) has purchased the property in order to utilize it as one of its United States Immigration and Customs Enforcement (ICE) detention facilities.

Boswell has been tasked to evaluate the traffic engineering- and circulation-related elements of the change in use of the facility. This will be performed in the narrative below.

Vehicle Trip Generation Comparison
Prior to evaluating the vehicle trip generation for the DHS facility, a general comparison between the trip generation performed in 2019 compared to know will be generated. This will reflect the changes made to the ITE *Trip Generation Manual* between the 10th Edition and the 12th Edition (the current one).  This information is provided in Table 1 below.

Table 1 – ITE Trip Generation Comparison – LUC 150 Warehouse – 10th Edition vs. 12th Edition

| Time Period | ITE Trip Generation Manual, 10th Edition | | | ITE Trip Generation Manual, 12th Edition | | |
|---|---|---|---|---|---|---|
| | Enter | Exit | Total | Total | Enter | Exit |
| AM Peak | 53 | 29 | 82 | 49 | 22 | 71 |
| PM Peak | 23 | 70 | 93 | 27 | 53 | 80 |

Upon evaluation of the data obtained from the 10th Edition, it appears that the Peak Hour of Generator condition was utilized to determine vehicle trip generation for the weekday periods. As a result, these parameters were kept the same in determining vehicle trips using the 12th Edition. Nevertheless, the values resulting from the 12th Edition are approximately 13 percent less than those from use of the 10th Edition.

As one may conclude, the *Trip Generation Manual* does not have a category for ICE detention facility. As a result, a reasonable equivalent needed to be determined. The following options were available:
- Land Use Code 501 – Military Base;
- Land Use Code 571 – Adult Detention Facility;
- Land Use Code 575 – Fire and Rescue Station; and
- Land Use Code 730 – Government Office Building.

Paul Ferriero, P.E.
March 12, 2026
Page 5 of 6



After some deliberation, it was evident that the most similar land use available with the *Trip Generation Manual* was Land Use Code 571 – Adult Detention Facility. In keeping the same size facility (i.e., 470,000 SF), the resulting trip generation values utilizing Peak Hour of Generator are shown in Table 2 below.

Table 2 – Trip Generation – LUC 571 – Adult Detention Facility

| Time Period | Enter | Exit | Total |
|---|---|---|---|
| AM Peak | 326 | 153 | 479 |
| PM Peak | 71 | 371 | 422 |

The number of vehicle trips determined for an adult detention facility is greater than that for a warehouse. For general curiosity, a comparison was made between the vehicle trip generation for a warehouse and for an adult detention facility. The values are shown in Table 3 below.

Table 3 – ITE Trip Generation Comparison – LUC 150 Warehouse vs LUC 571 Adult Detention Facility

| Time Period | AM Peak | | | PM Peak | | |
|---|---|---|---|---|---|---|
| | Enter | Exit | Total | Total | Enter | Exit |
| LUC 150 Warehouse | 49 | 22 | 71 | 27 | 53 | 80 |
| LUC 571 Adult Detention Facility | 326 | 153 | 479 | 71 | 371 | 422 |
| Change | +277 | +131 | +408 | +44 | +318 | +342 |

Table 3 reflects that the change in use from a warehouse to a detention facility would, on average, increase the AM volume demand by nearly seven (7) times the demand, and increase the PM volume demand by over five (5) times. Further, the weekday volume associated with a detention facility is a little greater than 1,900 ADT. This is a significant change to the anticipated demand of the site, and presents indirect ramifications to the traffic demand of the surrounding area as well as the roadway infrastructure.

NJDOT Access Permit Needs
The existing warehouse facility receives access to US Route 46 via Phillips Away. According to documents reviewed for this traffic circulation assessment, the access permit for Phillips Way, identified as S-46-N-0004-2005 (a Major Access Permit), was received by Gemini Manufacturing, whose lot is situated on Block 9501, Lot 9, immediately south of the lot serving the current warehouse building.

As the trip generation would be altered significantly due to the change in land use to a DHS detention facility, there is cause for concern that the current site access, including the access from the easement associated with the manufacturing building immediately south on Phillips Way, would be in jeopardy. Phillips Way and the access portion to the existing warehouse would require expansion in order to accommodate the increase in vehicular volume and varying vehicle types. Additional modifications may also be required with respect to lines of sight at US Route 46. Further, more changes to Lot 1 may be necessary to accommodate turning radii and traffic circulation of larger design vehicles, such as tractor trailers.

As a result, a new NJDOT Major Access Permit application, including all supporting documentation, would be required by DHS to account for the various physical roadway modifications that would ensue as a result of the change in land use from a warehouse to a detention facility. As this facility would generate over 500 new

Paul Ferriero, P.E.
March 12, 2026
Page 6 of 6



daily trips and over 200 new trips during the peak hours, a Major with planning review permit application would be required. This is outlined in the NJAC 16:47-8, and specifically in NJAC 16:47-8.5. Regarding the access application process, the change in use would require a Major with planning review permit, a two-step application review process is required, in accordance with NJAC 16:4-9, with application requirements provided in NJAC 16:47-9.5. In general, the requirements include a completed application form, applicable fee, all required application checklist items, all required preliminary access plan checklist items, document of permission from an affected lot or site owner when site traffic is route through another lot or site not the subject of the application, and designated contact person. More specific information may be found within NJAC 16:47-9.

260312mnM1 - 26RX103 - DHS Facility rev