**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>        Plaintiffs,<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>        Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**<u>DECLARATION OF CHARLES JENKINS</u>**

I, Charles Jenkins, declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.    I am over 18 years of age, of sound mind, and otherwise competent to make this Declaration. I have personal knowledge of the facts stated herein, including knowledge based on my experience and information provided to me. If called as a witness, I could and would testify competently to what is set forth below.

2.    I am the Assistant Director of the Municipal Finance and Construction Element in the Division of Water Quality for the New Jersey Department of Environmental Protection (NJDEP). I have been employed by NJDEP and within the Division for 38 years. In that time, I have held supervisory positions since 2001, and have held the position of Assistant Director since January of 2023. As Assistant Director, I am responsible for overseeing the work of the Element, which included treatment works approvals until an agency reorganization in September of 2024.

1

3.      I submit this declaration in support of Plaintiffs' Motion for a Preliminary Injunction in the above-captioned matter, involving a warehouse located at 1879 Route 46, Roxbury, New Jersey ("Roxbury Warehouse"). The statements provided herein are based on my personal knowledge or on documents and information in the possession of NJDEP that I have reviewed.

4.      Whether a wastewater conveyance system can handle increased flow that would be generated by a particular project depends on whether each pipe segment that the additional wastewater would flow through can reliably handle that increase. For example, even if the immediate sewer extension line connecting the project to the broader sewer system has the capacity to handle the increase, if any downstream pipe lacks the capacity to handle the increase, then there is a risk of raw sewage overflows and backups.

5.      For systems that rely on gravity to convey wastewater, the flow of wastewater that each segment reliably can convey principally depends on pipe diameter, the slope of the pipe, and pipe material. These metrics can be used to determine how full a pipe would get based upon flow.

6.      Systems that rely on gravity to convey wastewater—"gravity sewers"—are designed to flow partially full. When a gravity sewer line becomes completely filled, it creates a pressurized system, with ripple effects on the hydraulics both upstream and downstream from that line. Water levels in the system can rise, risking raw sewage overflows at locations such as manholes, floor drains, shower drains, sink drains, and toilets.

7.      Raw sewage overflows harm the environment and threaten public health. For example, raw sewage that flows from a manhole may seep out into nearby streets, soil, and storm drains—eventually polluting waterways into which the storm drains discharge. And if untreated sewage flows in the streets or seeps into showers and sinks, it can spread pathogens and make

people sick. Avoiding these overflows is thus critical both to safeguard natural resources and to avoid public health crises.

8.    Because of this imperative to avoid sewer overflows, NJDEP regulations require that gravity sewers "shall be designed to carry at least twice the estimated average projected flow when flowing half full." N.J. Admin. Code § 7:14A-23.6(b).

9.    This requirement accounts for flow rate variations throughout the day, and that pipes must have capacity to handle peak flows. If the pipes are not designed with a cushion for peak fluctuations, such peak fluctuations, which typically occur diurnally in the morning and evening, would risk a sewer overflow. The regulatory requirement thus guards against the risk of harmful sewage overflows. NJDEP considers any increase in the wastewater flow that exceeds the conveyance system's capacity to present an environmental and public health hazard.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 6th day of April, 2026 in Washington, District of Columbia.

Charles Jenkins