**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>       Plaintiffs,<br><br>   v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>       Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**[PROPOSED] PRELIMINARY INJUNCTION ORDER**

This matter having come before the Court on the Motion for a Preliminary Injunction filed by Plaintiffs the State of New Jersey and Township of Roxbury ("Plaintiffs"), and the Court having considered Plaintiffs' Complaint and Memorandum of Law, all declarations and evidence in support of the Motion, as well as any papers filed in opposition to this motion, and in accordance with Federal Rule of Civil Procedure 65, and for good cause shown, the Court finds that Plaintiffs have satisfied the requirements for the issuance of a Preliminary Injunction.

It is therefore ORDERED that Plaintiffs' Motion for Preliminary Injunction is GRANTED, and it is further ORDERED that:

1. Defendants and their agents, and all persons in active concert or participation with any of them, are hereby enjoined from taking any steps to convert the Roxbury Warehouse into an immigration detention and/or processing facility during the pendency of this litigation;

1

2. Defendants and their agents, and all persons in active concert or participation with any of them, are hereby enjoined from operating the Roxbury Warehouse as an immigration detention and/or processing facility during the pendency of this litigation;

3. Defendants shall file a status report with the Court within 48 hours of the entry of this Order, describing all steps that Defendants have taken to comply with the Court's order; and

4. This Preliminary Injunction shall be in effect until further order of this Court.

IT IS SO ORDERED on this _____ day of _____, 2026.

_____
**Honorable Jamel K Semper**
**United States District Judge**