**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY, | HON. JAMEL K. SEMPER, U.S.D.J. HON. JAMES B. CLARK, III, U.S.M.J. |
| Plaintiffs, | |
| v. | Civil Action No.: 26-02884 |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement, | |
| Defendants. | |

**~~STIPULATION AND~~ CONSENT ORDER**

**WHEREAS**, on March 20, 2026, Plaintiffs the State of New Jersey and Township of Roxbury ("Plaintiffs") filed a Complaint against Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, Markwayne Mullin, in his official capacity as Secretary of Homeland Security, and Todd M. Lyons, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement ("Defendants");

**WHEREAS**, on April 7, 2026, Plaintiffs filed a Motion for Preliminary Injunction (ECF No. 10); and

**WHEREAS** the parties have met and conferred and agreed on a briefing schedule on Plaintiffs' Motion for Preliminary Injunction;

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through the undersigned counsel, and subject to this Court's approval:

1.  Defendants' opposition to Plaintiffs' Motion for Preliminary Injunction shall be filed by April 23, 2026; and

2.  Plaintiffs' reply brief shall be filed by May 1, 2026.

Dated: April 8, 2026

**JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY**

By: */s/ Shankar Duraiswamy*
Office of the New Jersey Attorney General
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@njoag.gov
(862) 350-5800

*Attorney for the State of New Jersey*

**MURPHY MCKEON, PC**

By:    */s/ James Bryce*
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
(973) 835-0100
jbryce@murphymckeonlaw.com

*Attorney for the Township of Roxbury*

**ADAM R.F. GUSTAFSON**

Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez*
Krystal-Rose Perez
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*


**IT IS SO ORDERED.**


Dated: April 8, 2026                          */s/ Jamel K. Semper*
                                              The Honorable Jamel K. Semper
                                              United States District Judge

3