Susan Kraham
EARTHJUSTICE
48 Wall Street
New York, New York 10005
(212) 284-8035

David N. Cinotti
PASHMAN STEIN WALDER HAYDEN, P.C.
Court Plaza South
21 Main Street, Suite 200
Hackensack, New Jersey 07601
(201) 488-8200

Renée Steinhagen
NEW JERSEY APPLESEED PUBLIC
INTEREST LAW CENTER
23 James Street
Newark, New Jersey 07102
(973) 735-0523

*Counsel for Proposed Amici Curiae Citizen and Environmental Groups*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement, <br><br> Defendants. | Case No. 2:26-cv-02884 <br><br><br> **NOTICE OF MOTION OF CITIZEN AND ENVIRONMENTAL GROUPS FOR LEAVE TO FILE AMICI CURIAE BRIEF IN SUPPORT OF PLAINIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

**PLEASE TAKE NOTICE** that proposed amici curiae Concerned Residents of the

Roxbury Community, the New Jersey Highlands Coalition, Skylands Preservation Alliance, New

1

Jersey Environmental Justice Alliance, Hackensack Riverkeeper, Climate Revolution Action Network, New Jersey Environmental Lobby, Action Together New Jersey, New Jersey Conservation Foundation, and the New Jersey League of Conservation Voters will move before the Honorable Jamel K. Semper, U.S.D.J., on **May 18, 2026**, for an order granting them leave to file the brief in support of Plaintiffs' motion for a preliminary injunction that is attached as an exhibit to this motion.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, the undersigned shall rely upon the accompanying memorandum of law; and

**PLEASE TAKE FURTHER NOTICE** that a proposed order is attached hereto.

Dated: April 14, 2026                                          Respectfully submitted,

/s/ Susan Kraham                                               /s/ David N. Cinotti
Susan Kraham                                                   David N. Cinotti
Dror Ladin (*pro hac vice* to be filed)                        PASHMAN STEIN WALDER
Casandia Bellevue (admission pending)                          HAYDEN, P.C.
EARTHJUSTICE                                                   Court Plaza South
48 Wall Street                                                 21 Main Street, Suite 200
New York, New York 10005                                       Hackensack, New Jersey 07601
(212) 284-8035                                                 (201) 270-4901
skraham@earthjustice.org                                       dcinotti@pashmanstein.com
*Counsel for Amicus New Jersey Environmental Justice*          *Counsel for Amici New Jersey*
*Alliance*                                                     *Highlands Coalition, Skylands*
                                                               *Preservation Alliance, Hackensack*
                                                               *Riverkeeper, Climate Revolution New*
/s/ Renée Steinhagen                                           *Jersey, New Jersey Environmental*
Renée Steinhagen                                               *Lobby, Action Together New Jersey,*
NEW JERSEY APPLESEED PUBLIC INTEREST                           *New Jersey Conservation Foundation,*
LAW CENTER                                                     *and New Jersey League of*
23 James Street                                                *Conservation Voters*
Newark, New Jersey 07102
(973) 735-0523
renee@njappleseed.org
*Counsel for Amicus Concerned Residents of the*
*Roxbury Community*

3