**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>     Plaintiffs,<br><br><br>  v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br><br>     Defendants. | Case No. 2:26-cv-02884<br><br><br><br>**CORPORATE**<br>**DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, New Jersey Environmental Justice Alliance, through undersigned counsel, states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  April 15, 2026

Respectfully submitted,

*/s/Susan J. Kraham*
EARTHJUSTICE
48 Wall Street, 15th Floor
New York, New York 10005
(212) 284-8035
skraham@earthjustice.org