IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | No.: 2:26-cv-2884-JKS-JBC |

## DECLARATION OF SHAWN L. BYERS

I, Shawn L. Byers, hereby make the following declaration with respect to the above-captioned matter:

1.    I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Deputy Field Office Director (DFOD) of the ERO Chicago Field Office. I have held this position since August 2022. Since January 2, 2026, I have also been serving as the National Program Manager for the ICE detention capacity acquisition program.

2.    I have been employed by ICE since November 2, 2003. After numerous positions in local and regional ERO offices, on December 18, 2011, I was promoted to Unit Chief at ERO Headquarters. On June 17, 2012, I was promoted to an Assistant Field Office Director (AFOD) position in the ERO Chicago Field Office. On April 29, 2018, I was promoted to a Deputy Field Office Director position in ICE's ERO St. Paul Field Office. On June 20, 2021, I transferred to the ERO Washington Field Office in Fairfax, Virginia. On August 14, 2022, I transferred to the ERO Chicago Field Office.

1

3.      In my current position as a DFOD, I supervise subordinate managers and mid-level supervisors of ICE law enforcement officers and support staff charged with identifying, locating, and arresting aliens who are present in the United States in violation of law. I also supervise eight subordinate managers (AFODs) and 32 supervisors (Supervisory Detention and Deportation Officers) who are charged with handling the facility-related issues of 13 offices located in the six states that comprise the ERO Chicago office area of operations: Illinois, Indiana, Wisconsin, Missouri, Kansas, and Kentucky. My additional duties include the supervision of the Contracting Officer Representative (COR) for 13 facilities-related and 45 detention-related contracts, with a combined annual value exceeding $72,000,000 in FY 2025. The COR is responsible for the technical monitoring and administration of the contracts. As the first line supervisor for the COR, I am the deciding official for all contracting matters related to facilities projects including design approvals, and when needed, any contract violation notices.

4.      During my tenure as a DFOD, I have managed over 30 facilities-related construction projects to include the relocation of entire multiple offices into both commercially leased and General Services Administration managed spaces.

5.      Prior to my promotion as a DFOD, as a first line manager, supervisor, and headquarters Detention and Deportation Officer, I led ground level construction efforts for multiple facilities construction and relocation projects. I am familiar with the ICE detention standards applicable to facilities that hold aliens present in the United States in violation of law prior to their removal from the United States.

6.      Prior to my government service, I worked in skilled trades and as a business owner installing underground gas lines for residential customers for over 14 years. In my experiences in the skilled trades and as a business owner, I regularly had to inspect and assess real property,

including utility infrastructure, for construction purposes.

7.     As the National Program Manager for the ICE detention capacity acquisition program, my responsibilities include vetting potential properties for operational feasibility, performing or coordinating Certificates of Inspection and Possession (CIP) inspections, and overseeing designs by vendors to ensure they meet operational requirements.

8.     ICE maintains detention capacity within each field office's area of jurisdiction to facilitate compliance with the *ICE National Detention Standards (Revised 2025)*. As described in the *ICE National Detention Standards*, ICE uses its immigration detention authority to effectuate its mission of enforcing the nation's immigration laws by securing individuals in custody while they await the resolution of their immigration proceedings and/or removal from the United States.

9.     In the past, ICE has relied on state, local, and contractor facilities to house its detainees. Consistent with Section 90003 of Public Law 119-21 ("One Big Beautiful Bill Act"), signed July 4, 2025, which appropriated $45,000,000,000 for ICE's detention capacity, ICE has developed a reimagined detention structure and acquisition strategy to address the rising operational tempo and increasing number of arrests of illegal aliens. This strategy focuses on acquiring existing facilities and retrofitting them to meet ICE detention needs and standards. Additionally, the strategy seeks to implement a new detention model comprised of ICE-owned facilities that would reduce the need to rely on state, local, or contractor owned facilities. Additionally, the strategy seeks to implement a new detention model comprised of ICE-owned facilities that would reduce the need to rely on state, local, or contractor owned facilities.  In the past few years, going back to 2019, multiple state and local governments have attempted to prevent ICE from using contractor-owned or local facilities to detain aliens.  This new detention model seeks to remedy this issue and ensure ICE's operational needs are met.

3

10.    Operating an ICE-owned detention facility protects public safety and national security by equipping the agency with the capacity to detain aliens present in the United States in violation of law, including known or suspected terrorists, foreign fugitives, and those aliens that have failed to appear for their immigration proceedings, and those pending removal who failed to surrender after being ordered removed by an immigration judge.

11.    I am familiar with the recently acquired ICE property located at 1879 Route 46, Roxbury Township, New Jersey, 07054. The property consists of 111 acres upon which sits a large vacant warehouse. The warehouse has a floor area of approximately 470,044 square feet.  The Certificate of Inspection & Possession (CIP) inspection of the site was conducted on January 8, 2026, in accordance with the *Regulations of the Attorney General Governing the Review and Approval of Title for Federal Land Acquisitions* (2016), section 4.2.  The CIP inspection determined the building was well maintained and in average condition, and it did not identify any possible claims to title that would challenge or conflict with the federal government's interest in purchasing the property.

12.    ICE intends to ultimately use this facility to serve the ERO needs for detention space in the state of New Jersey and nearby regions, including New York City, and plans to coordinate with local government representatives in developing the facility as a detention center. The Roxbury site would also serve New York City ERO field office which has a docket of over 1,000,000 cases. Although the New York City field office has the largest docket in the country it has a limited detention capability, insufficient to support the magnitude of the office's operations. The maximum capacity of Delaney Hall Detention Facility is 1,042, and the maximum capacity of the Elizabeth Contract Detention Facility is 425.  As of April 14, 2026, data maintained by the ERO Law Enforcement Systems and Analysis (LESA) Division shows there are 351,008

4

individuals in the state of New Jersey who are in removal proceedings or have final orders of removal, 11,568 of whom have criminal records, and 13,325 of whom have pending criminal charges. These numbers include the Newark, New Jersey office's area of responsibility, in which there are 290,906 individuals who have final orders of removal, 8,667 of whom have criminal records, and 10,873 of whom have criminal charges pending. Without sufficient detention capacity in this area of New Jersey, ICE may have to forgo arrest of some of these individuals, or transport detainees to other detention centers in different states to free up detention space. Meeting these logistical challenges would degrade ICE's ability to enforce the nation's immigration laws and protect public safety.

13.    Multiple locations recently acquired for ICE detention purposes have been targets for vandalism including arson and damage to landscaping.  To deter and prevent such actions and protect the property and public safety at the Roxbury site, while the construction plans are developed and before the construction is complete, ICE plans to erect temporary fencing and security cameras and lighting in the next few weeks.  Neither of these measures would involve disturbing the ground or permanent alteration of the site.  Additionally, ICE intends to reconfigure the office space in the warehouse by demolishing drywall and adding communications wiring and workstations, and install a building alarm system, and the building may require repairs to fix leaks in the roof and/or the existing HVAC system over the coming months.

14.    Other than the temporary fencing, building alarm system, security cameras and lighting, office space reconfiguration, and the minor repairs described above, any work at the facility will be performed under either the caretaker contract or the construction contract, neither of which has been awarded and will not be awarded until ICE completes additional environmental analysis as Mr. DeGregorio explains in his declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: April 23, 2026

SHAWN L BYERS

Digitally signed by SHAWN L BYERS
Date: 2026.04.23 11:22:59 -05'00'

Shawn L. Byers
Deputy Field Office Director
National Program Manager
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security