Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 1 of 160 PageID: 552

Exhibit I - Defs.' Opp'n to Pls.' Mot. Prelim. Inj. Case No. 2:26-cv-2884
Page 1

Roxbury, NJ Property Acquisition (Unclassified)

 **Homeland Security**   Environmental Planning and Historic Preservation Decision Support System

# Roxbury, NJ Property Acquisition - Project Approved

## Status

- In Preparation (02/06/2026)
- Environmental Review (02/06/2026)
- Senior Environmental Review (02/06/2026)
- Proponent Review (02/24/2026)
- Project Approved (02/24/2026)

## Project Information

### General

**Name:** Roxbury, NJ Property Acquisition

**DSS ID:** DSS-ICE-2026-24507

**Security:** Unclassified

**Description:** ICE is proposing to acquire and retrofit an existing industrial facility located at 1879 Route 46, Roxbury Township, NJ 07054 to serve as a Detention Processing Center. The 470,044 sq ft facility will be designed to accommodate 542 detainees within housing areas that will include standard dormitory pods, ADA compliant pods, and behavioral and special housing units. The Project would not increase the facility's design capacity, operational population, or building footprint and consists of security, operational, and infrastructure improvements located entirely within previously developed and disturbed areas. No new expansion areas, off site improvements, or new utility corridors are proposed. The Project does not introduce new land use types, new impervious surfaces beyond courts installed on existing asphalt, or changes to site drainage or topography. Proposed improvements will include installation of approx 4,600 linear ft of upgraded perimeter security fencing, replacing or augmenting existing fencing; construction of a small modular security checkpoint structure (approx 150 sq ft); construction of 4 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras mounted on the building façade or within existing paved areas to support operational monitoring; installation of an emergency generator with a large capacity unit (approx 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; sanitary sewer connection improvements, if required by final engineering review. All construction activity will be temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, off site construction, or capacity related improvements are included in the Project.

**Funded through IRA?:** No

**Funded through the IIJA?:** No

**Critical Infrastructure?:** No

**Adopting Another Agency CATEX, or CATEX Determination?:** No

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 2 of 160 PageID: 553

Exhibit I - Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 2

Roxbury, NJ Property Acquisition (Unclassified)

**Project Types:**
· Real Estate Activities - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property. (CATEX C1)
· Repair & Maintenance Activities - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property. (CATEX D1)
· Construction, Installation, and Demolition Activities - New construction upon or improvement of land where all of the following conditions are met. (CATEX *E2)
**Mitigation Required?:** No
**Tiering - PEA/PEIS?:** No
**Adopting EA/EIS?:** No
**Requires EA/EIS?:** No
**Project Priority:** Normal
**Federal Assistance:** No
**Estimated Project Cost:**  (not entered)

## Component

**Component:** ICE - U.S. Immigration and Customs Enforcement
**Region/Area/Unit:** GSA Region 2: Northeast and Caribbean

## Dates

**FY Funding:** 2026
**Proposed Project Start:** 02/09/2026
**Proposed Project End:** On-going
**Review Start:** 01/30/2026

## Project Location

- Site Specific: 1879 Route 46, Roxbury Township, New Jersey, 07054

## Team

- Document Preparer, Amber Carter, amber.m.carter@associates.ice.dhs.gov
- Collaborator-Document Preparation, Alexis Price, alexis.t.price@associates.ice.dhs.gov
- Environmental Reviewer, Gabrielle Fernandez, gabrielle.fernandez@hq.dhs.gov
- Senior Environmental Reviewer, Jennifer Hass, jennifer.hass@hq.dhs.gov
- Proponent, Robert Schultz, robert.e.schultz@ice.dhs.gov

## Categorical Exclusions

- C1 - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement,

Roxbury, NJ Property Acquisition (Unclassified)

condemnation, or donation, which does not result in a change in the functional use of the property.

- D1 - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property (e.g. realigning interior spaces of an existing building, adding a small storage shed to an existing building, retrofitting for energy conservation, or installing a small antenna on an already existing antenna tower that does not cause the total height to exceed 200 feet and where the FCC would not require an EA or EIS for the installation).

- E2* - New construction upon or improvement of land where all of the following conditions are met:
  (a) The structure and proposed use are compatible with applicable Federal, tribal, state, and local planning and zoning standards and consistent with federally-approved state coastal management programs,
  (b) The site is in a developed area and/or a previously-disturbed site,
  (c) The proposed use will not substantially increase the number of motor vehicles at the facility or in the area,
  (d) The site and scale of construction or improvement are consistent with those of existing, adjacent, or nearby buildings, and,
  (e) The construction or improvement will not result in uses that exceed existing support infrastructure capacities (roads, sewer, water, parking, etc.).

## Required Conditions

1. Because all elements of the proposed action would occur within a building and on pre disturbed land that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

2. According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 6 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the endangered Indiana Bat, endangered Northern Long-eared Bat, proposed endangered Tricolored Bat, threatened Bog Turtle, proposed threatened Monarch Butterfly, and the threatened Swamp Pink. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building/pre disturbed land, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has determined that the Proposed Action will have no effect on listed species or birds.  Because the Proposed Action would occur entirely on land, there would be no

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 4 of 160 PageID: 555

Exhibit I, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 4

Roxbury, NJ Property Acquisition (Unclassified)

effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act. Consultation with the USFWS under Section 7 of the ESA is not required.

3. Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

4. This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

## Decision Documents

- Record of Environmental Consideration (REC), 14.94kB

## Attachments

- Delaware Nation.pdf, 4.16MB
- Delaware Tribe.pdf, 4.16MB
- Delawre Nation Response.pdf, 119.64kB
- ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf, 4.16MB
- ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf, 4.16MB
- ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf, 4.16MB
- ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf, 4.16MB
- ICE Real Property Acquisitions (1).pdf, 277.64kB
- ICE Roxbury NJ Acquisition Due Diligence Memo_SZ.pdf, 268.74kB
- IPaC_ RoxburyNJ.pdf, 4.16MB
- MMC_RE_NEPA_ER_APPENDICES V2_1879_ROUTE_46_ROXBURY_NJ.pdf, 21.30MB
- Shawnee Tribe.pdf, 4.16MB
- SHPO Letter.pdf, 4.16MB

## Comments

- Gabrielle Fernandez, ICE/DHS to conduct government-to-government consultation with Delaware Nation pursuant to DHS Tribal Consultation Directive and Instruction (02/03/2026 10:03:16)

Roxbury, NJ Property Acquisition (Unclassified)

## EPHP Review

### Environmental Resources

- Is the Proposed Action a piece of a larger action or connected to another action? -- No
  Please explain how you came to this determination. : No, the proposed action is not part of a larger action.

- Will the Proposed Action have a potentially significant effect on public health or safety? Areas to consider include, but are not limited to: air quality; noise impacts; hazardous wastes and/or contamination; wastewater; potable water; and changes in modes or safety of transportation. -- No
  Explain how the proposed action would not have a potentially significant effect on public health or safety. : The Proposed Action will not have a potentially significant effect on public health or safety. The facility is located within an established industrial area (see Section 3.1 Overview of Project Setting and Appendix A - Figure 1), and the planned renovations and operations will comply with all applicable federal, state, and local regulations governing air quality, noise, hazardous materials, wastewater, potable water, and transportation safety.
  Air quality impacts are expected to be minor and localized, limited to short-term emissions from construction activities and the operation of a backup generator during emergencies. The generator will meet EPA Emergency Stationary Use Tier 2 emission standards, ensuring compliance with the Clean Air Act and minimizing air quality impacts (see Section 3.4 Air Emission Sources).
  Noise impacts from the facility are expected to be minimal. The primary sources of noise will be limited to outdoor recreation yards and occasional operation of one backup generator during testing or power outages. Recreation yard activities will be confined to designated areas and are not anticipated to generate significant noise levels beyond the property boundaries. Backup generators, equipped with weatherproof enclosures, will operate infrequently and only during emergencies or routine maintenance. The proposed Project also includes the construction of an interior gun-firing range for staff training purposes. All firing activities will occur fully indoors within a sound-attenuated space, resulting in no measurable increase in exterior ambient noise. Surrounding land use is comprised of undeveloped land, wooded areas, industrial and commercial development, single-family residences, and a multi-family residential complex. Sensitive noise receptors consist of the singlefamily residences and the multifamily residential complex located in the broader vicinity of the Project site. It is expected that the sound levels associated with the Project will be imperceptible compared to existing sound levels at the property line and at nearby sensitive noise receptors. Traffic and noise levels generated by the Project, including routine vehicle operation and occasional generator use, are not expected to exceed typical residential ambient noise and traffic sounds. As a result, the Project is anticipated to have no perceptible effect on existing ambient conditions and will not result in any significant noise impacts (see Section 3.6 Noise).

  No stormwater features are known to be on-site. The facility modifications associated with the proposed Project would not alter existing site drainage patterns or increase impervious surface area

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 6 of 160 PageID: 557

Exhibit I - Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 6

Roxbury, NJ Property Acquisition (Unclassified)

in a manner that would trigger new stormwater permitting requirements.

The proposed Project is expected to utilize existing waste management structures present on site. All construction activities will adhere to best management practices (BMPs) to prevent spills, contamination, or runoff.

Wastewater and potable water systems are already in place but may need upgraded for the increase in occupancy. Preliminary engineering reviews and available facility usage assumptions indicate that the existing sanitary sewer lateral is sufficient to handle projected wastewater flows associated with the Project, however the Project may require upsizing or modification of the existing sanitary sewer lateral and/or point of connection to accommodate projected facility wastewater flows. All required utility approvals, permits, and connection authorizations would be obtained to confirm the system's ability to accommodate anticipated flows. Final confirmation of capacity and compliance would be completed through coordination with the local municipal sewer authority and would be subject to detailed engineering design and permitting.

Prior to construction, available conveyance and treatment capacity would be formally verified with the municipality; however, based on preliminary engineering review and existing service conditions, the need for additional off-site capacity improvements or municipal system upgrades is considered unlikely. No immediate need for off-site sewer upgrades has been identified at this time. Any sewer improvements would be designed and implemented in coordination with the local municipal sewer authority and would occur within existing utility easements, right-of-way, or previously disturbed areas. Ground disturbance associated with sewer improvements would be temporary, localized, and linear in nature, consisting primarily of trenching for pipe replacement or connection upgrades. Installation activities are not expected to result in changes to land use, long-term drainage patterns, or water quality. Upon completion of construction, all disturbed areas would be backfilled and restored to pre-construction conditions. Accordingly, potential impacts to soils, utilities, and water resources would be short term and minor (see Section 2.5.6 Utilities).

