Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 1



More Than Just Assessments.
**Solutions.**



# PHASE I ENVIRONMENTAL SITE ASSESSMENT REPORT

**1879 Route 46**
Roxbury, New Jersey 07054

**Report Date**
January 19, 2026

**Site Reconnaissance Date**
December 3, 2025

**Partner Project No.**
25-566347.19

**Prepared for:**
The Federal Government



**Building Science**



**Environmental Consulting**



**Construction & Development**



**Energy & Sustainability**

# PARTNER



January 19, 2026

The Federal Government

Subject:     Phase I Environmental Site Assessment
1879 Route 46
Roxbury, New Jersey 07054
Partner Project No. 25-566347.19

To Whom it May Concern,

Partner Engineering and Science, Inc. (Partner) is pleased to provide this Phase I Environmental Site Assessment (Phase I ESA) report of the abovementioned address (the "subject property"). This assessment was performed in conformance with the scope and limitations as detailed in the ASTM Practice E1527-21 Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process and Client Agreement.

This assessment included a site reconnaissance as well as research and interviews with representatives of the public, property ownership, site manager, and regulatory agencies. An assessment was made, conclusions stated, and recommendations outlined.

We appreciate your trust in Partner and the opportunity to provide environmental services to you. If you have any questions concerning this report, or if we can assist you in any other matter, please contact me at 702-365-5414.

Sincerely,

National Client Manager

**(800) 419-4923**                                                                 **www.PARTNEResi.com**

Case 2:26-cv-02884-JKS-JBC Document 26-5 Filed 04/23/26 Page 3 of 78 PageID: 805

Exhibit 3, Defs. Opp'n Pls. Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 3

## EXECUTIVE SUMMARY

Partner Engineering and Science, Inc. (Partner) has performed a Phase I Environmental Site Assessment (ESA) in accordance with the scope of work and limitations of ASTM Practice E1527-21, the Environmental Protection Agency Standards and Practices for All Appropriate Inquiries (AAI) (40 CFR Part 312) and set forth by The Federal Government for the property located at 1879 Route 46 in Roxbury, Morris County, New Jersey (the "subject property"). The Phase I Environmental Site Assessment is designed to provide The Federal Government with an assessment concerning environmental conditions (limited to those issues identified in the report) as they exist at the subject property.

**Property Description**

The subject property is located on the north side of Route 46 and Old Traveler Way within a residential, commercial, and industrial area of Morris County, New Jersey. Please refer to the table below for a further description of the subject property:

### SUBJECT PROPERTY DATA

| | |
|---|---|
| **Address:** | 1879 Route 46, Roxbury, New Jersey |
| **Historical Address:** | 271 Kings Highway |
| **Property Use:** | Industrial |
| **Land Acreage (Ac):** | 111 |
| **Number of Buildings:** | One |
| **Number of Floors:** | One |
| **Gross Building Area (SF):** | 470,044 |
| **Net Rentable Area (SF):** | 470,044 |
| **Date of Construction:** | 2023 |
| **Parcel Number:** | Block 9501 Lot 1 |
| **Type of Construction:** | Concrete slab-on-grade |
| **Current Tenants:** | vacant industrial/flex building |
| **Site Assessment Performed By:** | Tara Kamm of Partner |
| **Site Assessment Conducted On:** | December 3, 2025 |
| **Regulatory Radius Report Date:** | November 24, 0202 |
| **Lien Search Date:** | November 25, 2025 |
| **Report Date:** | December 11, 2025 |
| **FOIAs Date:** | December, 2025 |
| **Groundwater Flow Direction (Inferred):** | Northwest |
| **Estimated Depth to Groundwater (Feet bgs):** | 17 to 25 feet |



The subject property is currently a vacant flex/industrial building. There are currently no on-site operations. In addition to the current structure, the subject property is also improved with asphalt-paved parking areas, associated landscaping, perimeter fencing, and concrete sidewalks.

According to available historical sources, the subject property was formerly undeveloped as early as 1888 and was developed with the current industrial/flex building beginning in 2022 and completed in 2023. The building has remained vacant. The subject property building was completed in 2023 and has remained vacant since then.

The adjoining properties are tabulated below:

### ADJOINING PROPERTIES

| Direction | Land Use/Occupant |
| --- | --- |
| North: | Undeveloped land (241-265 Kings Highway) |
| East: | Undeveloped land and an unimproved portion of a property housing Prudent Publishing (400 Frontage Road) |
| South: | Flex buildings occupied by Farren International, a transportation company and Vcny Ledgewood warehouse (1881 Route 46) residences (4-18 Old Traveled Way) and The Animal Hospital of Roxbury (9 Old Traveled Way) |
| West: | Netcong Heights, multi-family residential complex (163 Route 46) |

**Findings and Opinions**

***Recognized Environmental Condition***

A recognized environmental condition (REC) refers to the presence of hazardous substances or petroleum products in, on, or at the subject property due to a release to the environment; the likely presence of hazardous substances or petroleum products in, on, or at the subject property due to a release or likely release to the environment; or the presence of hazardous substances or petroleum products in, on, or at the subject property under conditions that pose a material threat of a future release to the environment.

- Partner did not identify evidence of RECs during the course of this assessment.

***Controlled Recognized Environmental Condition***

A controlled recognized environmental condition (CREC) refers to a REC affecting the subject property that has been addressed to the satisfaction of the applicable regulatory authority or authorities with hazardous substances or petroleum products allowed to remain in place subject to the implementation of required controls (for example, activity and use limitations or other property use limitations).

- Partner did not identify evidence of CRECs during the course of this assessment.

***Historical Recognized Environmental Condition***

A historical recognized environmental condition (HREC) refers to a previous release of hazardous substances or petroleum products affecting the subject property that has been addressed to the satisfaction of the applicable regulatory authority or authorities and meeting unrestricted use criteria established by the applicable regulatory authority or authorities without subjecting the subject property to any controls (for example, activity and use limitations or other property use limitations).

- Partner did not identify evidence of HRECs during the course of this assessment.



### *Business Environmental Risk*

A Business Environmental Risk (BER) is a risk which can have a material environmental or environmentally driven impact on the business associated with the current or planned use of commercial real estate, not necessarily related to those environmental issues required to be investigated in this practice.

- Partner did not identify evidence of BERs during the course of this assessment.

### *Significant Data Gaps*

No significant data gaps affecting the ability of the Environmental Professional to identify a REC were encountered during this assessment.

### Conclusions and Recommendations

Partner has performed a Phase I Environmental Site Assessment in conformance with the scope and limitations of ASTM Practice E1527-21 of 1879 Route 46 in Roxbury, Morris County, New Jersey (the "subject property"). Any exceptions to, or deletions from, this practice are described in Section 1.5 of this report.

This assessment has revealed no evidence of RECs, CRECs, HRECs, or BERs in connection with the subject property. Based on the conclusions of this assessment, Partner recommends no further investigation of the subject property at this time.



# TABLE OF CONTENTS

1.0    INTRODUCTION .................................................................................................................1
   1.1    Purpose ............................................................................................................. 1
   1.2    Scope of Work ................................................................................................... 1
   1.3    Limitations ......................................................................................................... 2
   1.4    User Reliance .................................................................................................... 2
   1.5    Limiting Conditions ........................................................................................... 3
2.0    SITE DESCRIPTION .........................................................................................................6
   2.1    Site Location and Legal Description ................................................................. 6
   2.2    Current Property Use ........................................................................................ 6
   2.3    Current Use of Adjoining Properties ................................................................. 6
   2.4    Physical Setting Sources .................................................................................. 7
      2.4.1    Topography ............................................................................................ 7
      2.4.2    Hydrology .............................................................................................. 7
      2.4.3    Geology/Soils ........................................................................................ 8
      2.4.4    Flood Zone Information ......................................................................... 9
3.0    HISTORICAL INFORMATION .........................................................................................10
   3.1    Aerial Photograph Review .............................................................................. 10
   3.2    Fire Insurance Maps ....................................................................................... 12
   3.3    City Directories ............................................................................................... 12
   3.4    Historical Topographic Maps .......................................................................... 12
4.0    REGULATORY RECORDS REVIEW ...............................................................................14
   4.1    Regulatory Agencies ...................................................................................... 14
   4.2    Mapped Database Records Search ................................................................ 16
      4.2.1    Regulatory Database Summary ........................................................... 17
      4.2.2    Subject Property Listings .................................................................... 18
      4.2.3    Adjoining Property Listings ................................................................. 18
      4.2.4    Surrounding Area Listings of Sites of Concern .................................. 23
      4.2.5    Unplottable Listings ............................................................................ 24
5.0    USER PROVIDED INFORMATION AND INTERVIEWS .................................................25
   5.1    Interviews ....................................................................................................... 25
      5.1.1    Interview with Owner ........................................................................... 25
      5.1.2    Interview with Report User .................................................................. 25
      5.1.3    Interview with Key Site Manager ........................................................ 26
      5.1.4    Interviews with Past Owners, Operators and Occupants .................... 26
   5.2    User Provided Information ............................................................................... 26
      5.2.1    Title Records, Environmental Liens, and AULs .................................. 26
      5.2.2    Specialized Knowledge ....................................................................... 26
      5.2.3    Actual Knowledge of the User ............................................................. 26
      5.2.4    Valuation Reduction for Environmental Issues ................................... 26
      5.2.5    Commonly Known or Reasonably Ascertainable Information .............. 26
      5.2.6    Previous Reports and Other Provided Documentation ....................... 26
6.0    SITE RECONNAISSANCE ...............................................................................................27
   6.1    General Site Characteristics ........................................................................... 27
      6.1.1    Solid Waste Disposal .......................................................................... 27
      6.1.2    Sewage Discharge and Disposal ........................................................ 27
      6.1.3    Stormwater and Surface Water Drainage ........................................... 27
      6.1.4    Source of Heating and Cooling ........................................................... 27



Case 2:26-cv-02884-JKS-JBC   Document 26-5   Filed 04/23/26   Page 7 of 78 PageID: 809

