**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

STATE OF NEW JERSEY and TOWNSHIP
OF ROXBURY,

     Plaintiffs,

     v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

     Defendants.

Civil Action No.: 26-02884 (JKS)

**ORDER GRANTING *PRO HAC VICE* ADMISSION**

Upon consideration of the proposed amicus curiae New Jersey Environmental Justice Alliance's Motion for Admission Pro Hac Vice and the Certification of Dror Ladin, it is hereby ORDERED that:

1. Attorney Dror Ladin of Earthjustice is admitted *pro hac vice* pursuant to Local Civil Rule 101.1(c);

2. Mr. Ladin shall make payment to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a) as appropriate and in accordance with L. Civ. R. 101.1(c)(2);

3. Mr. Ladin shall make payment of $250.00 payable to the Clerk, USDC and shall continue to make payment for each year in which he is admitted to this Court.

It is **SO ORDERED** this 27th day of April, 2026.

*s/ James B. Clark, III*
_____
**Hon. James B. Clark, III**
**United States Magistrate Judge**