# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br><br> Defendants. | Hon. Jamel K. Semper, U.S.D.J. <br><br> Hon. James B. Clark, U.S.M.J. <br><br> Civil Action No.: 26-02884 |

## [PROPOSED] ORDER TO EXTEND TIME

Plaintiffs' Unopposed Motion for a Two-Day Extention of Plaintiffs' Reply Deadline is granted. Plaintiffs' reply brief in support of their Motion for a Preliminary Injunction shall be filed by May 5, 2026.

**IT IS SO ORDERED.**

Dated: April __, 2026

_____
The Honorable Jamel K. Semper
United States District Judge