**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>      Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**DECLARATION OF NAIMA DRECKER-WAXMAN**

Naima Drecker-Waxman, of full age, hereby declares as follows:

1.      I am a Deputy Attorney General in the New Jersey Office of the Attorney General and counsel to the State of New Jersey in the above-captioned matter. I am over the age of 18 and competent to make this Declaration, which I submit in further support of Plaintiffs' Motion for Preliminary Injunction.

2.      Attached hereto as Exhibit 1 is a true and correct copy of email correspondence between counsel for the parties in this action, dated March 30, 2026.

I further certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated:      May 5, 2026                          /s/ Naima Drecker-Waxman
                                                 Naima Drecker-Waxman
                                                 Deputy Attorney General
                                                 Naima.Drecker-Waxman@njoag.gov
                                                 25 Market Street
                                                 Trenton, NJ 08625
                                                 (609) 696-3953

# EXHIBIT 1

 Outlook

---

**[EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)**

---

**From** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>

**Date** Mon 3/30/2026 12:32 PM

**To** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>

**Cc** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>

Shankar,

Hope you all had a good weekend.  We can confirm that mowing or clearing will <u>not</u> occur within the easement area without proper approvals.  We can also confirm that <u>no</u> construction under the construction contract will occur until May 28 at the earliest.

Here are the rest of the examples that the caretaker contractor activities *may* include:

- Maintaining the facility structure and envelope so that no leaks, breaches, or pest intrusion occur; and roof, walls, and doors remain secure
- Continued environmental and safety compliance with EPA, OSHA, and local regulations; maintain hazardous materials storage

The agency does not expect soil disturbances under the caretaker contract beyond potentially pegging the feet of the temporary fence sections to the ground with something like a tent stake.

Sincerely,
KR

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Thursday, March 26, 2026 3:27 PM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

KR and Shaun,

Thanks for the information below and the call.  Below are our follow-up questions.

**<u>Caretaking Activities</u>**

Based on our discussions, we understand that it will be a few weeks before the caretaker contract that encompasses pre-construction site activities is executed.  We may have further questions regarding the timing of caretaking activities, but for now, here are our follow-up questions on the nature of the caretaking activities that will be undertaken:

1. Are the activities described in your email below the full universe of potential "caretaking" activities that could be undertaken prior to construction activities?

2. Can you confirm that none of the caretaking activities that could be undertaken prior to construction activities include soil disturbances?

3. We appreciate your confirming that as part of the caretaking activities, no fencing will be put up on the easement area without the State's consent. Can you also confirm that mowing and ground maintenance will not take place on the easement area?

**Construction Activities**

Can you please confirm that the construction contract will not be entered for a few weeks and construction work will not commence before a date certain (e.g., by a specific date in late May)?

Thanks very much.

---

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Thursday, March 26, 2026 1:55 PM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Counsel,

We have a few more details to share ahead of our call. We can confirm that no temporary fencing will be placed in the conservation easement without conferring with the State. The specific activities for the caretaker contract have not been finalized, but the types of activities governed by the contract *may* include maintaining HVAC operations, keeping key electrical services energized, periodic exercising of plumbing valves, maintaining active monitoring and inspection of fire alarm and sprinkler systems, maintaining limited custodial services (cleaning, dusting, and ensuring trash is taken out), mowing the grass and maintaining the grounds, determining the adequacy of security lightening, and installing any temporary fencing.

Sincerely,
KR

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Thursday, March 26, 2026 9:06 AM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] Re: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Thanks, we can talk at that time.   If you can send an invite, that would be great.

---

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Thursday, March 26, 2026 8:59 AM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

We're still working on getting more information about the scope of the maintenance/security contract (also being referred to as the caretaker contract). How about we schedule a call for 2pm today?

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Wednesday, March 25, 2026 5:28 PM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

And to confirm, Roxbury counsel is also available tomorrow – just let us know what time is best.

---

**From:** Shankar Duraiswamy
**Sent:** Wednesday, March 25, 2026 10:55 AM
**To:** 'Perez, Krystal-Rose (ENRD)' <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Thanks, KR. I can make myself available any time tomorrow.

We are looking into the map issue.

On the timing, we can discuss more when we talk, but it would help to get a more concrete estimate on the maintenance/security contract and activities, which I understand will precede the construction contract and activities?

---

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Wednesday, March 25, 2026 10:10 AM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Shankar,

Thanks for including the map.  Is there a better quality map the State could send?  It's hard to make out the details on this one.

As for timing, the agency expects the earliest it will receive construction plans from a contractor is late May.  We are working on getting you more information, including answers to your questions below.  I'm happy to schedule a call after we have more information to share.  What is your availability for tomorrow or Friday?

Sincerely,
KR

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Wednesday, March 25, 2026 9:55 AM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

I neglected to include the easement map; attaching it here.

