

*State of New Jersey*
OFFICE OF THE ATTORNEY GENERAL
DEPARTMENT OF LAW AND PUBLIC SAFETY
OFFICE OF THE SOLICITOR GENERAL
PO BOX 080
TRENTON, NJ 08625

MIKIE SHERRILL
*Governor*

DR. DALE G. CALDWELL
*Lt. Governor*

JENNIFER DAVENPORT
*Attorney General*

JEREMY M. FEIGENBAUM
*Solicitor General*

May 12, 2026

**<u>Via ECF</u>**
The Honorable Jamel K. Semper
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

Re:   *State of New Jersey and Township of Roxbury v. U.S. Immigration &
Customs Enforcement, et al.*, Case No. 26-02884

Dear Judge Semper:

Plaintiffs write to alert the Court that they have reached an agreement with Defendants that avoids the need for the hearing scheduled for today on Plaintiffs' Motion for a Preliminary Injunction. The parties' agreement, memorialized in the concurrently filed Joint Stipulation and Consent Order, stays consideration of Plaintiffs' motion until Defendants' issuance of a final environmental assessment (EA) addressing conversion of the Roxbury Warehouse into a detention facility and issuance of a decision document relying on that final EA. The agreement further provides that Defendants shall engage only in specified site security and maintenance activities until the agency decision document is issued.

Plaintiffs respectfully request that the Court enter the Joint Stipulation and Consent Order and vacate the hearing scheduled for May 12.

Respectfully yours,

JENNIFER DAVENPORT
ATTORNEY GENERAL OF NEW JERSEY



By: */s/ Naima Drecker-Waxman*
Naima Drecker-Waxman
Deputy Attorney General
Office of the New Jersey Attorney General
25 Market Street, P.O. Box 080
Trenton, New Jersey 08625
naima.drecker-waxman@njoag.gov
(609) 696-3953

*Attorney for the State of New Jersey*


MURPHY MCKEON, PC

By:    */s/ James T. Bryce*

901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100

*Attorney for the Township of Roxbury*