

**U.S. Department of Justice**

Environment and Natural Resources Division

---

*Natural Resources Section*
*P.O. Box 7611*
*Washington, DC  20044*

*Telephone (202) 532-3266*
*krystal-rose.perez@usdoj.gov*

May 19, 2026

The Honorable James B. Clark, U.S.M.J.
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

> **Re:** *New Jersey v. U.S. Immigration & Customs Enforcement*, 2:26-cv-2884
> **Request to Stay Responsive Pleading**

Dear Judge Clark:

On behalf of Defendants in the above-referenced case, I write with consent of Plaintiffs' counsel to respectfully request a stay of Defendants' responsive pleading, which is currently due May 26, 2026.  Good cause exists to grant this stay because, as described in the Joint Stipulation entered on May 12, 2026, Dkt. No. 35, the parties have agreed to stay consideration of Plaintiffs' Motion for Preliminary Injunction while the agency prepares an environmental assessment and issues a new decision for the Roxbury Warehouse, potentially mooting Plaintiffs' current claims or giving rise to new claims.  Defendants respectfully propose to submit a status report to the Court regarding the agency's progress of preparing an environmental assessment and issuing a new decision within 60 days from the date of this request, July 20, 2026, and every 60 days thereafter until the agency issues a new decision.

If this proposal is acceptable to the Court, I respectfully request that Your Honor "so order" this letter and have the clerk file it on the docket.  Thank you for your time and consideration of this matter.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
Environment & Natural Resources Division
U.S. Department of Justice

 */s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section

Cc:   All counsel (via ECF)