**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**(973) 776-7700**

CHAMBERS OF

**JAMES B. CLARK, III**

**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE

**50 WALNUT STREET, ROOM 2060**

**NEWARK, NJ 07102**

May 19, 2026

**LETTER ORDER**

Re:   **State of New Jersey, et al. v. U.S. Immigration and Customs Enforcement, et al.**
      **Civil Action No. 26-2884 (JKS)**

Dear Counsel,

In light of the Court's May 12, 2026 Order and Joint Stipulation staying adjudication of Plaintiffs' motion for preliminary injunction, *see* Dkt. No. 36, the pending motion for leave to appear amicus curiae [Dkt. No. 14] is herewith **TERMINATED as moot**. Should Plaintiffs file a renewed motion for preliminary injunction, the proposed amici may also renew their motion for leave to file an amici curiae brief at the appropriate juncture.

   **IT IS SO ORDERED**.

*s/ James B. Clark, III*
**JAMES B. CLARK, III**
**United States Magistrate Judge**