## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>    Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J.<br><br><br>Civil Action No.: 26-02884 |

## <u>ORDER AND JOINT STATUS REPORT</u>

Defendants no longer intend to convert the Roxbury Warehouse into an immigration detention facility and intend to sell the warehouse. In light of this development, the parties agree to discuss appropriate next steps for this litigation and propose to provide the Court an additional status report on or before July 17.


Dated: June 29, 2026

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
  By: /s/ *Shankar Duraiswamy*
Jeremy M. Feigenbaum
  *Solicitor General*
Shankar Duraiswamy
  *Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Kristen D. Heinzerling

**MURPHY MCKEON, PC**
  By: /s/ *James Bryce*
James Bryce
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100

*Attorneys for the Township of Roxbury*

1

Kristina L. Miles
  *Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@law.njoag.gov
(609) 696-5366


*Attorneys for the State of New Jersey*




**So Ordered:**

*/s/ Jamel K. Semper*
**Hon. Jamel K. Semper**
**U.S. District Judge**

**Dated: June 30, 2026**

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney
General
U.S. Department of Justice
Environment & Natural Resources
Division

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
krystal-rose.perez@usdoj.gov
(202) 532-3266

*Attorney for Defendants*

2