## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY and TOWNSHIP
OF ROXBURY,

        Plaintiffs,

    v.

UNITED STATES IMMIGRATION AND
CUSTOMS ENFORCEMENT, et al.,

        Defendants.

Hon. Jamel K. Semper, U.S.D.J.

Hon. James B. Clark, U.S.M.J.

Civil Action No.: 26-02884

## <u>NOTICE</u>

On June 29, 2026, the parties submitted a joint status report representing that "Defendants no longer intend to convert the Roxbury Warehouse into an immigration detention facility and intend to sell the warehouse." Dkt. No. 42. Counsel for Defendants was authorized to make that representation by authorizing officials within the U.S. Department of Homeland Security (DHS). On July 8, DHS officials informed counsel that upon reconsideration, the agency intends to move forward with plans to consider the retrofitting of the Roxbury Township warehouse facility for use as a detention facility. DHS officials further informed counsel that as of July 10, agency deliberations remain ongoing. Counsel for Plaintiffs and Defendants continue to confer and will submit a joint status report on July 17.

Dated: July 10, 2026

1

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Shaun M. Pettigrew*
SHAUN M. PETTIGREW
Senior Trial Attorney
Natural Resources Section
c/o NOAA, Damage Assessment
7600 Sand Point Way, NE
Seattle, WA 98115
shaun.pettigrew@usdoj.gov
(202) 532-5973

KRYSTAL-ROSE PEREZ
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
krystal-rose.perez@usdoj.gov
(202) 532-3266

*Attorneys for Defendants*

2