**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement, <br><br> Defendants. | HON. JAMEL K. SEMPER, U.S.D.J. HON. JAMES B. CLARK, III, U.S.M.J. <br><br> Civil Action No.: 26-02884 |

**JOINT STATUS REPORT**

As indicated in their Notice filed on July 10, ECF No. 44, Defendants are continuing to assess whether to proceed with plans to convert the Roxbury Warehouse into a detention facility. At present, there is no timeline for reaching that decision. If Defendants decide to proceed with the use of the facility for detention, they will do so in accordance with the process set forth in the Order staying adjudication of Plaintiffs' motion for preliminary injunction, ECF No. 36.

These recent developments do not require any modification of the Order, which provides that the parties will confer regarding a schedule for future

proceedings within seven days of Defendants notifying the Plaintiffs of issuance of an agency decision document that relies on a final EA. ECF No. 36 at ¶ 2. If and when Defendants issue such a document, the parties will proceed consistent with the terms of the Order. In the meantime, permissible activities at the warehouse site remain subject to the limitations set forth in the Order. *Id.* at ¶¶ 3-4. Should Defendants make a final decision not to proceed with converting the Roxbury Warehouse into a detention center, the parties will provide a further update to the Court.

Dated: July 17, 2026

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
  By: */s/ Shankar Duraiswamy*
Jeremy M. Feigenbaum
  *Solicitor General*
Shankar Duraiswamy
  *Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Kristen D. Heinzerling
Kristina L. Miles
  *Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@njoag.gov
(862) 350-5800

*Attorneys for the State of New Jersey*

**MURPHY MCKEON, PC**
  By: */s/ James Bryce*
James Bryce
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100

*Attorneys for the Township of Roxbury*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

  By: */s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ

2

Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
krystal-rose.perez@usdoj.gov
(202) 532-3266

*Attorney for Defendants*

3