## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

STATE OF NEW JERSEY and
TOWNSHIP OF ROXBURY,

     Plaintiffs,

     v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT;
UNITED STATES DEPARTMENT OF
HOMELAND SECURITY;
MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland
Security; and TODD M. LYONS, in his
official capacity as Senior Official
Performing the Duties of the Director of
Immigration and Customs Enforcement,

     Defendants.

HON. JAMEL K. SEMPER, U.S.D.J.
HON. JAMES B. CLARK, III,
U.S.M.J.

Civil Action No.: 26-02884

## STATUS REPORT

Pursuant to this Court's May 19, 2026, Order, Defendants submit this Status Report, Dkt. No. 40.  As indicated in the parties' Joint Status Report filed on July 17, 2026, Dkt. No. 45, Defendants continue to assess whether to proceed with plans to convert the Roxbury Warehouse into a detention facility.  Defendants will file another status report on or before September 18, 2026, in accordance with the Court's May 19 Order and the parties' Joint Status Report, Dkt. No. 45.

Respectfully submitted this 20th day of July 2026.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ, Texas Bar No. 24105931
Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
(202) 532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*

2