**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY AND TOWNSHIP OF ROXBURY, <br><br> Plaintiffs, <br><br> and <br><br> NETCONG HEIGHTS, LLC <br><br> Plaintiff-Intervenor, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF HOMELAND SECURITY; AND TODD M. LYONS, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT, <br><br> Defendants. | Civil Action No. 2:26-cv-02884-JKS-JBC <br><br> Hon. Jamel K. Semper, U.S.D.J. <br> Hon. James B. Clark, III, U.S.M.J. <br><br> **NOTICE OF MOTION TO INTERVENE** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Netcong Heights LLC ("NH"), by and through its undersigned attorneys, hereby moves this Court, pursuant to Federal Rule of Civil Procedure 24(a)(2), for an Order permitting NH to intervene as of right as a Plaintiff-Intervenor in the above-captioned action.

This motion is based upon the accompanying Brief in Support of Motion to Intervene Pursuant to Fed. R. Civ. P. 24(a)(2), the Declaration of Michael Gottlieb in Support of Motion to Intervene (with Exhibits A through E attached thereto), and the proposed Complaint in Intervention, all filed herewith.

NH seeks to intervene to protect its property rights and the public health and safety of its

BE.17283324.3/LAN310-290397

approximately 700 residents from the risk of sewage system overload arising from Defendants' plan to convert the Roxbury Warehouse (Block 9501, Lot 1, Township of Roxbury) into an immigration detention facility. NH holds a perpetual, recorded Sanitary Sewer Line Easement across its property (Block 45, Lot 1, Borough of Netcong), through which wastewater from the Roxbury Warehouse is conveyed. The governing instruments cap permissible wastewater flow from the warehouse at 11,700 gallons per day; conversion to a 1,500-bed detention facility is projected to increase flow to approximately 187,500 gallons per day—more than fifteen times the authorized limit—creating serious risks of sewage backup and overflow through NH's residential property.

NH takes no position on DHS's intended use of the Roxbury Warehouse or on the policy issues underlying this action. NH seeks intervention only to protect its property, its sewer infrastructure, and the health and safety of its approximately 700 residents from the increased wastewater-flow risks described herein.

**Timeliness of this Motion:** This motion is timely because the event triggering NH's need to intervene occurred only recently. On June 29, 2026, Defendants represented to the Court that they "no longer intend to convert the Roxbury Warehouse into an immigration detention facility and intend to sell the warehouse." (Dkt. No. 42.) NH reasonably relied on that representation and did not believe intervention was necessary. However, as reflected in the July 10, 2026 Notice (Dkt. No. 44), on July 8, 2026, DHS officials informed Plaintiffs' counsel that, upon reconsideration, the agency intended to move forward with plans to consider retrofitting the Roxbury Township warehouse facility for use as a detention facility, and that agency deliberations remained ongoing as of July 10, 2026. NH promptly pursued intervention after learning of this reversal; during the week of July 27, 2026, NH authorized counsel to proceed with this motion, consistent with the Supreme Court's holding in Cameron v. EMW Women's Surgical Center, P.S.C., 595 U.S. 267,

- 2 -

279–80 (2022), that the key timeliness factor is whether the movant sought intervention "as soon as it became clear" that its interests would no longer be protected.

Pursuant to Local Civil Rule 7.1(i), NH's counsel has conferred with counsel for the existing parties regarding the relief requested herein.

Respectfully submitted,


 /s/ Stuart J. Polkowitz, Esq.
Stuart J. Polkowitz, Esq.
Kenneth A. Porro, Esq.
BRACH EICHLER L.L.C.
101 Eisenhower Parkway
Roseland, New Jersey 07068
Telephone: 973-228-5700
Facsimile: 973-228-7852
*Attorneys for Plaintiff Intervenor, Netcong Heights LLC*

Date:   August 13, 2026

- 3 -

BE.17283324.3/LAN310-290397