**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br><br>Defendants. | HON. JAMEL K. SEMPER, U.S.D.J.<br>HON. JAMES B. CLARK, III, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**JOINT STATUS REPORT**

Pursuant to the Court's May 19, 2026 Order, ECF No. 40, the parties submit this Joint Status Report. Defendants continue to assess whether to proceed with plans to convert the Roxbury Warehouse into a detention facility. At present, there is no timeline for reaching that decision. If Defendants decide to proceed with the use of the facility for detention, they will do so in accordance with the process set forth in the Order staying adjudication of Plaintiffs' motion for preliminary injunction, ECF No. 36. Should Defendants make a final decision not to proceed with converting the Roxbury Warehouse into a detention center, the parties will provide a further update

to the Court. In accordance with the Court's May 19, 2026 Order, ECF No. 40, the parties will submit another joint status report on or before November 16, 2026.

**Plaintiffs' Separate Statement**: Plaintiffs have recently learned of reports that Defendants have used the Roxbury Warehouse in connection with immigration enforcement. The stipulated order provides that Defendants "shall not undertake any activities at the Roxbury Warehouse site for purposes of converting it into a detention center other than those identified in paragraph 4"—which is limited to certain site security and maintenance activities—at least until Defendants conduct an EA and issue an agency decision document. Plaintiffs are assessing these recent reports. ECF No. 36. If they determine that Defendants have not complied with the stipulated order, Plaintiffs will seek appropriate relief from the Court.

Dated: September 15, 2026

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
By: */s/ Shankar Duraiswamy*
Shankar Duraiswamy
*Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Kristen D. Heinzerling
Kristina L. Miles
*Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@njoag.gov
(862) 350-5800

**MURPHY MCKEON, PC**
By: */s/ James Bryce*
James Bryce
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100

*Attorneys for the Township of Roxbury*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

*Attorneys for the State of New Jersey*

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Senior Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*