**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | : | HON. JAMEL K. SEMPER, U.S.D.J.<br>HON. JAMES B. CLARK, III, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**PLAINTIFFS' STATUS REPORT**

Plaintiffs submit this status report to alert the Court to recent developments concerning DHS's plans and activity regarding the Roxbury warehouse site.

As background, a stipulated order entered by the Court on May 12, 2026, bars Defendants from "undertak[ing] any activities at the Roxbury warehouse site for purposes of converting it into a detention center," ECF No. 36 at 4, with certain limited exceptions, until after the completion of an Environmental Assessment (EA) and an opportunity for Plaintiffs to challenge the results of any such EA. Following entry of the stipulated order, DHS represented to the Court that it had decided not to pursue a detention center at the Roxbury site. *See* ECF No. 42. Two weeks later, it then recanted that representation, stating instead that it had not yet decided whether to pursue a detention center at the site. *See* ECF No. 44. Subsequently, in response

to inquiries from Plaintiffs and in multiple status reports submitted to this Court, DHS continued to represent that it had made no decision on whether to pursue a detention center at the Roxbury site and had no timetable for making such a decision. *See* ECF Nos. 45, 50.

According to public reporting today, DHS entered a $31.8 million contract with a private company yesterday to convert the Roxbury warehouse site into an immigration detention facility.[1] Upon learning of this report, Plaintiffs' counsel immediately contacted counsel for DHS, who advised Plaintiffs for the first time that DHS had decided to proceed with pursuing a detention facility at the Roxbury site. Counsel for DHS could not confirm whether the report regarding DHS's contracting with a company to convert the Roxbury site into a detention center was correct, but subsequently advised that "money has been obligated for maintenance, design of ICE's preferred alternative, and the NEPA analysis of that design."

Given DHS's varying representations to date, Plaintiffs have asked DHS for a copy of the contract so they can assess whether its characterization of the contract is accurate. If DHS has in fact entered into a contract to convert the Roxbury site into a detention center, that raises significant concerns about DHS's compliance with

---

[1] Michael Wriston, Mia Barragán, and Em Chapin, *SCOOP: ICE to pay $32 million for Roxbury, N.J. warehouse conversion*, Project Salt Box, https://www.projectsaltbox.com/p/scoop-ice-to-pay-32-million-for-roxbury (Nov. 6, 2026).

the stipulated order, which generally bars DHS from undertaking activities at the warehouse site for purposes of converting it into a detention center. Moreover, this development comes on the heels of DHS's recent admission to Plaintiffs that on two occasions in September, Immigration and Customs Enforcement (ICE) used the parking lot of the Roxbury warehouse to process individuals whom ICE had apprehended. While DHS has now represented to Plaintiffs that it has instructed ICE personnel to cease using the Roxbury site for enforcement operations involving the apprehension and processing of detainees, its conduct raises concerns about DHS's willingness to skirt the boundaries of the parties' stipulated order.

Plaintiffs will update the Court with any additional information regarding the nature of DHS's activities as it becomes available—and based on that information, they may seek relief from this Court as appropriate.

Dated: November 6, 2026

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
By: /s/ Shankar Duraiswamy
Sundeep Iyer
*Solicitor General*
Shankar Duraiswamy
*Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Kristen D. Heinzerling
Kristina L. Miles

**MURPHY MCKEON, PC**
By: /s/ James Bryce
James Bryce
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100

*Attorneys for the Township of Roxbury*

Nathaniel Rubin
*Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@njoag.gov
(862) 350-5800

*Attorneys for the State of New Jersey*