**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. James B. Clark, III, U.S.M.J.<br>No. 26-2884<br><br>*Electronically Filed*<br><br>**PLAINTIFFS' NOTICE OF AUTOMATIC SUBSTITUTION** |

**PLEASE TAKE NOTICE** that on June 1, 2026, David J. Venturella began serving as the Acting Director of United States Immigration and Customs Enforcement, replacing Todd M. Lyons as the Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement. Accordingly, under Federal Rule of Civil Procedure 25(d), David J. Venturella is automatically substituted for Todd M. Lyons as a defendant in this action in his official capacity.

Dated: November 13, 2026


JENNIFER DAVENPORT
ATTORNEY GENERAL
OF NEW JERSEY

/s/ Nathaniel Rubin
Nathaniel Rubin
Deputy Attorney General
25 Market Street
Trenton, NJ 08625

MURPHY MCKEON, PC

/s/James Bryce
James Bryce
901 Route 23 2nd Floor
Pompton Plains, NJ 07444
(973) 835-0100

(609) 789-2889
nathaniel.rubin@njoag.gov

*Attorney for the State of New Jersey*

jbryce@murphymkeonlaw.com

*Attorney for the Township of Roxbury*