**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and TODD M. LYONS, in his official capacity as Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br><br>Defendants. | HON. JAMEL K. SEMPER, U.S.D.J.<br>HON. JAMES B. CLARK, III, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**JOINT STATUS REPORT**

The parties submit this status report to comply with the Court's November 10, 2026 Order directing the parties to confer and propose a schedule for future proceedings by November 17, 2026. Dkt. No. 52. The parties set forth their respective positions below.

**Defendants' Position**

Defendants agree with Plaintiffs that a schedule on a renewed preliminary injunction motion need not be set at this time. Defendants also take the position that

the stay of Plaintiffs' Motion for Preliminary Injunction and Defendants' responsive pleading continue as ordered on May 12, 2026, and May 19, 2026. Dkt. Nos. 36, 40.

As Defendants represented in yesterday's Joint Status Report, Dkt. No. 55, ICE currently intends to retain the Roxbury facility and renovate it to some level of detention capacity, among other uses, and will do so in accordance with the process set forth in the Order staying adjudication of Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 36. After notifying Plaintiffs about Defendants' current intention, Defendants worked diligently to prepare a declaration explaining the relevant terms of the contract for only the maintenance at the Roxbury facility, design of ICE's preferred alternative for using the Roxbury facility, and the NEPA analysis of that design. *See* Decl. of Sarah West (attached hereto). The contract prohibits renovating the Roxbury facility into a detention center until further NEPA analysis is completed. *See id.* ¶ 8. Defendants have now provided Plaintiffs a set of contract documents.

In light of the above, Defendants do not believe a schedule for proceedings is necessary at this time. Instead, Defendants propose filing a joint status report on January 15, 2027, in accordance with the Court's May 19, 2026 Order directing the parties to jointly submit status reports every 60 days. Dkt. No. 40.

**Plaintiffs' position**

As detailed in yesterday's Joint Status Report, Plaintiffs continue to be concerned that Defendants have violated the terms of the May 12 Order by pressing ahead with steps to convert the warehouse into a detention center. After repeated requests over the past 11 days, Plaintiffs received from Defendants this afternoon 178 pages of contracting documents related to the Roxbury facility, along with a declaration from a DHS official purporting to explain the contracting documents. Plaintiffs are carefully reviewing these materials. Once they have completed their review, Plaintiffs will promptly advise the Court of their position on the need for further proceedings, including but not limited to a motion to enforce the May 12 Order. In the meantime, as Plaintiffs stated in yesterday's Joint Status Report, they do not believe that a schedule on a renewed preliminary injunction motion needs to be set at this time because the Court's May 12 Order contemplates that such a motion would not be filed until after Defendants complete an initial environmental assessment—which has not yet been done.

Dated: November 17, 2026

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY
By: _/s/ Shankar Duraiswamy_
Shankar Duraiswamy
*Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher

**MURPHY MCKEON, PC**
By: _/s/ James Bryce_
James Bryce
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
jbryce@murphymckeonlaw.com
(973) 835-0100
*Attorneys for the Township of Roxbury*

Kristen D. Heinzerling
Kristina L. Miles
*Deputy Attorneys General*
25 Market Street
Trenton, NJ 08625
Shankar.Duraiswamy@njoag.gov
(862) 350-5800
*Attorneys for the State of New Jersey*

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice

*/s/ Krystal-Rose Perez*
KRYSTAL-ROSE PEREZ
Senior Trial Attorney
Natural Resources Section
150 M Street NE
Washington, DC 20002
202-532-3266
krystal-rose.perez@usdoj.gov

*Attorney for Defendants*