# SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES

*NOTE: OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30.*

1. REQUISITION NUMBER: 192127FNE00ROX001

PAGE 1 OF 20

2. CONTRACT NUMBER: N0002325D0139

3. AWARD/EFFECTIVE DATE:

4. ORDER NUMBER: 70CDCR27FR0000002

5. SOLICITATION NUMBER: 70CDCR26R00000008

6. SOLICITATION ISSUE DATE:

7. FOR SOLICITATION INFORMATION CALL:
a. NAME: [redacted]
b. TELEPHONE NUMBER *(No collect calls)*: (949) 943-[redacted]

8. OFFER DUE DATE/ LOCAL TIME: ES

9. ISSUED BY — CODE 70CDCR
DETENTION COMPLIANCE AND REMOVALS
ICE Office of Acquisition Management
500 12th St SW
WASHINGTON DC 20024

10. THIS ACQUISITION IS [X] UNRESTRICTED OR [ ] SET ASIDE: % FOR:
[ ] SMALL BUSINESS
[ ] HUBZONE SMALL BUSINESS
[ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS (SDVOSB)
[ ] WOMEN-OWNED SMALL BUSINESS (WOSB)
[ ] ECONOMICALLY DISADVANTAGED WOMEN-OWNED SMALL BUSINESS (EDWOSB)
[ ] 8(A)
NORTH AMERICAN INDUSTRY CLASSIFICATION STANDARD (NAICS): 561612
SIZE STANDARD: $29

11. DELIVERY FOR FREE ON BOARD (FOB) DESTINATION UNLESS BLOCK IS MARKED
[X] SEE SCHEDULE

12. DISCOUNT TERMS: Net 30

13a. [ ] THIS CONTRACT IS A RATED ORDER UNDER THE DEFENSE PRIORITIES AND ALLOCATIONS SYSTEM - DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION: [ ] REQUEST FOR QUOTE (RFQ) [ ] INVITATION FOR BID (IFB) [ ] REQUEST FOR PROPOSAL (RFP)

15. DELIVER TO — CODE ICE/ERO
ICE Enforcement & Removal
Immigration and Customs Enforcement
500 12th St SW Suite 900
Washington DC 20024

16. ADMINISTERED BY — CODE ICE/DCR
ICE/Detention Compliance & Removals
ICE Office of Acquisition Management
500 12th St SW
Washington DC 20024

17a. CONTRACTOR/ OFFEROR — CODE H4WHPLHWHYQ4 — FACILITY CODE
SK2 LLC
ATTN [redacted]
1080 INTERNATIONAL BLVD
CLARKSVILLE TN 37040
TELEPHONE NUMBER 586909[redacted]

18a. PAYMENT WILL BE MADE BY — CODE ICE/ERO/FOD/FNE
ICE/ERO/FOD/FNE
WWW.IPP.GOV

17b. [ ] CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | UEI: H4WHPLHWHYQ4<br>Contracting Officer's Representative (COR):<br>[redacted], [redacted]@ice.dhs.gov,<br>973-294-[redacted]<br><br>Continued...<br>*(Use Reverse and/or Attach Additional Sheets as Necessary)* | | | | |

25. ACCOUNTING AND APPROPRIATION DATA: See schedule

26. TOTAL AWARD AMOUNT *(For Government Use Only)*: $31,777,231.00

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE (FEDERAL ACQUISITION REGULATION) FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN ___ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED

[X] 29. AWARD OF CONTRACT: REFERENCE Roxbury, NJ OFFER DATED 09/04/2026. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: 0001-4007

30a. SIGNATURE OF OFFEROR/CONTRACTOR
[redacted]

31a. UNITED STATES OF AMERICA *(SIGNATURE OF CONTRACTING OFFICER)*
[redacted]
Digitally signed by [redacted]
Date: 2026.11.05 13:35:17 -05'00'

30b. NAME AND TITLE OF SIGNER *(Type or print)*
[redacted]

30c. DATE SIGNED: 5 NOV 2026

31b. NAME OF CONTRACTING OFFICER *(Type or print)*
[redacted]