Transportation safety will not be significantly affected, as the facility is located near major transportation corridors, including I-80. The facility's operations are not anticipated to result in significant changes to traffic patterns or modes of transportation.

Based on the above considerations, the Proposed Action will have no significant effect on public health or safety."

- Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act? -- No

Roxbury, NJ Property Acquisition (Unclassified)

Attachments:  FWS, NMFS, or Wildlife Agency Consultation:  (No files uploaded yet.)

- What is your Endangered Species Act (ESA) finding and determination? -- No effect

Explain how the determination was made (e.g., are species present in the area but your proposed action will have no effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats.

A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on December 15, 2025, to identify potential impacts to federally protected species and critical habitats within the Project site. The results, summarized in Section 3.3.5 of the ER, indicate that the Project site does not overlap with designated critical habitat for any federally listed species.

The IPaC tool identified several species with potential ranges that include the Project site, including the Indiana bat (Myotis sodalis; Endangered), northern long-eared bat (Myotis septentrionalis; Endangered), tricolored bat (Perimyotis subflavus; Proposed Endangered), bog turtle (Glyptemys muhlenbergii; Threatened), monarch butterfly (Danaus plexippus; Proposed Threatened), and swamp pink (Helonias bullata; Threatened). However, as described in Section 3.3.5 of the ER, all proposed exterior facility modifications will occur within previously disturbed areas, consisting of an existing asphalt parking lot that does not provide suitable habitat for listed species. Based on this information, ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats. Additional consultation under Section 7 of the Endangered Species Act with USFWS is not required.

Attachments:  ESA consultation:  (No files uploaded yet.)

- What is your Marine Mammal Protection Act (MMPA) finding and determination? -- N/A

Attachments:  MMPA information:  (No files uploaded yet.)

- Would the proposed action adversely affect a species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act or habitat for such species?  -- No

Explain how the determination was made (e.g., are species present in the area but your proposed action will have no adverse effect or no significant effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: No. The Proposed Action will not affect species protected under the Bald and Golden Eagle Protection Act (BGEPA) or Migratory Bird Treaty Act (MBTA), nor will it adversely affect habitat for such species. A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on December 11, 2025, to identify potential impacts to federally protected species and habitats within the Project site. The results, summarized in Section 3.3.5 of the ER, indicate that no bald or golden eagle habitats or migratory bird nesting areas are present within the Project site. The

Roxbury, NJ Property Acquisition (Unclassified)

existing site conditions do not provide suitable nesting or foraging habitat for bald or golden eagles or migratory birds. Additionally, the surrounding land use, which is primarily industrial and commercial development, does not support the ecological conditions necessary for these species. All proposed exterior facility modifications will occur within previously disturbed areas, consisting of an existing asphalt parking lot that does not provide suitable habitat for species protected under the BGEPA or the MBTA. Planned modifications, including perimeter fencing, recreation yards, lighting, and generator replacement, will occur within the existing facility footprint or adjacent areas that have already been disturbed (see Section 2.5). Exterior lighting will be shielded and directed downward to minimize light spill and glare (see Section 3.5), reducing the potential for disruption to migratory bird behavior. Based on the above considerations, as detailed in Section 3.3.5 of the ER, the Proposed Action would have no effect to species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act, nor to their habitats.

Attachments:  BGEPA MBTA consultation:  (No files uploaded yet.)

- What is your Magnuson-Stevens Fishery Conservation and Management Act (essential fish habitat) finding and determination? -- N/A
Attachments:  EFH information:  (No files uploaded yet.)
- Will the Proposed Action have a potentially significant effect on an environmentally sensitive area? Examples include, but are not limited to: areas having special designation or recognition such as prime or unique agricultural lands, coastal zones, designated wilderness study areas, wild and scenic rivers, 100-year floodplains, wetlands, sole source aquifers, Marine Sanctuaries, National Wildlife Refuges, National Parks, National Monuments, etc.  -- No
- Special Flood Hazard Area (i.e. floodplains) -- N/A
- Jurisdictional wetlands and Other Waters of the U.S. -- Wetlands/OWUS present
Explain why the proposed action would not significantly impact these resources. : No. The proposed action is not expected to result in impacts to surface waters that would likely be categorized as Waters of the United States. Supporting documentation is provided in Section 3.3.3 of this Environmental Report.  Six National Wetland Inventory (NWI)-mapped features, four Palustrine Forested Wetlands (PFO1E) and two Palustrine Scrub-Shrub Wetlands (PSS1E), are located within the Project site. However, no ground disturbance is planned within any surface water features or floodplains. Therefore, the Project would have no effect on potential Waters of the United States present on or adjacent to the site.
- Coastal Barrier Unit -- N/A
- Coastal Zone Management Area -- N/A
- Section 10 navigable waterway -- N/A
- Sole Source Aquifers and Wellheads -- N/A
- Prime Farmland -- N/A

Roxbury, NJ Property Acquisition (Unclassified)

- Designated land (i.e., Wilderness Area, Wild and Scenic River, Marine Sanctuary, National Park, National Monument, National Natural Landmark, Wildlife Refuge, and Wilderness Area -- N/A
- Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment? -- No
- Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks?  -- No
- Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity?  -- No
- Will the Proposed Action establish a precedent for future actions that have significant effects? -- No
- Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action? -- No
- Will the Proposed Action have the potential to result in the significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not already significantly modified from their natural condition? -- No
- Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts?  -- No
- Are there any other requirements for the protection of the environment that need to be considered for this proposed action?  -- No

## Historic Preservation & Cultural Resources

- Will the proposed action have a potentially significant effect on a district, highway, structure, or object that is listed, or eligible for listing, on the National Register of Historic Places, a historic or cultural resource, traditional or sacred site, or result in the destruction of a significant scientific, cultural, or historic resource? -- No
Please explain how you came to this determination.: The building on the Project site is modern, as are the surrounding structures. Given the extent of disturbances and the site setting, ICE has determined that the undertaking will result in a finding of No Historic Properties Affected and that no additional cultural resources investigations will be required.
- Have you consulted with the appropriate federally-recognized tribe(s), including Native Alaskan Communities, and Native Hawaiian Organizations?  -- Yes
Please provide details on Tribal consultation efforts. : Yes. Tribal consultation was initiated on January 16, 2026.  In addition to consultation with the New Jersey State Historic Preservation Office, the Project will also require Tribal consultation. A review of the U.S. Department of Housing and Urban Development's (US HUD's) Tribal Directory Assessment Tool (TDAT) resulted in the identification of three (3) tribes that claim ancestral interest in Morris County, New Jersey. These

Roxbury, NJ Property Acquisition (Unclassified)

Tribes include: the Delaware Nation, Oklahoma; the Delaware Nation of Indians; and the Shawnee Tribe. On 1/20/26, the Delaware Nation requested formal government-to-government consultation.

Attachments:  Tribal Consultation: Shawnee Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf, 4.16MB) Delaware Nation.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf, 4.16MB) Delaware Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf, 4.16MB) NJ SHPO.pdf (ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf, 4.16MB) Delaware Nation Response.pdf (Delawre Nation Response.pdf, 119.64kB)

Comments:

Gabrielle Fernandez, ICE/DHS to conduct government-to-government consultation with Delaware Nation pursuant to DHS Tribal Consultation Directive and Instruction (02/03/2026 10:03:16)

** This question should be carefully checked by the Environmental Reviewer.

- Does the proposed action limit access to, and/or ceremonial use of, Indian sacred sites on federal lands by Indian religious practitioners, and/or adversely affect the physical integrity of such sites?  -- No

  Please explain how you came to this determination.: No. The proposed action will occur within/on an existing building and developed manufacturing facility site. Therefore, impacts to sacred sites are not anticipated.

- Does the proposed undertaking have the potential to impact Native American graves or objects of cultural patrimony?  -- No

- Will the proposed undertaking occur on non-DHS federal lands or within/on a non-DHS federally owned facility?  -- No

- Does the proposed undertaking require any ground disturbing activities?  -- Yes

  Please provide a brief description of the project site, including size and current/past use, as well as a description of the proposed ground disturbance, including square feet, depth, method of disturbance, and reason for disturbance. : The proposed project will involve limited ground disturbance, primarily localized to specific areas required for facility improvements. Proposed activities requiring ground disturbance are limited to minor excavation and surface preparation for perimeter security fence upgrades, exterior recreation court installation, and associated utility work. Installation of the light poles and associated lighting fixtures, camera mounts, and electrical and data connections would require only minor ground disturbance, such as minor cable installation trenching and concrete footings, within previously disturbed areas. Upon completion of installation, all disturbed areas would be restored to pre-construction conditions.

Attachments:  Ground Disturbance Information :  (No files uploaded yet.)

Case 2:26-cv-02884-JRS-JBC   Document 26-3   Filed 04/23/26   Page 11 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 11
PageID: 562

Roxbury, NJ Property Acquisition (Unclassified)

- Has an archaeological survey been conducted in the last 20 years?  -- No
- Are there any historic properties eligible for or listed on the National Register of Historic Places (NRHP) present within the Area of Potential Effect (APE)?  -- No

  Please explain why no historic properties are located within the APE (i.e., survey was conducted but there were no historic-age resources, survey was conducted but all resources were ineligible, no survey was conducted, etc.).: ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the Project site and adjacent resources with a potential viewshed of the proposed undertaking (Appendix C, Figure 3). Most of the Project site has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements, and potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the Project site. Similarly, the Project site and adjacent modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and all of those structures are recommended Ineligible for the National Register of Historic Places (NRHP) under all criteria. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of No Historic Properties Affected.
- What is the DHS effects determination of the proposed undertaking on historic property(ies)?  -- No Historic Properties Affected

  Please explain how you came to your determination.: Pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of No Historic Properties Affected. The building on the Project site is modern, as are the surrounding structures. Given the extent of disturbances and the site setting, ICE has determined that the undertaking will result in a finding of No Historic Properties Affected and that no additional cultural resources investigations will be required.