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 7

6.1.5   Wells and Cisterns ......................................................................................... 27
6.1.6   Wastewater ................................................................................................... 28
6.1.7   Septic Systems.............................................................................................. 28
6.1.8   Additional Site Observations .......................................................................... 28
6.2     Potential Environmental Hazards................................................................................ 28
6.2.1   Hazardous Substances and Petroleum Products Used or Stored at the Site ........................ 28
6.2.2   Aboveground & Underground Hazardous Substance or Petroleum Product Storage Tanks (ASTs/USTs) ............................................................................................... 28
6.2.3   Evidence of Releases ..................................................................................... 28
1.1.1   Polychlorinated Biphenyls (PCBs) ................................................................... 28
6.2.4   Strong, Pungent or Noxious Odors .................................................................. 29
6.2.5   Pools of Liquid............................................................................................... 29
6.2.6   Drains, Sumps and Clarifiers .......................................................................... 29
6.2.7   Pits, Ponds and Lagoons ................................................................................ 29
6.2.8   Stressed Vegetation ....................................................................................... 29
6.2.9   Additional Potential Environmental Hazards and Emerging Contaminants ........................... 29
6.3     Non-ASTM Services................................................................................................. 29
6.3.1   Asbestos-Containing Materials (ACMs) ........................................................... 29
6.3.2   Lead-Based Paint (LBP) ................................................................................. 29
6.3.3   Radon........................................................................................................... 30
6.3.4   Lead in Drinking Water................................................................................... 30
6.3.5   Microbial Growth ........................................................................................... 30
6.3.6   Wetlands ....................................................................................................... 31
6.4     Adjoining Property Reconnaissance .......................................................................... 31
6.4.1   Hazardous Substances and Petroleum Products Used or Stored at the Site ........................ 31
6.4.2   ASTs/USTs for Hazardous Substances or Petroleum Products .......................... 31
6.4.3   Evidence of Releases ..................................................................................... 31
6.4.4   PCBs ............................................................................................................ 31
6.4.5   Strong, Pungent, or Noxious Odors ................................................................. 31
6.4.6   Pools of Liquid............................................................................................... 31
6.4.7   Drains, Sumps, and Clarifiers ......................................................................... 31
6.4.8   Pits, Ponds, and Lagoons ............................................................................... 32
6.4.9   Stressed Vegetation ....................................................................................... 32
6.4.10  Additional Potential Environmental Hazards and Emerging Contaminants ........................... 32
7.0  VAPOR ENCROACHMENT CONDITIONS................................................................... 33
8.0  FINDINGS AND CONCLUSIONS.................................................................................. 34
9.0  SIGNATURES OF ENVIRONMENTAL PROFESSIONALS ........................................... 35
10.0 REFERENCES............................................................................................................. 36

**FIGURES**
**Figure 1:**   Site Location Map
**Figure 2:**   Site Plan
**Figure 3:**   Topographic Map

**APPENDICES**
**Appendix A:**   Site Photographs
**Appendix B:**   Historical/Regulatory Documentation
**Appendix C:**   Regulatory Database Report
**Appendix D:**   Qualifications



## ACRONYM LIST

| | |
|---|---|
| **Ac** | Acre |
| **AAI** | All Appropriate Inquiries |
| **AMSD** | Approximate Minimum Search Distance |
| **AOC** | Area of Concern |
| **ACM** | Asbestos Containing Material |
| **APN** | Assessor Parcel Number |
| **AST** | Aboveground Storage Tank |
| **AUL** | Activity and Use Limitation |
| **AIRS** | Aerometric Information Retrieval System |
| **AFS** | Air Facility System |
| **ALT FUELS** | Alternate Fueling Stations |
| **ASTM** | American Society for Testing and Materials |
| **BGS** | Below Ground Surface |
| **BER** | Business Environmental Risk |
| **BRS** | EPA Biennial Reporting System |
| **COC** | Chemical of Concern |
| **CREC** | Controlled Recognized Environmental Condition |
| **CDL** | Clandestine Drug Lab |
| **CERCLIS** | Comprehensive Environmental Response, Compensation and Liability Information System |
| **CERCLA** | Comprehensive Environmental Response, Compensation, and Liability Act |
| **CESQG** | Conditionally Exempt Small Quantity Generator |
| **CORRACTS** | RCRA Corrective Action Sites |
| **ERIS** | Environmental Risk Information Services |
| **ERNS** | Emergency Response Notification System |
| **ECHO** | Enforcement and Compliance History Online |
| **FRP** | Fiberglass Reinforced Plastic |
| **FIM** | Fire Insurance Map |
| **FOIA** | Freedom of Information Action |
| **FINDS** | Facility Index Database System |
| **FRS** | Facility Registry Service |
| **FRP** | Facility Response Plan |
| **FIFRA** | Federal Insecticide, Fungicide, and Rodenticide Act |
| **FUDS** | Formally Used Defense Site |
| **FTTS** | FIFRA/TSCA Tracking System |
| **FTTS INSP** | Inspection Case Listing |
| **FUSRAP** | Formerly Utilized Sites Remedial Action Program |
| **FEMA** | Federal Emergency Management Agency |
| **HUD** | U.S. Department of Housing and Urban Development |
| **HSWA** | Hazardous and Solid Waste Amendments |
| **HVAC** | Heating, Ventilation and Air Conditioning |
| **HREC** | Historical Recognized Environmental Condition |
| **IODI** | Open Dumps on Indian Lands |
| **IHW** | Industrial Hazardous Waste |
| **IC/EC or INST/ENG** | Institutional Control/Engineering Control |
| **ICIS** | Integrated Compliance Information System |
| **LUCIS** | Land Use Control Information System U.S. Department of the Navy |
| **LQG** | Large Quantity Generator |
| **LPST** | Leaking Petroleum Storage Tank |
| **LST** | Leaking Storage Tank |



Case 2:26-cv-02884-JKS-JBC   Document 26-5   Filed 04/23/26   Page 9 of 78 PageID: 81.1

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884 Page 9

| LUST | Leaking Underground Storage Tank |
|---|---|
| LBP | Lead-Based Paint |
| MSL | Mean Sea Level |
| MMMP | Mold, Moisture, and Mitigation Plan |
| MGP | Manufactured Gas Plant |
| MINES | Mines Master Index File |
| MLTS | Material Licensing Tracking System |
| HMIRS | Hazardous Materials Information Reporting System |
| MRDS | Mineral Resource Data System |
| NPL | National Priorities List |
| NCDL | National Clandestine Drug Labs |
| NPDES | National Pollutant Discharge Elimination System |
| NFRAP | No Further Remedial Action Planned |
| NonGen | Non Generator |
| NonGen/NLR | Non Generator/No Longer Regulated |
| ND | None Detected |
| NESHAP | National Emission Standards for Hazardous Air Pollutants |
| NWI | National Wetlands Inventory |
| NFA | No Further Action |
| N/A | Not Applicable |
| NOV | Notice of Violation |
| NTC | Notice To Comply |
| NRC | Nuclear Regulatory Commission |
| ODI | Inventory of Open Dumps |
| OWS | Oil-Water Separator |
| OSHA | Occupational Safety and Health Administration |
| O&M | Operations and Maintenance |
| PTO | Permit to Operate |
| Phase I ESA | Phase I Environmental Site Assessment |
| pCi/L | picoCuries per Liter |
| PHMSA | Pipeline and Hazardous Materials Safety Administration |
| PCB | Polychlorinated Biphenyl |
| PACM | Presumed Asbestos Containing Material |
| PFAS | Perfluoroalkyl and Polyfluoroalkyl Substances |
| PFOA | perfluorooctanoic acid |
| PFOS | Perfluorooctane sulfonic acid |
| REFN | Petroleum Refineries |
| PRP | Potentially Responsible Party |
| PST | Petroleum Storage Tank |
| ROD | Record of Decision |
| RGA | Recovered Government Archive |
| RCRA | Resource Conservation and Recovery Act |
| RCRIS | Resource Conservation Recovery Information System |
| REC | Recognized Environmental Condition |
| SF | Square Foot/Feet |
| SSA | Superfund Alternative Agreement |
| SSTS | Section Seven Tracking System |
| SQG | Small Quantity Generator |
| SMCRA | Office of Surface Mining Reclamation and Enforcement |
| SWF/LF | Solid Waste Facility/Landfill |
| SWRCY | Solid Waste Recycling Facility |



| | |
|---|---|
| **SCRD** | State Coalition for the Remediation of Drycleaners |
| **SHWS** | State Hazardous Waste Sites |
| **SEMS** | Superfund Enterprise Management Site |
| **TANKS** | Aboveground and Unregulated Tanks |
| **TRIS** | Toxic Chemicals Release Inventory System |
| **TSCA** | Toxic Substances Control Act |
| **TSDF** | Transfer, Storage and Disposal Facility |
| **USDOE** | United States Department of Energy |
| **USDOT** | United States Department of Transportation |
| **USEPA** | United States Environmental Protection Agency |
| **USFWS** | United States Fish and Wildlife Service |
| **USGS** | United States Geological Survey |
| **UST** | Underground Storage Tank |
| **UIC** | Underground Injection Control |
| **VEC** | Vapor Encroachment Condition |
| **VSQG** | Very Small Quantity Generator |
| **VCP** | Voluntary Cleanup Program |

# 1.0 INTRODUCTION

Partner Engineering and Science, Inc. (Partner) has performed a Phase I Environmental Site Assessment (ESA) in conformance with the scope and limitations of ASTM Practice E1527-21 and the Environmental Protection Agency Standards and Practices for All Appropriate Inquiries (AAI) (40 CFR Part 312) for the property located at 1879 Route 46 in Roxbury, Morris County, New Jersey (the "subject property"). Any exceptions to, or deletions from, this scope of work are described in the report.

## 1.1 Purpose

The purpose of this ESA is to identify existing or potential Recognized Environmental Conditions (as defined by ASTM Standard E1527-21) affecting the subject property that: 1) constitute or result in a material violation or a potential material violation of any applicable environmental law; 2) impose any material constraints on the operation of the subject property or require a material change in the use thereof; 3) require clean-up, remedial action or other response with respect to Hazardous Substances or Petroleum Products on or affecting the subject property under any applicable environmental law; 4) may affect the value of the subject property; and 5) may require specific actions to be performed with regard to such conditions and circumstances. The information contained in the ESA Report will be used by Client to: 1) evaluate its legal and financial liabilities for transactions related to foreclosure, purchase, sale, loan origination, loan workout or seller financing; 2) evaluate the subject property's overall development potential, the associated market value and the impact of applicable laws that restrict financial and other types of assistance for the future development of the subject property; and/or 3) determine whether specific actions are required to be performed prior to the foreclosure, purchase, sale, loan origination, loan workout or seller financing of the subject property.

This ESA was performed to permit the User to satisfy one of the requirements to qualify for the innocent landowner, contiguous property owner, or bona fide prospective purchaser limitations on scope of Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) (42 U.S.C. §9601) liability (hereinafter, the "landowner liability protections," or "LLPs"). ASTM Standard E1527-21 constitutes "all appropriate inquiry into the previous ownership and uses of the property consistent with good commercial or customary practice" as defined at 42 U.S.C. §9601(35)(B).

## 1.2 Scope of Work

The scope of work for this ESA is in accordance with and to the extent necessary to achieve the goal of the requirements set forth in the ASTM Standard E1527-21. This assessment included: 1) a property and adjoining site reconnaissance; 2) interviews with key personnel; 3) a review of historical sources; 4) a review of regulatory agency records; and 5) a review of a regulatory database report provided by a third-party vendor. Partner contacted local agencies, such as environmental health departments, fire departments and building departments to obtain readily ascertainable information to determine any current and/or former hazardous substances usage, storage and/or releases of hazardous substances on the subject property. Additionally, Partner researched readily available information on the presence of activity and use limitations (AULs) at these agencies. As defined by ASTM E1527-21, AULs include both legal (that is, institutional) and physical (that is, engineering) controls that may include legal or physical restrictions or limitations on the use of, or access to, a site or facility: 1) to reduce or eliminate potential exposure to hazardous substances or petroleum products in the soil, soil vapor, groundwater, or surface water on the subject property; or 2) to prevent activities that could interfere with the effectiveness of a response action, in order to ensure maintenance of a condition of no significant risk to public health or the environment. These legal or physical restrictions, which may include institutional and/or engineering controls (IC/ECs), are intended to prevent adverse impacts to individuals or populations that may be exposed to hazardous substances and petroleum products in the soil, soil vapor, groundwater, and/or surface water on a property.