---

**From:** Shankar Duraiswamy
**Sent:** Wednesday, March 25, 2026 9:26 AM
**To:** 'Perez, Krystal-Rose (ENRD)' <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco abucco@murphymckeonlaw.com; Joshua A. Zielinski jzielinski@oslaw.com; Pettigrew, Shaun (ENRD) Shaun.Pettigrew@usdoj.gov; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

KR,

Thanks for sharing this information.  To better understand the necessary timing for seeking emergency/preliminary relief, we have some follow up questions, set forth below.  It may be worth getting on a call today to discuss.

1.  Apart from fencing and lighting, what else will the maintenance/security contract provide for?

2.  Regarding the fencing, is it defendants' intent to keep that fencing within the outer boundary of the parking lot around the warehouse rather than to place any of it on land that falls within the footprint of the conservation easement (a map of which is attached)?

3.  Will the lighting or any other maintenance/security actions involve breaking ground, such as driving pilings into the ground?

More generally, your email says that it "could be" weeks before the maintenance/security contract is awarded and that the construction contract will "likely" be awarded thereafter.  As you can imagine, we can't hold off on filing a motion for emergency relief if there remains a possibility that defendants may imminently engage in activity at the site that we believe would impose harms on the plaintiffs.  Are you able to provide more certainty on the timing of the contracting actions – e.g., "not before X date" – to enable us to develop a reasonable briefing schedule?

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Tuesday, March 24, 2026 4:00 PM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Counsel,

Following up about the scope, the basic maintenance contract will include temporary fencing that is like the one shown in the photo below.  The lighting will only be for security sufficient for good video footage, not like construction lighting that lights up the entire area.  We will continue to drill down on more specific timing for the contracts and let you know when we have more information to share.



**From:** Perez, Krystal-Rose (ENRD)
**Sent:** Tuesday, March 24, 2026 3:21 PM
**To:** 'Shankar Duraiswamy' <Shankar.Duraiswamy@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>; Molina, Ernesto H. (CIV) <Ernesto.H.Molina@usdoj.gov>
**Subject:** RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Counsel,

The agency estimates that it could be weeks before the basic maintenance/security contract is finalized, and the construction contract will likely be finalized after the basic maintenance/security contract.  The timing is preliminary, but we're working on the specifics and will share that info when we receive it.  We also have more details about the scope (including lighting and temporary fencing) that I will follow up with in another email later today.

Sincerely,
KR

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Friday, March 20, 2026 5:32 PM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; James Bryce <jbryce@murphymckeonlaw.com>

**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
**Subject:** [EXTERNAL] Re: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Works for NJ.  Thanks.

---

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Friday, March 20, 2026 5:28:12 PM
**To:** James Bryce <jbryce@murphymckeonlaw.com>; Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Does 4:30pm EDT on Monday work for everyone? If so, I can send a calendar invite.

---

**From:** James Bryce <jbryce@murphymckeonlaw.com>
**Sent:** Friday, March 20, 2026 4:40 PM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Cc:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
**Subject:** [EXTERNAL] Re: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

We will make ourselves available according to everyone's convenience.

Jim Bryce
Sent from my iPhone

> On Mar 20, 2026, at 4:37 PM, Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov> wrote:
>
> Thanks, Krystal-Rose.  I think it would help to discuss soon.  I can be available on Monday from 9-11:30, 12-12:30, 1-2:30, and after 4.  I will let Roxbury counsel weigh in with their availability.
>
> ---
>
> **From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
> **Sent:** Friday, March 20, 2026 3:53 PM
> **To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
> **Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>; Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
> **Subject:** [EXTERNAL] RE: New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)
>
> Shankar,
>
> Thanks for reaching out.  We're still gathering information, but our understanding is that DHS has not awarded contracts for any work to begin at the facility.  The agency is looking

to award a contract for temporary security and basic maintenance, but that is not in place. DHS may also be looking into getting mobile camera trailers to provide temporary camera coverage.

We would be happy to talk further. With this information, would a call early next week work?

Sincerely,
KR

Krystal-Rose Perez
Trial Attorney
United States Department of Justice
ENRD-Natural Resources Section
(202) 532-3266

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Friday, March 20, 2026 11:50 AM
**To:** Duffy, Sean C. (ENRD) <Sean.C.Duffy@usdoj.gov>
**Cc:** Daniel Resler <Daniel.Resler@law.njoag.gov>; Viviana Hanley <Viviana.Hanley@njoag.gov>; Lauren VanDriesen <Lauren.VanDriesen@law.njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>; Anthony Bucco <abucco@murphymckeonlaw.com>; Joshua A. Zielinski <jzielinski@oslaw.com>
**Subject:** [EXTERNAL] New Jersey v. ICE, No. 2:26-cv-2884 (D.N.J.)

Hi Sean,

The State of New Jersey and Township of Roxbury filed the attached complaint this morning in the District of New Jersey. Assuming that ENRD will be handling this matter, can you please let us know your availability (or the availability of anyone else in your office) for a call to confer on a briefing schedule for a request for emergency/preliminary relief? We can make ourselves available at any time this afternoon. Thanks very much.

--
Shankar Duraiswamy
Deputy Solicitor General
New Jersey Office of the Attorney General
Shankar.Duraiswamy@njoag.gov
(609) 649-1019

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this

communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information. CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.