31c. DATE SIGNED

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

**STANDARD FORM 1449 (REV. 11/2021)**
Prescribed by GSA - FAR (48 CFR) 53.212

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Alternate COR:<br>[redacted] [redacted]@ice.dhs.gov,<br>862-415-[redacted]<br><br>Contracting Officer (CO):<br>[redacted] [redacted]@ice.dhs.gov,<br>202-805-[redacted]<br><br>Contract Specialist (CS):<br>[redacted], [redacted]@ice.dhs.gov,<br>949-943[redacted]<br><br>Vendor POC:<br>[redacted], [redacted]@sk2llc.com, (586)<br>909-[redacted]<br><br>This Task Order is issued against the Worldwide Expeditionary Multiple Award (WEXMAC) IDIQ Contract to obtain design and renovation of existing, ICE-owned permanent structures to serve as processing and detention facilities for US ICE, delivery of comprehensive detention operations and wraparound services, and delivery of facility and grounds maintenance operations services at Roxbury, NJ located at 1879 Route 46, Roxbury, NJ, and provide necessary funding.<br><br>Total obligated value on this Task Order has increased:<br>Continued... | | | | |

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED, AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED:

32b. SIGNATURE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
32c. DATE
32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE
32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE
32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE
32g. EMAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE

33. SHIP NUMBER
☐ PARTIAL ☐ FINAL
34. VOUCHER NUMBER
35. AMOUNT VERIFIED CORRECT FOR
36. PAYMENT
☐ COMPLETE ☐ PARTIAL ☐ FINAL
37. CHECK NUMBER

STOCK RECORD (S/R)
38. S/R ACCOUNT NUMBER
39. S/R VOUCHER NUMBER
40. PAID BY

41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT
41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER
41c. DATE
42a. RECEIVED BY *(Print)*
42b. RECEIVED AT *(Location)*
42c. DATE RECEIVED *(MM/DD/YYYY)*
42d. TOTAL CONTAINERS

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N0002325D0139/70CDCR27FR0000002 | PAGES<br>PAGE 3 OF 20 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | From: $0.00<br>By: $31,777,231.00<br>To: $31,777,231.00<br><br>The total value of this Task Order is $998,285,252.59<br><br>List of Attachments:<br>Attachment 1 - Performance Work Statement (PWS)<br>Attachment 01a – Quality Assurance Surveillance Plan (QASP)<br>Attachment 01b – Contract Discrepancy Report Template<br>Attachment 01c – Detention – Transportation Template<br>Attachment 01d – G-391 Template<br>Attachment 01e – G-391 Data Collection Categories and Descriptions<br>Attachment 01f – Prison Rape Elimination Act Regulations<br>Attachment 01g – Personal Property Operations Handbook<br>Attachment 01h - Virtual Attorney Visitation<br>Attachment 01i – Contract Detention Facility Design Standards<br>Attachment 01j – EOIR Design Standards<br>Attachment 01k – IHSC Design Standard<br>Attachment 01l – Structured Cable Plant Standard<br>Attachment 01m – Service Processing Center Detention Construction Standards [A0014]<br>Attachment 01n – Facility Design Guide [A0014]<br>Attachment 01o – Firing Range Specification [A0014]<br>Attachment 01p – Detention Facility Design Submission Minimum Requirements [A0014]<br>Attachment 01q – 2026 National Detention Standards (NDS 2026)<br>Attachment 02 – Terms & Conditions<br>Attachment 03a – SCA Wage Determinations 2015-4211 R.35<br>Attachment 03b – DBA Wage Determinations NJ20260059<br>Attachment 04 – Detention Services Cost Statement (DSCS)<br>Attachment 05 – Pricing Sheet_A0014<br>--<br>Continued... | | | | |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 4 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 11/05/2026 to 11/04/2027 | | | | |
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0001 | Facility Operations and Maintenance<br>PWS Objective 3<br>Firm Fixed Price<br>Amount: $11,132,500.00(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 8 | MO | 1,391,562.50 | 0.00 |
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0002A | Ramp Up FOC<br>[redacted] beds available to ICE each week<br>PWS Objective 5<br><br>Week 1 [redacted] bed) $4,367,365.38<br>Week 2 [redacted] beds) $3,853,557.69<br>Week 3 [redacted] beds) $3,211,298.08<br>Week 4 [redacted] beds) $2,569,038.46<br>Week 5 [redacted] beds) $899,163.46<br>Week 6 [redacted] beds) $513,807.69<br>Amount: $15,414,230.77(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | | | | 0.00 |
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0002B | Detention Services - Full Facility Operating Charge (FOC)<br>PWS Objectives 2, 4, & 6<br>Firm Fixed Price<br><br>1-[redacted] beds<br>Amount: $74,502,115.38(Option Line Item)<br>365 | 29 | WK | 2,569,038.46154 | 0.00 |

Continued...