  Attachments:  Section 106 - No Historic Properties Affected: NJ SHPO letter.pdf (ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf, 4.16MB) Delaware Nation.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf, 4.16MB) Delaware Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf, 4.16MB) Shawnee Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf, 4.16MB) Delaware Nation Response.pdf (Delawre Nation Response.pdf, 119.64kB)
- Has the State Historic Preservation Office (SHPO)/Tribal Historic Preservation Office (THPO) concurred with the DHS Section 106 effect determination?  -- No

  Please explain the nature of the dispute, whether the dispute has been resolved, or if the agency has reached out to the Advisory Council on Historic Preservation or the Keeper of the National Register in an attempt to resolve the dispute.: CE has invited the following tribes to participate in consultation

for this undertaking: the Delaware Nation; the Delaware Tribe of Indians; and the Shawnee Tribe. Consultation letters were sent out on 1/16/26. The NJ SHPO was also consulted on 1/16/26. The Delaware Nation requested formal government-to-government consultation on 1/20/26. ICE has not received responses from the SHPO or other THPOs as of 1/30/36.

Attachments:  SHPO/THPO Correspondence: NJ SHPO letter.pdf (ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf, 4.16MB) Delaware Nation.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf, 4.16MB) Delaware Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf, 4.16MB) Shawnee Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf, 4.16MB) Delaware Nation Response.pdf (Delawre Nation Response.pdf, 119.64kB)

** This question should be carefully checked by the Environmental Reviewer.

- Have any other consulting parties provided comments on this undertaking?  -- No
- Is there a Section 106 agreement document associated with this undertaking?  -- No

## Tribal Consultations

**Tribal Consultation Initiated:** Yes

**Tribes:**

- Delaware Nation
- Delaware Tribe of Indians
- Shawnee Tribe

**Summary of Tribal consultation correspondence, meetings, and outcomes:**

ICE has invited the following tribes to participate in consultation for this undertaking: the Delaware Nation; the Delaware Tribe of Indians; and the Shawnee Tribe. Consultation letters were sent out on 1/16/26. The Delaware Nation requested formal government-to-government consultation on 1/20/26. ICE will begin government-to-government consultation with Delaware Nation upon development of site plans.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 13

Roxbury, NJ Property Acquisition (Unclassified)

# DHS Record of Environmental Consideration (REC)
# for Categorically Excluded Actions under NEPA

## INTRODUCTION

The purpose of this Record of Environmental Consideration (REC) is to provide a record that the potential for impacts to the quality of the human environment has been considered in the decision to implement the Proposed Action described below, in accordance with the National Environmental Policy Act of 1969 (NEPA) and DHS Directive 023-01 and Instruction Manual 023-01-001-01 on implementation of NEPA. DHS integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment, as reflected in Section II (8) of this REC. Signature of the DHS Proponent on this REC demonstrates that they have considered the potential for impacts to the human environment in their decision to implement the Proposed Action as required by NEPA, and are committing to any conditions listed in Section IV of this REC that may be required for implementation of the project. When completed, the form is to be signed by the Preparer, the Environmental Approver, and the Action Proponent. The completed REC becomes a part of the administrative record for the Proposed Action.

## SECTION I - Description of Proposed Action

1. Name of Component Authorizing the Proposed Action:

U.S. Immigration and Customs Enforcement GSA Region 2: Northeast and Caribbean

2. Title of Proposed Action:

Roxbury, NJ Property Acquisition

3. Identifying Number of Proposed Action:

DSS-ICE-2026-24507

4. Estimated Start Date and Useful Life of Proposed Action:

Start Date: 02/09/2026 - End Date: On-Going

5. Location of Proposed Action:

Site Specific: 1879 Route 46, Roxbury Township, New Jersey, 07054

6. Description of Proposed Action:

ICE is proposing to acquire and retrofit an existing industrial facility located at 1879 Route 46, Roxbury Township, NJ 07054 to serve as a Detention Processing Center. The 470,044 sq ft facility will be designed to accommodate 542 detainees within housing areas that will include standard dormitory pods, ADA compliant pods, and behavioral and special housing units. The Project would not increase the facility's design capacity, operational population, or building footprint and consists of security, operational, and infrastructure improvements located entirely within previously developed and disturbed areas. No new expansion areas, off site improvements, or new utility corridors are proposed. The Project does not introduce new land use types, new impervious surfaces beyond courts installed on existing asphalt, or changes to site drainage or topography. Proposed improvements will include installation of approx 4,600 linear ft of upgraded perimeter security fencing, replacing or augmenting existing fencing; construction of a small modular security checkpoint structure (approx 150 sq ft); construction of 4 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras mounted on the building façade or within existing paved areas to support operational monitoring; installation of an emergency generator with a large capacity unit (approx 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; sanitary sewer connection improvements, if required by final engineering review. All construction activity will be temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, off site construction, or capacity related improvements are included in the Project.

## SECTION II - Analysis of Extraordinary Circumstances

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 14

Roxbury, NJ Property Acquisition (Unclassified)

---

7. ☒ Proposed Action is not a piece of a larger action

    ☐ Proposed Action is a piece of a larger action

Remarks:

---

**8. For A through K, check the appropriate box and provide an explanation when appropriate. Include a summary of any coordination or consultation that occurred with a resource or regulatory agency, if relevant.**

---

☐ Yes  ☒ No  A. Will the Proposed Action have a potentially significant effect on public health or safety?

Remarks:

---

☐ Yes  ☒ No  B. Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act?

Remarks:

---

☐ Yes  ☒ No  C. Will the Proposed Action have a potentially significant effect on a district, highway, structure, or object that is listed or eligible for listing on the National Register of Historic Places (NRHP)? Will the Proposed Action have a potentially significant effect on a historic or cultural resource, traditionalor sacred site, or result in the destruction of a significant scientific, cultural, or historic resource?

Remarks:

---

☐ Yes  ☒ No  D. Will the Proposed Action have a potentially significant effect on an environmentally sensitive area?

Remarks:

---

☐ Yes  ☒ No  E. Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment?

Remarks:

---

☐ Yes  ☒ No  F. Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks?

Remarks:

---

☐ Yes  ☒ No  G. Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity?

Remarks:

---

☐ Yes  ☒ No  H. Will the Proposed Action establish a precedent for future actions that have significant effects?

Remarks:

---

☐ Yes  ☒ No  I. Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action?

Remarks:

Roxbury, NJ Property Acquisition (Unclassified)

| ☐ Yes | ☒ No | J. Does the Proposed Action have the potential to result in significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not significantly modified from their natural condition? |
|---|---|---|

Remarks:

| ☐ Yes | ☒ No | K. Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts? |
|---|---|---|

Remarks:

## SECTION III - Categorical Exclusion (CATEX) Determination

9. This action is not expected to result in any significant adverse environmental impacts as described in the National Environmental Policy Act of 1969 (NEPA). The proposed action has been thoroughly reviewed by the U.S. Immigration and Customs Enforcement and it has been determined, by the undersigned, that this action is categorically excluded under current DHS CATEX **E2*,D1,C1;** from further environmental documentation, in accordance with Section 3 of DHS Directive 023-01, Environmental Planning Program since implementation of this action:

   I.  Clearly fits within one or more of the categories of excludable actions listed in Appendix A of DHS Instruction 023-01-001-01;
   II. Is not a piece of a larger action which has been segmented into smaller parts in order to avoid a more extensive evaluation of the potential for significant environmental impacts;
   III. Does not involve any extraordinary circumstances, as defined in DHS Instruction 023-01-001-01, Section V(B)(2), that would create the potential for a normally excluded action to have a significant environmental effect.

## SECTION IV - Conditions

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 16 of 160
PageID: 567
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 16

Roxbury, NJ Property Acquisition (Unclassified)

10. The following conditions are required to implement the Proposed Action:

☒Because all elements of the proposed action would occur within a building and on pre disturbed land that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

☒According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 6 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the endangered Indiana Bat, endangered Northern Long-eared Bat, proposed endangered Tricolored Bat, threatened Bog Turtle, proposed threatened Monarch Butterfly, and the threatened Swamp Pink. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building/pre disturbed land, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has determined that the Proposed Action will have no effect on listed species or birds.  Because the Proposed Action would occur entirely on land, there would be no effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act. Consultation with the USFWS under Section 7 of the ESA is not required.

☒Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

☒This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

DHS is aware of the November 12, 2024 decision in Marin Audubon Society v. Federal Aviation Administration, No. 23-1067 (D.C. Cir. Nov. 12, 2024). To the extent that a court may conclude that the Council on Environmental Quality (CEQ) regulations implementing NEPA are not judicially enforceable or binding on this agency action, DHS has nonetheless elected to follow those regulations at 40 C.F.R. Parts 1500–1508, in addition to the Department's procedures/regulations implementing NEPA in Instruction 023-01-001, rev. 01, "Implementation of NEPA" to meet the agency's obligations under NEPA, 42 U.S.C. §§ 4321 et seq.

### SECTION V - Signatures

11a. Preparer of this REC

Roxbury, NJ Property Acquisition (Unclassified)

| Name:<br><br>Amber Carter | Digitally signed by Amber Carter at 02/06/2026 12:11 PM<br><br>Amber Carter | Date:<br><br>02/06/2026 |
|---|---|---|
| **11b. Environmental Approver of this REC** | | |
| Name:<br><br>Jennifer Hass | Digitally signed by Jennifer Hass at 02/06/2026 3:34 PM<br><br>Jennifer Hass | Date:<br><br>02/06/2026 |
| **11c. Action Proponent** | | |
| Name:<br><br>Robert Schultz | Digitally signed by Robert Schultz at 02/24/2026 5:13 PM<br><br>Robert Schultz | Date:<br><br>02/24/2026 |

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

Page 18

Roxbury, NJ Property Acquisition
## Preview of Attachments

The following pages will display this project's attachments that are of these file types:
- .jpg / .jpeg
- .png
- .gif
- .txt
- .pdf

The attachments of compatible file types from this project are:
- ICE Real Property Acquisitions (1).pdf
- ICE Roxbury NJ Acquisition Due Diligence Memo_SZ.pdf
- ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf
- ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf
- ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf
- ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf
- Delawre Nation Response.pdf
- MMC_RE_NEPA_ER_APPENDICES V2_1879_ROUTE_46_ROXBURY_NJ.pdf
- SHPO Letter.pdf (ICE New Newark Processing Center Roxbury NJ - New Jersey SHPO.pdf)
- Delaware Nation.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Nation.pdf)
- Delaware Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Delaware Tribe.pdf)
- Shawnee Tribe.pdf (ICE New Newark Processing Center Roxbury NJ - Shawnee Tribe.pdf)
- IPaC_ RoxburyNJ.pdf

## Note:
All project attachments can be downloaded at the 'File Upload/Manage Attachments' page.

**U.S. Department of Homeland Security**
**Washington, DC 20528**



| | |
|---|---|
| MEMORANDUM FOR: | Keith Ingalsbe<br>Assistant Director<br>Office of Asset and Facilities Management<br>U.S. Immigration and Customs Enforcement |
| FROM: | Stephen Zettlemoyer<br>Environmental Protection Specialist<br>Energy and Environmental Division |
| SUBJECT: | Phase I Environmental Due Diligence Report for<br>271 Kings Highway, Landing, New Jersey 07850 |

By this memorandum, I am acknowledging the submission of the Phase I Environmental Due Diligence Report dated January 7, 2026, for the proposed acquisition of the above property in Roxbury, NJ (Also referred to as 1879 Route 46, Roxbury, New Jersey) to support U.S. Immigration and Customs Enforcement. The Energy and Environmental Division (EED) has reviewed the report and finds the provided document is sufficient to fulfill the basic requirements for environmental due diligence for this transaction.