If requested by Client, this report may also include the identification, discussion of, and/or limited sampling of asbestos-containing materials (ACMs), lead-based paint (LBP), mold, and/or radon.

## 1.3    Limitations

Partner warrants that the findings and conclusions contained herein were accomplished in accordance with the methodologies set forth in the Scope of Work. These methodologies are described as representing good commercial and customary practice for conducting an ESA of a property for the purpose of identifying recognized environmental conditions. There is a possibility that even with the proper application of these methodologies there may exist on the subject property conditions that could not be identified within the scope of the assessment or which were not reasonably identifiable from the available information. Partner believes that the information obtained from the record review and the interviews concerning the subject property is reliable. However, Partner cannot and does not warrant or guarantee that the information provided by these other sources is accurate or complete. The conclusions and findings set forth in this report are strictly limited in time and scope to the date of the evaluations. The conclusions presented in the report are based solely on the services described therein, and not on scientific tasks or procedures beyond the scope of agreed-upon services or the time and budgeting restraints imposed by the Client. No other warranties are implied or expressed.

Some of the information provided in this report is based upon personal interviews, and research of available documents, records, and maps held by the appropriate government and private agencies. This report is subject to the limitations of historical documentation, availability, and accuracy of pertinent records, and the personal recollections of those persons contacted.

This practice does not address requirements of any state or local laws or of any federal laws other than the all appropriate inquiry provisions of the LLPs. Further, this report does not intend to address all of the compliance and safety concerns, if any, associated with the subject property.

Environmental concerns, which are beyond the scope of a Phase I ESA as defined by ASTM include the following: ACMs, LBP, radon, and lead in drinking water. These issues may affect environmental risk at the subject property and may warrant discussion and/or assessment; however, are considered non-scope issues. If specifically requested by the Client, these non-scope issues are discussed in Section 6.3.

## 1.4    User Reliance

The Federal Government (herein referred to as Client) engaged Partner to perform this assessment in accordance with an agreement governing the nature, scope and purpose of the work as well as other matters critical to the engagement. All reports, both verbal and written, are for the sole use and benefit of Client. Either verbally or in writing, third parties may come into possession of this report or all or part of the information generated as a result of this work. In the absence of a written agreement with Partner granting such rights, no third parties shall have rights of recourse or recovery whatsoever under any course of action against Partner, its officers, employees, vendors, successors or assigns. Any such unauthorized user shall be responsible to protect, indemnify and hold Partner, Client and their respective officers, employees, vendors, successors and assigns harmless from any and all claims, damages, losses, liabilities, expenses (including reasonable attorneys' fees) and costs attributable to such Use. Unauthorized use of this report shall constitute acceptance of and commitment to these responsibilities, which shall be irrevocable and shall apply regardless of the cause of action or legal theory pled or asserted. Additional legal penalties may apply.

This report has been completed under specific Terms and Conditions relating to scope, relying parties, limitations of liability, indemnification, dispute resolution, and other factors relevant to any reliance on this report. Any parties relying on this report do so having accepted the Terms and Conditions for which this



report was completed. A copy of Partner's standard Terms and Conditions can be found at http://www.part-neresi.com/terms-and-conditions.php.

## 1.5 Limiting Conditions

No significant data gaps were identified during the course of this assessment.

### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | New Jersey Department of Environmental Protection (NJDEP) |
| **Point of Contact:** | https://gisdata-njdep.opendata.arcgis.com/datasets/njdep::known-contaminated-site-list-for-new-jersey/about |
| **Agency Address:** | 401 East State Street, Trenton, NJ 08625, |
| **Agency Phone Number:** | (609) 341-3121 |
| **Date of Contact:** | December 4, 2025 |
| **Method of Communication:** | Online Research |

**Summary of Communication:**

No records regarding hazardous substance use, storage or releases, or the presence of USTs or spills on the subject property were on file with the NJDEP.

### *Health Department*

### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | Morris County Department of Health (MC DOH) |
| **Point of Contact:** | OPRA request: https://www.morriscountynj.gov/Government/Open-Government/County-Open-Public-Records-Request-OPRA |
| **Agency Address:** | Administration and Records Building, 10 Court Street, 5th Floor, Morristown, New Jersey 07960 |
| **Agency Phone Number:** | (973) 829-8126 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Online Request Form |

***Summary of Communication:***

Partner submitted an OPRA request to the MC DOH requesting information including records of wells, tanks, septic systems and/or spills. The MC DOH responded via email on December 3, 2025 indicating no requested records pertaining to the subject property are on file with the MC DOH.



Case 2:26-cv-02884-JKS-JBC  Document 26-5  Filed 04/23/26  Page 14 of 78 PageID: 816

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 14

## *Fire Department*

### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Fire Department |
| **Point of Contact:** | OPRA request |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Email |

*Summary of Communication:*

As of the date of this report, Partner has not received a response from the Roxbury Fire Department for inclusion in this report.

## *Building Department*

### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Building Department |
| **Point of Contact:** | OPRA |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Email |

*Summary of Communication:*

As of the date of this report, Partner has not received a response from the Township of Roxbury Building Department for inclusion in this report.

## *Planning Department*

### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Planning Department |
| **Point of Contact:** | Online review of zoning map |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Online Research |

*Summary of Communication:*

According to reviewed online documents, the subject property is zoned "LI/OR" for Light Industrial/Office Research.



## *Oil & Gas Exploration*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | NJDEP, Division of Water Supply and Geoscience |
| **Point of Contact:** | Online research |
| **Agency Address:** | 401 East State Street, Trenton, NJ 08625, |
| **Agency Phone Number:** | (609) 341-3121 |
| **Date of Contact:** | December 4, 2025 |
| **Method of Communication:** | Online Research |

*Summary of Communication:*

According to the NJDEP, no oil or gas wells are located on or adjoining to the subject property.

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 5



## 2.0   SITE DESCRIPTION

### 2.1   Site Location and Legal Description

The subject property at 1879 Route 46 in Roxbury, New Jersey is located on the north side of Route 46 and Old Traveler Way. According to the Morris County Assessor, the subject property is legally described as "Block 9501 Lot 1." According to the Morris County Assessor, ownership is currently vested in DG Roxbury Property Owner LP since 2023.

Please refer to Figure 1: Site Location Map, Figure 2: Site Plan, Figure 3: Topographic Map, and Appendix A: Site Photographs for the location and site characteristics of the subject property.

### 2.2   Current Property Use

The subject property is currently a vacant flex/industrial building. There are currently no on-site operations. The subject property consists of one one-story building located centrally on the property. In addition to the current structure, the subject property is also improved with asphalt-paved parking areas, associated landscaping, perimeter fencing, and concrete sidewalks.

The subject property is designated "LI/OR" for Light Industrial/Office Research development by the Roxbury Department of Planning.

### 2.3   Current Use of Adjoining Properties

The subject property is located within a residential, commercial, and industrial area of Morris County, New Jersey. During the vicinity reconnaissance, Partner observed the land uses on adjoining properties as defined in ASTM Practice E1527-21 as any real property or properties the border of which is contiguous or partially contiguous with that of the property, or that would be contiguous or partially contiguous with that of the property but for a street, road, or other public thoroughfare separating them. The adjoining properties are tabulated below:

### ADJOINING PROPERTIES

| Direction | Land Use/Occupant |
| --- | --- |
| **North:** | Undeveloped land (241-265 Kings Highway) |
| **East:** | Undeveloped land and an unimproved portion of a property housing Prudent Publishing (400 Frontage Road) |
| **South:** | Flex buildings occupied by Farren International, a transportation company and Vcny Ledgewood warehouse (1881 Route 46) residences (4-18 Old Traveled Way) and The Animal Hospital of Roxbury (9 Old Traveled Way) |
| **West:** | Netcong Heights, multi-family residential complex (163 Route 46) |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 6



## 2.4    Physical Setting Sources

### 2.4.1   Topography

### TOPOGRAPHIC DATA SUMMARY

| | |
|---|---|
| **Quadrangle Year:** | 2023 |
| **Quadrangle Name:** | Roxbury and Chester, New Jersey |
| **Source:** | USGS 7.5 Minute Topographic Map |
| **Elevation (Feet):** | 970 to 1,130 |
| **Slope Direction:** | North |
| **Slope Degree:** | Moderate |

A copy of the most recent topographic map is included as Figure 3 of this report.

### 2.4.2   Hydrology

While under natural and undisturbed conditions shallow groundwater flow most frequently follows the topography of the land surface, natural or man-made features can affect flow direction, and the presumed flow may not match the actual flow directions at the subject property and vicinity.

### HYDROLOGY DATA SUMMARY

| | |
|---|---|
| **Groundwater Flow Direction:** | Northwest |
| **Groundwater Flow Source:** | A previous subsurface investigation conducted on a nearby property |
| **Estimated Depth to Groundwater (Feet bgs):** | 17 to 25 feet |
| **Estimated Depth Source:** | Information obtained from ERIS Physical Setting Report |
| **Closest Body of Surface Water Name:** | Lake Musconetcong |
| **Closest Body of Surface Water Distance (Miles):** | 935 feet |
| **Closest Body of Surface Water Direction:** | Northwest |
| **Water System Operator:** | Township of Roxbury Water Utility |
| **Shallow Groundwater Use:** | Not used for domestic purposes |
| **Source of Drinking Water:** | Public wells from   located approximately 875 feet south, southeast of the subject property |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 7



### 2.4.3   Geology/Soils

**GEOLOGY AND SOIL DATA SUMMARY**

| | |
|---|---|
| **Physiographic Province:** | The geology of Roxbury Township, NJ is primarily characterized by ancient Precambrian-age metamorphic and igneous rocks of the New Jersey Highlands, along with overlying glacial deposits. |
| **Geologic Unit Description:** | The bedrock underlying Roxbury Township, NJ, is primarily composed of Precambrian granite and gneiss, specifically belonging to the Byram and Lake Hopatcong Intrusive Suites. A portion of the township's eastern section also contains limestone deposits. These rock units are part of the New Jersey Highlands Physiographic Province and are among the oldest in the state, formed over a billion years ago during the Grenville Orogeny. |
| **Geologic Data Source:** | United States Department of Agriculture (USDA) Natural Resources Conservation Service Web Soil Survey |
| **Soil Series Name:** | Rockaway sandy loam, 8 to 15 percent slopes, very stony, Rockaway sandy loam, 15 to 25 percent slopes, extremely stony, Catden muck, 0 to 2 percent slopes, frequently flooded and Hibernia loam, 3 to 15 percent slopes, stony |
| **Soil Series Description:** | Rockaway sandy loam is characterized by well drained soils with moderately high runoff when thoroughly wet. |
| | Catden muck is very poorly drained soils that have a moderately low runoff potential when drained and high runoff potential when undrained. |
| | Hibernia loam is somewhat poorly drained soils with a moderately high runoff potential when thoroughly wet. Water transmission through the soil is somewhat restricted. |



### 2.4.4 Flood Zone Information

**FLOOD ZONE DATA SUMMARY**

| | |
|---|---|
| **Source:** | FEMA |
| **Community Panel No.** | 34037C0414E No coverage of subject property available |
| **FIRM Date:** | September 29, 2011 |
| **Zone Designation:** | FEMA has not completed a study to determine flood hazards for the subject property area; therefore, a flood map has not been published at this time. |

A copy of the reviewed flood map is included in Appendix B of this report.