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 5 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0003 | Detainee variable costs<br>$27.96 per detainee<br>PWS 12.0<br><br>Firm Fixed Price<br>Amount: $10,276,153.85(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | 0.00 |
| 0004 | On-Call Stationary Guard Services<br>Labor Hour (LH)<br>PWS 19.0, 20.0<br>Regular Time Rate: $73.30<br>Overtime Rate: $98.96<br><br>Not to Exceed 20,000 hours/year<br>Amount: $1,979,183.70(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | 0.00 |
| 0005 | Monthly Transportation Services<br>PWS 19.0<br>Firm Fixed Price<br>Amount: $2,523,795.91(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>Continued ... | 8 | MO | 315,474.4887 | 0.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 6 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0006 | Transportation Mile Rate - Reimbursable<br>PWS 19.0<br>5,000 miles/year<br>Large-Scale: 100,000<br>Amount: $27,500.00(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 5000 | DH | 5.50 | 0.00 |
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0007 | Alien Volunteer Work Program<br>Reimbursable at a rate of $1 per detainee/per day<br>PWS 31.11<br>Not to Exceed $100,000.00<br>Amount: $100,000.00(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 100000 | LO | 1.00 | 0.00 |
| | (Optional CLIN)<br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0008 | Full Retrofitting of Building<br>PWS Objective 1<br>Firm Fixed Price<br>Amount: $206,539,272.43(Option Line Item)<br>365<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | | | | 0.00 |
| | Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0009 | National Environmental Policy Act (NEPA) Compliance<br>PWS 10.0<br>Continued... | | | | 650,000.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002



NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Firm Fixed Price<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>Accounting Info:<br>[redacted]<br>Funded: $650,000.00<br><br>Period of Performance: 11/05/2026 - 11/04/2027 | | | | |
| 0010 | Transition In - 120 days<br>PWS 6.2<br>Firm Fixed Price<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>Accounting Info:<br>[redacted]<br>Funded: $31,127,231.00<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | 4 | MO | 7,781,807.751 | 31,127,231.00 |
| 1001 | Facility Operations and Maintenance<br>PWS Objective 3<br>Firm Fixed Price<br>Amount: $16,698,750.00(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>Accounting Info:<br>Funded: $0.00<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | 12 | MO | 1,391,562.50 | 0.00 |
| 1002 | Detention Services - Facility Operating Charge<br>Continued... | 12 | MO | 11,132,500.00 | 0.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 8 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (FOC)<br>PWS Objectives 2, 4, & 6<br>Firm Fixed Price<br>Amount: $133,590,000.00(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | | | | |
| 1003 | Detainee variable cost<br>$27.96 per detainee<br>PWS 12.0<br>Firm Fixed Price<br>Amount: $15,351,315.54(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | | | | 0.00 |
| 1004 | On-Call Stationary Guard Services<br>Labor Hour (LH)<br>PWS 19.0, 20.0<br>Regular Time Rate: $73.30<br>Overtime Rate: $98.96<br><br>Not to Exceed 20,000 hours/year<br>Amount: $1,979,183.70(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | | | | 0.00 |
| 1005 | Monthly Transportation Services<br>PWS 19.0<br>Firm Fixed Price<br>Amount: $3,785,693.86(Option Line Item)<br>Continued... | 12 | MO | 315,474.4887 | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N0002325D0139/70CDCR27FR0000002 | PAGES<br>PAGE 9 OF 20 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | 11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | | | | |
| 1006 | Transportation Mile Rate - Reimbursable<br>PWS 19.0<br>5,000 miles/year<br>Amount: $27,500.00(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 1)<br>Period of Performance: 11/05/2027 - 11/04/2028 | 5000 | DH | 5.50 | 0.00 |
| 1007 | Alien Volunteer Work Program<br>Reimbursable at a rate of $1 per detainee/per day<br>PWS 31.11<br>Not to Exceed $100,000.00<br>Amount: $100,000.00(Option Line Item)<br>11/05/2027<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | 100000 | LO | 1.00 | 0.00 |
| 2001 | Facility Operations and Maintenance<br>PWS Objective 3<br>Firm Fixed Price<br>Amount: $16,698,750.00(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Continued... | 12 | MO | 1,391,562.50 | 0.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 10 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | Period of Performance: 11/05/2028 - 11/04/2029 | | | | |
| 2002 | Detention Services - Facility Operating Charge (FOC)<br>PWS Objectives 2, 4, & 6<br>Firm Fixed Price<br>Amount: $133,590,000.00(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | 12 | MO | 11,132,500.00 | 0.00 |
| 2003 | Detainee variable cost<br>$27.96 per detainee<br>PWS 12.0<br>Firm Fixed Price<br>Amount: $15,309,372.06(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | | | | 0.00 |
| 2004 | On-Call Stationary Guard Services<br>Labor Hour (LH)<br>PWS 19.0, 20.0<br>Regular Time Rate: $73.30<br>Overtime Rate: $98.96<br><br>Not to Exceed 20,000 hours/year<br>Amount: $1,979,183.70(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | | | | 0.00 |
| 2005 | Monthly Transportation Services<br>Continued... | 12 | MO | 315,474.4887 | 0.00 |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>N0002325D0139/70CDCR27FR0000002 | PAGES<br>PAGE 11 OF 20 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | PWS 19.0<br>Firm Fixed Price<br>Amount: $3,785,693.86(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | | | | |
| 2006 | Transportation Mile Rate - Reimbursable<br>PWS 19.0<br>5,000 miles/year<br>Amount: $27,500.00(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 2)<br>Period of Performance: 11/05/2028 - 11/04/2029 | 5000 | DH | 5.50 | 0.00 |
| 2007 | Alien Volunteer Work Program<br>Reimbursable at a rate of $1 per detainee/per day<br>PWS 31.11<br>Not to Exceed $100,000.00<br>Amount: $100,000.00(Option Line Item)<br>11/05/2028<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | 100000 | LO | 1.00 | 0.00 |
| 3001 | Facility Operations and Maintenance<br>PWS Objective 3<br>Firm Fixed Price<br>Amount: $15,028,875.00(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 12 | MO | 1,252,406.25 | 0.00 |