If there are additional questions regarding this memo, please contact me at stephen.zettlemoyer@hq.dhs.gov or at (202) 878-2914.

Cc:
David Brumley, U.S. Coast Guard, Real Estate Acquisition
Jennifer Hass, Acting EED Executive Director
Andrew DeGregorio, Environmental Protection Specialist (ICE)
Jody M. Prescott, Attorney (ICE)

Case 2:26-cv-02884-JKS-JBC  Document 26-3   Filed 04/23/26    Page 20 of 160
PageID: 571

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 20

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Ms. Tonya Tipton
Tribal Historic Preservation Officer
Shawnee Tribe
29 South Highway 69A
Miami, OK 74354
Phone: (918) 542-2922
Email: tonya@shawnee-tribe.com

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Tipton:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 21
PageID: 572

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054
Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

4

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Figure 3. Aerial View of Project site.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 25
Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 26

Roxbury NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 27

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No 2:26-cv-2884

Page 28

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 29

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

Roxbury, N.J. Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

11

Roxbury, N.J Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 32

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 33 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 33
PageID: 584

Roxbury, NJ Property Acquisition

U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer
Springfield, VA 20598-0075



January 14, 2026

Ms. Katherine Marcopul
Deputy State Historic Preservation Officer
Mail Code 501-04B
NJ Historic Preservation Office
Department of Environmental Protection
PO Box 420
Trenton, NJ 08625-0420
Phone: (609) 940-4312
Email: NJHPO@dep.nj.gov

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Marcopul:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 34 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 34
PageID: 587

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,


Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 36

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

4

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 37 of 160
PageID: 588

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 37

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Figure 3. Aerial View of Project site.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 38

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 39

Roxbury NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 41

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Exhibit 1, Defs.' Opp' to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 42

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 43

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

11

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 44

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Roxbury, NJ Property Acquisition



Figure 13. South adjoining property.



Figure 14. West adjoining property.

12

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 46

Roxbury, NJ Property Acquisition

**U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Martina Thomas
Tribal Historic Preservation Officer
Delaware Tribe of Indians
5100 Tuxedo Blvd
Bartlesville, OK 74006
Phone: (918) 337-6590 x 111
Email: his.pres@delawaretribe.org

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Thomas:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

RE: ICE Newark Processing Facility, 187 Route 46, Roxbury, New Jersey 07054

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 48
Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 3. Aerial View of Project site.

5

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

6

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 54

Roxbury, NJ Property Acquisition
RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 55 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 55
PageID: 606

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 56

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 58

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

13

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 59 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 59
PageID: 610

Roxbury, NJ Property Acquisition



U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer
Springfield, VA 20598-0075

January 14, 2026

Ms. Katelyn Lucas
Tribal Historic Preservation Officer
Delaware Nation, Oklahoma
PO Box 825
Anadarko, OK 73005
Phone: (405) 544-8115
Email: klucas@delawarenation-nsn.gov

      ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation
      of Consultation and Finding of No Historic Properties Affected

Dear Ms. Lewis:

This letter is provided to initiate consultation on a proposed Department of Homeland Security
(DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of
the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is
proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE
operations. Proposed site improvements may include, but are not limited to, installing,
upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping,
drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be
installed. No site improvements are expected to be taller than the existing structure or expand
beyond the current site boundaries. All work and construction staging will occur within the
previously developed parts of the parcel, with the exception of water and sewer improvements
and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will
remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing
warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the
exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or
doors); repairing or replacing the existing roof or cladding materials; adding security equipment;
or adding exterior personnel/guest access controls. The interior of the structure may be renovated
or rebuilt to support ICE operational requirements, which may include but are not limited to
construction of holding and processing spaces, office space, public-facing visitor spaces, and
installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the
subject property and adjacent resources with a potential viewshed of the proposed undertaking
(Figure 5).

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054
Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 61

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

3

Case 2:26-cv-02884-JKS-JBC     Document 26-3     Filed 04/23/26     Page 62 of 160
PageID: 613

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 62

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Figure 3. Aerial View of Project site.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

6

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 65

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp' to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 67

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

10

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 69

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 70

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

12

Roxbury, N.J Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

13

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 72 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 72
PageID: 623

Roxbury, NJ Property Acquisition

---

## Price, Alexis T (CTR)

| | |
|---|---|
| **From:** | Katelyn Lucas <klucas@delawarenation-nsn.gov> |
| **Sent:** | Tuesday, January 20, 2026 1:23 PM |
| **To:** | Price, Alexis T (CTR) |
| **Cc:** | Carter, Amber M (CTR); Carissa Speck; Martina Thomas; Joanna Maurer |
| **Subject:** | Re: THPO Consultation Request - ICE Newark Processing Facility |

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. Please use the Cofense Report Phishing button to report. If the button is not present, click here and follow instructions.

Hello,

Delaware Nation does want to be a consulting party on this project, and we do have concerns about culturally sensitive resources in the general area of this project, which is part of our ancestral homelands. We are requesting formal government to government consultation on this project. We will need to receive more specific information on any/all ground disturbing activities being proposed for this location.

Sincerely,

Katelyn Lucas
Delaware Nation Historic Preservation Officer
klucas@delawarenation-nsn.gov
405-544-8115

CONFIDENTIALITY NOTE:

This e-mail (including attachments) may be privileged and is confidential information covered by the Electronic Communications Privacy Act 18 U.S.C. 2510-2521 and any other applicable law, and is intended only for the use of the individual or entity named herein. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any retention, dissemination, distribution or copying of this communication is strictly prohibited. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system in to which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Delaware Nation or the author hereof in any way from its use. If you have received this communication in error, please immediately notify us by return e-mail. Thank you.

---

**From:** Price, Alexis T (CTR) <Alexis.T.Price@associates.ice.dhs.gov>
**Sent:** Friday, January 16, 2026 3:44 PM
**To:** Katelyn Lucas <klucas@delawarenation-nsn.gov>
**Cc:** Carter, Amber M (CTR) <Amber.M.Carter@associates.ice.dhs.gov>
**Subject:** THPO Consultation Request - ICE Newark Processing Facility

Good afternoon,

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 73

Roxbury, NJ Property Acquisition

U.S Immigration and Customs Enforcement (ICE) is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property located at 1879 Route 46, Roxbury, NJ 07054 in support of ICE operations.  This undertaking is subject to Section 106 of the National Historic Preservation Act and ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.** Please find attached the consultation letter for further details.

Upon completion of your review, if you can please provide any comments on this undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter, I would greatly appreciate it.

Please let me know if you have any questions.

Thank you,
Alexis


**Alexis Price, CTR** | Environmental Scientist
Solv
8201 Greensboro Drive, Suite 700 | McLean, VA 22102
Alexis.Price@solvllc.com

Supporting:
U.S. Immigration and Customs Enforcement
ICE Environmental Program
500 12th Street, SW – Mail Stop 5703
Washington, D.C. 20536

Roxbury, NJ Property Acquisition

# Appendix A: Figures

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 75

Roxbury, NJ Property Acquisition



PROJECT: **CONFIDENTIAL - LAND ACQUISITION NEPA SUPPORT**

TITLE: **FIGURE 1. PROJECT LOCATION MAP**

DATE: January 2026

KEY:

Subject Property

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 76 of 160
PageID: 627
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 76



Roxbury, NJ Property Acquisition

PROPOSED LIGHT POLE (TYPICAL)

PROPOSED EMERGENCY GENERATOR

REPLACE EXISTING FENCE WITH NEW SECURITY FENCE

Netcong Heights

PROPOSED PREFABRICATED MODULAR GUARD SHACK

PROPOSED FIBER-OPTIC AND COMMUNICATIONS CABLING

PROPOSED SEWER SERVICE

PROPOSED WATER SERVICE

ROUTE US 46

46

SOUTH NETCONG

Roxbury, NJ Property Acquisiti



| PROJECT: | CONFIDENTIAL - LAND ACQUISITION NEPA SUPPORT |
|---|---|
| TITLE: | FIGURE 3. APE FOR CULTURAL RESOURCES |
| DATE: | January 2026 |

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 78 of 160
PageID: 629
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 78



Roxbury, NJ Property Acquisition

**Map: 0.25 Mile Radius**
Order Number: 25112100572
Address: 1879 Route 46, ROXBURY, NJ

ERIS

PROJECT:  **CONFIDENTIAL - LAND ACQUISITION
NEPA SUPPORT**

TITLE:  **FIGURE 4. NWI WETLANDS**

DATE:  January 2026

Exhibit 1, Defs.' Opp' to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 79
PageID: 630

Roxbury, NJ Property Acquisition

ZONE A2

LAKE
SCONETCONG

NE A2

STREET

MORRIS

STREET

STREET

CONRAIL

KINGS

CENTER

ZONE C

ZONE C

LIMITS

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 80

Roxbury, NJ Property Acquisition

# Appendix B: Site Engineering Drawings

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 81

Roxbury, NJ Property Acquisition



**(1) ROXBURY, NJ FLOOR PLAN**

1" = 50'-0"

## GRO-TOO LLC

1621 CENTRAL AVE
CHEYENNE, WY 82001

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 82

Roxbury, NJ Property Acquisition



**1** ROXBURY, NJ FLOOR PLAN
1" = 50'-0"

**GRO-TOO LLC**
1621 CENTRAL AVE
CHEYENNE, WY 82001

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 83

Roxbury, NJ Property Acquisition

# Appendix C: USFWS Coordination

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 84 of 160
PageID: 635
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 84



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE

New Jersey Ecological Services Field Office
4 E. Jimmie Leeds Road, Suite 4
Galloway, NJ 8205
Phone: (609) 646-9310



In Reply Refer To:                                                  12/15/2025 23:28:27 UTC
Project Code: 2026-0027335
Project Name: Newark Processing Center

Subject:   List of threatened and endangered species that may occur in your proposed project
           location or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed and candidate species, as well as proposed and final designated critical habitat, that may occur within the boundary of your proposed project and/or may be affected by your proposed project. The species list fulfills the requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

If the enclosed list indicates that any listed species may be present in your action area, please visit the New Jersey Field Office Project Review Guide web page as the next step in evaluating potential project impacts: http://www.fws.gov/northeast/njfieldoffice/Endangered/consultation.html

On the New Jersey Field Office consultation web page you will find:

- habitat descriptions, survey protocols, and recommended best management practices for listed species;
- recommended procedures for submitting information to this office; and
- links to other Federal and State agencies, the Section 7 Consultation Handbook, the Service's wind energy guidelines, communication tower recommendations, the National Bald Eagle Management Guidelines, and other resources and recommendations for protecting wildlife resources.