---

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 9



## 3.0   HISTORICAL INFORMATION

Partner obtained historical use information about the subject property from a variety of sources. A chronological listing of the historical data found is summarized in the table below:

**HISTORICAL USE INFORMATION**

| Years | Resource | Description/Use |
|---|---|---|
| 1888-2022 | Aerial Photographs, Topographic Maps | Undeveloped/Native Land |
| 2023-Present | Aerial Photographs, On-site Observations | Current industrial/flex building which has remained vacant since its construction |

The subject property building was completed in 2023 and has remained vacant since then.

No potential environmental concerns were identified in association with the current or former use of the subject property.

### 3.1   Aerial Photograph Review

Partner obtained available aerial photographs of the subject property and surrounding area from Environmental Risk Information Services (ERIS) on November 25, 2025. The inferred uses of the subject property and adjoining properties as interpreted from the aerial photographs in Appendix B are tabulated below:

| Date: | **1931** | Scale: | **1"=500'** |
|---|---|---|---|
| **Subject Property:** | Undeveloped, wooded land | | |
| **North:** | Undeveloped, wooded land and a roadway beyond | | |
| **East:** | Undeveloped, wooded land | | |
| **South:** | Undeveloped, wooded land | | |
| **West:** | Undeveloped, wooded land | | |

| Date: | **1957** | Scale: | **1"=500'** |
|---|---|---|---|
| **Subject Property:** | No significant changes visible aside from a roadway or path that extends onto the southwestern portion of the parcel | | |
| **North:** | No significant changes visible | | |
| **East:** | No significant changes visible | | |
| **South:** | Residential dwellings and roadways evident | | |
| **West:** | No significant changes visible | | |



| Date: | **1963, 1970** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | No significant changes visible; however, the roadway or trail appears overgrown | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible | | | |
| **South:** | Additional residential dwellings evident | | | |
| **West:** | No significant changes visible | | | |

| Date: | **1975** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | No significant changes visible | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible | | | |
| **South:** | No significant changes visible | | | |
| **West:** | Earth-moving activities evident | | | |

| Date: | **1984** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | No significant changes visible | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible; however further east earth-moving activities are evident | | | |
| **South:** | Similar to the prior photograph; however, the area of the current building at 1881 Route 46 has been cleared of soil covering and the building appears to be under construction | | | |
| **West:** | Netcong Heights Apartments have been constructed | | | |

| Date: | **1991, 1995, 2002, 2006, 2008, 2010, 2013, 2015, 2017, 2019** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | No significant changes visible | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible | | | |
| **South:** | The building at 1881 Route 46 has been constructed | | | |
| **West:** | No significant changes visible | | | |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 11



| Date: | **2022** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | Under development for the current improvements | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible | | | |
| **South:** | No significant changes visible | | | |
| **West:** | No significant changes visible | | | |

| Date: | **2023** | | Scale: | **1"=500'** |
|---|---|---|---|---|
| **Subject Property:** | Current building and improvements appear to have been completed | | | |
| **North:** | No significant changes visible | | | |
| **East:** | No significant changes visible | | | |
| **South:** | No significant changes visible | | | |
| **West:** | No significant changes visible | | | |

Copies of reviewed aerial photographs are included in Appendix B of this report.

## 3.2 Fire Insurance Maps

Partner reviewed the collection of fire insurance maps (FIMs) from ERIS on November 23, 2025. FIM coverage was not available for the subject property.

A copy of the no coverage letter is included in Appendix B of this report.

## 3.3 City Directories

Partner reviewed historical city directories obtained from ERIS on December 2, 2025, for past names and businesses that were listed for the subject property and adjoining properties. City directories were not identified for the subject property or adjoining properties.

Copies of reviewed city directories are included in Appendix B of this report.

## 3.4 Historical Topographic Maps

Partner reviewed historical topographic maps obtained from ERIS on November 23, 2025. The following inferred uses of the subject property and adjoining properties interpreted from topographic maps in Appendix B and are tabulated below:

| Date: | **1888, 1894, 1898** | |
|---|---|---|
| **Subject Property:** | Depicted as undeveloped | |
| **North:** | Depicted as undeveloped | |
| **East:** | Depicted as undeveloped | |
| **South:** | Depicted as undeveloped | |
| **West:** | Depicted as undeveloped | |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 12



| Date: | **1905, 1943, 1954, 1970** |
|---|---|
| **Subject Property:** | No significant changes depicted |
| **North:** | No significant changes depicted |
| **East:** | No significant changes depicted |
| **South:** | Small structures apparent in current location of dwellings |
| **West:** | No significant changes depicted |

| Date: | **1981, 1995** |
|---|---|
| **Subject Property:** | No significant changes depicted |
| **North:** | No significant changes depicted |
| **East:** | No significant changes depicted |
| **South:** | No significant changes depicted |
| **West:** | Shaded to indicate dense urban development |

| Date: | **2014, 2016, 2019, 2023** |
|---|---|
| **Subject Property:** | No structural development depicted |
| **North:** | No structural development depicted |
| **East:** | No structural development depicted |
| **South:** | No structural development depicted |
| **West:** | No structural development depicted |

Copies of reviewed topographic maps are included in Appendix B of this report.



## 4.0    REGULATORY RECORDS REVIEW

### 4.1    Regulatory Agencies

*State Department*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | New Jersey Department of Environmental Protection (NJDEP) |
| **Point of Contact:** | https://gisdata-njdep.opendata.arcgis.com/datasets/njdep::known-contaminated-site-list-for-new-jersey/about |
| **Agency Address:** | 401 East State Street, Trenton, NJ 08625, |
| **Agency Phone Number:** | (609) 341-3121 |
| **Date of Contact:** | December 4, 2025 |
| **Method of Communication:** | Online Research |

**Summary of Communication:**

No records regarding hazardous substance use, storage or releases, or the presence of USTs or spills on the subject property were on file with the NJDEP.

*Health Department*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | Morris County Department of Health (MC DOH) |
| **Point of Contact:** | OPRA request: https://www.morriscountynj.gov/Government/Open-Government/County-Open-Public-Records-Request-OPRA |
| **Agency Address:** | Administration and Records Building, 10 Court Street, 5th Floor, Morristown, New Jersey 07960 |
| **Agency Phone Number:** | (973) 829-8126 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Online Request Form |

*Summary of Communication:*

Partner submitted an OPRA request to the MC DOH requesting information including records of wells, tanks, septic systems and/or spills. The MC DOH responded via email on December 3, 2025 indicating no requested records pertaining to the subject property are on file with the MC DOH.



### *Fire Department*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Fire Department |
| **Point of Contact:** | OPRA request |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Email |

***Summary of Communication:***

As of the date of this report, Partner has not received a response from the Roxbury Fire Department for inclusion in this report.

### *Building Department*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Building Department |
| **Point of Contact:** | OPRA |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Email |

***Summary of Communication:***

As of the date of this report, Partner has not received a response from the Township of Roxbury Building Department for inclusion in this report.

### *Planning Department*

**REGULATORY AGENCY DATA**

| | |
|---|---|
| **Name of Agency:** | Township of Roxbury Planning Department |
| **Point of Contact:** | Online review of zoning map |
| **Agency Address:** | 1715 Route 46, Ledgewood, New Jersey 07582, |
| **Agency Phone Number:** | (973) 448-2000 |
| **Date of Contact:** | December 3, 2025 |
| **Method of Communication:** | Online Research |

***Summary of Communication:***

According to reviewed online documents, the subject property is zoned "LI/OR" for Light Industrial/Office Research.



### *Oil & Gas Exploration*

#### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | NJDEP, Division of Water Supply and Geoscience |
| **Point of Contact:** | Online research |
| **Agency Address:** | 401 East State Street, Trenton, NJ 08625, |
| **Agency Phone Number:** | (609) 341-3121 |
| **Date of Contact:** | December 4, 2025 |
| **Method of Communication:** | Online Research |

*Summary of Communication:*

According to the NJDEP, no oil or gas wells are located on or adjoining to the subject property.

### *Assessor's Office*

#### REGULATORY AGENCY DATA

| | |
|---|---|
| **Name of Agency:** | Morris County Assessor's Office |
| **Point of Contact:** | Online at https://mcweb1.co.morris.nj.us/MCTaxBoard/SearchTaxRecords.aspx |
| **Agency Address:** | 50 Woodland Ave, Morristown, NJ 07960, |
| **Agency Phone Number:** | (973) 326-7380 |
| **Date of Contact:** | December 3, 0202 |
| **Method of Communication:** | Online Research |

*Summary of Communication:*

According to records reviewed, the subject property is identified by Assessor Parcel Number (APN)Block 9501 Lot 1 and is currently owned by DG Roxbury Property Owner LP since 2023. The current building was constructed in 2023 on a 111-acre lot.

Copies of pertinent documents are included in Appendix B of this report.

## 4.2    Mapped Database Records Search

The regulatory database report provided by ERIS documents the listing of sites identified on federal, state, county, city, and tribal (when applicable) standard source environmental databases within the approximate minimum search distance (AMSD) specified by ASTM Practice E1527-21. The data from these sources are updated as these data are released and integrated into one database. The information contained in this report was compiled from publicly available sources.

The environmental database information is used to identify environmental concerns in connection with the subject property. The listings also serve to identify the known indications of the storage, use, generation, disposal, or release of hazardous substance at the subject property and the potential for contaminants to migrate onto the subject property from off-site sources in groundwater or soil in the form of liquids or vapor.



Using the ASTM definition of migration, Partner considers the migration of hazardous substances or petroleum products in any form onto the subject property during the evaluation of each site listed on the radius report, which includes solid, liquid, and vapor.

### 4.2.1   Regulatory Database Summary

The following table lists the sites as categorized by the regulatory database within the prescribed AMSD. The locations of the sites are plotted utilizing a geographic information system, which geocodes the site addresses. The accuracy of the geocoded locations is approximately +/-300 feet.