Continued...

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 12 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | | | | |
| 3002 | Detention Services - Facility Operating Charge (FOC)<br>PWS Objectives 2, 4, & 6<br>Firm Fixed Price<br>Amount: $120,231,000.00(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 12 | MO | 10,019,250.00 | 0.00 |
| | (Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | | | | |
| 3003 | Detainee variable cost<br>$25.17 per detainee<br>PWS 12.0<br>Firm Fixed Price<br>Amount: $13,778,434.85(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | | | | 0.00 |
| | (Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | | | | |
| 3004 | On-Call Stationary Guard Services<br>Labor Hour (LH)<br>PWS 19.0, 20.0<br>Regular Time Rate: $65.97<br>Overtime Rate: $89.06<br><br>Not to Exceed 20,000 hours/year<br>Amount: $1,781,265.33(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | | | | 0.00 |
| | (Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030<br>Continued... | | | | |

## CONTINUATION SHEET

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 13 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| 3005 | Monthly Transportation Services<br>PWS 19.0<br>Firm Fixed Price<br>Amount: $3,407,124.48(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | 12 | MO | 283,927.04 | 0.00 |
| 3006 | Transportation Mile Rate - Reimbursable<br>PWS 19.0<br>5,000 miles/year<br>Amount: $24,750.00(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 3)<br>Period of Performance: 11/05/2029 - 11/04/2030 | 5000 | DH | 4.95 | 0.00 |
| 3007 | Alien Volunteer Work Program<br>Reimbursable at a rate of $1 per detainee/per day<br>PWS 31.11<br>Not to Exceed $100,000.00<br>Amount: $100,000.00(Option Line Item)<br>11/05/2029<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | 100000 | LO | 1.00 | 0.00 |
| 4001 | Facility Operations and Maintenance<br>PWS Objective 3<br>Firm Fixed Price<br>Amount: $14,277,431.25(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-<br>Continued... | 12 | MO | 1,189,785.9375 | 0.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 14 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | GUARD<br><br>(Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | | | | |
| 4002 | Detention Services - Facility Operating Charge (FOC)<br>PWS Objectives 2, 4, & 6<br>Firm Fixed Price<br>Amount: $114,219,450.00(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | 12 | MO | 9,518,287.50 | 0.00 |
| 4003 | Detainee variable cost<br>$23.91 per detainee<br>PWS 12.0<br>Firm Fixed Price<br>Amount: $13,089,513.11(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>(Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | | | | 0.00 |
| 4004 | On-Call Stationary Guard Services<br>Labor Hour (LH)<br>PWS 19.0, 20.0<br>Regular Time Rate: $62.67<br>Overtime Rate: $84.61<br><br>Not to Exceed 20,000 hours/year<br>Amount: $1,692,202.06(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD<br><br>Continued... | | | | 0.00 |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 15 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | (Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | | | | |
| 4005 | Monthly Transportation Services<br>PWS 19.0<br>Firm Fixed Price<br>Amount: $3,236,768.25(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 12 | MO | 269,730.68784 | 0.00 |
| | (Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | | | | |
| 4006 | Transportation Mile Rate - Reimbursable<br>PWS 19.0<br>5,000 miles/year<br>Amount: $23,512.50(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 5000 | DH | 4.7025 | 0.00 |
| | (Option Year 4)<br>Period of Performance: 11/05/2030 - 11/04/2031 | | | | |
| 4007 | Alien Volunteer Work Program<br>Reimbursable at a rate of $1 per detainee/per day<br>PWS 31.11<br>Not to Exceed $100,000.00<br>Amount: $100,000.00(Option Line Item)<br>11/05/2030<br>Product/Service Code: S206<br>Product/Service Description: HOUSEKEEPING-GUARD | 100000 | LO | 1.00 | 0.00 |
| | For inquiries related to this agreement or ICE detainee information, the provider (including any subcontractors) must not make any public disclosures concerning this contract or ICE detainee information without prior review and approval from ICE.<br><br>The funding provided in this contract is the<br>Continued... | | | | |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002



NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|

amount presently available for payment and allotted to this contract. The service provider agrees to perform to the point that does not exceed the total amount currently allotted to the items funded under this contract. The service provider is not authorized to continue work on those items beyond that point. The Government will not be obligated to reimburse the service provider in excess of the amount allotted to those items for performance beyond the funding allotted.

--

ICE - INVOICE INSTRUCTIONS

1. The contractor shall be active in the System for Award Management (www.SAM.gov) for invoice processing. Besides the information identified below, a proper invoice shall also include; contractor's Unique Entity Identifier (UEI) number; the ICE Program Office; and state whether the invoice is "INTERIM" or "FINAL".

2. In accordance with Contract Clauses, FAR 52.212-4(g)(1), Contract terms and Conditions - Commercial Items, or FAR 52.232-25(a)(3), Prompt Payment, as applicable, the information required with each invoice submission is as follows:

"...An invoice must include-

(i) Name and address of the Contractor. The name, address and UEI number on the invoice MUST match the information in both the Contract/Agreement and the information in SAM.gov;

(ii) Unique Entity Identifier (UEI);

(iii) Invoice date and number;

(iv) Contract number, line items and, if applicable, the order number; (v) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(vi) Shipping number and date of shipment,

Continued...

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: 

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | including the bill of lading number and weight of shipment if shipped on Government bill of lading;<br><br>(vii) Terms of any discounts for prompt payment offered;<br><br>(viii) Remit to Address;<br><br>(ix) Name, title, and phone number of person to notify in the event of defective invoice;<br><br>(x) ICE Program Office designated on the order/contract/agreement; and<br><br>(xi) Whether the invoice is "Interim" or "Final"<br><br>3. Invoice submission: shall be submitted via one of the following two methods. Improper invoices or those submitted by means other than these two methods will be returned. Email is the preferred method.<br><br>a. Primary method of submission is email. The Contractor shall submit one (1) invoice in PDF format per e-mail and the subject line of the e-mail will reference the invoice number of the attached invoice to:<br><br>Invoice.Consolidation@ice.dhs.gov<br>Attn: ICE-(ICE/ERO/FOD/FNE)<br>b. Mail:<br>DHS, ICE<br>Financial Service Center Burlington<br>Attn: ICE/ERO/FOD/FNE Invoice<br>P.O. Box 1620<br>Williston, VT 05495-1620<br><br>(xii) Electronic Funds Transfer (EFT) banking information in accordance with 52.232-33 Payment by Electronic Funds Transfer - System for Award Management or 52.232-34, Payment by Electronic Funds Transfer - Other than System for Award Management.<br><br>4. Invoice Supporting Documentation. To ensure payment, the vendor must submit supporting<br>Continued... | | | | |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002