The enclosed list may change as new information about listed species becomes available. As per Federal regulations at 50 CFR 402.12(e), the enclosed list is only valid for 90 days. Please return to the IPaC website at regular intervals during project planning and implementation to obtain an updated species list. When using IPaC, be careful about drawing the boundary of your Project Location. Remember that your action area under the ESA is not limited to just the footprint of the project. The action area also includes all areas that may be indirectly affected through impacts

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 85

such as noise, visual disturbance, erosion, sedimentation, hydrologic change, chemical exposure, reduced availability or access to food resources, barriers to movement, increased human intrusions or access, and all areas affected by reasonably foreseeable future that would not occur without ("but for") the project that is currently being proposed.

We appreciate your concern for threatened and endangered species. The Service encourages Federal and non-Federal project proponents to consider listed, proposed, and candidate species early in the planning process. Feel free to contact this office if you would like more information or assistance evaluating potential project impacts to federally listed species or other wildlife resources. Please include the project code in the header of this letter with any correspondence about your project.

Attachment(s):

- Official Species List
- USFWS National Wildlife Refuges and Fish Hatcheries
- Bald & Golden Eagles
- Migratory Birds
- Wetlands

# OFFICIAL SPECIES LIST

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**New Jersey Ecological Services Field Office**
4 E. Jimmie Leeds Road, Suite 4
Galloway, NJ 8205
(609) 646-9310

## PROJECT SUMMARY

Project Code:      2026-0027335

Project Name:     Newark Processing Center

Project Type:      Commercial Development

Project Description:  The Department of Homeland Security will be acquiring existing commercial and warehouse facilities and propose building renovations limited to existing structures and developed paved areas.

Project Location:

The approximate location of the project can be viewed in Google Maps: https://www.google.com/maps/@40.8936073,-74.6813747268788,14z



Counties:  Morris County, New Jersey

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 87

## ENDANGERED SPECIES ACT SPECIES

There is a total of 6 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 88
Roxbury, NJ Property Acquisition     Printed on 2026-0025835     12/15/2025 23:28:27 UTC

## MAMMALS

| NAME | STATUS |
|---|---|
| Indiana Bat *Myotis sodalis*<br>There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/5949<br>General project design guidelines:<br>https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/generated/10545.pdf | Endangered |
| Northern Long-eared Bat *Myotis septentrionalis*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/9045<br>General project design guidelines:<br>https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/generated/10545.pdf | Endangered |
| Tricolored Bat *Perimyotis subflavus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/10515<br>General project design guidelines:<br>https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/generated/10545.pdf | Proposed Endangered |

## REPTILES

| NAME | STATUS |
|---|---|
| Bog Turtle *Glyptemys muhlenbergii*<br>Population: Wherever found, except GA, NC, SC, TN, VA<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/6962<br>General project design guidelines:<br>https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/generated/10545.pdf | Threatened |

## INSECTS

| NAME | STATUS |
|---|---|
| Monarch Butterfly *Danaus plexippus*<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/9743<br>General project design guidelines:<br>https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/generated/10545.pdf | Proposed Threatened |

## FLOWERING PLANTS

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 89 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 89
PageID: 640

| NAME | STATUS |
| --- | --- |
| Swamp Pink *Helonias bullata* | Threatened |

    Population:
    No critical habitat has been designated for this species.
    Species profile: https://ecos.fws.gov/ecp/species/4333
    General project design guidelines:
        https://ipac.ecosphere.fws.gov/project/RSTP2IPUTRFU7CXOZVLZ4IXTYI/documents/
        generated/10545.pdf

## CRITICAL HABITATS

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

YOU ARE STILL REQUIRED TO DETERMINE IF YOUR PROJECT(S) MAY HAVE EFFECTS ON ALL ABOVE LISTED SPECIES.

# USFWS NATIONAL WILDLIFE REFUGE LANDS AND FISH HATCHERIES

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

THERE ARE NO REFUGE LANDS OR FISH HATCHERIES WITHIN YOUR PROJECT AREA.

# BALD & GOLDEN EAGLES

Bald and Golden Eagles are protected under the Bald and Golden Eagle Protection Act [2] and the Migratory Bird Treaty Act (MBTA) [1]. Any person or organization who plans or conducts activities that may result in impacts to Bald or Golden Eagles, or their habitats, should follow appropriate regulations and consider implementing appropriate avoidance and minimization measures, as described in the various links on this page.

1. The Bald and Golden Eagle Protection Act of 1940.
2. The Migratory Birds Treaty Act of 1918.
3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

There are Bald Eagles and/or Golden Eagles in your project area.

**Measures for Proactively Minimizing Eagle Impacts**
For information on how to best avoid and minimize disturbance to nesting bald eagles, please review the National Bald Eagle Management Guidelines. You may employ the timing and activity-specific distance recommendations in this document when designing your project/

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No 2:26-cv-2884
Page 90

activity to avoid and minimize eagle impacts. For bald eagle information specific to Alaska, please refer to Bald Eagle Nesting and Sensitivity to Human Activity.

The FWS does not currently have guidelines for avoiding and minimizing disturbance to nesting Golden Eagles. For site-specific recommendations regarding nesting Golden Eagles, please consult with the appropriate Regional Migratory Bird Office or Ecological Services Field Office.

If disturbance or take of eagles cannot be avoided, an incidental take permit may be available to authorize any take that results from, but is not the purpose of, an otherwise lawful activity. For assistance making this determination for Bald Eagles, visit the Do I Need A Permit Tool. For assistance making this determination for golden eagles, please consult with the appropriate Regional Migratory Bird Office or Ecological Services Field Office.

**Ensure Your Eagle List is Accurate and Complete**
If your project area is in a poorly surveyed area in IPaC, your list may not be complete and you may need to rely on other resources to determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys). Please review the Supplemental Information on Migratory Birds and Eagles, to help you properly interpret the report for your specified location, including determining if there is sufficient data to ensure your list is accurate.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to bald or golden eagles on your list, see the "Probability of Presence Summary" below to see when these bald or golden eagles are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|------|-----------------|
| Bald Eagle *Haliaeetus leucocephalus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1626 | Breeds Sep 1 to Aug 31 |
| Golden Eagle *Aquila chrysaetos* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1680 | Breeds elsewhere |

# PROBABILITY OF PRESENCE SUMMARY

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence** (■)

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884 Page 91

Green bars; the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during that week of the year.

**Breeding Season (▉)**
Yellow bars; liberal estimate of the timeframe inside which the bird breeds across its entire range.

**Survey Effort (▎)**
Vertical black lines; the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

**No Data (—)**
A week is marked as having no data if there were no survey events for that week.



Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide avoidance and minimization measures for birds https://www.fws.gov/sites/default/files/documents/nationwide-standard-conservation-measures.pdf
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

# MIGRATORY BIRDS

The Migratory Bird Treaty Act (MBTA) [1] prohibits the take (including killing, capturing, selling, trading, and transport) of protected migratory bird species without prior authorization by the Department of Interior U.S. Fish and Wildlife Service (Service).

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 92
Roxbury, NJ Property Acquisition          Printed on: 12/15/2025 23:28:27 UTC

3. 50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, see the "Probability of Presence Summary" below to see when these birds are most likely to be present and breeding in your project area.

| NAME | BREEDING SEASON |
|---|---|
| Bald Eagle *Haliaeetus leucocephalus* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1626 | Breeds Sep 1 to Aug 31 |
| Black-capped Chickadee *Poecile atricapillus practicus* <br> This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA <br> https://ecos.fws.gov/ecp/species/10645 | Breeds Apr 10 to Jul 31 |
| Bobolink *Dolichonyx oryzivorus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9454 | Breeds May 20 to Jul 31 |
| Canada Warbler *Cardellina canadensis* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9643 | Breeds May 20 to Aug 10 |
| Cerulean Warbler *Setophaga cerulea* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/2974 | Breeds Apr 27 to Jul 20 |
| Chimney Swift *Chaetura pelagica* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9406 | Breeds Mar 15 to Aug 25 |
| Golden Eagle *Aquila chrysaetos* <br> This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. <br> https://ecos.fws.gov/ecp/species/1680 | Breeds elsewhere |
| Golden-winged Warbler *Vermivora chrysoptera* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/8745 | Breeds May 1 to Jul 20 |

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 93

| NAME | BREEDING SEASON |
|------|-----------------|
| Kentucky Warbler *Geothlypis formosa* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9443 | Breeds Apr 20 to Aug 20 |
| Prairie Warbler *Setophaga discolor* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9513 | Breeds May 1 to Jul 31 |
| Red-headed Woodpecker *Melanerpes erythrocephalus* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9398 | Breeds May 10 to Sep 10 |
| Rusty Blackbird *Euphagus carolinus* <br> This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA <br> https://ecos.fws.gov/ecp/species/9478 | Breeds elsewhere |
| Wood Thrush *Hylocichla mustelina* <br> This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. <br> https://ecos.fws.gov/ecp/species/9431 | Breeds May 10 to Aug 31 |

# PROBABILITY OF PRESENCE SUMMARY

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence** (■)

Green bars; the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during that week of the year.