**DATABASE REPORT DATA**

| Database | AMSD Radius (mile) | Listings Identified | | |
|---|---|---|---|---|
| | | Subject Property | Adjoining Properties | Surrounding Area Sites of Concern |
| Federal NPL | 1.00 | N | N | N |
| Delisted NPL Site | 0.50 | N | N | N |
| Federal SEMS Site | 0.50 | N | N | N |
| Federal SEMS-ARCHIVE | 0.50 | N | N | N |
| Federal RCRA CORRACTS Facility | 1.00 | N | N | N |
| Federal RCRA TSDF Facility | 0.50 | N | N | N |
| Federal RCRA Generators Site (LQG, SQG, VSQG, CESQG) | Subject and Adjoining | N | N | N |
| Federal IC/EC Registries | Subject Property | N | N | N |
| Federal ERNS Site | Subject Property | N | N | N |
| Federal PFAS Facility | 0.50 | N | N | N |
| State/Tribal Equivalent NPL | 1.00 | N | N | N |
| State/Tribal Equivalent CERCLIS | 1.00 | N | **Y** | N |
| State/Tribal Landfill/Solid Waste Disposal Site | 0.50 | N | N | N |
| State/Tribal Leaking Storage Tank Site (LUST/LPST) | 0.50 | N | **Y** | N |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 17



| | | | | |
|---|---|---|---|---|
| State/Tribal Registered Storage Tank Sites (UST/AST) | Subject and Adjoining | N | N | N |
| State/Tribal IC/EC Registries | Subject and Adjoining | N | N | N |
| State/Tribal Voluntary Cleanup Sites (VCP) | 0.50 | N | N | N |
| State/Tribal Spills | 0.25 | N | Y | N |
| Federal Brownfield Sites | 0.50 | N | N | N |
| State Brownfield Sites | 0.50 | N | N | N |
| State PFAS Facility | 0.50 | N | N | N |
| Additional Environmental Records | Varies | Y | Y | Y |

### 4.2.2   Subject Property Listings

The subject property is identified in the regulatory database report, as discussed below:

#### SUBJECT PROPERTY DATABASE LISTING

| | |
|---|---|
| **Database:** | All Sites (2), FINDS/FRS, NJEMS, PDES |
| **Site Name:** | Adler Roxbury LLC |
| **Address:** | 271 Kings Highway |
| ***Discussion:*** | The subject property is listed as an All Sites, FINDS/FRS and NJEMS facility associated with the New Jersey Pollution Discharge Elimination Program (NJDEP) coastal and land use programs, which serves to protect the state's resources through a variety of functions, including permitting and enforcement, coastal zone management, and engineering projects and due to a NJPEDS permit issued to the subject property. These permits pertained to the initial construction of the subject property and do not indicate a release or potential release occurred on-site. As such, the subject property's presence on these databases is not considered a REC to the subject property. |

### 4.2.3   Adjoining Property Listings

One or more adjoining properties are identified in the regulatory database report, as discussed below:

#### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | 265 Kings Highway |
| **Address:** | 265 Kings Highway |
| **Direction:** | North |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 18



| | |
|---|---|
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | Spills |

**Discussion:** This site is listed as a Spills site under Spill No. 868869, Communication Center No. 23-06-21-1222-34 which was reported on June 21, 2023. The incident involved a report of a sow and a male bear with four cubs in the area. The caller stated that the bears damaged his bushes and that he was concerned for the safety of residents. This incident received a terminated status. As an actual release did not occur, the incident is not considered a REC to the subject property.

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | Bautz & Son's |
| **Address:** | 261 Kings Highway |
| **Direction:** | North |
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | All Sites, NJEMS |

**Discussion:** This site is listed as an All Sites and NJEMS site due to its status as a solid waste transporter. As a release did not occur, the incident is not considered a REC to the subject property.

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | 257 Kings Highway |
| **Address:** | 257 Kings Highway |
| **Direction:** | North |
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | Historic Spill |
| **Date of Release:** | September 9, 1992 |
| **Substance Released:** | Oily waste |
| **Media Impacted:** | Road surface |
| **Date of Closure:** | Not stated |

**Discussion:** This site is listed as a Historic Spill under Case No. 92-9-9-0813-52, which was reported on September 9, 1992 and involved a release of approximately five gallons of oil waste which was spilled onto the street from an unknown source. The incident received terminated status. Based upon the regulatory status, de minimis amount spilled and location of the spill (to the roadway), the incident is not considered a REC to the subject property.



**ADJOINING PROPERTY DATABASE LISTING**

| | |
|---|---|
| **Property Name:** | 255 Kings Highway |
| **Address:** | 255 Kings Highway |
| **Direction:** | North |
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | Spill |
| **Date of Release:** | April 7, 2022 |
| **Substance Released:** | Rain water |
| **Media Impacted:** | Ground surface flooding |
| **Date of Closure:** | Not stated |
| **Discussion:** | This site is listed as a Spills site under Community Center No. 22-04-08-1218-41, which was reported on April 7, 2022 and involved a construction site which caused rain runoff to flood this site. The incident received terminated status. As an environmental release did not reportedly occur, this incident is not considered a REC to the subject property. |

**ADJOINING PROPERTY DATABASE LISTING**

| | |
|---|---|
| **Property Name:** | 251 Kings Highway |
| **Address:** | 251 Kings Highway |
| **Direction:** | North |
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | Spill |
| **Discussion:** | This site is listed as a Spills site under Community Center No. 23-06-13-0640-49, which was reported on June 13, 2023 and involved a report of a male and female bear in a yard that have been there for several hours. As an actual release did not occur, the incident is not considered a REC to the subject property. |

**ADJOINING PROPERTY DATABASE LISTING**

| | |
|---|---|
| **Property Name:** | KPM Exceptional, NJ 1881 RT 46 LLC, Ampacet Corporation, Philips Consumer Lifestyle, VCNY Warehouse Phase 2, Phillips Accessories & Computer Peripherals, NJ 1881 Route 46 Treatment Plant, Samsung International |
| **Address:** | 1881 Route 46 |
| **Direction:** | South |
| **Hydrological Gradient:** | Up-Gradient |
| **Database Listing:** | All Sites, FINDS/FRS, NJEMS, PDES, SHWS, Spills |



| | |
|---|---|
| **Date of Release:** | See discussion |
| **Substance Released:** | See discussion |
| **Media Impacted:** | See discussion |
| **Date of Closure:** | See discussion |
| ***Discussion:*** | This site is listed as an All Sites, PDES, FINDS/FRS and NJEMS facility due to its submission of a Pollution Prevention/Right-To-Know form, possession of a NJPDES permit, a drinking water permit, an air permit. The site is listed as a SHWS site under Program Interest (PI) No. G000004217. According to the NJDEP Data Miner online database, this PI Number relates to three Document Titles (events). Document Title "E20020319 Samsung Internationa" is listed with the NJDEP Remedial Level of "N", which indicates no known remedial level was established. This incident received No Further Action (NFA) "E" (Unrestricted Use) on September 5, 2003. Document Title No. "E92342 Samsung International I" is listed as having an NJDEP Remedial Level of "C2", indicating a formal remedial design was required with a known source or release with groundwater contamination. The incident received NFA Historic status on May 18, 1994. Document Title "E92359 Samsung International I" is listed as having NJDEP Remedial Level "B" indicating only soils were impacted. The incident is reportedly a duplicate of another listing and related to an Industrial Site Recovery Act (ISRA) case for the site. Finally, the site is listed as a Spills site under Community Center No. 19-01-22-1531-35, which was reported on January 20, 2019 and related to a release of approximately 30 gallons of non-PCB oil, which spilled from a pad-mounted transformer during a storm that caused damage to the unit. The material was cleaned up and the incident received a terminated status. As no open, active releases exist for the site, this facility is not considered a REC to the subject property. |

## ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | 18 Old Traveler Road |
| **Address:** | 18 Old Traveler Road |
| **Direction:** | South |
| **Hydrological Gradient:** | Up-Gradient |
| **Database Listing:** | Delisted LUST, FINDS/FRS, NJEMS, SHWS, Site Remediation |
| **Date of Release:** | November 2, 2004 |
| **Substance Released:** | Heating Oil |
| **Media Impacted:** | Soil, Groundwater |
| **Date of Closure:** | March 29, 2011 |

Phase I Environmental Site Assessment
Project No. 25-566347.19
January 19, 2026
Page 21



**Discussion:** This site is listed as a Delisted LUST under Communication Center No. 11-02-04-1204-53 which was reported on November 2, 2004. The incident involved the removal of a 550-gallon UST which impacted the subsurface (further details not provided). The incident received a terminated status. The site is listed as a SHWS and Site Remediation site under PI No. 553352. According to the NJDEP Data Miner database this PI Number relates to the Delisted LUST incident discussed above. The incident received the NJDEP Remedial Level "C1" indicating a formal remedial design was not required; however, there was a known or identified source with potential groundwater contamination. The incident received NFA A (Unrestricted Use) status on March 29, 2011. As remediation was completed on the site, it is not considered a REC to the subject property. The site is listed as a FINDS/FRS and NJEMS site, which serve as "pointers" to the aforementioned databases.

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | 14 Old Traveler Road |
| **Address:** | 14 Old Traveler Road |
| **Direction:** | South |
| **Hydrological Gradient:** | Up-Gradient |
| **Database Listing:** | Spills |
| **Date of Release:** | April 26, 2005 |
| **Substance Released:** | Asphalt |
| **Media Impacted:** | Ground surface |
| **Date of Closure:** | Not stated |

**Discussion:** This incident is listed as a Spills incident under Communication Center No. 05-04-28-1104-25, which was reported on April 26, 2005 and involved suspected illegal dumping of asphalt on the site. The incident received terminated status. As no actual environmental release occurred to the site's subsurface, the incident is not considered a REC to the subject property.

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | The Animal Hospital of Roxbury LLC |
| **Address:** | 1901 Route 46/9 Old Traveler Way |
| **Direction:** | South |
| **Hydrological Gradient:** | Cross-Gradient |
| **Database Listing:** | All Sites, NJEMS |



| | |
|---|---|
| **Discussion:** | This site is listed as an All Sites and NJEMS site due to its retention of x-ray equipment, an air permit, its status as a solid waste facility and medical waste generator facility. As no release was reported from the facility, the site is not considered a REC to the subject property. |

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | 79 Basenese Drive |
| **Address:** | 79 Basenese Drive (part of Netcong Heights apartment complex) |
| **Direction:** | West |
| **Hydrological Gradient:** | Down-Gradient |
| **Database Listing:** | Spills |
| **Discussion:** | This incident is listed as a Spills incident under Communication Center No. 14-08-20-1511-11, which was reported on August 20, 2014 and involved a reported odor in the area. As no actual environmental release occurred to the site's subsurface, the incident is not considered a REC to the subject property. |

### ADJOINING PROPERTY DATABASE LISTING

| | |
|---|---|
| **Property Name:** | Netcong Heights |
| **Address:** | Route 46 |
| **Direction:** | West |
| **Hydrological Gradient:** | Down-Gradient |
| **Database Listing:** | Site Remediation |
| **Discussion:** | This site is listed as a Site Remediation site on the unmappable summary list under PI No. 019501; however, according to the NJDEP Data Miner website this listing pertains to a UST registration rather than an actual release. As no release was reported from this UST, the site is not considered a REC to the subject property. |

Based on the findings, vapor migration is not considered an environmental concern at this time.