PAGES: PAGE 18 OF 20

NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | documentation which provides substantiation for the invoiced costs to the Contracting Officer's Representative (COR) or Point of Contact (POC) identified in the contract. Invoice charges must align with the contract CLINs. Supporting documentation is required when guaranteed minimums are exceeded and when allowable costs are incurred. Details are as follows:<br><br>(i) Guaranteed Minimums. If a guaranteed minimum is not exceeded on a CLIN(s) for the invoice period, no supporting documentation is required. When a guaranteed minimum is exceeded on a CLIN(s) for the invoice period, the Contractor is required to submit invoice supporting documentation for all detention services provided during the invoice period which provided the information described below:<br><br>a. Detention Bed Space Services<br>• Bed day rate;<br>• Detainees check-in and check-out dates;<br>• Number of bed days multiplied by the bed day rate;<br>• Name of each detainee;<br>• Detainees identification information (ii) Allowable Incurred Cost. Fixed Unit Price Items (items for allowable incurred costs, such as transportation services, stationary guard or escort services, transportation mileage or other Minor Charges such as sack lunches and detainee wages): shall be fully supported with documentation substantiating the costs and/or reflecting the established price in the contract and shall be submitted in .pdf format:<br><br>a. Detention Bed Space Services: For detention bed space CLINs without a GM, the supporting documentation must include:<br>• Bed day rate;<br>• Detainees check-in and check-out dates;<br>• Number of bed days multiplied by the bed day rate;<br>• Name of each detainee;<br>• Detainees identification information<br><br>Continued... | | | | |

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED N0002325D0139/70CDCR27FR0000002 | PAGES PAGE 19 OF 20 |
|---|---|---|

NAME OF OFFEROR OR CONTRACTOR
SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | b. Transportation Services: For transportation CLINs without a GM, the supporting documentation must include:<br>• Mileage rate being applied for that invoice;<br>• Number of miles;<br>• Transportation routes provided;<br>• Locations serviced;<br>• Names of detainees transported;<br>• Itemized listing of all other charges; and,<br>• For reimbursable expenses (e.g., travel expenses, special meals, etc.) copies of all receipts.<br><br>c. Stationary Guard Services: The itemize monthly invoice shall state:<br>• The location where the guard services were provided;<br>• The employee guard names and number of hours being billed;<br>• The employee guard names and duration of the billing (times and dates); and<br>• For individual or detainee group escort services only, the name of the detainee(s) that was/were escorted.<br><br>d. Other Direct Charges (e.g., VTC support, transportation meals/sack lunches, volunteer detainee wages, etc.):<br><br>1. The invoice shall include appropriate supporting documentation for any direct charge billed for reimbursement. For charges for detainee support items (e.g., meals, wages, etc.), the supporting documentation should include the name of the detainee(s) supported and the date(s) and amounts(s) of support.<br><br>(iii) Firm Fixed-Price CLINs. Supporting documentation is not required for charges for FFP CLINs.<br><br>5. Safeguarding Information: As a contractor or vendor conducting business with Immigration and Customs Enforcement (ICE), you are required to comply with DHS Policy regarding the safeguarding of Sensitive Personally Identifiable Information (PII). Sensitive PII is information that identifies an individual,<br>Continued... | | | | |

**CONTINUATION SHEET**

REFERENCE NO. OF DOCUMENT BEING CONTINUED: N0002325D0139/70CDCR27FR0000002



NAME OF OFFEROR OR CONTRACTOR: SK2 LLC

| ITEM NO. (A) | SUPPLIES/SERVICES (B) | QUANTITY (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) |
|---|---|---|---|---|---|
| | including an alien, and could result in harm, embarrassment, inconvenience or unfairness. Examples of Sensitive PII include information such as:<br><br>Social Security Numbers, Alien Registration Numbers (A-Numbers), or combinations of information such as the individual's name or other unique identifier and full date of birth, citizenship, or immigration status. As part of your obligation to safeguard information, the following precautions are required:<br><br>(i) Email supporting documents containing Sensitive PII in an encrypted attachment with password sent separately to the Contracting Officer's Representative assigned to the contract.<br><br>(ii) Never leave paper documents containing Sensitive PII unattended and unsecure. When not in use, these documents will be locked in drawers, cabinets, desks, etc. so the information is not accessible to those without a need to know.<br><br>(iii) Use shredders when discarding paper documents containing Sensitive PII.<br><br>(iv) Refer to the DHS Handbook for Safeguarding Sensitive Personally Identifiable Information (March 2012) found at http://www.dhs.gov/xlibrary/assets/privacy/dhs-privacy-safeguardingsensitivepiihandbook-march2012.pdf for more information on and/or examples of Sensitive PII.<br><br>6. Payment Inquiries: Questions regarding invoice submission or payment, please contact Financial Service Center Burlington at 1-877-491-6521, Option #3 or by e-mail at OCFO.CustomerService@ice.dhs.gov Invoices without the above information may be returned for resubmission. | | | | |