**Breeding Season** (■)
Yellow bars; liberal estimate of the timeframe inside which the bird breeds across its entire range.

**Survey Effort** (|)
Vertical black lines; the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

**No Data** (−)
A week is marked as having no data if there were no survey events for that week.

Roxbury, NJ Property Acquisition



Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 95 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 95
PageID: 646

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide avoidance and minimization measures for birds
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

# WETLANDS

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

WETLAND INFORMATION WAS NOT AVAILABLE WHEN THIS SPECIES LIST WAS GENERATED. PLEASE VISIT HTTPS://WWW.FWS.GOV/WETLANDS/DATA/MAPPER.HTML OR CONTACT THE FIELD OFFICE FOR FURTHER INFORMATION.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 96

Roxbury, NJ Property Acquisition

# Appendix D: Permitting and Approvals Matrix

Roxbury, NJ Property Acquisition

## Newark Processing Center
## Permitting and Approvals Matrix[1]

| Permit/Authorization | Trigger | Reference |
|---|---|---|
| **Federal** | | |
| United States Army Corps of Engineers (USACE) | Impacts to Waters of the United States (Federal wetlands or streams located on-site) | Clean Water Act (CWA) Section 404 |
| United States Fish and Wildlife Service (USFWS) | Section 7 Consultation | Endangered Species Act (ESA) Compliance |
| **State** | | |
| New Jersey Department of Environmental Protection | Generators | N.J.A.C. TITLE 7 CHAPTER 27 SUBCHAPTER 8 Permits and Certificates for Minor Facilities |
| | Boilers | General Permit GP-009 for Boiler(s) and Other Indirect Fired External Combustion Equipment |
| | Construction Stormwater Runoff | Construction Activity Stormwater General Permit 5G3 |
| | Wastewater Discharge to Public Treatment Works | If the facility discharge may meet the Significant Indirect User criteria in N.J.A.C. 7:14A-1.2, submit an SIU Determination Request to DEP Bureau of Surface Water and Pretreatment Permitting |
| | Generating, treating or storing hazardous waste | N.J.A.C. TITLE 7 CHAPTER 26G SUBCHAPTER 6 Standards Applicable to Generators of Hazardous Waste |
| | Aboveground fuel storage tanks | N.J.A.C. 7:1E-2.2 Discharges of Petroleum and Other Hazardous Substances – Prevention and Control of Discharges at Major Facilities - Storage |

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 98 of 160 PageID: 649

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 98

Roxbury, NJ Property Acquisition

| Permit/Authorization | Trigger | Reference |
|---|---|---|
| | On-site Sewage Facility (Septic – currently none on property) | N.J.A.C. 7:9A Standards for Individual Subsurface Sewage Disposal Systems |
| New Jersey Department of Health | Generate and Store Medical Waste | N.J.A.C. Title 7 Chapter 26 - Subchapter 3A – Regulated Medical Waste |
| **Local** | | |
| Roxbury Township | Site is Zoned "Light Industrial-Office Research". | Site may require Conditional Use approval under Roxbury Code § 13-7.35 |
| | Building alteration/ renovation | Review/approval under Roxbury Code § 13-3.602 |
| | Stormwater | Roxbury Code § 13-8.403. Stormwater Management Requirements for Major and Minor Developments. |
| | Sewer Discharge | Roxbury Code § 12-6.2. Discharge of Certain Wastes Prohibited |

[1]This table was prepared in December 2025 based on a preliminary analysis of the location and proposed activity for the Project, using information provided to date as referenced in the ER Report and using publicly available data.

Roxbury, NJ Property Acquisition

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Ms. Katherine Marcopul
Deputy State Historic Preservation Officer
Mail Code 501-04B
NJ Historic Preservation Office
Department of Environmental Protection
PO Box 420
Trenton, NJ 08625-0420
Phone: (609) 940-4312
Email: NJHPO@dep.nj.gov

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Marcopul:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

Roxbury, NJ Property Acquisition
RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Figure 3. Aerial View of Project site.

5

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

6

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 107

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

11

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 110

Roxbury, NJ Property Acquisition
RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

12

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 111

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Roxbury, NJ Property Acquisition

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Ms. Katelyn Lucas
Tribal Historic Preservation Officer
Delaware Nation, Oklahoma
PO Box 825
Anadarko, OK 73005
Phone: (405) 544-8115
Email: klucas@delawarenation-nsn.gov

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Lewis:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 115

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

4

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 3. Aerial View of Project site.

5

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

6

Roxbury NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 119

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim Inj., Case No. 2:26-cv-2884
Page 120

Roxbury, NJ Property Acquisition
RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim Inj., Case No. 2:26-cv-2884
Page 121

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 123

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Roxbury, NJ Property Acquisition

**U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer
Springfield, VA 20598-0075**



January 14, 2026

Martina Thomas
Tribal Historic Preservation Officer
Delaware Tribe of Indians
5100 Tuxedo Blvd
Bartlesville, OK 74006
Phone: (918) 337-6590 x 111
Email: his.pres@delawaretribe.org

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Thomas:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054
Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 127 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 127
PageID: 678

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

V



Figure 2. Project site on USGS topographic map.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 129

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 3. Aerial View of Project site.

5

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

6

Roxbury NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 133

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 134

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 135

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 136

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Roxbury, NJ Property Acquisition



Figure 13. South adjoining property.



Figure 14. West adjoining property.

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 138

Roxbury, NJ Property Acquisition

**U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer**
Springfield, VA 20598-0075



January 14, 2026

Ms. Tonya Tipton
Tribal Historic Preservation Officer
Shawnee Tribe
29 South Highway 69A
Miami, OK 74354
Phone: (918) 542-2922
Email: tonya@shawnee-tribe.com

> ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Tipton:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Roxbury, New Jersey (Figures 1–3). ICE is proposing to purchase, occupy and rehabilitate a 111-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries. All work and construction staging will occur within the previously developed parts of the parcel, with the exception of water and sewer improvements and fiber optic lines extending along an existing utility corridor to US 46. All forested areas will remain forested (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054

Roxbury, NJ Property Acquisition

As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is an existing warehouse constructed in 2023 (Figures 6–11). The immediately surrounding land is comprised of forested land (Figures 12–13; see Figure 5). Adjacent properties within the APE consist of similar modern industrial resources originally constructed in 1984  the south and residences to the west (Figures 14–15; see Figure 4). The subject property and adjacent modern resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the NRHP under all criteria.

Adjacent residential resources consist of an apartment complex (Netcong Heights), constructed c. 1971–1979, and residences along Old Traveled Way that date to c. 1931–1956 that are comprised of a mix of architectural styles. Residential resources are expected to have minimal, if any, visual to the proposed undertaking. None of the residential neighborhoods have been evaluated for inclusion on the NRHP. However, regardless of eligibility, the proposed undertaking will not affect these resources, nor impact these resources integrity or ability to be included on the NRHP. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected**. In the event the scope of the proposed undertaking changes, ICE will reconsult with your office in accordance with 36 CFR 800.

In accordance with 36 CFR 800.3, ICE has invited the New Jersey Historic Preservation Office to participate in consultation regarding this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; the Delaware Tribe of Indians; and the Shawnee Tribe. ICE has not received any comments from any of the consulting parties at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

2

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 1. Project site location map.

3

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 2. Project site on USGS topographic map.

4

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 3. Aerial View of Project site.

5

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 4. Proposed site plan.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

6

Roxbury NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 5. Area of Potential Effects (APE) for cultural resources.

7

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 6. Project site.



Figure 7. West elevation.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 146

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 8. Parking area east of building.



Figure 9. South and west elevations.

9

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 147 of 160 PageID: 698

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim Inj., Case No. 2:26-cv-2884
Page 147

Roxbury, N.J. Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 148

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 12. North adjoining property.



Figure 13. Wooded area on east part of property.

11

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 13. South adjoining property.



Figure 14. West adjoining property.

12

Roxbury, NJ Property Acquisition

RE: ICE Newark Processing Facility, 1879 Route 46, Roxbury, New Jersey 07054



Figure 15. South adjoining property.

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 151 of 160

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 151
PageID: 702

**IPaC**
Roxbury, NJ Property Acquisition

U.S. Fish & Wildlife Service

# IPaC resource list

This report is an automatically generated list of species and other resources such as critical habitat (collectively referred to as *trust resources*) under the U.S. Fish and Wildlife Service's (USFWS) jurisdiction that are known or expected to be on or near the project area referenced below. The list may also include trust resources that occur outside of the project area, but that could potentially be directly or indirectly affected by activities in the project area. However, determining the likelihood and extent of effects a project may have on trust resources typically requires gathering additional site-specific (e.g., vegetation/species surveys) and project-specific (e.g., magnitude and timing of proposed activities) information.

Below is a summary of the project information you provided and contact information for the USFWS office(s) with jurisdiction in the defined project area. Please read the introduction to each section that follows (Endangered Species, Migratory Birds, USFWS Facilities, and NWI Wetlands) for additional information applicable to the trust resources addressed in that section.

## Location

Morris County, New Jersey



## Local office

New Jersey Ecological Services Field Office

📞 (609) 646-9310

4 E. Jimmie Leeds Road, Suite 4
Galloway, NJ 8205

NOT FOR CONSULTATION

Roxbury, NJ Property Acquisition

# Endangered species

**This resource list is for informational purposes only and does not constitute an analysis of project level impacts.**

The primary information used to generate this list is the known or expected range of each species. Additional areas of influence (AOI) for species are also considered. An AOI includes areas outside of the species range if the species could be indirectly affected by activities in that area (e.g., placing a dam upstream of a fish population even if that fish does not occur at the dam site, may indirectly impact the species by reducing or eliminating water flow downstream). Because species can move, and site conditions can change, the species on this list are not guaranteed to be found on or near the project area. To fully determine any potential effects to species, additional site-specific and project-specific information is often required.

Section 7 of the Endangered Species Act **requires** Federal agencies to "request of the Secretary information whether any species which is listed or proposed to be listed may be present in the area of such proposed action" for any project that is conducted, permitted, funded, or licensed by any Federal agency. A letter from the local office and a species list which fulfills this requirement can **only** be obtained by requesting an official species list from either the Regulatory Review section in IPaC (see directions below) or from the local field office directly.

For project evaluations that require USFWS concurrence/review, please return to the IPaC website and request an official species list by doing the following:

1. Draw the project location and click CONTINUE.
2. Click DEFINE PROJECT.
3. Log in (if directed to do so).
4. Provide a name and description for your project.
5. Click REQUEST SPECIES LIST.