### 4.2.4   Surrounding Area Listings of Sites of Concern

One or more nearby properties are identified in the regulatory database report, as discussed below:

### SITES OF CONCERN DATABASE LISTING

| | |
|---|---|
| **Property Name:** | N/A |
| **Address:** | N/A (mapped based upon coordinates) |
| **Direction:** | North |
| **Hydrological Gradient:** | Down-Gradient |



| **Database Listing:** | Historic Fill |
|---|---|

| **Discussion:** | The area north of the subject property includes an area mapped as Historic Fill. As no actual release was reported and based on the location of this site down-gradient from the subject property, the site is not considered a REC to the subject property. |
|---|---|

No other surrounding area listings of concern to the subject property are identified in the regulatory database report. Based on various mitigating factors including relative distance from the subject property, inferred direction of groundwater flow, media affected, and/or regulatory status, the sites listed within the specified search radius of the subject property which appeared on local, State, or Federally published databases that report releases of hazardous substances, are not expected to represent an environmental concern to the subject property.

Based on the findings, vapor migration is not considered an environmental concern at this time.

## 4.2.5   Unplottable Listings

The property to the west is identified as a Site Remediation in the regulatory database report. The site is listed in the adjacent property section, as discussed in Section 4.2.3 above.

A copy of the regulatory database report is included in Appendix C of this report.

---



## 5.0   USER PROVIDED INFORMATION AND INTERVIEWS

In order to qualify for one of the *Landowner Liability Protections (LLPs)* offered by the Small Business Liability Relief and Brownfields Revitalization Act of 2001 (the *Brownfields Amendments*), the *User* must conduct the following inquiries required by 40 CFR 312.25, 312.28, 312.29, 312.30, and 312.31. The *User* should provide the following information to the *environmental professional*. Failure to provide this information could result in a determination that *all appropriate inquiries* is not complete. The *User* is asked to provide information or knowledge of the following:

- Review Title and Judicial Records for Environmental Liens and AULs

- Specialized Knowledge or Experience of the User

- Actual Knowledge of the User

- Reason for Significantly Lower Purchase Price

- Commonly Known or *Reasonably Ascertainable* information

- Degree of Obviousness

- Reason for Preparation of this Phase I ESA

Fulfillment of these user responsibilities is key to qualification for the identified defenses to CERCLA liability. Partner requested our Client to provide information to satisfy User Responsibilities as identified in Section 6 of the ASTM guidance.

Pursuant to ASTM Practice E1527-21, Partner requested the following site information from ▮▮▮▮▮ (User of this report).

### USER RESPONSIBILITIES

| Item | Provided By User |
|---|---|
| AAI User Questionnaire | Yes |
| Title Records, Environmental Liens, and AULs | Yes |
| Specialized Knowledge | No |
| Actual Knowledge | No |
| Valuation Reduction for Environmental Issues | No |
| Identification of Key Site Manager | Yes |
| Reason for Performing Phase I ESA | Yes |
| Prior Environmental Reports | No |

### 5.1   Interviews

#### 5.1.1   *Interview with Owner*

The owner of the subject property since 2023, identified as DG Roxbury Property Owner LP, was not available to be interviewed at the time of the assessment.

#### 5.1.2   *Interview with Report User*

Please refer to Section 5.2 below for information requested from the Report User. The information requested was not received prior to the issuance of this report.



### 5.1.3   Interview with Key Site Manager

██████████, key site manager, indicated that they had no information pertaining to any pending, threatened, or past litigation relevant to hazardous substances or petroleum products in, on, or from the subject property; any pending, threatened, or past administrative proceedings relevant to hazardous substances or petroleum products in, on, or from the subject property; or any notices from a governmental entity regarding any possible violation of environmental laws or possible liability relating to hazardous substances or petroleum products.

The key site manager further stated that there are no USTs, ASTs, clarifiers, oil/water separators, groundwater monitoring wells, or hazardous substance use/storage/generation on the subject property to the best of their knowledge.

### 5.1.4   Interviews with Past Owners, Operators and Occupants

Interviews with past owners, operators, and occupants were not conducted since information regarding the potential for contamination at the subject property was obtained from other sources.

### 5.2   User Provided Information

### 5.2.1   Title Records, Environmental Liens, and AULs

AFX prepared a limited chain of title for the subject property. No environmental concerns were identified.

At the request of the user, Partner contracted AFX to perform an environmental lien and AUL search for the subject property. No environmental liens or AULs were identified for the subject property.

Copies of pertinent pages are included in Appendix B of this report.

### 5.2.2   Specialized Knowledge

No specialized knowledge of environmental conditions associated with the subject property was provided by the User at the time of the assessment.

### 5.2.3   Actual Knowledge of the User

No actual knowledge of any environmental lien or AULs encumbering the subject property or in connection with the subject property was provided by the User at the time of the assessment.

### 5.2.4   Valuation Reduction for Environmental Issues

No knowledge of valuation reductions associated with the subject property was provided by the User at the time of the assessment.

### 5.2.5   Commonly Known or Reasonably Ascertainable Information

The User did not provide information that is commonly known or reasonably ascertainable within the local community about the subject property at the time of the assessment.

### 5.2.6   Previous Reports and Other Provided Documentation

No previous reports or other pertinent documentation was provided to Partner for review during the course of this assessment.

---



## 6.0   SITE RECONNAISSANCE

The weather at the time of the site visit was overcast. Refer to Section 1.5 for limitations encountered during the site reconnaissance and Sections 2.1 and 2.2 for subject property operations. The table below provides the site assessment details:

### SITE ASSESSMENT DATA

| | |
|---|---|
| **Site Assessment Performed By:** | Tara Kamm |
| **Site Assessment Conducted On:** | December 3, 2025 |

The table below provides the subject property personnel interviewed during the site reconnaissance:

### SITE VISIT PERSONNEL FOR 1879 ROUTE 46 (SUBJECT PROPERTY)

| Name | Title/Role | Contact Number | Site Walk* |
|---|---|---|---|
| ▇▇▇▇▇▇ | Executive Vice President, JLL Brokerage | ▇▇▇▇▇▇ | Yes |

* Accompanied Partner during the site reconnaissance activities and provided information pertaining to the current operations and maintenance of the subject property.

No potential environmental concerns were identified during the on-site reconnaissance.

### 6.1    General Site Characteristics

### 6.1.1   Solid Waste Disposal

Solid waste is not currently generated on-site. No evidence of illegal dumping of solid waste was observed during the Partner site reconnaissance.

### 6.1.2   Sewage Discharge and Disposal

Sanitary discharges on the subject property are directed into the municipal sanitary sewer system. The Township of Roxbury Sewer Authority services the subject property vicinity. No wastewater treatment facilities were observed or reported on the subject property. No septic systems were observed or reported on the subject property.

### 6.1.3   Stormwater and Surface Water Drainage

Stormwater is removed from the property primarily due to ground infiltration and via municipal storm drains in paved areas. No drywells were identified on the subject property.

### 6.1.4   Source of Heating and Cooling

Heating and cooling systems as well as domestic hot water equipment are fueled by electricity and natural gas provided by Jersey Central Power and Light (JCP&L) and New Jersey Natural Gas, respectively. The mechanical system is comprised of rooftop mounted packaged electrical/natural gas HVAC units and ceiling-mounted natural gas units within the warehouse. Hot water is provided by individual natural gas water heaters.

### 6.1.5   Wells and Cisterns

No aboveground evidence of wells or cisterns was observed during the site reconnaissance.



### 6.1.6   Wastewater

Domestic wastewater generated at the subject property is disposed by means of the sanitary sewer system. No industrial processes are currently performed at the subject property.

### 6.1.7   Septic Systems

No septic systems were observed or reported on the subject property.

### 6.1.8   Additional Site Observations

No additional general site characteristics were observed during the site reconnaissance.

## 6.2   Potential Environmental Hazards

### 6.2.1   Hazardous Substances and Petroleum Products Used or Stored at the Site

No hazardous substances or petroleum products were observed on the subject property during the site reconnaissance.

### 6.2.2   Aboveground & Underground Hazardous Substance or Petroleum Product Storage Tanks (ASTs/USTs)

No evidence of current or former USTs was observed during the site reconnaissance. Other than a water tank used for fire suppression located in the southwest exterior of the subject property building, no evidence of current or former ASTs was observed during the site reconnaissance.

### 6.2.3   Evidence of Releases

No spills, stains, or other indications that a surficial release has occurred at the subject property were observed.

### 1.1.1   Polychlorinated Biphenyls (PCBs)

Older transformers and other electrical equipment could contain PCBs at a level that subjects them to regulation by the US EPA. PCBs in electrical equipment are controlled by US EPA regulations 40 CFR, Part 761. Under the regulations, there are three categories into which electrical equipment can be classified: 1) Less than 50 parts per million (ppm) of PCBs – "Non-PCB;" 2) 50 ppm-500 ppm – "PCB-Contaminated;" and, 3) Greater than 500 ppm – "PCB-Containing." The manufacture, process, or distribution in commerce or use of any PCB in any manner other than in a totally enclosed manner was prohibited after July 2, 1979.

#### TRANSFORMERS AND HYDRAULIC EQUIPMENT

| Type of Equipment | Location | Number | PCB Containing | Concern |
|---|---|---|---|---|
| **Pad-Mounted Transformers** | West of the property building | Two | Not likely based upon age of the property improvements | No |

Two pad-mounted transformers were observed on the subject property. The transformers are not labeled indicating PCB content. No staining or leakage was observed in the vicinity of the transformers. Based on the good condition and age of the equipment, the transformers are not considered an environmental concern.



Case 2:26-cv-02884-JKS-JBC   Document 26-5   Filed 04/23/26   Page 39 of 78 PageID: 841

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 19

No other potential PCB-containing equipment (interior transformers, oil-filled switches, hoists, lifts, dock levelers, hydraulic elevators, balers, etc.) was observed on the subject property during Partner's reconnaissance.

### 6.2.4   Strong, Pungent or Noxious Odors

No strong, pungent or noxious odors were evident during the site reconnaissance.

### 6.2.5   Pools of Liquid

No pools of liquid were observed on the subject property during the site reconnaissance.

### 6.2.6   Drains, Sumps and Clarifiers

No drains, sumps, or clarifiers, other than those associated with stormwater removal, were observed on the subject property during the site reconnaissance.

### 6.2.7   Pits, Ponds and Lagoons

No pits, ponds, or lagoons were observed on the subject property.

### 6.2.8   Stressed Vegetation

No stressed vegetation was observed on the subject property.

### 6.2.9   Additional Potential Environmental Hazards and Emerging Contaminants

Partner evaluated the current subject property use during the site reconnaissance for potential environmental hazards, including Per- and Polyfluoroalkyl Substances (PFAS) impacts to the subject property. Based on the site observations and/or interview information with the key site contact, likely PFAS impacts to the subject property based on current use were not identified. Based on this information, PFAS are not considered an environmental concern at this time.

No additional environmental hazards, including landfill activities or radiological hazards, were observed.