Listed species[1] and their critical habitats are managed by the Ecological Services Program of the U.S. Fish and Wildlife Service (USFWS) and the fisheries division of the National Oceanic and Atmospheric Administration (NOAA Fisheries[2]).

Species and critical habitats under the sole responsibility of NOAA Fisheries are **not** shown on this list. Please contact NOAA Fisheries for species under their jurisdiction.

1. Species listed under the Endangered Species Act are threatened or endangered; IPaC also shows species that are candidates, or proposed, for listing. See the listing status page for more information. IPaC only shows species that are regulated by USFWS (see FAQ).
2. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

The following species are potentially affected by activities in this location:

## Mammals

| NAME | STATUS |
|------|--------|
| Indiana Bat  Myotis sodalis<br>Wherever found<br>   There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>   https://ecos.fws.gov/ecp/species/5949 | Endangered |
| Northern Long-eared Bat  Myotis septentrionalis<br>Wherever found<br>   No critical habitat has been designated for this species.<br>   https://ecos.fws.gov/ecp/species/9045 | Endangered |
| Tricolored Bat  Perimyotis subflavus<br>Wherever found<br>   No critical habitat has been designated for this species.<br>   https://ecos.fws.gov/ecp/species/10515 | Proposed Endangered |

## Reptiles

| NAME | STATUS |
|------|--------|
| Bog Turtle  Glyptemys muhlenbergii<br>   No critical habitat has been designated for this species.<br>   https://ecos.fws.gov/ecp/species/6962 | Threatened |

NOT FOR CONSULTATION

Case 2:26-cv-02884-JKS-JBC    Document 26-3    Filed 04/23/26    Page 153 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 153
PageID: 704

# Insects
Roxbury, NJ Property Acquisition

| NAME | STATUS |
|------|--------|
| Monarch Butterfly  Danaus plexippus<br>Wherever found<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>https://ecos.fws.gov/ecp/species/9743 | Proposed Threatened |

# Flowering Plants

| NAME | STATUS |
|------|--------|
| Swamp Pink  Helonias bullata<br>No critical habitat has been designated for this species.<br>https://ecos.fws.gov/ecp/species/4333 | Threatened |

# Critical habitats

Potential effects to critical habitat(s) in this location must be analyzed along with the endangered species themselves.

There are no critical habitats at this location.

You are still required to determine if your project(s) may have effects on all above listed species.

# Bald & Golden Eagles

Bald and Golden Eagles are protected under the Bald and Golden Eagle Protection Act [2] and the Migratory Bird Treaty Act (MBTA) [1]. Any person or organization who plans or conducts activities that may result in impacts to Bald or Golden Eagles, or their habitats, should follow appropriate regulations and consider implementing appropriate avoidance and minimization measures, as described in the various links on this page.

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide avoidance and minimization measures for birds https://www.fws.gov/sites/default/files/documents/nationwide-standard-conservation-measures.pdf
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

There are Bald Eagles and/or Golden Eagles in your project area.

**Measures for Proactively Minimizing Eagle Impacts**

For information on how to best avoid and minimize disturbance to nesting bald eagles, please review the National Bald Eagle Management Guidelines. You may employ the timing and activity-specific distance recommendations in this document when designing your project/activity to avoid and minimize eagle impacts. For bald eagle information specific to Alaska, please refer to Bald Eagle Nesting and Sensitivity to Human Activity.

The FWS does not currently have guidelines for avoiding and minimizing disturbance to nesting Golden Eagles. For site-specific recommendations regarding nesting Golden Eagles, please consult with the appropriate Regional Migratory Bird Office or Ecological Services Field Office.

If disturbance or take of eagles cannot be avoided, an incidental take permit may be available to authorize any take that results from, but is not the purpose of, an otherwise lawful activity. For assistance making this determination for Bald Eagles, visit the Do I Need A Permit Tool. For assistance making this determination for golden eagles, please consult with the appropriate Regional Migratory Bird Office or Ecological Services Field Office.

**Ensure Your Eagle List is Accurate and Complete**

If your project area is in a poorly surveyed area in IPaC, your list may not be complete and you may need to rely on other resources to determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys). Please review the Supplemental Information on Migratory Birds and Eagles, to help you properly interpret the report for your specified location, including determining if there is sufficient data to ensure your list is accurate.

NOT FOR CONSULTATION

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim Inj., Case No. 2:26-cv-2884

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to bald or golden eagles on your list, see the "Probability of Presence Summary" below to see when these bald or golden eagles are most likely to be present and breeding in your project area.

**Review the FAQs**

The FAQs below provide important additional information and resources.

| NAME | BREEDING SEASON |
|---|---|
| Bald Eagle  Haliaeetus leucocephalus | Breeds Sep 1 to Aug 31 |
| This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities. | |
| https://ecos.fws.gov/ecp/species/1626 | |
| Golden Eagle  Aquila chrysaetos | Breeds elsewhere |
| This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities | |
| https://ecos.fws.gov/ecp/species/1680 | |

# Probability of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence ( )**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.
2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.
3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

To see a bar's probability of presence score, simply hover your mouse cursor over the bar.

**Breeding Season ( )**

Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort ( | )**

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

To see a bar's survey effort range, simply hover your mouse cursor over the bar.

**No Data ( — )**

A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**

Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bald Eagle Non-BCC Vulnerable | | | | | | | | | | | | |
| Golden Eagle | | | | | | | | | | | | |

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 155 of 160 PageID: 706

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim.Inj., Case No. 2:26-cv-2884
Page 155

Bald & Golden Eagles FAQs
Roxbury, NJ Property Acquisition

**What does IPaC use to generate the potential presence of bald and golden eagles in my specified location?**

The potential for eagle presence is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) which your project intersects, and that have been identified as warranting special attention because they are an eagle (Bald and Golden Eagle Protection Act requirements may apply).

**Proper interpretation and use of your eagle report**
On the graphs provided, please look carefully at the survey effort (indicated by the black vertical line) and for the existence of the "no data" indicator (a red horizontal line). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort line or no data line (red horizontal) means a lack of data and, therefore, a lack of certainty about presence of the species. This list is not perfect; it is simply a starting point for identifying what birds have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list and associated information help you know what to look for to confirm presence and helps guide you in knowing when to implement avoidance and minimization measures to eliminate or reduce potential impacts from your project activities or get the appropriate permits should presence be confirmed.

**How do I know if eagles are breeding, wintering, or migrating in my area?**

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating, or resident), you may query your location using the RAIL Tool and view the range maps provided for birds in your area at the bottom of the profiles provided for each bird in your results. If an eagle on your IPaC migratory bird species list has a breeding season associated with it (indicated by yellow vertical bars on the phenology graph in your "IPaC PROBABILITY OF PRESENCE SUMMARY" at the top of your results list), there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**Interpreting the Probability of Presence Graphs**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. A taller bar indicates a higher probability of species presence. The survey effort can be used to establish a level of confidence in the presence score.

*How is the probability of presence score calculated? The calculation is done in three steps:*
The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season ()**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort ()**
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

**No Data ()**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

# Migratory birds

The Migratory Bird Treaty Act (MBTA) [1] prohibits the take (including killing, capturing, selling, trading, and transport) of protected migratory bird species without prior authorization by the Department of Interior U.S. Fish and Wildlife Service (Service).

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding-and-minimizing-incidental-take-migratory-birds
- Nationwide avoidance and minimization measures for birds
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/supplemental-information-migratory-birds-and-bald-and-golden-eagles-may-occur-project-action

NOT FOR CONSULTATION

Roxbury, NJ Property Acquisition

Your IPaC Migratory Bird list showcases birds of concern, including Birds of Conservation Concern (BCC), in your project location. This is not a comprehensive list of all birds found in your project area. However, you can help proactively minimize significant impacts to all birds at your project location by implementing the measures in the Nationwide avoidance and minimization measures for birds document, and any other project-specific avoidance and minimization measures suggested at the link Measures for avoiding and minimizing impacts to birds for the birds of concern on your list below.

**Ensure Your Migratory Bird List is Accurate and Complete**

If your project area is in a poorly surveyed area, your list may not be complete and you may need to rely on other resources to determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys). Please review the Supplemental Information on Migratory Birds and Eagles document, to help you properly interpret the report for your specified location, including determining if there is sufficient data to ensure your list is accurate.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduce impacts to migratory birds on your list, see the "Probability of Presence Summary" below to see when these birds are most likely to be present and breeding in your project area.

**Review the FAQs**
The FAQs below provide important additional information and resources.

| NAME | BREEDING SEASON |
|---|---|
| Bald Eagle  Haliaeetus leucocephalus<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/1626 | Breeds Sep 1 to Aug 31 |
| Black-capped Chickadee  Poecile atricapillus practicus<br>This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA | Breeds Apr 10 to Jul 31 |
| Bobolink  Dolichonyx oryzivorus<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds May 20 to Jul 31 |
| Canada Warbler  Cardellina canadensis<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds May 20 to Aug 10 |
| Cerulean Warbler  Setophaga cerulea<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/2974 | Breeds Apr 27 to Jul 20 |
| Chimney Swift  Chaetura pelagica<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Mar 15 to Aug 25 |
| Golden Eagle  Aquila chrysaetos<br>This is not a Bird of Conservation Concern (BCC) in this area, but warrants attention because of the Eagle Act or for potential susceptibilities in offshore areas from certain types of development or activities.<br>https://ecos.fws.gov/ecp/species/1680 | Breeds elsewhere |
| Golden-winged Warbler  Vermivora chrysoptera<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.<br>https://ecos.fws.gov/ecp/species/8745 | Breeds May 1 to Jul 20 |
| Kentucky Warbler  Geothlypis formosa<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds Apr 20 to Aug 20 |
| Prairie Warbler  Setophaga discolor<br>This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska. | Breeds May 1 to Jul 31 |

NOT FOR CONSULTATION

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884

Roxbury, NJ Property Acquisition

**Red-headed Woodpecker  Melanerpes erythrocephalus**                              Breeds May 10 to Sep 10
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

**Rusty Blackbird  Euphagus carolinus**                              Breeds elsewhere
This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA

**Wood Thrush  Hylocichla mustelina**                              Breeds May 10 to Aug 31
This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

# Probability of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present in your project area. This information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds. Please make sure you read "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Interpretation and Use of Your Migratory Bird Report" before using or attempting to interpret this report.