### 6.3   Non-ASTM Services

### 6.3.1   Asbestos-Containing Materials (ACMs)

Asbestos is the name given to a number of naturally occurring, fibrous silicate minerals mined for their useful properties such as thermal insulation, chemical and thermal stability, and high tensile strength. The Occupational Safety and Health Administration (OSHA) regulation 29 CFR 1926.1101 requires certain construction materials to be presumed to contain asbestos, for purposes of this regulation. All thermal system insulation (TSI), surfacing material, and asphalt/vinyl flooring that are present in a building that have not been appropriately tested are "presumed asbestos-containing material" (PACM).

Based on the age of the on-site, ACMs are not considered a concern.

### 6.3.2   Lead-Based Paint (LBP)

Lead is a highly toxic metal that affects virtually every system of the body. LBP is defined as any paint, varnish, stain, or other applied coating that has 1 mg/cm2 (or 5,000 µg/g or 0.5% by weight) or more of lead. Congress passed the Residential Lead-Based Paint Hazard Reduction Act of 1992, also known as "Title X," to protect families from exposure to lead from paint, dust, and soil. Under Section 1017 of Title X, intact LBP on most walls and ceilings is not considered a "hazard," although the condition of the paint should be monitored and maintained to ensure that it does not become deteriorated. Further, Section 1018 of this law directed the Housing and Urban Development (HUD) and the US EPA to require the disclosure of known information on LBP and LBP hazards before the sale or lease of most housing built before 1978.



Case 2:26-cv-02884-JKS-JBC   Document 26-5   Filed 04/23/26   Page 40 of 78 PageID: 842

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 40

Due to the age of the on-site building LBP is not considered a concern.

### 6.3.3   Radon

Radon is a colorless, odorless, naturally occurring, radioactive, inert, gaseous element formed by radioactive decay of radium (Ra) atoms. The US EPA has prepared a map to assist National, State, and local organizations to target their resources and to implement radon-resistant building codes. The map divides the country into three Radon Zones, according to the table below:

#### EPA RADON ZONES

| EPA Zones | Average Predicted Radon Levels | Potential |
|---|---|---|
| Zone 1 | Exceed 4.0 pCi/L | Highest |
| Zone 2 | Between 2.0 and 4.0 pCi/L | Moderate |
| Zone 3 | Less than 2.0 pCi/L | Low |

It is important to note that the EPA has found homes with elevated levels of radon in all three zones, and the US EPA recommends site-specific testing in order to determine radon levels at a specific location. However, the map does give a valuable indication of the propensity of radon gas accumulation in structures.

Review of the US EPA Map of Radon Zones places the subject property in Zone 1.

Radon sampling was not conducted as part of this assessment. Based upon the commercial nature of the subject property, radon is not considered an environmental concern.

### 6.3.4   Lead in Drinking Water

#### LEAD IN DRINKING WATER SUMMARY

| | |
|---|---|
| **Water System Operator:** | Township of Roxbury Water Utility |
| **Source of Drinking Water:** | Public wells from   located approximately 875 feet south, southeast of the subject property |
| **Year of Annual Water Quality Report:** | 2025 |
| **Compliance Status:** | Water supplied is in compliance with all State and Federal regulations pertaining to drinking water standards for lead. |

Water sampling was not conducted to verify water quality.

### 6.3.5   Microbial Growth

Molds are microscopic organisms found virtually everywhere, indoors and outdoors. Mold will grow and multiply under the right conditions, needing only sufficient moisture (e.g.in the form of very high humidity, condensation, or water from a leaking pipe, etc.) and organic material (e.g., ceiling tile, drywall, paper, or natural fiber carpet padding).

Partner observed accessible, interior areas of the subject property building for significant evidence of microbial growth with the exceptions detailed in Section 1.5 of this report; however, this assessment should not be used as a microbial survey or inspection. Additionally, this limited assessment was not designed to assess all areas of potential microbial growth that may be affected by microbial growth on the subject property. Rather, it is intended to give the client an indication as to whether or not conspicuous (based on



observed areas) microbial growth is present at the subject property. This evaluation did not include a review of pipe chases, mechanical systems, or areas behind enclosed walls and ceilings.

No obvious indications of water damage or microbial growth were observed during Partner's visual assessment.

### 6.3.6 Wetlands

Two Palustrine Scrub-Shrub Broad-Leaved Deciduous Seasonally Flooded/Saturated (PSS1E) and four Palustrine Forested Broad-Leaved Deciduous Seasonally Flooded/Saturated (PFO1E) forested wetland habitats are mapped on the eastern side of the subject property based on information obtained from the United States Fish and Wildlife Service's Online Wetlands Mapper; however, a comprehensive wetlands survey would be required in order to formally determine actual wetlands on the subject property. Suspect inundated areas are depicted on aerial photographs in the general vicinity of the NWI mapped features from at least 1931 through at least 2002 when the aerial photographs transition to a leaf on densely wooded habitat masking ground conditions from 2006 through the present day. No settling ponds, lagoons, surface impoundments, or natural catch basins were observed at the subject property during this assessment. The densely wooded portions of the subject property were not accessed during this assessment.

## 6.4 Adjoining Property Reconnaissance

The adjoining property reconnaissance consisted of observing the adjoining properties from the subject property premises.

### 6.4.1 Hazardous Substances and Petroleum Products Used or Stored at the Site

No hazardous substances or petroleum products were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.2 ASTs/USTs for Hazardous Substances or Petroleum Products

No ASTs or USTs for hazardous substances/petroleum products were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.3 Evidence of Releases

No evidence of a release was observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.4 PCBs

No PCB containing materials were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.5 Strong, Pungent, or Noxious Odors

No strong, pungent, or noxious odors were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.6 Pools of Liquid

No pools of liquid were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.7 Drains, Sumps, and Clarifiers

No drains, sumps, or clarifiers were observed on adjoining properties during the limited adjoining property reconnaissance.



### 6.4.8   Pits, Ponds, and Lagoons

No pits, ponds, or lagoons were observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.9   Stressed Vegetation

No stressed vegetation was observed on adjoining properties during the limited adjoining property reconnaissance.

### 6.4.10   Additional Potential Environmental Hazards and Emerging Contaminants

Partner evaluated the current adjoining property uses during the site reconnaissance for potential environmental hazards, including PFAS impacts to the subject property. Based on observations made from the subject property, likely emerging contaminants and PFAS impacts to the subject property from current adjoining property use/uses were not identified. Based on this information, PFAS are not considered an environmental concern.

No additional environmental hazards were observed on adjoining properties during the limited adjoining property reconnaissance.



## 7.0   VAPOR ENCROACHMENT CONDITIONS

Partner conducted a limited non-intrusive vapor screening on the subject property to identify, to the extent feasible, the potential for vapor encroachment conditions (VECs) in connection with the subject property. This included consideration of chemicals of concern (COC) that may migrate as vapors into the subsurface of the subject property as a result of contaminated soil and groundwater on or near the property.

This screening utilized readily available data sources previously discussed in this Phase I ESA that includes:

- the physical setting of the subject property (Section 2.4),
- standard historical sources for the subject property, adjoining, and surrounding area (Section 3.0),
- known or potentially contaminated sites as identified from information from regulatory agencies and sites on Federal, State, tribal and local databases (Section 4.0), and
- information from the site reconnaissance (Section 6.0) of the subject property and observations of the surrounding properties.

The results of our data collection, reconnaissance, and analysis are tabulated below:

### POTENTIAL FOR VAPOR ENCROACHMENT TO IMPACT THE SUBJECT PROPERTY

| Area of Concern | Likely or Known VEC to Subject Property |
|---|---|
| **Subject Property Existing Operations or Conditions (Sections 2.0 and 6.0)** | None identified that impact the subject property. |
| **Historical Uses of the Subject Property (Section 3.0)** | None identified that impact the subject property. |
| **Adjoining Property Operations or Existing Conditions (Sections 2.3 and 6.4)** | None identified that impact the subject property. |
| **Historical Uses of Adjoining Properties or Nearby Properties (Section 3.0)** | None identified that impact the subject property. |
| **Regulatory Review of sites identified on Federal, State, tribal and Local Environmental Databases which were located in the AMSD (Section 4.0)** | None identified that impact the subject property. |

Based on the findings of the limited non-intrusive vapor screening, vapor intrusion is unlikely to be an issue of concern in connection with the existing structure on the subject property. As such, no further assessment is recommended.



## 8.0    FINDINGS AND CONCLUSIONS

**Findings and Opinions**

***Recognized Environmental Condition***

A recognized environmental condition (REC) refers to the presence of hazardous substances or petroleum products in, on, or at the subject property due to a release to the environment; the likely presence of hazardous substances or petroleum products in, on, or at the subject property due to a release or likely release to the environment; or the presence of hazardous substances or petroleum products in, on, or at the subject property under conditions that pose a material threat of a future release to the environment.

- Partner did not identify evidence of RECs during the course of this assessment.

***Controlled Recognized Environmental Condition***

A controlled recognized environmental condition (CREC) refers to a REC affecting the subject property that has been addressed to the satisfaction of the applicable regulatory authority or authorities with hazardous substances or petroleum products allowed to remain in place subject to the implementation of required controls (for example, activity and use limitations or other property use limitations).

- Partner did not identify evidence of CRECs during the course of this assessment.

***Historical Recognized Environmental Condition***

A historical recognized environmental condition (HREC) refers to a previous release of hazardous substances or petroleum products affecting the subject property that has been addressed to the satisfaction of the applicable regulatory authority or authorities and meeting unrestricted use criteria established by the applicable regulatory authority or authorities without subjecting the subject property to any controls (for example, activity and use limitations or other property use limitations).

- Partner did not identify evidence of HRECs during the course of this assessment.

***Business Environmental Risk***

A Business Environmental Risk (BER) is a risk which can have a material environmental or environmentally driven impact on the business associated with the current or planned use of commercial real estate, not necessarily related to those environmental issues required to be investigated in this practice.

- Partner did not identify evidence of BERs during the course of this assessment.

***Significant Data Gaps***

No significant data gaps affecting the ability of the Environmental Professional to identify a REC were encountered during this assessment.

**Conclusions and Recommendations**

Partner has performed a Phase I Environmental Site Assessment in conformance with the scope and limitations of ASTM Practice E1527-21 of 1879 Route 46 in Roxbury, Morris County, New Jersey (the "subject property"). Any exceptions to, or deletions from, this practice are described in Section 1.5 of this report.

This assessment has revealed no evidence of RECs, CRECs, HRECs, or BERs in connection with the subject property. Based on the conclusions of this assessment, Partner recommends no further investigation of the subject property at this time.



## 9.0   SIGNATURES OF ENVIRONMENTAL PROFESSIONALS

Partner has performed a Phase I Environmental Site Assessment of the property located at 1879 Route 46 in Roxbury, Morris County, New Jersey in conformance with the scope and limitations of the protocol and the limitations stated earlier in this report. Exceptions to or deletions from this protocol are discussed earlier in this report.

By signing below, Partner declares that, to the best of our professional knowledge and belief, we meet the definition of *Environmental Professional* as defined in §312.10 of 40 CFR §312. Partner has the specific qualifications based on education, training, and experience to assess a *property* of the nature, history, and setting of the subject *property*. Partner has developed and performed the all appropriate inquiries in conformance with the standards and practices set forth in 40 CFR Part 312.