### Probability of Presence (■)

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. (A year is represented as 12 4-week months.) A taller bar indicates a higher probability of species presence. The survey effort (see below) can be used to establish a level of confidence in the presence score. One can have higher confidence in the presence score if the corresponding survey effort is also high.

How is the probability of presence score calculated? The calculation is done in three steps:

1. The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.
2. To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.
3. The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

To see a bar's probability of presence score, simply hover your mouse cursor over the bar.

### Breeding Season ( )
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

### Survey Effort (|)
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to 64 surveys.

To see a bar's survey effort range, simply hover your mouse cursor over the bar.

### No Data (−)
A week is marked as having no data if there were no survey events for that week.

### Survey Timeframe
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

■ probability of presence   ■ breeding season   | survey effort   − no data

| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bald Eagle Non-BCC Vulnerable | | | | | | | | | | | | |
| Black-capped Chickadee BCC - BCR | | | | | | | | | | | | |
| Bobolink BCC Rangewide (CON) | | | | | | | | | | | | |
| Canada Warbler BCC Rangewide (CON) | | | | | | | | | | | | |
| Cerulean Warbler BCC Rangewide (CON) | | | | | | | | | | | | |

Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim Inj., Case No. 2:26-cv-2884
Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 158 of 160
Page 158
PageID: 709

Roxbury, No Property Acquisition

NOT FOR CONSULTATION

| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chimney Swift — BCC Rangewide (CON) | | | | | | | | | | | | |
| Golden Eagle — Non-BCC Vulnerable | | | | | | | | | | | | |
| Golden-winged Warbler — BCC Rangewide (CON) | | | | | | | | | | | | |
| Kentucky Warbler — BCC Rangewide (CON) | | | | | | | | | | | | |
| Prairie Warbler — BCC Rangewide (CON) | | | | | | | | | | | | |
| Red-headed Woodpecker — BCC Rangewide (CON) | | | | | | | | | | | | |
| Rusty Blackbird — BCC - BCR | | | | | | | | | | | | |
| Wood Thrush — BCC Rangewide (CON) | | | | | | | | | | | | |

## Migratory Bird FAQs

**Tell me more about avoidance and minimization measures I can implement to avoid or minimize impacts to migratory birds.**

Nationwide Avoidance & Minimization Measures for Birds describes measures that can help avoid and minimize impacts to all birds at any location year-round. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction is one of the most effective ways to minimize impacts. To see when birds are most likely to occur and breed in your project area, view the Probability of Presence Summary. Additional measures or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure or bird species present on your project site.

**What does IPaC use to generate the list of migratory birds that potentially occur in my specified location?**

The Migratory Bird Resource List is comprised of Birds of Conservation Concern (BCC) and other species that may warrant special attention in your project location, such as those listed under the Endangered Species Act or the Bald and Golden Eagle Protection Act and those species marked as "Vulnerable". See the FAQ "What are the levels of concern for migratory birds?" for more information on the levels of concern covered in the IPaC migratory bird species list.

The migratory bird list generated for your project is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is based on a growing collection of survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurring in the 10km grid cell(s) with which your project intersects. These species have been identified as warranting special attention because they are BCC species in that area, an eagle (Bald and Golden Eagle Protection Act requirements may apply), or a species that has a particular vulnerability to offshore activities or development.

Again, the Migratory Bird Resource list includes only a subset of birds that may occur in your project area. It is not representative of all birds that may occur in your project area. To get a list of all birds potentially present in your project area, and to verify survey effort when no results present, please visit the Rapid Avian Information Locator (RAIL) Tool.

**Why are subspecies showing up on my list?**

Subspecies profiles are included on the list of species present in your project area because observations in the AKN for **the species** are being detected. If the species are present, that means that the subspecies may also be present. If a subspecies shows up on your list, you may need to rely on other resources to determine if that subspecies may be present (e.g. your local FWS field office, state surveys, your own surveys).

**What does IPaC use to generate the probability of presence graphs for the migratory birds potentially occurring in my specified location?**

The probability of presence graphs associated with your migratory bird list are based on data provided by the Avian Knowledge Network (AKN). This data is derived from a growing collection of survey, banding, and citizen science datasets.

Probability of presence data is continuously being updated as new and better information becomes available. To learn more about how the probability of presence graphs are produced and how to interpret them, go to the Probability of Presence Summary and then click on the "Tell me about these graphs" link.

**How do I know if a bird is breeding, wintering, or migrating in my area?**

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating, or resident), you may query your location using the RAIL Tool and view the range maps provided for birds in your area at the bottom of the profiles provided for each bird in your results. If a bird on your IPaC migratory bird species list has a breeding season associated with it (indicated by yellow vertical bars on the phenology graph in your "IPaC PROBABILITY OF PRESENCE SUMMARY" at the top of your results list), there may be nests present at some point within the timeframe specified. If "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

**What are the levels of concern for migratory birds?**

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are Birds of Conservation Concern (BCC) that are of concern throughout their range anywhere within the USA (including Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);

Roxbury, NJ Property Acquisition

NOT FOR CONSULTATION

3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the Bald and Golden Eagle Protection Act requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of development or activities (e.g. offshore energy development or longline fishing).

Although it is important to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minimize impacts to the birds on this list, especially BCC species. For more information on avoidance and minimization measures you can implement to help avoid and minimize migratory bird impacts, please see the FAQ "Tell me more about avoidance and minimization measures I can implement to avoid or minimize impacts to migratory birds".

**Details about birds that are potentially affected by offshore projects**

For additional details about the relative occurrence and abundance of both individual bird species and groups of bird species within your project area off the Atlantic Coast, please visit the Northeast Ocean Data Portal. The Portal also offers data and information about other taxa besides birds that may be helpful to you in your project review. Alternately, you may download the bird model results files underlying the portal maps through the NOAA NCCOS Integrative Statistical Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental Shelf project webpage.

**Proper interpretation and use of your migratory bird report**

The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To learn more about how your list is generated and see options for identifying what other birds may be in your project area, please see the FAQ "What does IPaC use to generate the migratory birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of birds within the 10 km grid cell(s) that overlap your project; not your exact project footprint. On the graphs provided, please look carefully at the survey effort (indicated by the black vertical line) and for the existence of the "no data" indicator (a red horizontal line). A high survey effort is the key component. If the survey effort is high, then the probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar means a lack of data and, therefore, a lack of certainty about presence of the species. This list does not represent all birds present in your project area. It is simply a starting point for identifying what birds of concern have the potential to be in your project area, when they might be there, and if they might be breeding (which means nests might be present). The list and associated information help you know what to look for to confirm presence and helps guide implementation of avoidance and minimization measures to eliminate or reduce potential impacts from your project activities, should presence be confirmed. To learn more about avoidance and minimization measures, visit the FAQ "Tell me about avoidance and minimization measures I can implement to avoid or minimize impacts to migratory birds".

**Interpreting the Probability of Presence Graphs**

Each green bar represents the bird's relative probability of presence in the 10km grid cell(s) your project overlaps during a particular week of the year. A taller bar indicates a higher probability of species presence. The survey effort can be used to establish a level of confidence in the presence score.

***How is the probability of presence score calculated? The calculation is done in three steps:***
The probability of presence for each week is calculated as the number of survey events in the week where the species was detected divided by the total number of survey events for that week. For example, if in week 12 there were 20 survey events and the Spotted Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

To properly present the pattern of presence across the year, the relative probability of presence is calculated. This is the probability of presence divided by the maximum probability of presence across all weeks. For example, imagine the probability of presence in week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the maximum of any week of the year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

The relative probability of presence calculated in the previous step undergoes a statistical conversion so that all possible values fall between 0 and 10, inclusive. This is the probability of presence score.

**Breeding Season ()**
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there are no yellow bars shown for a bird, it does not breed in your project area.

**Survey Effort ()**
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that species in the 10km grid cell(s) your project area overlaps.

**No Data ()**
A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception to this is areas off the Atlantic coast, where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

# Facilities

## National Wildlife Refuge lands

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

There are no refuge lands at this location.

Case 2:26-cv-02884-JKS-JBC   Document 26-3   Filed 04/23/26   Page 160 of 160
Exhibit 1, Defs.' Opp'n to Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 160
PageID: 711

Fish hatcheries
Roxbury, NJ Property Acquisition

There are no fish hatcheries at this location.

# Wetlands in the National Wetlands Inventory (NWI)

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

## Wetland information is not available at this time

This can happen when the National Wetlands Inventory (NWI) map service is unavailable, or for very large projects that intersect many wetland areas. Try again, or visit the NWI map to view wetlands at this location.

### Data limitations

The Service's objective of mapping wetlands and deepwater habitats is to produce reconnaissance level information on the location, type and size of these resources. The maps are prepared from the analysis of high altitude imagery. Wetlands are identified based on vegetation, visible hydrology and geography. A margin of error is inherent in the use of imagery; thus, detailed on-the-ground inspection of any particular site may result in revision of the wetland boundaries or classification established through image analysis.

The accuracy of image interpretation depends on the quality of the imagery, the experience of the image analysts, the amount and quality of the collateral data and the amount of ground truth verification work conducted. Metadata should be consulted to determine the date of the source imagery used and any mapping problems.

Wetlands or other mapped features may have changed since the date of the imagery or field work. There may be occasional differences in polygon boundaries or classifications between the information depicted on the map and the actual conditions on site.

### Data exclusions

Certain wetland habitats are excluded from the National mapping program because of the limitations of aerial imagery as the primary data source used to detect wetlands. These habitats include seagrasses or submerged aquatic vegetation that are found in the intertidal and subtidal zones of estuaries and nearshore coastal waters. Some deepwater reef communities (coral or tuberficid worm reefs) have also been excluded from the inventory. These habitats, because of their depth, go undetected by aerial imagery.

### Data precautions

Federal, state, and local regulatory agencies with jurisdiction over wetlands may define and describe wetlands in a different manner than that used in this inventory. There is no attempt, in either the design or products of this inventory, to define the limits of proprietary jurisdiction of any Federal, state, or local government or to establish the geographical scope of the regulatory programs of government agencies. Persons intending to engage in activities involving modifications within or adjacent to wetland areas should seek the advice of appropriate Federal, state, or local agencies concerning specified agency regulatory programs and proprietary jurisdictions that may affect such activities.