Reviewed By:


Tom Nanevicz
Environmental Professional

## 10.0  REFERENCES

American Society for Testing and Materials, Standard Practice for Environmental Site Assessments: Phase I Environmental Site Assessment Process, ASTM Designation: E1527-21

Environmental Risk Information Services (ERIS), City Directory, Fire Insurance Maps, Historic Aerials, Physical Setting Report, Radius Report, Topographic Maps, December, 2025

Federal Emergency Management Agency, Federal Insurance Administration, National Flood Insurance Program, Flood Insurance Map, accessed via the internet, December, 2025

United States Department of Agriculture, Natural Resources Conservation Service, Web Soil Survey, accessed via the internet, December, 2025

United States Environmental Protection Agency, EPA Map of Radon Zones (Document EPA-402-R-93-071), accessed via the internet, December, 2025

United States Fish and Wildlife Service, National Wetlands Inventory, accessed via the internet, December, 2025

United States Geological Survey, accessed via the internet, December, 2025

United States Geological Survey Topographic Map 2023, 7.5-minute series, accessed via the internet, December, 2025



## FIGURES

**1: Site Location Map**

**2: Site Plan**

**3: Topographic Map**





Drawing Not To Scale

KEY:
Subject Property

**FIGURE 1: SITE LOCATION MAP**

**Project No. 25-566347.19**

PARTNER





**FIGURE 2: SITE PLAN**
Project No. 25-566347.19

PARTNER

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 20



USGS 7.5-Minute *Stanhope and Chester, NJ* Quadrangles
Created: 2023

KEY:
Subject Property

**FIGURE 3: TOPOGRAPHIC MAP**
Project No. 25-566347.19



## APPENDIX A: SITE PHOTOGRAPHS



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 42



1.   View of the subject property building.



2.   View of the subject property building.



3.   View of the subject property building and parking lot.



4.   View of the subject property building.



5.   View of the roadway west of the property building.



6.   View of the perimeter fencing around the property.

**Appendix A: Site Photographs**
Project No. 25-566347.19



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 53





7.   View of the western elevation of the property building.

8.   View of the parking area east of the property building.





9.   View of the subject property building's southern and western elevations.

10.   View within the office area of the property building.





11.   View within the office area of the property building.

12.   View within the office area of the property building.

**Appendix A: Site Photographs**

**Project No. 25-566347.19**



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884



13.   View within the office area of the property building.



14.   View within the warehouse area of the property building.



15.   View within the warehouse area of the property building.



16.   View of typical restroom.



17.   View within the warehouse area of the property building.



18.   View within the warehouse area of the property building.

**Appendix A: Site Photographs**
**Project No. 25-566347.19**





19. View within the warehouse area of the property building.



20. View within the warehouse area of the property building.



21. View within the warehouse area of the property building.



22. View within the warehouse area of the property building.



23. View of the water AST for fire suppression.



24. View of one of the onsite pad-mounted transformers.

**Appendix A: Site Photographs**
**Project No. 25-566347.19**





25.   View of the second pad-mounted transformer onsite.



26.   View of the adjoining undeveloped site.



27.   View of the area to the north of the subject property.



28.   View of the area to the north of the subject property.



29.   View of the eastern adjoining area.



30.   View of the eastern adjoining area.

**Appendix A: Site Photographs**
**Project No. 25-566347.19**



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 57



31.    View of the southern adjoining site.



32.    View of the western adjoining sites.



33.    View of the western adjoining sites.



34.    View of southern adjoining dwelling.



35.    View of southern adjoining dwelling.



36.    View of southern adjoining dwelling.

**Appendix A: Site Photographs**
**Project No. 25-566347.19**

**PARTNER**

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 58

## APPENDIX B: HISTORICAL/REGULATORY DOCUMENTATION



Case 2:26-cv-02884-JKS-JBC    Document 26-5    Filed 04/23/26    Page 59 of 78 PageID: 8615

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-CV-2884
Page 59



# HISTORICAL AERIALS

**Project Property:** 1879 Route 46

1879 Route 46

ROXBURY NJ 07054

**Project No:** 25-566347.19

**Requested By:** Partner Engineering and Science, Inc.

**Order No:** 25112100572

**Date Completed:** November 25,2025

Aerial Maps included in this report are produced by the sources listed above and are to be used for research purposes including a phase I report. Maps are not to be resold as commercial property. ERIS provides no warranty of accuracy or liability. The information contained in this report has been produced using aerial photos listed in above sources by ERIS Information Inc. (in the US) and ERIS Information Limited Partnership (in Canada), both doing business as 'ERIS'. The maps contained in this report do not purport to be and do not constitute a guarantee of the accuracy of the information contained herein. Although ERIS has endeavored to present information that is accurate, ERIS disclaims, any and all liability for any errors, omissions, or inaccuracies in such information and data, whether attributable to inadvertence, negligence or otherwise, and for any consequences arising therefrom. Liability on the part of ERIS is limited to the monetary value paid for this report.

**Environmental Risk Information Services**

*A division of Glacier Media Inc.*

1.866.517.5204  |  info@erisinfo.com  |  erisinfo.com

| Date | Source | Scale | Comments |
|------|--------|-------|----------|
| 1931 | Fairchild | 1" = 500' | |
| 1957 | Agricultural Stabilization & Conserv. Service | 1" = 500' | |
| 1963 | Agricultural Stabilization & Conserv. Service | 1" = 500' | |
| 1970 | United States Geological Survey | 1" = 500' | |
| 1975 | United States Geological Survey | 1" = 500' | Best Copy Available |
| 1984 | United States Geological Survey | 1" = 500' | |
| 1991 | United States Geological Survey | 1" = 500' | |
| 1995 | United States Geological Survey | 1" = 500' | |
| 2002 | Urban Area Photography | 1" = 500' | |
| 2006 | United States Department of Agriculture | 1" = 500' | |
| 2008 | United States Department of Agriculture | 1" = 500' | |
| 2010 | United States Department of Agriculture | 1" = 500' | |
| 2013 | United States Department of Agriculture | 1" = 500' | |
| 2015 | United States Department of Agriculture | 1" = 500' | |
| 2017 | United States Department of Agriculture | 1" = 500' | |
| 2019 | United States Department of Agriculture | 1" = 500' | |
| 2022 | United States Department of Agriculture | 1" = 500' | |
| 2023 | United States Department of Agriculture | 1" = 500' | |

**Environmental Risk Information Services**
*A division of Glacier Media Inc.*
1.866.517.5204  |  info@erisinfo.com  |  erisinfo.com

Exhibit 3, Defs. Opp'n Pls. Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 61

**Subject Property**

PORT MORRIS

| | |
|---|---|
| Year: 1931 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: FAIRCHILD | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 25112100572

**PARTNER**

Exhibit 9, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884



Year: 1957
Source: ASCS
Scale: 1" = 500'
Comment:

Address: 1879 Route 46, ROXBURY, NJ
Approx Center: -74.68313902,40.89837239

Order No: 2511210572

**PARTNER**

Exhibit 3, Defs.' Opp'n Pls' Mot. Prelim. Inj., Case No. 2:26-cv-2884



**Subject Property**

| Year: | 1963 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 25112100572 |
|---|---|---|---|
| Source: | ASCS | Approx Center: -74.68313902,40.89837239 | |
| Scale: | 1" = 500' | | |
| Comment: | | | |

**PARTNER**



Subject Property

Year:     1970
Source:   USGS
Scale:    1" = 500'
Comment:

Address: 1879 Route 46, ROXBURY, NJ
Approx Center: -74.68313902,40.89837239

Order No: 25112100572

**PARTNER**

Exhibit 5, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 65



Year:      1975                Address: 1879 Route 46, ROXBURY, NJ                    Order No: 25112100572
Source:    USGS               Approx Center: -74.68313902,40.89837239
Scale:     1" = 500'
Comment: Best Copy Available

**PARTNER**

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj.; Case No. 2:26-cv-2884
Page 66



| | | |
|---|---|---|
| Year: | 1984 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: | USGS | Approx Center: -74.68313902,40.89837239 |
| Scale: | 1" = 500' | |
| Comment: | | |

Order No: 25112100572

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 26-cv-2884
Page 37



**Subject Property**

| Year: | 1991 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 25112100572 |
|---|---|---|---|
| Source: | USGS | Approx Center: -74.68313902,40.89837239 | |
| Scale: | 1" = 500' | | |
| Comment: | | | |

**PARTNER**

Exhibit 5, Defs' Opp'n Pls' Mot. Prelim. Inj., Case No. 2:26-cv-2884



| | | |
|---|---|---|
| Year: | 1995 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: | USGS | Approx Center: -74.68313902,40.89837239 |
| Scale: | 1" = 500' | |
| Comment: | | |

Order No: 25112100572

**PARTNER**

Exhibit 5, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884



| | |
|---|---|
| Year: 2002 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: UAP | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 2511210572

**PARTNER**

Exhibit 5, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 20

**Subject
Property**

| Year: | 2006 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 25112100572 |
| Source: | USDA | Approx Center: -74.68313902,40.89837239 | |
| Scale: | 1" = 500' | | |
| Comment: | | | |



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 31



| Year: | 2008 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 2511210O572 |
| Source: | USDA | Approx Center: -74.68313902,40.89837239 | |
| Scale: | 1" = 500' | | |
| Comment: | | | |

**PARTNER**

Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 42



| Year: | 2010 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 25112100572 |
| Source: | USDA | Approx Center: -74.68313902,40.89837239 | |
| Scale: | 1" = 500' | | |
| Comment: | | | |



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 73

**Subject Property**

| | |
|---|---|
| Year: 2013 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: USDA | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 25112100572

**PARTNER**



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 74

**Subject Property**

| | |
|---|---|
| Year: 2015 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: USDA | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 25112100572

**PARTNER**



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 75

**Subject Property**

| | |
|---|---|
| Year: 2017 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: USDA | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | Order No: 25112100572 |
| Comment: | |

**PARTNER**



Exhibit - Defs.' Mot'n Prel. Mot. Prelim. Inj.; Case No. 2:26-cv-02884
Page 76

| | |
|---|---|
| Year: 2019 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: USDA | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 25112100572

**PARTNER**

Exhibit 9, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No. 2:26-cv-2884
Page 77



**Subject Property**

| | | |
|---|---|---|
| Year: 2022 | Address: 1879 Route 46, ROXBURY, NJ | Order No: 25112100572 |
| Source: USDA | Approx Center: -74.68313902,40.89837239 | |
| Scale: 1" = 500' | | |
| Comment: | | |

**PARTNER**



Exhibit 3, Defs.' Opp'n Pls.' Mot. Prelim. Inj., Case No.: 2:26-cv-2884

**Subject Property**

| | |
|---|---|
| Year: 2023 | Address: 1879 Route 46, ROXBURY, NJ |
| Source: USDA | Approx Center: -74.68313902,40.89837239 |
| Scale: 1" = 500' | |
| Comment: | |

Order No: 2511210572

**PARTNER**

500 Feet