**U.S. Department of Homeland Security Immigration and Customs Enforcement**

Performance Work Statement
August 2026

ICE Detention Reengineering Initiative

## Contents


1.0 Objectives ..... 9
2.0 Description of Services/Introduction ..... 13
3.0 Background and Mission ..... 13
4.0 Performance Work Statement ..... 13
5.0 Contract Modification ..... 14
6.0 Transition ..... 14
6.1. Mobilization Plans ..... 14
6.1.1. Transition-In ..... 14
6.1.2. Operational Readiness ..... 16
6.2. Transition-Out ..... 16
7.0 Right of Refusal ..... 16
8.0 Inspections and Audits ..... 17
9.0 Facility Design and Build ..... 17
10.0 Environmental Compliance ..... 20
11.0 Project Execution Requirements and Project Schedule ..... 29
11.1. Design Plans and Review Process ..... 29
11.2. Safety and Health Plan ..... 29
11.3. Building Commissioning ..... 30
11.4. Government Possession of Work ..... 30
11.5. Operation and Maintenance Manuals ..... 30
11.6. Record Drawings ..... 31
12.0 Detainee Intake and Processing ..... 31
13.0 Renovation ..... 31
14.0 Unauthorized Access ..... 32
15.0 Video Surveillance ..... 32
15.1. Installation ..... 32
15.2. Camera resolution ..... 33
15.3. Warranty ..... 34
15.4. Maintenance ..... 34
15.5. Repair and Replacement ..... 37
15.6. Maintain and Operate the Video Surveillance Program ..... 39
15.7. Body Worn Cameras ..... 39
15.8. Mail Processing ..... 39
16.0 Detention Management System ..... 40
17.0 Evacuation Plan ..... 40
18.0 Administrative and Other Dedicated Space ..... 40

**18.1. Office and Other Workspace ... 40**
**18.2. Office of the Principal Legal Advisor (OPLA) Space ... 42**
**18.3. Executive Office for Immigration Review (EOIR) Space ... 42**
**18.4. Parking Requirements ... 42**
**18.5. Training Space ... 42**
**18.5.1. Defensive Tactics and/or Simulation Exercises ... 42**
**18.5.2. Professional / Career Development Classes ... 42**
**18.6. Firearms Ranges ... 43**
**18.7. Armory ... 43**
**18.8. Command Center ... 43**
**18.9. Conference / Meeting Space ... 43**
**18.10. Tactical Storage ... 44**
**18.11. IT Closet ... 44**
**18.12. Secure File Spaces ... 44**
**18.13. Supply Warehouse ... 44**
**18.14. Property Storage Space ... 45**
**19.0 Armed Transportation Services ... 45**
**20.0 On-Call Stationary Guard Services ... 48**
**21.0 Required Administration and Management Services ... 49**
**21.1. Manage the Receiving and Discharge of Aliens ... 49**
**21.2. Case Processing Specialists – Duties and Functions ... 49**
**21.2.1. Detention Facility ERO Case Processing and Administrative Support ... 49**
**21.2.2. Program Management and Programmatic Support ... 49**
**21.2.3. Case Processing and Docket Management ... 50**
**21.2.4. Data Entry and Records Management ... 50**
**21.2.5. Detainee Communication ... 50**
**21.2.6. Removal Management Assistance ... 51**
**21.3. Discharge of Aliens ... 51**
**22.0 Manage and Maintain a Commissary ... 52**
**23.0 Manage and Account for Alien Assets (Funds, Property) ... 53**
**24.0 Securely Operate the Facility ... 53**
**25.0 Establish and Maintain a Program for the Prevention and Intervention of Sexual Abuse/Assault ... 53**
**26.0 Collect and Disseminate Intelligence Information ... 53**
**27.0 ICE Notifications ... 54**
**28.0 Manage Computer Equipment and Services in Accordance with all Operational Security Requirements ... 54**

29.0 Disciplinary System ........ 54
30.0 Food Service ........ 55
30.1. Manage Food Service Program in a Safe and Sanitary Environment ........ 55
30.2. Minimum Daily Calories ........ 55
31.0 Detention Spaces, Services, and Other Requirements ........ 55
31.1. Language Assistance ........ 55
31.2. Disability Accommodations ........ 56
31.3. Religious Services and Other Programming ........ 56
31.4. Legal Access ........ 57
31.5. Virtual Attorney Visitation Capability and Operation ........ 58
31.6. Group Legal Orientation Space ........ 59
31.7. Personal Hygiene ........ 59
31.8. ICE Detainee Telephone System (DTS) ........ 59
31.9. Recreation ........ 60
31.10. Visitation ........ 60
31.11. Alien Voluntary Work Program ........ 60
32.0 Health and Medical Care Services ........ 61
32.1. Space Requirements: ........ 61
32.2. Health and Medical Care Policies ........ 61
32.3. Health Services Overview ........ 61
32.4. Medical Care Expenses and Reimbursement ........ 67
32.5. Standards of Medical Care ........ 68
32.5.1. Evidence-based Standards of Medical Care ........ 68
32.6. Credentialing Requirements ........ 68
32.7. Basic Life Support (BLS) Certification and Medical Emergency Response: ........ 70
32.8. Off-site Medical Care and Reimbursement ........ 71
32.8.1. Prescription Drug Reimbursement ........ 73
32.9. Serious Medical Conditions ........ 74
32.10. Serious Mental Disorders or Conditions/Serious Mental Illness (SMI) ........ 74
32.11. Serious Mental Illness (SMI) Training ........ 75
32.12. Emergency Medical Services ........ 75
32.13. Emergency Health Care Contact List ........ 76
32.14. Facility Emergency Evacuation Procedure Guide ........ 76
32.15. Hospitalization of Detainees ........ 76
32.16. Terminal Illness, Advance Directives, and Death ........ 77
32.17. Facility Requirements for Infectious Disease Prevention, Management, and Screening ........ 77

32.18. Medical Employee Health ... 79
32.19. Environmental Health ... 80
32.20. Medical Quality Assurance (QA) Program ... 81
32.21. Detainee Reporting Requirements ... 82
32.22. Health Records Requests and Physical Access ... 82
32.23. Detainee Medical Records ... 83
32.24. Electronic Health Record (EHR) Requirement ... 84
33.0 Behavioral Health ... 87
34.0 Airborne Precautions ... 90
35.0 Detention Facility Robotics Process Automation (RPA) ... 91
36.0 Logbooks ... 91
37.0 Reports ... 91
38.0 Daily Inspections ... 92
39.0 Deviation from Prescribed Schedule Inspections ... 92
40.0 Suicide Prevention ... 92
41.0 Escapes ... 92
42.0 Injury, Illness, and Reports ... 93
43.0 Notification and Public Disclosures ... 93
44.0 Records, Visits and Disclaimers ... 94
45.0 ICE/ERO Control Over Facility Access ... 95
46.0 Federal Judiciary ... 95
47.0 Quality Control Plan and Internal Compliance Monitoring ... 96
48.0 Contractor's Failure to Perform Required Services ... 96
49.0 Post-Award Conference and Performance Evaluation Meetings ... 96
50.0 Personnel And Staffing ... 98
50.1. Facility Staffing Plan, Floor Plan and Key Personnel ... 98
50.2. Minimum Staffing Requirements ... 98
50.3. Supervisory Staffing ... 99
50.4. Key Personnel ... 99
50.5. Facility Floor Plan and Guard Post Map ... 102
50.6. Organizational Chart ... 103
50.7. Employment Eligibility ... 103
50.8. Health Requirements for All Detention Officers ... 104
50.8.1. Employee Health and Health Records ... 104
50.8.2. Required Documentation ... 104
50.8.3. Recommended Immunizations ... 105

50.9. Random Drug Testing ... 106
50.10. Contraband Program and Inspection ... 106
50.11. Contractor Staffing and Employee Requirements ... 107
50.12. Minimum Standards of Employee Conduct ... 107
50.13. Minimum Personnel Qualification Standards ... 108
50.14. Removal from Duty ... 108
50.15. Tour of Duty Restrictions ... 110
50.16. Dual Positions ... 110
50.17. Post Relief ... 110
50.18. Personnel Files ... 110
50.19. Uniform Requirements ... 110
50.20. Uniforms ... 111
50.21. Identification Credentials ... 111
50.22. Permits and Licenses ... 112
50.23. Jurisdiction ... 112
50.24. Encroachment ... 112
50.25. Work Schedules ... 112
50.25.1. Post Work Schedules ... 112
50.25.2. Starting and Stopping Work ... 112
50.26. Training ... 113
50.26.1. General Training Requirements ... 113
50.26.2. Basic Training Subjects ... 114
50.26.3. Refresher Training ... 115
50.26.4. On-the-Job Training ... 115
50.26.5. Basic First Aid and CPR Training ... 115
50.26.6. Supervisory Training ... 115
50.26.7. Proficiency Testing ... 116
50.26.8. Certified Instructors ... 116
50.26.9. Training Documentation ... 116
51.0 Personnel Security Vetting Requirements ... 117
51.1. General ... 117
51.2. Preliminary Fitness Determination ... 117
51.3. Contractor Employee Fitness Screening ... 117
51.4. Position Designation ... 118
51.5. Background Investigations ... 118
51.6. Continued Eligibility ... 120

51.7. Required Reports and Reporting Requirements ........ 120
51.8. Security Management ........ 121
52.0 Information Technology Security ........ 122
52.1. Information Technology Security Training and Oversight ........ 122
53.0 General Cybersecurity Contract Requirements ........ 123
53.1. Compliance with DHS Security Policy Terms and Conditions ........ 123
53.2. Security Review Terms and Conditions ........ 123
53.3. Supply Chain Risk Management Terms and Conditions ........ 123
53.4. Supply DHS Use of Artificial Intelligence (AI) Tools ........ 125
53.5. Hardware Contract Requirements ........ 128
53.5.1. Encryption Compliance Terms and Conditions ........ 128
53.5.2. Patch Management Terms and Conditions ........ 128
54 Data Ownership Contract Requirements ........ 128
54.1 Accessibility of Government-owned Data ........ 128
54.2 Minimum Data Access Capability ........ 129
54.3 Enhanced Access Capabilities ........ 130
55 Property Accountability ........ 130
55.1 General ........ 130
55.2 Use of Government Wireless Communication Devices ........ 131
55.3 Firearms Requirements ........ 131
55.4 Body Armor Requirements ........ 132
56 Records Management ........ 133
57 Operations and Maintenance Services for Detention Facilities ........ 134
57.1 Tasks and Requirements ........ 135
57.2 Documentation and Reporting ........ 136
57.3 Training and Training Materials ........ 136
57.4 Preventive Maintenance ........ 136
57.5 Program Development ........ 136
57.6 Asset Inventory ........ 136
57.7 Scheduling ........ 137
57.8 Task Execution ........ 137
57.9 Documentation and Recordkeeping ........ 137
57.10 Compliance and Quality Assurance ........ 138
57.11 Reporting ........ 138
57.12 Corrective Maintenance ........ 138
57.13 Facility Operations ........ 138

**57.14 Emergency Response** ........ **138**
**57.15 Environmental, Health, and Safety** ........ **138**
**57.16 Grounds and Exterior Maintenance** ........ **138**
**57.17 Security Systems** ........ **139**
**57.18 Fire Protection and Life Safety** ........ **139**
**57.19 Waste & Recycling Management** ........ **139**
**57.20 Performance Standards** ........ **139**
**57.21 Deliverables** ........ **139**
**57.22 Quality Assurance & Control** ........ **139**
**57.23 Personnel Requirements** ........ **139**
**57.24 Security & Access Control** ........ **139**
**57.25 Reporting & Communication** ........ **140**
**58 Deliverables** ........ **140**
**59 Glossary** ........ Error! Bookmark not defined.

## 1.0. Objectives

The objective of this contract is to obtain services for the:

- Design and renovation of existing, Government-owned permanent structures to serve as processing and detention facilities for U.S. Immigration and Customs Enforcement's (ICE) use that are suited for the safe and humane civil detention of individuals in the custody of ICE Enforcement and Removal Operations (ERO).
- Delivery of comprehensive detention operations and wraparound services for the facilities as described in this Performance Work Statement (PWS).
- Delivery of facility and grounds maintenance and operations services.

The contractor shall achieve the following:

1) Facility Design, Renovation, and Delivery

Design and renovate existing facilities including designing and delivering all infrastructure necessary to house ICE detainees in a secure setting in accordance with ICE detention standards and with the Architectural Barriers Act of 1968 (ABA). The standards for facility accessibility by physically handicapped persons as set forth in "Uniform Federal Accessibility Standards/Fed Std. - 795 4/01/88 Edition," or latest version (UFAS) shall apply. All areas of the buildings and site shall meet these requirements. *See* Compliance and Standards.

Delivered facilities will be safe, energy efficient, and in compliance with all federal environmental laws and regulations. They will be compliant with state and local environmental laws and best management practices. Accordingly, the contractor shall design, renovate, and deliver a processing center or a large-scale detention facility as defined below:

- Processing centers shall be designed to humanely house an average daily population of [redacted], with some aliens being housed longer (pending immigration case outcome, etc.). These sites will serve as staging locations to prepare detainees for transfer to a Large-Scale Detention Facility (defined below) or prior to an alien's removal. Aliens may be removed (from the U.S.) directly from Regional Processing Center's depending on the speed of the immigration/removal process and availability of removal transportation.
- Large-Scale Detention Facilities shall be capable of securely and humanely housing up to [redacted], with some aliens being housed longer (pending immigration case outcome).

In developing the facility design, the contractor shall utilize the ICE Health Services Design Standards, the ICE Service Processing Center Detention Construction Standards, ICE Contract Detention Facility Design Guide and the ICE Facility Design Guide as the primary design and construction standards. These documents provide critical guidance on facility design, operational requirements, safety protocols, and facility functionality. The contractor

must ensure that the design adheres to the construction standards outlined within them, as well as the most current edition of all applicable building codes.

In addition, the design must incorporate key principles from these standards, with particular emphasis on space planning and allocation based on anticipated staff-to-detainee ratios. This includes, but is not limited to, considerations for medical facilities, housing units, administrative areas, and support spaces. The contractor is expected to analyze and apply the recommended square footage and spatial relationships to ensure operational efficiency, safety, and compliance with regulatory requirements.

Additionally, the contractor shall document how the referenced standards have informed the design decisions and demonstrate that all critical requirements have been addressed. The contractor must bring any deviations from the regulations and standards to the attention of the Government, as early in the design process as possible. Deviations must be clearly justified and approved by the Government before further design can proceed. The design plan must reflect a comprehensive understanding of the referenced materials and adhere to their requirements throughout all phases of development, from initial planning through final construction documentation.

By following this approach, the contractor will deliver a facility that meets ICE's operational needs, supports the health and safety of staff and detainees, and complies with all applicable codes, standards and guidelines.

The use of modular materials, construction methods, and infrastructure is acceptable under this PWS, if consistent with the ABA. Facility construction materials including fixtures and furnishings shall be of permanent, detention grade nature (see glossary for definition of Detention Grade).

2) Detention Wraparound Services

- Supporting the development of a state-of-the-art immigration and detention network system encompassing small-to-medium-sized processing facilities that feed into large-scale detention facilities to assist ICE in achieving its law enforcement mission, maximize efficiency, minimize costs, shorten processing times, limit length of stay, accelerate the removal process, and promote the safety, dignity, and respect for all in ICE custody.
- Operate processing facilities capable of housing [redacted] detainees or large-scale detention facilities with a capacity of [redacted] detainees per site.
- Leverage existing and newly developed infrastructure and buildings to house aliens in accordance with the American Bar Association (ABA) Civil Immigration Detention Standards and ICE detention standards and leverage technology and staffing to process and manage a detained population consisting of a variety of nationalities, languages, and cultures and religions.
- Provide aliens with basic needs while in ICE custody, including food, clothing, hygiene products, bedding, recreation activities, and access to commissary.
- Provide aliens with medical care while in ICE custody, to address medical, dental, and mental health needs, and arrange access to emergency services (including mandatory

coordination with ICE's Immigration Health Services Corps).

- Provide aliens with access to legal visitation spaces and a law library/area and resources, including required equipment and material, to conduct their legal research and writing.
- Provide detainees with religious spaces for self-led or group prayer and religious services, consistent with the Religious Freedom Restoration Act of 1993, which prohibits the Federal Government from substantially burdening a person's exercise of religion.
- Ensure aliens can make or receive scheduled phone calls and send/receive mail, within facility guidelines.
- Assist ICE in managing the immigration lifecycle by processing, housing, and staging aliens and assisting ICE in effectuating their removal from the United States.

3) Facility and Grounds Maintenance and Facility Operations

- Provide all labor, supervision, materials, equipment, and services necessary to secure, operate, maintain, repair, and support the facilities, grounds and infrastructure to ensure safe, secure, efficient and environmentally compliant and efficient operations.

4) Personnel and Staffing

- Maintain sufficient personnel to support timely delivery of the renovated detention site(s).
- Furnish cleared, trained staff to ensure continuous (24/7/365) operations.
- Maintain personnel staffing levels at or above the minimum target percentages identified in this document, ensuring staffing does not fall below levels that would cause interruptions or degradation in the quality of services in detainee processing, housing, security, safety, transportation, detainee services, health care, immigration court and legal access administration, program management, and detainee staging.

5) Facility Ramp Up Process/Schedule

- Final occupancy targets and operations schedules will only be approved by the contracting officer (CO). Operational needs will drive facility capacity. The contractor shall ramp up operations based on an ICE-approved ramp up schedule. The contractor shall be prepared to ramp up operations by accepting increments of [redacted] detainees. During the scale up process facilities shall be required to maintain detention operations and provide beds for the prescribed number of detainees at each site per the direction of the CO.

6) Compliance and Standards

- Detention infrastructure, operations, and services shall be delivered in accordance with the most current version of the ICE National Detention Standards (NDS), or the latest version published by ICE. The current version is available at www.ice.gov. Note: ICE may direct the contractor to abide by other ICE-approved standards as deemed necessary by the population to be housed. In addition to the ICE detention standards, detention

infrastructure shall also be delivered in accordance with the Information and Communications Technology Systems Structured Cable Plant Standard.

- The contractor shall adhere and incorporate the ICE Health Services Design Standards, the ICE Service Processing Center Detention Construction Standards, and the Facility Design Guide when developing the design plan for this facility.
- Facilities shall conform to the current International Building Code (IBC) and shall be safe, energy efficient and environmentally compliant with federal, state, and local laws and best management practices.
- The contractor shall also abide by the March 7, 2014, Department of Homeland Security (DHS) regulation under the Prison Rape Elimination Act of 2003 (PREA; P.L. 108-79), *Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities* (DHS PREA Standards) available at https://www.gpo.gov/fdsys/pkg/FR-2014-03-07/pdf/2014-04675.pdf.
- The contractor will abide by federal law, including Title VI of the Civil Rights Act of 1964 (which prohibits discrimination based on national origin, including language), the Religious Freedom Restoration Act of 1993, and Section 504 of the Rehabilitation Act of 1973, as amended, 29 U.S.C. § 794 (Section 504). The contractor will ensure the facility is physically accessible and consistent with the Architectural Barriers Act (ABA) Standards.
- All facilities will be required to achieve American Correctional Association (ACA) accreditation (or equivalent) within 24 months of opening and maintain accreditation throughout the period of performance thereafter. The contractor shall, within 12 months of the date the facility becomes operational formally apply for accreditation to the ACA. Once full accreditation has been obtained, the contractor shall maintain this accreditation throughout the life of the Agreement, inclusive of any period extensions. The contractor shall provide the CO with written proof of such application within five days of the application. The contractor shall provide the CO with written proof of its accreditation within five days of notification of its accreditation.

Waivers:
In situations where strict compliance with the above standards is not feasible due to site-specific limitations, operational needs, or other compelling factors, the contractor is responsible for clearly identifying and documenting the areas of non-compliance. For each instance where the standards cannot be fully implemented, the contractor shall propose alternative construction methods, materials, or approaches that achieve comparable outcomes and uphold the underlying objectives, principles, and intent of these standards. The contractor's proposed alternatives must be thoroughly justified, demonstrating how they maintain integrity, safety, functionality, and quality expected by the standards, and must be submitted for review and approved by the CO prior to implementation. See Deliverables.

- **The CO shall approve all facility designs in accordance with Section 9.0 Facility Design and Build, prior to the start of approved renovations.**

## 2.0 Description of Services/Introduction

The contractor shall provide all personnel, labor, management, equipment, supplies, transportation, tools, materials, supervision, and other items and services necessary for performance of all aspects of the contract as defined in this PWS, and for the size of the population to be housed at the specificized facilities, except for those items specified as government furnished property (GFP) and services. Unless explicitly stated otherwise, the contractor is responsible for all costs associated with and incurred as part of providing the services outlined in this contract.

## 3.0 Background and Mission

ICE is responsible for the detention, health, welfare, transportation, and deportation of aliens in removal proceedings, and those subject to a final order of removal from the U.S.

The mission of ICE ERO is to identify, arrest, and remove aliens, who present a danger to national security or are a risk to public safety, as well as those who enter the U.S. illegally or otherwise undermine the integrity of immigration laws and border control efforts.

In implementing its mission, ERO is responsible for carrying out all orders for the securing and departure activities of aliens who are designated in removal proceedings and for arranging for the detention of aliens when such becomes necessary and prescribed by law.

All the facilities will operate a secure over 72-hour detention facility, to house and supervise aliens in custody. These projects directly support ICE's core mission of detention, welfare, transportation, and deportation of detainees in removal proceedings.

## 4.0 Performance Work Statement

Requirements listed in this PWS apply to both the processing centers and large-scale detention sites unless otherwise specified. The contractor shall design and erect all infrastructure including physical plant as well as permanent and temporary infrastructure (as part of facility ramp up period) necessary to house aliens in a safe and secure environment.

The Government will provide the contractor with a sample floor plan for each facility under this PWS, which the contractor shall use in developing the final design and renovation plan. The contractor-developed design must be tailored to the specific characteristics of the individual facility. The contractor shall evaluate the condition of all existing structures, and as necessary, design and renovate all infrastructure needed to transform the structure into a secure detention facility. All facilities established under this requirement shall be designed to house, support, and sustain the life, health, and safety of individuals in the physical custody of ICE and its detention operators. Facility infrastructure, utilities, fixtures, materials, and furnishings must be designed to sustain human life including maintaining appropriate air temperature in all areas where staff and ICE detainees will be stationed/housed (a minimum of 75 degrees Fahrenheit for cooling and 72

degrees Fahrenheit for heating per ICE Service Processing Center Detention Construction Standards). The contractor shall maintain the facility / physical plant site on an ongoing basis.

A secure detention facility includes a secure perimeter, sallyport, central control room (security control center), all detention space (as detailed in NDS requirements), special management units (e.g., segregation housing), medical clinics to include pharmacy and medical housing units/infirmaries and airborne isolation rooms, kitchen and dining areas, visitation areas, multipurpose rooms, recreation areas, administrative offices, ICE office space, laundry facilities, parking (ERO, facility staff, and general), tactical storage and armory, warehouse/storage rooms. All facilities shall be safe, energy efficient and environmentally compliant with applicable laws and best management practices.

Facilities will be used for the detention of single adult populations (males and females--housed separately) of all classification levels.

## 5.0 Contract Modification

The COR will assist in the technical monitoring and administration of the contract; however, the COR does not have the authority to modify the stated terms of the contract or approve any actions that would result in additional charges that affect price, quality, quantity, or approve any action that would result in additional charges to the government beyond what is stated in the contract line item number schedule. The CO is the only government authority authorized to make changes to the contract, and all modifications shall be in writing.

## 6.0 Transition

### 6.1. Mobilization Plans

The contractor shall develop and deliver to ICE a detailed mobilization plan documenting all activities necessary to bring detention beds online. As part of the site mobilization plan, the contractor shall develop a detailed, itemized schedule to bring the full capacity of the processing and detention facilities online in increments of [redacted] beds. Incremental capacity will be identified per facility as determined by the operational requirements of the government.

- Processing facility: Total capacity of [redacted] beds
- Large-scale Detention: Total capacity of [redacted] beds under a tiered-bed model

### 6.2. Transition-In

The contractor shall be responsible for the transition of all activities identified in this PWS. The contractor shall follow the schedule below:

1. Submit all design documents, inclusive of the 50% and 90% design submittals, to the COR no later than 30 calendar days **post award**. All documents must be clearly marked as 50% and 90% designs. ICE will review and comment on the 50% design within 15 business days and review and comment on the 90% design within 10 business days of receipt.

Note: ICE must approve all design plans prior to construction start (not including necessary demolition) and Issued for Construction Drawings (IFC). *See* Section: Facility Design and Build for additional instruction.

As informed by the 90% design submission and approval, the contractor shall complete all required environmental reviews and assessments as described in Section 10.0: Environmental Compliance. On a site-by-site basis, the Government may grant approval for the contractor to begin interior construction or reconfiguration of administrative and office space while environmental review is ongoing. Exterior, interior and infrastructure renovations for housing aliens may not proceed until a Finding of No Significant Impact (FONSI) is issued. Once the FONSI is issued, **the contractor shall complete all required renovations necessary to begin alien intake no later than 120 days from issuance**. Facility ramp-up shall include intake of [redacted] aliens during week one of full operations, with increases in capacity of approximately [redacted] beds each week thereafter.

The vendor shall deliver beds in accordance with an ICE approved tiered-bed structure. Continued renovations are allowable post intake of the first tranche of aliens in a manner that does not negatively impact the safety, security, or good order of the facility. The contractor will deliver beds in accordance with an ICE-approved transition-in/delivery schedule. This transition-in plan shall specifically detail how the contractor plans to maintain facility safety, security, and good order throughout the facility renovation process (including while housing detainees). Post intake of the first tranche of aliens, renovations of interior spaces may not occur after 8pm or before 7am.

Intakes and facility ramp up shall be conducted in a manner consistent with safe operations and in accordance with NDS. The contractor shall submit a final transition-in plan for approval by the CO within two weeks after award reflecting input from the CO or COR (only technical monitoring or administration) as well as all necessary activities to facilitate the transition of services to the contractor and expected completion dates of those activities. The transition-in plan shall address, at a minimum, the following areas:

1. Inventory and orderly transfer of all government equipment and property, if applicable;
2. Transfer of documentation;
3. Transfer of current project activities;
4. Proposed renovation and bed delivery schedule--s*ee* Operational Readiness section. Note: the schedule is to be structured around the delivery of completed housing units capable of accommodating detainees.
5. Workplace logistics and staffing plan: Identification of the key personnel transition team members by name, position, entering on duty (EOD) date, clearance, and responsibilities;
6. Coordination of knowledge transfer sessions with the incumbent contractor, if applicable;
7. Favorable EOD determination for all contractor staff by the ICE Office of Professional Responsibility (OPR) Personnel Security Division (PSD);
8. Coordination of transition with COR and local field office;
9. Any additional information required by other clauses contained in this contract;
10. Transition security requirements;
11. Transition risks and mitigation or avoidance strategies;
12. Transition communication plan; and
13. Staff training

#### 6.2.1. Operational Readiness

- Develop and deliver a CO-approved critical path construction schedule (aka "Project Schedule" that meets ICE targets for facility occupancy. See Section 11.0 Project Execution Requirements and Project Schedule and Deliverables.

- Develop and deliver a CO-approved operations schedule that meets ICE targets for facility occupancy and monthly/annual removals.

- The facility must maintain operational readiness to meet ICE removal schedules and targets, ensuring processes are in place for efficient manifesting, transfer, and support of removal operations as directed by the CO.

### 6.3. Transition-Out

The contractor shall be responsible for the transition-out of all technical activities identified in this PWS during the final, awarded period of performance. The contractor shall submit a draft transition-out plan two months post award or upon direction of the CO. The contractor's transition-out plan shall be approved by the CO. The contractor shall complete the transition by the end of the period of performance of this contract. The transition-out plan shall address, at a minimum, the following areas:

a. Inventory and orderly transfer of all government equipment and property, if applicable.
b. Briefing on all in-progress and committed items.
c. Any additional information required by other clauses contained in this contract.

The contractor shall fully support the transition of all requirements to any successor to ensure no disruption in operational services.

As part of the demobilization plan, the facility is not required to be returned to its original pre-award condition unless otherwise directed by the government. All other removable items, temporary structures, and non-retained installations should be removed. At a minimum the safe transfer and removal of all detainees, removal of consumables, disposition of non-government-furnished property, and decommissioning of operational systems, consistent with the PWS and government direction. As written, the contract contemplates removal of temporary and non-permanent installations. However, the government may, at its discretion, direct certain permanent or embedded infrastructure improvements like in-ground utilities, conduit, cabling, or similar infrastructure remain in place where removal would be impractical or not in the government's interest.

## 7.0 Right of Refusals

The contractor does not have the right of refusal and shall take all aliens from ICE. Exceptions may be allowed as determined by the COR (i.e. alien's medical needs exceed the capabilities of the facility, etc.). For example: any alien found to have a medical condition that requires medical care beyond the scope of the contractor's health care provider. In the case of an alien already at the facility, the contractor shall notify the COR and request transfer of the alien from the facility. The contractor shall permit ICE reasonable time to make alternative arrangements for the alien.

## 8.0 Inspections and Audits

The contractor will create and maintain a compliance program, with dedicated internal compliance staffing, to ensure operations and infrastructure are aligned with contractual requirements and ICE detention standards, policies, directives and all other applicable requirements.

DHS, ICE, federal entities, and third-party inspectors will conduct scheduled and unscheduled audits and inspections of the facility and performance to ensure contract compliance. Inspectors shall always have full access to the facility throughout the duration of the contract and in all areas of performance. The contractor shall provide full and complete cooperation for all requests related to this contract or an investigation conducted by the government or third-party inspectors on behalf of the government.

The facility shall be subject to periodic and random inspections by the COR or other reviewing officials to ensure compliance with the ICE detention standards. The contractor shall take swift action to repair all identified defects with reasonable urgency depending on the severity and impact of the defect. In instances where inspection teams identify areas of non-compliance with NDS or other applicable standards, the facility will participate in ICE's Uniform Corrective Action Process to ensure resolution with mandated times as identified by the COR.

## 9.0 Facility Design and Build

Throughout the term of the contract, the contractor shall maintain current permits/business licenses and make copies available for Government inspection. The contractor shall comply with all applicable laws and regulations, the National Building Code of the Building Officials (NBCBO), International Building Code (IBC), the Uniform Building Code (UBC) or the Standard Building Code (SBC) in accordance with 40 U.S.C. § 619, as well as all applicable Occupational Safety and Health Administration (OSHA) and environmental compliance standards, including but not limited to National Fire Protection Association (NFPA) Codes, Architectural Barriers Act (ABA) Standards and other Executive Orders and Federal Laws. The facility shall also meet, at a minimum, all NDS requirements, or the latest version of the standards published by ICE, the 1968 ABA, as amended, and Section 504 of the Rehabilitation Act of 1973, or other requirements as provided by ICE. Also, per Federal Acquisition Regulation 36.002(d), agencies, must implement high-performance sustainable building design, construction, renovation, repair, commissioning, operation and maintenance, management, and deconstruction practices to ensure that— (1) All new construction and major renovations of Federal buildings/facilities must use Government sustainable design and operations principles for new buildings in accordance with the Guiding Principles; and (2) All renovation projects of existing Federal buildings/facilities must use, to the greatest extent possible, Government sustainable design and operations principles for existing buildings in accordance with the Guiding Principles.

As part of the design, retrofit, and operations phases, the contractor shall ensure facility infrastructure is sufficient to support the maximum capacity levels of the facility. Note: Buildings in flood plains must be modified to remain operational, including maintaining sufficient electrical generation to support facility bed capacity, in the event of a flood. Modifications are necessary to promote safety of the facility and protect human life. Modifications may include but are not limited to raising electrical transformers higher than high water mark. The Government will assess the contractor's plans as part of the design review phase. Contractors may refer to detailed facility engineering reports provided by the Government as part of the design process.

The contractor shall design and recommend housing configurations that promote safety, security, and adherence to ICE detention standards and policies regarding detainee classification (low, medium-low, medium-high, and high) and sex. Facilities must align with the civil nature of ICE detention, which is non-punitive, and the vendor must always maintain humane housing conditions that promote dignity and security. Housing configurations must address the security needs of the population, allowing for separation of detainees by classification level and sex, and must include furnishings and fixtures appropriate for the assigned security level. Designs should maximize detention capacity efficiently without compromising security or ICE standards, and all designs must be approved by the CO prior to construction.

The facility design shall incorporate secure housing areas with rigid walls to enhance security (e.g. solid security panels). Internal wall systems and doors must be constructed of detention-grade materials, spanning from floor to underside of secure structure to prevent unauthorized communication or material transfer between areas. **The use of soft-sided wall systems is prohibited**. Chain-link fencing is authorized only in exterior areas, such as recreational spaces or perimeter fencing (its limited use in interior storage or vehicle storage areas is acceptable). The facility must provide sufficient space to maximize staff line-of-sight supervision, ensuring constant oversight to maintain good order. Both processing sites and detention facilities will provide ICE with significant bed capacity and house large detainee populations; the design must incorporate sound mitigation practices and must be designed to avoid overcrowding by ensuring the number of occupants does not negatively impact good order or security. This involves careful planning of pod size, layout, and amenities to promote safety, security, humane living conditions, and ensure the separation of detainees of differing classification levels and sex per NDS.

Adequate space per individual, access to common areas, and appropriate sanitation are essential to minimize health risks and maintain order. Design considerations should support efficient supervision, emergency response, and compliance with applicable standards and regulations regarding detainee housing. All exterior windows shall consist of ballistic windows meeting at least [redacted] ICE will consider the use of ballistic film coatings on some windows as an alternative, to provide additional shatter and forced entry resistance, commensurate with security risk of window placement in specific areas of the facility (Note: coatings are not acceptable in reception areas or other areas accessible to the public). Refer to ICE Design Standards 4.0 Functional Requirements.

The perimeter shall be secure, preventing unmonitored ingress or egress, and include, security devices such as cameras and motion detectors, and areas for staff supervision. Exterior, perimeter high-security fencing shall be designed and constructed using detention grade materials and methods and shall align with the aesthetics of the existing structures and local community. Fencing shall be engineered to withstand attempts at cutting, climbing, or breaching and shall include anti-climb features. The use of double layers of fencing is recommended. Fence height and design (i.e. lean-in fencing, selective use of concertina wire in non-public facing areas) shall promote security, prevent escape and unauthorized access. Fences and wall structures in detainee recreation areas shall include screening materials to block view from public facing areas. The contractor shall provide lighting to illuminate interior facility spaces and exterior secure perimeters and ensure the entire perimeter can be under constant surveillance.

The facility shall ensure enhanced physical security to safely and securely house detained aliens while accounting for means to prevent escape attempts, and unauthorized access to staff areas, restricted-access areas, and other housing populations.

The facility design shall include intake, in-and-out processing areas, security and command areas,

administrative areas for ICE and other government entities (e.g. DHS, U.S. Citizenship and Immigration Services (USCIS), Department of Justice (DOJ) Executive Office for Immigration Review (EOIR)).

All detainee housing areas must be furnished with a bed for each alien and space for the aliens to safely store approved “Keep on Person” items, such as medication, religious items, and legal paperwork, and housing areas will include private showers and restrooms, including for those that are handicapped (e.g., wheelchair accessible with grab bars and shower bench) (where practicable). Housing areas shall include alternative seating surfaces for detainees. All furnishings shall be detention grade, appropriate for the setting and support the safety and good order of the facility. Further, the design shall include: a kitchen that can manage the preparation and simultaneous cooking of numerous meal plans (e.g., medical and religious), separate staff and detainee dining areas (cafeteria style meal service or satellite meals service is acceptable); detainee medical care areas (including consultation / interview rooms, treatment / isolation rooms, and a pharmacy); special management housing units (e.g., segregation); private showers and restrooms (where practicable); ample indoor and outdoor recreation that allows for vigorous aerobic exercise for each alien; spaces for religious services (can be a multipurpose room); a mailroom; enhanced law library and legal resources (including computers with limited web access to accommodate the ICE provided online law library via the ICE Portal); and private areas for attorney-client visits, with video teleconferencing capabilities. Outdoor recreation areas shall include at a minimum a concrete pad, basketball hoop, exercise equipment, access to water, and shaded enclosure. The contractor shall provide secure phone and internet infrastructure (wired and/or wireless network access).

The detention facility shall provide safe and secure conditions of confinement based on the individual characteristics of a diverse population, including threat to the community, risk of flight, type and status of immigration proceeding, community ties, medical and mental health issues. The detention center shall provide easy access to legal services; abundant natural light throughout the facility; ample indoor and outdoor recreation that allows for vigorous aerobic exercise; private showers and restrooms (where practicable); cafeteria style meal service or satellite meal service; contact visitation (if applicable), including special arrangements for visiting families, with extended hours including nights and weekends; private areas for attorney-client visits, with video teleconferencing capabilities; noise control; enhanced, but controlled freedom of movement; and enhanced programming, including religious services and social programs sufficient for the entire population.

Large-scale detention facilities shall include at least one non-segregated protective housing option for aliens who may benefit from a more supportive or specialized general population setting. This housing option serves as an alternative to prolonged placement in administrative segregation. It is intended for individuals at increased risk in detention or who feel safer in a protective-custody-like environment, particularly those who request administrative segregation for protective custody reasons.

Non-segregated protective housing shall function similarly to general population units, offering freedom of movement and access to facility services and programming. However, staff-to-detainee ratios shall be higher in these units compared to general population housing units to ensure heightened security and care.

All facilities will be designed to incorporate sound dampening and innovations that reduce noise. Any modification, construction or expansion shall follow the most current building codes applicable.

Fire alarm systems and equipment – all fire detection, communication, alarm, annunciation, suppression, and related equipment – shall be operated, inspected, maintained, and tested in accordance with all applicable laws and regulations as well as all applicable OSHA and environmental compliance standards, including but not limited to NFPA codes, ABA standards and other executive orders and federal laws. Additionally, life safety codes shall follow the most current building codes applicable

The contractor shall provide sufficient electricity and supply clean drinking water into the facility and manage timely and safe removal of waste and garbage.

The facility shall also be equipped with a sallyport to ensure secure and controlled entry and exit for personnel, vehicles, and equipment. The sallyport must consist of a secure, enclosed area with two or more interlocking gates or doors that allow for the isolation of individuals or vehicles during screening and verification processes. The facility shall include appropriate security measures such as surveillance systems, controlled access mechanisms, and reinforced construction to prevent unauthorized access or breaches.

The facility shall have installed secure lock boxes designed for the storage and safeguarding of sensitive items, such as keys, access cards, small equipment, or classified materials. Each lock box must be constructed with durable, tamper-resistant materials and equipped with secure locking mechanisms, such as combination locks, key locks, or electronic access controls, to prevent unauthorized access. The contractor shall maintain sufficient guns lockers to support law enforcement personnel operating within each facility.

In addition to the items described herein, the contractor shall set aside a portion of the facility as flex space/future development for the government's exclusive use. While these spaces are not required to be built out under this PWS, sufficient square footage (approximately 15K to 30K SF depending on facility size) outside the secure detention process and housing areas shall be set aside.

In developing the facility design, the contractor shall plan for administrative areas to accommodate the 1) staffing levels necessary to support the planned detainee population per the site and 2) allow for future expansion. The proposed design shall incorporate a two-floor administrative area so administrative capacity can be increased to support future operational needs of the government and the contractor (Note: detailed build out of second floor and expansion may occur at a later date). Other alternatives will be considered by the government. *See* Administrative and Other Dedicated Spaces.

For design submissions: All designs must be submitted in PDF format with permissions set to unrestricted to allow for commenting. Additionally, comments must be made using annotation tools (sticky notes, highlights, text replacement tools) and the contractor shall use "@ mentions" to directly notify specific collaborators within a comment. To support Status Tracking: Use the "Set Status" feature in the comment panel to mark items as Accepted, Completed, or Rejected and lastly, ensure submissions include Unflattened PDF: Ensure the PDF is not "flattened" before sharing. Additional instruction will be provided by the COR post award. For further instruction See Attachment: Detention Facility Design Submission.

## 10.0 Environmental Compliance

The government completed a pre-purchase environmental review related to existing environmental conditions and potential use of the facility. Reviews were executed to support pre-purchase environmental due diligence as well as compliance with environmental planning laws,

regulations, and Executive Orders, including but not limited to the National Environmental Policy Act (NEPA), National Historic Preservation Act (NHPA), Endangered Species Act (ESA), Coastal Zone Management Act (CZMA), and Executive Order (EO) 11988, Floodplains Management, where applicable.

Initial NEPA review assessed various items including but not limited to perimeter fencing, administrative and office spaces, access and security control systems, building backup power, data, HVAC systems, and general storage. The evaluation resulted in a Categorical Exclusion determination and Record of Environmental Consideration.

Under this PWS, informed by ICE approval of the 90% design, the contractor shall complete additional environmental documentation for government review and acceptance to support compliance with all applicable environmental laws and regulations. At minimum, the contractor will provide documentation, including all appropriate studies, reports, surveys, and consultation materials to support compliance with NEPA, NHPA, ESA, ZMA, and EO 11988, where applicable. All environmental reviews shall analyze interior and exterior modifications related to use of the facility to detain aliens in ICE custody up to the government's required maximum capacity. Documentation will be prepared in accordance with applicable DHS Directives, Instructions, and requirements.

**1) Utilities Infrastructure Evaluation and Real Property and Related Services**

i) The contractor will advise and provide services to assist the government in planning for and evaluating all potential environmental impacts related to the 90% facility design for detaining aliens in ICE custody, up to the government's required maximum capacity. The evaluation will include impacts on site design and the expansion of utilities infrastructure needed to support the planned facility capacity, including environmental and other relevant considerations. These impacts will be negotiated by the government with property and utility owners and documented as alternative analyses—plans not selected, with reasons provided (including environmental and other considerations)—for use in NEPA and NHPA compliance documentation. See following sections. The DHS Environment and Energy Division (DHS EED) will serve as the final decision authority for all environmental documentation, ensuring alternatives that are most suitable for the mission need and least impactful (where practicable) are included for comprehensive evaluation, final design, and retrofit construction.

ii) The contractor will advise and provide services to assist the government in soliciting written proposals for the selected utilities infrastructure upgrades and impacted properties (if any) from real property owners or their authorized legal representatives.

(a) Property/utility owner(s) acknowledge(s) the negotiated, impacted property is subject to a government defined due diligence analysis period and acceptable findings.
(b) Verification and preparation of permits and approvals to ensure the property & actions are permitted by state and local entities to meet all requirements and end functions intended for ICE.
(c) Certification from the owner or utility they possess the authority to enter into a binding contractual agreement with the Government
(d) Include a minimum due diligence period established by the government
(e) Conform with terms and conditions specified by the Government
(f) Develop disclosure package of all known defects pertaining to the property

iii) Contractor shall prepare assessments and perform site investigation, environmental due diligence (as described in following sections) to document status, condition and liabilities to support any change in government interest in real property necessary to support the utilization of the facility to detain aliens in ICE custody up to the government's required maximum capacity.

(a) Contractor shall communicate with interested parties' utilities and their agents regarding Government statutory and regulatory requirements regarding environmental regulatory guidance and historic requirements. The contractor shall direct all inquiries received about the improvements of the properties to the Government.

(b) Contractor shall present all complete and verified proposals to the Government and draft a recommendation of the best proposal with market-based justification for improvements.

2) **Environmental Planning and Historic Preservation Compliance Services.** Contractor shall complete the following.

i) Environmental Planning and Historic Preservation Compliance. Where specific upgrades are necessary to meet required capacity and ICE-approved designs, the contractor shall support ICE/DHS in meeting environmental planning and historic preservation compliance requirements, including all associated site and utility improvements necessary for utilization of property to meet ICE's mission need. Tasks associated with these upgrades/modifications shall be completed prior to the obligation of Federal funding for construction of property and utilities improvements.

The contractor shall provide any additional environmental planning and historic preservation compliance prior to the Government's engagement in construction activities. This task shall be completed prior to conclusion of final design phase, before 90% design completion.

ICE/DHS will conduct multiple rounds of review and provide comments to be incorporated for all deliverables and maintain decision authority for all compliance determinations, consultations, and final approvals. Any action funded in whole or in part by a Federal Agency, or requiring approval by a Federal Agency, must be evaluated in accordance with NEPA (42 U.S.C. § 4321) and related environmental laws and executive orders.

In execution of this PWS, contractor shall continually screen for and communicate clearly any environmental constraints that would potentially modify or eliminate design alternatives from consideration. Contractor shall identify potential mitigation and minimization opportunities to reduce environmental concerns. For example, avoiding wetlands to eliminate Clean Water Act (CWA) concerns or floodplain risks.

The contractors' work shall include, but not be limited to the following:

(1) **NEPA Compliance:** The contractor will conduct a full environmental review of proposed, selected site & utilities upgrade impacting activities in accordance with NEPA and all related laws and procedures, as outlined in the DHS Instruction Manual 023-01-001-01, Revision 01, *Implementation of the National Environmental Policy Act* (or its

most recent version) and the associated instruction manual: DHS Instruction Manual 023-01-001-01.

The contractor will prepare and provide ICE/DHS with documentation to support a Categorical Exclusion (CATEX) – Record of Environmental Consideration (REC), Environmental Assessment (EA) – Finding of No Significant Impact (FONSI) or Environmental Impact Statement (EIS) – Record of Decision (ROD) depending on determined level of environmental Impacts for the each of the subject undertakings, as determined appropriate by the government. The contractor must respond to any and all information and reporting requests with the appropriate documentation and/or studies as required. It is anticipated that all sites utilized to detain aliens in ICE custody up to the government's required maximum capacity will be analyzed under an EA, at minimum.. On a site-by-site basis, the Government may grant approval for the contractor to begin interior construction or reconfiguration of administrative and office space while environmental review is ongoing

The documentation must be prepared under an expedited timeline meeting the following requirements:

- CATEX – REC: draft due within 15 calendar days upon Government approval of 50% design and final due within 15 calendar days upon Government approval of the 90% design EA – FONSI: draft due within 15 calendar days upon Government approval of the 50% design and final due within 15 calendar days upon Government approval of the 90% design.
- EIS – ROD: draft due within 15 calendar days upon Government approval of the 50% design and final due within 15 calendar days upon Government approval of the 90% design.

Note: The vendor is required to complete all necessary reviews/assessments and all required renovations within the 120-day delivery timeline referenced in Section: Transition-In.

The government retains all decision authority and oversight of the preparation of NEPA documentation necessary to support the proposed action. Multiple rounds of government review are anticipated. At minimum, government review and acceptance must occur at each of the following stages: 1) development of description of proposed action and alternatives, including alternatives considered but eliminated; 2) establishment of significance criteria; 3) table of contents/document outline 4) pre-publication draft for EAs/FONSI and EISs/RODs 5) response to public comments, and 6) final EA/FONSI or EIS/ROD. All materials must be clear, accurate, and accessible to a broad audience, and shall comply with applicable DHS branding, plain language, and Section 508 accessibility requirements.

NEPA deliverables will not be deemed complete until the government has a fully executed decision document (REC, FONSI, or ROD) and the contractor has delivered the complete Administrative Record for the action.

(2) **National Historic Preservation Act (NHPA) Compliance:** The contractor shall conduct a review of the undertakings and prepare appropriate consultation materials to ensure compliance with the NHPA and DHS cultural resources and tribal consultation policies,

as outlined in the DHS Directive 017-01, rev. 01 (2020), *Cultural Resources Management Program,* DHS Instruction 017-01-001, rev. 01 (2020), *Implementation of a Cultural Resources Management Program*, DHS Directive 071-04 (2022), *Consultation and Coordination with Tribal Nations*, and DHS Instruction 071-04-001 (2023), *Implementing Consultation and Coordination with Tribal Nations*. The contractor shall prepare consultation packages for the undertaking for review and approval by ICE/DHS, including all supporting materials necessary for consultation with the associated consulting parties, including, but not limited to State Historic Preservation Officers (SHPOs), Tribal Historic Preservation Officers (THPOs), federally recognized Tribes and Native Hawaiian Organizations. However, ICE/DHS shall maintain consultation authority and the contractor shall not consult on behalf of ICE/DHS.

The documentation must be prepared under an expedited timeline with a draft consultation package within 15 calendar days upon Government acceptance of the 50% design and the complete consultation package within 15 calendar days upon Government acceptance of the 90% design. All materials must be clear, accurate, and accessible to a broad audience, and shall comply with applicable DHS branding, plain language, and Section 508 accessibility requirements. The government retains all decision authority and oversight of the preparation of NHPA documentation necessary to support the proposed action. Multiple rounds of government review are anticipated.

(3) **Endangered Species Act, Section 7:** The contractor shall identify protected species or habitat potentially impacted by the proposed action and prepare documentation to support compliance with Section 7 of ESA. If the review results in anything other than a No Effects finding, then the contractor shall prepare Section 7 consultation documents for ICE/DHS review, approval, and submission to the United States Fish and Wildlife Service (USFWS) and/or National Oceanic and Atmospheric Administration (NOAA) Fisheries, as applicable. However, ICE/DHS shall maintain consultation authority and the contractor shall not consult on behalf of ICE/DHS.

The documentation must be prepared under an expedited timeline with draft consultation package within 15 calendar days upon Government acceptance of the 50% design and the complete consultation package within 15 calendar days upon Government acceptance of the 90% design. All materials must be clear, accurate, and accessible to a broad audience, and shall comply with applicable DHS branding, plain language, and Section 508 accessibility requirements. The government retains all decision authority and oversight of the preparation of ESA documentation necessary to support the proposed action. Multiple rounds of government review are anticipated.

(4) **Other Applicable Environmental Statutes, Regulations, and Executive Order Compliance:** The contractor shall assess site conditions for the property and identify any requirements under additional environmental statutes, regulations, or Executive Orders such as the CZMA, Migratory Bird Treaty Act (MBTA), CWA, Clean Air Act (CAA), EO 11988, and other applicable laws, regulations, executive orders, and requirements. Contractor shall prepare the appropriate analysis and consultation documentation, as appropriate, to ensure compliance with all applicable environmental laws, regulations, and EOs. All materials must be clear, accurate, and accessible to a broad audience, and shall comply with applicable DHS branding, plain language, and Section 508 accessibility requirements.

(5) **Public involvement:** The contractor shall prepare, for ICE/DHS review and acceptance, all materials necessary to support public review and engagement related to the proposed action. These materials may include, but are not limited to, fact sheets, presentations, frequently asked questions (FAQs), comment response documents, and web content. All materials must be clear, accurate, and accessible to a broad audience, and shall comply with applicable DHS branding, plain language, and Section 508 accessibility requirements. Draft materials shall be submitted to ICE/DHS for review and approval prior to any public dissemination, and the contractor shall revise materials as directed to address feedback.

3) **Environmental Due Diligence (EDD): For any design implementation element that involves a change or increase in the land interest in property outside of the current government owned property,** the contractor shall conduct EDD through the preparation of a Phase I (and Phase II if applicable) Environmental Site Assessment and Environmental Compliance analyses for any change in real property interest (i.e. purchase, lease, granting of an easement, etc.)

EDD shall be completed before final design acceptance. All actions should be prepared in accordance with the American Standard for Testing and Materials (ASTM) Standards.

Documentation will be used to assist ICE in identifying environmental risks and liabilities, ensure regulatory compliance, informed decision making, and protect the public and environmental health. Moreover, it will provide insight into the potential environmental contamination on or originating from the undertaking due to current or historical uses; and identify potential environmental limitations including but not limited to water resources, biological resources, historic or archeological resources, geological concerns, or conservation easements, etc. that could affect undertaking or development.

The government retains all decision authority and oversight of the preparation of EDD documentation and level of analysis necessary to support the proposed action. Multiple rounds of government review are anticipated.

a) **Subtask 1: Phase I ESA Literature and Records Search:** All facilities require upgrades/enhancements to meet specified facility capacity and ICE approved designs. The contractor shall conduct a file search and literature review of primary and secondary sources for the subject undertaking. In conducting this search, the contractor shall follow the standards described in the current version of ASTM Standard E1527-21. At a minimum, historical information research shall include the review of available historical aerial photographs of the area, city directories, and past environmental reports. Government records and public sources research shall include reviewing all categories included in ASTM Standard E1527-21 from a commercial database search provider. The records review will also have a title search and an Activity and Use Limitations (AULs) and lien search for all subject properties/parcels potentially impacted; the contractor shall reference relevant state and county databases for this information. The contractor shall also research the presence or absence of environmental constraints. These should include but are not limited to water resources such as wetlands, waterways, and floodplains using databases such as the Federal Emergency Management Agency (FEMA) National Flood Hazard Layer Viewer and National Wetland Inventory (NWI); biological resources such as threatened and endangered species and critical habitats using the United States Fish and Wildlife (USFWS) Information for Planning and Consultation (IPaC) database; historic resources, archaeological resources, and/or properties of tribal religious and cultural significance using the National Register of Historic Places (NRHP) database and state records; geological, geotechnical, or seismic concerns; and restrictive covenants or conservation easements for the Subject Properties. During the background research, the contractor shall notify the COR of any

potential issues identified as soon as practicable, so ICE is better prepared to address possible concerns.

b) **Subtask 2: Phase I ESA Interviews:** The contractor shall attempt to conduct interviews with past owners, operators, and occupants of the facility or impacted properties to gather information regarding the potential for contamination at the areas of potential impact by undertaking. Interviews will comply with ASTM Standard E1527-21 and 40 CFR § 312.23. The contractor should conduct interviews at any point during the Phase I Environmental Site Assessment process, but must complete this effort by the time the contractor submits the draft report to the CO.

c) **Subtask 3: Phase I ESA Survey:** The contractor shall conduct an on-the-ground Phase I Environmental Site Assessment at the proposed undertaking and general vicinity. The internal condition of ducts, piping, vents, or sewer lines will not be evaluated. The contractor shall follow ASTM Standard E1527-21 for this survey. Before conducting fieldwork, the contractor shall contact the CO or the COR to confirm access is granted to the area (s) of proposed undertaking and general vicinity. The Phase I Environmental Site Assessment will assist ICE with two main objectives:

   a) To identify whether Recognized Environmental Conditions and/or any additional environmental constraints that are present on the area(s) of proposed undertaking and general vicinity or within 500 feet of the undertaking. Recognized Environmental Conditioners are defined in the as: "…the presence or likely presence of any hazardous substances or petroleum products in, on, or at a property: (1) due to any release to the environment; (2) under conditions indicative of a release to the environment; (3) under conditions that pose a material threat of a future release to the environment." The term includes hazardous substances or petroleum products even under conditions in compliance with laws. The term is not intended to include de minimis conditions that generally do not present a threat to human health or the environment and that generally would not be the subject of an enforcement action if brought to the attention of appropriate governmental agencies. Conditions determined to be de minimis are not Recognized Environmental Conditions.

   b) To possibly qualify ICE for relief from liabilities as one of three defenses identified in the 2001 Brownfield Amendments to CERCLA, ICE is a "user" of the properties impacted by undertakings. A "user" is defined by ASTM Standard E1527-21 as "the party seeking to complete an Environmental Site Assessment of the project area and may include a potential impact to land in the project area, a potential tenant of the project area, an owner of the land in the project area, a lender, or a project area manager."

   c) The contractor shall complete site survey inspections for areas using methodology that follow ASTM Standard E1527-21 and the Environmental Protection Agency (EPA) All Appropriate Inquiries (AAI). The surveyor will not be required to investigate the ASTM Standard E1527-21 "non-scope considerations" in this Phase I Environmental Site Assessment. The work will include, but is not limited to:
      i) Identify and visually survey the potential areas of impact due to undertaking for the presence of hazardous substances and petroleum products (e.g., soil stains, abandoned drums, and construction debris).
      ii) Review historical maps, records, environmental constraints, and operational information as described in Task 1.
      iii) Review federal, state, tribal, and local agency records as described in Task 1.

iv) Obtain information via interviews as described in Task 2; and
v) Prepare a report as described in Task 4.

d) The contractor must log photographs, records, and other data following the ASTM Standard E1527-21. Contractor shall provide Photographs and data to ICE as early as practicable to inform the NEPA analysis and documentation.

d) **Subtask 4: Phase I Draft & Final Survey Report:** Upon completion of field investigations, the contractor will develop a report to detail the area(s) of proposed undertaking and general vicinity survey results. Contractor's report shall detail all potential environmental constraints for the area(s) of proposed undertaking and general vicinity (water resources, biological resources, historic and archeological resources, geological concerns, conservation easements, etc.) and will conform to the ASTM Standard E1527-21 and accurately define its scope to state the report was completed based on the best available parcel data. All information and findings will be handled with strict confidentiality. The contractor shall not disclose the nature or purpose of the evaluation; the investigation results will be provided exclusively to ICE/DHS unless otherwise indicated in writing.

e) The contractor will submit a draft report of the Phase I Environmental Site Assessment to ICE/DHS for review. Once the draft report has been reviewed, the contractor will address any comments from ICE in the final report.

f) Contractor shall submit Copies of the final report to ICE/DHS. Instructions for the electronic submission of data and the report are listed below. Electronic Data Files. Electronic data shall be submitted in commonly used formats such as DOCX, PDF, or JPEG.

1) Survey Report. The document will be prepared single-spaced in a format compatible with Microsoft Word. It will be divided according to ASTM Standard E1527-21, with proper page separations and headings. The report shall be produced in one volume. All pages will be numbered consecutively, including the bibliography and attachments. The report's month and year shall be reflected in a footer on each page. Any included figures must be clear, legible, self-explanatory, and sufficiently high quality to be reproduced easily by standard photocopy equipment. All photographs shall be clear, distinct prints or copies with captions and bar scale. Maps shall have north-oriented to the top of the page and be clean, precise, and easily reproducible. Maps must be labeled with a title/ description, north arrow, legend, scale with units using the Imperial System for measurement, date produced, and map source (USGS quadrant name or published source). A map's features to be illustrated, such as site locations, shall stand out clearly against the other elements on the map.

2) Survey Report's Appendices. Appendices shall include but are not limited to a resume for the qualified "Environmental Professional" (per 40 CFR § 312.10), historical maps, photographs, and all results from the commercial database search provider. Any photographs shall be of good composition and identified with the subject, location, and date. The contractor will reproduce all graphics for the report, such as maps, drawings, pictures, etc., in standard graphics formats such as JPEG.

4) **Phase II ESA (if required):** Following the completion of Phase I Environmental Site Assessment and if recognized environmental conditions and areas of potential concern are identified, the contractor shall perform Phase II Environmental Site Assessment on the area (s) of proposed undertaking and general vicinity. In accordance with ASTM 1903-11 standards, Phase II Environmental Site Assessment will be conducted to further evaluate concerns and determine the presence, extent, and nature of potential contamination. The Phase II Environmental Site Assessment shall include intrusive

investigation activities such as soil, groundwater, and/or soil vapor sampling, as warranted by the Phase I findings. Laboratory analysis will be performed on all collected samples to evaluate all potential contaminants of concern. The contractor shall submit a written report to ICE in Microsoft Word format that details methodology and results of the Phase II Environmental Site Assessment. The report should also include relevant site photographs, maps, and figures. ICE will provide one round of review and comments on the report. The contractor will then submit a final written report to ICE in MS Word and PDF format.

The Government will undertake the following:

a) The Government will present estimate to negotiate for impacts to the area(s) of proposed undertaking and general vicinity.
b) The Government will negotiate Offer to for undertaking impacts. If necessary, any written offer will be reformed by the Government to meet its minimum standards for acceptance of contracts.
c) The Government will make the final compensatory decision (if required) for impacts/improvements and reserves the right to reject any or all proposals.
d) The Government may terminate planned negotiations regarding the area(s) of proposed undertaking and general vicinity contract at any time prior to final design/construction for any reason, including antitrust concerns.
e) The Government reserves the right to terminate planned negotiations regarding the area(s) of proposed undertaking and general vicinity agreements for convenience.
f) The Government's acceptance of proposals will not be unreasonably withheld if the planned negotiations regarding the area (s) of proposed undertaking and general vicinity meets the Government's minimally acceptable criteria.

5) **Construction and Operation Environmental Compliance.** The contractor shall prepare and submit for government review and acceptance the following environmental compliance requirements and permits associated with the construction and operations of the subject property and improvements. This includes, but is not limited to:

a) Construction related permits such as the National Pollution Discharge and Elimination (NPDES) stormwater permits and Erosion and Sediment Control (ESC) requirements.
b) Air permits under the CAA for utilization of stationary sources such as backup generators (both construction and operation).
c) Preparation of compliance plans such as a Stormwater Pollution Prevention Plan (SWPPP), Spill Prevention, Control, and Countermeasure Plan (SPCC), etc.
d) Operational permits and reports, including those for hazardous materials, hazardous waste, and medical waste, as applicable.
e) Identification of any additional federal, state, or local environmental compliance requirements.

6) **Environmental Compliance Deliverables**

The contractor shall prepare and submit for government review and acceptance the following deliverables specific to the environmental compliance tasks. Note: these items appear under Section: Deliverables.

a) Draft and Final Environmental planning and compliance documentation and reports
b) When required in support of the design solution, draft and final Environmental due diligence assessments, surveys and reports

c) When required in support of the design solution, site information packages to include, but not limited to assessed impact areas, survey, and preliminary assessment, survey, condition report, disclosure package, price, contingencies or warranties, zoning, proposed use suitability report, environmental studies, easement documents, facilities condition reports, additional Corresponding impacted parties reports and instructions

## 11.0 Project Execution Requirements and Project Schedule

Show in the schedule the proposed sequence to perform the work and dates contemplated for starting and completing all scheduled activities. The scheduling of the entire project is required Use the Critical Path method (CPM) of network calculation to generate all project Schedules. Develop the Project Schedule to the appropriate level of detail to address major milestones and to allow for satisfactory project planning and execution. Include in the schedule activities associated with the critical submissions, government review, procurement, fabrication, and delivery of long lead materials, equipment, fabricated assemblies, and supplies. The project schedule shall include all activities on the critical path, broken down into enough detail to support the critical path analysis. contractor shall update project schedule weekly and will be discussed during contractor required progress meetings. *See* Deliverables: Project Schedule

### 11.1. Design Plans and Review Process

ICE will conduct final inspections of the facility before occupancy. The contractor shall provide structural interior design (SID) for all finishes and the furniture footprint. Develop furniture, fixtures, & equipment (FF&E) package for the selection, layout, specification and documentation of all furniture needs. Interview ICE personnel to discuss and coordinate furniture and equipment requirements to verify the necessary furnishings to support the job and room functions prior to the development of the FF&E.

Each design submission shall include the design analysis with calculations, technical specifications, and drawings in a PDF format. It shall include architectural, civil, structural, mechanical, plumbing, electrical, fire protection, and telecommunications drawings for major systems. At the 50% design major equipment for mechanical, electrical, plumbing, fire protection, medical, and security systems shall be identified. By the 90% design, all systems and interior design shall be identified and comments from the 50% design shall be incorporated. The AE firm performing the design must coordinate throughout the duration of the design with the staff performing the NEPA review. The design will not proceed to 100% and IFC drawings until issuance of the FONSI and Government approval of any revisions made due to any comments resulting from the NEPA process.

### 11.2. Safety and Health Plan

As part of the project plan, the contractor shall develop and provide a site-specific accident prevention plan (safety plan) for review and acceptance by the CO. The plan must be job-specific and address any unusual or unique aspects of the project or activity. Describe innovative methods used to ensure and monitor safe work practices. The Government considers the prime contractor to be the "controlling authority" for all work site safety and health of the subcontractors. Contractors are responsible for making sure their subcontractors understand the accident prevention plan and the safety provisions under the terms of the contract and the penalties for noncompliance, coordinating the work to prevent one craft from interfering with or creating

hazardous working conditions for other crafts and inspecting subcontractor operations to ensure that accident prevention responsibilities are being carried out. Contractor is responsible for continuously reviewing and offering amendment suggestions for the plan, as necessary, throughout the life cycle of the contract. Once accepted by the CO, the plan will be enforced as part of the contract. Disregarding the provisions of the accepted safety plan is cause for stopping work, at the discretion of the CO, until the matter has been rectified.

### 11.3. Building Commissioning

Building commissioning is required. contractor is required to utilize an independent, third-party commissioning agent. The commissioning agent is responsible for providing a commissioning plan as a deliverable and it shall cover all major systems to include:

- Heating, ventilating, air-conditioning, and refrigeration systems (mechanical and passive) and associated controls (HVAC)
- Lighting systems: interior and exterior, automatic and manual daylighting controls, occupancy sensing devices, automatic shut-off controls, time switching, and other lighting control devices, and dimming systems
- Electrical Power Systems and all equipment forming a part of these systems including, but not limited to, electrical supply and distribution systems, emergency power and standby power systems including automatic transfer switching systems, grounding systems, and automatic receptacle control
- Plumbing systems and all equipment forming a part of these systems including but not limited to potable water systems, non-potable water systems, service hot-water systems and controls, water pressure-booster system and sanitary waste and vent systems
- Life Safety
- Security System
- Information and Communication Technology Systems
- Building Control Systems
- Specialty Systems

The commissioning requirements shall be detailed within the technical specifications.

### 11.4. Government Possession of Work

The Government may take possession of any completed or partially completed work. If the installed equipment and/or systems thereto, have not been accepted by the Government due to the contractor's failure to submit specified items, the contractor shall operate and maintain such plant or system at no additional cost to the Government until such time that the specified items have been received, approved and any subsequent testing, check-out and/or training has been completed

### 11.5. Operation and Maintenance Manuals

Provide product operation and maintenance manuals for the provided equipment, product, or system, defining the importance of system interactions, troubleshooting, and long-term preventive operation and maintenance. List and explain the various warranties and clearly identify the

servicing and technical precautions prescribed by the manufacturers or contract documents to keep warranties in force. Include warranty information for primary components of the system. Provide an electronic copy of the Operation and Maintenance Manual files and one hard copy of the Operation and Maintenance Manuals. Submit to the Contracting Officer for approval 90 days after award.

### 11.6. Record Drawings

Provide and maintain two black line print copies of the PDF contract drawings for As-Built Drawings. Maintain the as-builts throughout construction as red-lined hard copies on site and red-lined PDF files. Submit as-built drawings 30 days after Government acceptance. All construction mark-ups must be incorporated into a clean set of electronic drawings to serve as the Record Drawings.

## 12.0 Detainee Intake and Processing

The contractor shall provide space for ICE processing/holding needs that meets the requirements of ICE Policy 11087.2 *Operations of ERO Holding Facilities* located at ICE.gov. The processing/holding space shall be for in-processing and out-processing of aliens and must have a minimum capacity of [redacted] aliens and the capacity to intake and discharge up to [redacted] aliens per day, or as directed by the COR without modifying the existing contract. The facility shall include holding cells / rooms and medical intake screening and chest x-ray area with adequate radiologic protections. A minimum of four medical intake rooms per [redacted] detainees in holding is required. All holding/processing cells, rooms, and areas must be free of ligature risk to avoid potential for alien self-harm.

## 13.0 Renovation

The facility renovation (including design), operation, and maintenance shall ensure that aliens are housed in a safe, secure, humane and environmentally compliant manner. All equipment, supplies, and services shall be contractor-furnished and in operating condition, except as otherwise noted.

The facility must provide for the safety and security of staff, detainees, the facility, and personnel. The facility shall be constructed, operated, and maintained in accordance with all applicable federal, state, and local laws, regulations, codes, guidelines, and policies. If any conflicts between federal, state, or local laws or rules arise, the federal rules shall be followed. Nothing in this performance work statement is intended to, or shall be construed to be, a waiver of federal supremacy or the immunity of the Government or its contractor.

The contractor shall install and ensure proper function of all utilities (electricity, water, wastewater, waste management, heating, ventilation, and air conditioning (HVAC), fire and life safety, security systems including access control systems, telecommunications, internet and cable (as appropriate) to operate the facility, including preventative maintenance and repairs as necessary. Telecommunications systems delivered by local providers to the facility shall have sufficient fiber and bandwidth capacity infrastructure to meet current demands as well as foreseeable future requirements. All housing structures will allow for physical security, separation of detainees by classification levels and sex, and support the good order and operation of the facility.

The facility shall have sufficient auxiliary power for emergency/security systems through generator or battery back-up to maintain secure operations, consistent with necessary environmental permitting, the Clean Air Act, etc. All facilities shall be designed to withstand extreme weather events in accordance with the International Building Code (IBC) and American Society of Civil Engineers--ASCE-7.

A safety program shall be maintained in compliance with all applicable laws, statutes, regulations, and codes. The contractor shall comply with the requirements of the OSHA, and all codes and regulations associated with 29 CFR §§ 1910 and 1926.

Promptly after the occurrence of any physical damage to the facility (including disturbances or weather events), the contractor shall report such damage to the COR and ICE Designated Service Official, if applicable. It shall be the responsibility of the contractor to repair such damage, to rebuild or restore the institution.

Government staff will be on-site to monitor contract performance and manage other government interests associated with operation of the facility, Government staff will have full access to all areas of the facility. Contractor access to the required government space must be pre-approved by the COR. In cases of emergency the contractor shall notify the COR within an hour.

## 14.0 Unauthorized Access

The contractor shall detect and detain persons attempting to gain unauthorized access to the site(s) identified in this contract. The contractor shall take all necessary precautions to secure the facility and grounds during performance, including prior to when detainees and staff are onsite, including the design and renovation phases to ensure facility integrity and safety.

## 15.0 Video Surveillance

### 15.1. Installation

The contractor shall ensure video surveillance of hallways, exits, and common areas. Additionally, surveillance systems shall be installed and updated in accordance with DHS PREA §115.18(b). The system shall have a network time protocol (NTP) Server, like Time Machines TM-1000, as an element of the VSS solution to ensure system timing accuracy. All network devices shall be set to periodically communicate with the NTP server to adjust for timing inaccuracies. The contractor shall provide and install a [redacted] solution for all video surveillance system (VSS) hardware. The power solution can be provided through the use of batteries, emergency generators, UPS, or a combination thereof to meet the requirements. If emergency power is available, via generator, a battery backup must be provided to cover transfer time[redacted]. Network video recorder (NVR) hard disk drives used for video storage, such as the Western Digital ITB-10TB (a.k.a. Purple Surveillance Storage), must be built to withstand continuous read/write activity.

The contractor will determine the storage capacity of the NVR(s) based on the following criteria:

- Quantity of cameras
- Period of motion activated recording per camera
- Frames-per-Second (fps) for each camera
- A minimum of 90 days of storage for each camera
- NVR servers shall have failover capabilities and redundancy to ensure continuous function in the event an NVR experiences a failure

- Workstations to export video evidence in open format such as audio-video interleave or QuickTime Movie (e.g. avi or mov) and provide chain of custody
- H.265 or better compression

### 15.2. Camera resolution

Cameras should capture video with a minimum resolution of 40 pixels-per-foot (PPF) at the target distance. Cameras must provide 100% coverage of perimeter, detention and high-security areas. In detention holding cells, cameras will be mounted such that video is not seen or recorded in the toilet/privacy area. All cameras will have 2-megapixel or better resolution. ICE may designate a select number of cameras covering high security or critical areas as 5-megapixel or better to identify a person (facial recognition) or object (license plate recognition) with enough detail for courtroom quality. All exterior cameras shall have an infrared (IR) cut-filter and/or IR night time illuminator either built in or added as an accessory. All exterior cameras shall be environmentally protected based on the prevailing weather conditions for the geographical area and as prescribed by the camera manufacturer. Fixed, pan-tilt-zoom (PTZ), 180-degree and 360-degree panoramic or multi-head cameras are acceptable. PTZ cameras shall not be programmed on an area tour to provide 100% coverage. These cameras shall only be utilized for additional monitoring capability. Cameras shall be positioned to prevent tampering which includes installing in fixed, tamper and vandal resistant enclosures. Cameras installed in detention areas (housing area, holding, etc.) will be detention grade.

Monitors shall have the appropriate built-in video and management ports based on the VSS system design requirements and shall not have any wireless connection (Wi-Fi, Bluetooth etc.) capability enabled. Wall mounted monitors shall be installed using a premium type full-motion wall bracket to provide tilt, swivel and arm extension capabilities, unless specified differently by ICE. For multiple monitor installations videos shall be organized for security personnel to easily follow movement through the facility from one camera to the next in a smooth flowing fashion without having to bounce back and forth among monitors. VSS workstations and decoders shall not exceed the manufacture's recommended number of displayed cameras or connected monitors.

All monitors shall be capable of viewing the specified number of camera views listed below at 30 fps (real time) with no lag:

- Monitors for general area observation shall be capable of 16 camera views per monitor.
- A minimum of 27-32" monitors shall be utilized for guard stations and other areas where size restrictions will not allow 42-50" monitors. Monitors shall be capable of 8 camera views per monitor
- 22-26" monitors shall be utilized for VSS workstations, alarm call-up, or specific spot area monitors. Monitors shall be capable of 1-4 camera views per monitor.

All AC voltage powered devices shall be connected to a centrally located uninterruptable power supply (UPS) in the designated IT/LAN equipment and frame/closet rooms. Each equipment room will contain a building-grounded, grounding buss bar which will be utilized for equipment rack and panel grounding connectivity. As part of the VSS package, the contractor shall provide a rack mount keyboard-video-mouse (KVM) console with appropriate cabling for connection to each NVR and matrix (if used), or properly configured network client with remote access (on the dedicated VSS network), for video and software management and maintenance.
Man-down and duress system for officer safety shall be integrated with VSS.

### 15.3. Warranty

The contractor shall have warranty all contractor supplied components, workmanship and/or systems for a (minimum) period of 12 months from the date of Government acceptance. After the one-year base warranty period the contractor shall include four one-year option periods for technical services, support, testing, maintenance and repair of the system and components installed in this PWS. This includes coordination with ICE and other Government offices providing support to the ICE facilities.

In the event any contractor-supplied equipment, component, part fails within the specified warranty period; the contractor shall immediately replace or repair the item within 24 hours at no additional cost to the Government. If the contractor is unable to rectify the issue(s) within the allotted time, the contractor shall be liable for all costs incurred by the Government to correct the issue(s).

### 15.4. Maintenance

The contractor shall perform maintenance related tasks, including asset management and inventory services (provide inventory), Preventative Maintenance (PM), upgrades and repairs, equipment disposal, integrated support services, and other maintenance and service-related tasks on all Video Surveillance Systems (VSS).

The contractor is responsible for the scheduling and execution of preventive maintenance on all ICE VSS electronic security equipment and systems. Critical components are those required to provide security (IDS, VSS, access control, etc.) for a perimeter access point or critical area. The contractor shall implement a maintenance program for all security systems. Any critical component that becomes inoperable must be replaced or repaired. (See table for repair times.)

The contractor shall conduct quarterly, semi-annual, and annual maintenance at the facility. The primary purpose of maintenance is to reduce component down time and optimize the equipment life cycle.

Quarterly:
- Software updates
- Firmware updates
- Patches

Semi-Annually:
- Preventive maintenance
- Camera cleaning
- Head-end rack equipment cleaning (Racks, Workstations, Servers, PoE switch, UPS)

Annually:
- Equipment functionality testing of all equipment and devices

Testing and Maintenance. Prior to testing any VSS equipment the contractor shall notify the ICE OPR Point of Contact. The ICE point of contact is the Governments designated person that will be on the project site when needed to discuss matters with the contractor.

The contractor shall perform on-site functional evaluations of existing security systems at the identified ICE facility per manufacturer's specifications, and if necessary, shall recommend methods of remediation to make the system fully operational per manufacturer and DHS/ICE

specifications. The contractor shall be solely responsible for conducting any repair or replacement work required to maintain the systems in the condition prescribed by the original equipment manufacturer's recommended guidelines and/or warranty requirements (where the warranty remains in force).

If any components are found to need repair or replacement, the contractor shall be responsible for following all procedures listed in this PWS. Failure to follow any procedures listed in this PWS shall be done at the contractor's risk. The contractor shall perform a complete inspection and functional test of the VSS System, verifying 100% functionality, per manufacturers and DHS/ICE standards, of all system capabilities to include, but not limited to: pan, tilt, tilt, zoom features, recorders, monitors, controllers, fiber optic transceivers, and connections associated with the system.

Scheduling of Routine Maintenance. Maintenance shall be performed at each location semi-annually. Maintenance visits shall be scheduled no less than 90 calendar days apart.

Quarterly Maintenance. The contractor shall provide on-site software maintenance support, software and firmware upgrades, software patches, virus protection, and system configuration changes, as necessary. This support shall start upon successful completion of the Substantial Completion Inspection (SCI) and include support for the Video Management Software System components. The contractor SHALL NOT use Remote Desktop connections, (e.g., Microsoft's Remote Desktop Protocol (RDP), without the use of an authentication method that employs secure authentication (two-factor, encrypted, key exchange). Use of removable media for maintenance purposes shall adhere to the policies and procedures established by the System Owners.

The contractor shall maintain an incident log as part of the software maintenance program, recording therein all deviations from normative operations, and all corrective actions taken. The incident log shall be submitted to ICE/OPR upon detection of anomalies, quarterly, and at the end of the contract period.

Semi-Annual Preventive Maintenance/Cleaning. The contractor shall perform preventative maintenance on all VSS equipment as specified by ICE and the manufacturers and DHS/ICE specifications and industry best practices. Preventative maintenance functions shall include but are not limited to, focusing and back-focusing of cameras, cleaning of recording devices (servers, NVRs, DVRs), switches and verification of controller programming.

Annual Maintenance and Testing. Use Appendix F for Performance Standards. The contractor shall verify the video transmission system, and that any signal or control cabling has been installed, tested, and approved as specified by the manufacturer's specifications. The contractor shall verify that the remote devices are operationally functional per the manufacturer's specifications and interface with the designated security center and perform all functions of which the system was designed and installed.

Contractor shall verify the switcher is fully functional and that the switcher software has been programmed for specific site configuration. The contractor shall verify switcher software is functioning correctly by manufacturer's specifications. All software functions shall be exercised. The contractor shall operate all electrical and mechanical switcher controls and verify that these controls perform as per the manufacturer's designed function.

Contractor shall verify that all video sources and video outputs provide a full bandwidth signal compliant with Electronic Industries Association (EIA) 170 for all video inputs. The contractor

shall verify all video signals are terminated according to manufacturer's specifications. The contractor shall consult with ICE/OPR that all cameras are aimed and focused properly. The contractor shall conduct a walk test of the area covered by each camera to verify field of view. The contractor shall ensure that cameras remain properly oriented so that the picture is not degraded by any obstruction that prohibits the desired field of view. This could include, but not limited to the rising or setting sun, foliage, shrubs, and trees.

The contractor shall verify night assessment capabilities to ensure night mode functionality of the system is fully functional per the manufacturer and DHS/ICE specifications.

Contractor shall verify all cameras are synchronized and the picture does not roll when cameras are switched. All cameras shall be fully operational and functional per manufacturers and DHS/ICE specifications. When PTZ mounts are used on a system, contractor shall verify the limit stops have been set within manufacturer specifications. Verify all controls for pan/tilt or zoom mechanisms are operative and the controls perform the desired function as specified in the user's manual.

If pre-position controls are used, contractor shall verify all home positions have been set according to the ICE/OPR directions and have been tested for auto home function and correct home position. The contractor shall deliver a report describing results of functional tests, diagnostics, and calibrations to ICE/OPR.

If repairs or replacements are discovered during testing & maintenance, the contractor shall contact the ICE/OPR and only after the ICE/OPR's acceptance of the contractor provided quotation and written approval shall those repairs or replacements be completed. The contractor shall fully complete these repairs & replacements if possible while on-site. If the ICE/OPR POC determines the delay of the repair or replacement could significantly harm the security posture of the facility, the ICE/OPR may authorize the repair or replacement as an emergency. The contractor shall make necessary repairs and/or replacement of equipment upon the approval and funding from ICE. See Section 2.0 for Repair and Replacement Procedures.

The contractor shall perform preventative scheduled maintenance on VSS. The contractor shall provide a detailed description of all preventative services performed to ensure reliability of the system performance and optimal functionality per manufacturers and DHS/ICE specified capabilities. The contractor shall include in the O&M manual a copy of all manufacturer warranties, terms, and conditions.

The contractor shall provide a Performance Test and Acceptance Plan (PTAP) to the ICE/OPR POC no later than five (5) business days after each annual preventative maintenance session for review and approval. The plan shall be developed in accordance with all manufacturer specifications and design standards and address all systems and components. The PTAP shall be used to verify the performance of all installed equipment and systems. The plan shall detail the steps the contractor will use to test the performance of each system and its related components. The plan shall include a system acceptance form designated as a checklist for each of the major subsystems identified by the contractor and verified by the ICE/OPR POC. The acceptance form shall be signed by the ICE COR for the invoice to be paid for the service. Copies of all signed forms shall be given to the ICE/OPR POC.

The PTAP shall include, at a minimum, the following: an updated installed equipment list highlighting changes from the most recently approved plan; location of each piece of equipment; equipment to be identified by make, model and serial number for VSS components

that are not encased in some camera enclosures; tests conducted; results of each test; recommendations; date and time of testing; name, position, signature of person conducting testing; status of current equipment, based on a scaled status (1 being poor to 5 being excellent.) The exact scaled status is up to the discretion of the contractor; a brief explanation of failures and corrective actions; and notes to include any concerns or upcoming issues.

### 15.5. Repair and Replacement

The contractor shall install all replacement parts required to maintain, repair, and keep all VSS systems fully operational and free of deficiencies per the manufacturers and DHS/ICE specifications. Additionally, the contractor may be required to alter, install, interface, improve and/or overhaul equipment, which, when completed, shall modify and/or enhance the aesthetics, operation, performance, reliability, safety etc. of the systems beyond existing levels. No alterations or improvements to equipment shall be made without written authorization from the ICE/OPR POC.

For repairs, replacement and/or addition of equipment, the contractor shall prepare a cost estimate to correct the problem prior to commencing work. This cost estimate shall include costs for parts and materials needed to restore the system. If the cost for the corrective action is equal to or less than $3,500.00, the contractor shall coordinate with the ICE/OPR and proceed with the work as a minor repair or replacement; if the cost for corrective action is greater than $3,500.00, the work is considered a major repair or replacement, and advance approval shall be given by the ICE/OPR POC prior to the contractor proceeding with the work.

Repair work shall be billed against CLIN 0006 (or subsequent CLIN) and shall not exceed $3,500.00. The contractor shall notify the ICE/OPR POC if at any time 85% of the dollars for the CLIN have been expended. The Government reserves the right to perform or supplement performance of contract functions with Government personnel or other contractors for major repairs, replacement and/or if the Government considers the contractor's estimate to be unreasonable.

If during any 30-calendar day period more than 20% of the installed VSS equipment has been repaired or replaced, ICE reserves the right to disallow any further repairs and will determine the long-term cost effectiveness of any further repairs as opposed to replacing the entire system. If it is determined by the ICE/OPR POC that the entire system in any building shall be replaced, the replacement shall be subject to competition.

If during any 60-calendar day period more than 40% of the installed VSS equipment has been repaired or replaced, ICE reserves the right to disallow any further repairs and will determine the long-term cost effectiveness of any further repairs as opposed to replacing the entire system. If it is determined by the ICE/OPR POC that the entire system in any building shall be replaced, the replacement shall be subject to competition.

All replacement units shall be technically equivalent, compatible with the existing system and NDAA-compliant. Where applicable, devices shall be configured using Defense Information Systems Agency (DISA) Security Technical Implementation Guides (STIG) configurations in accordance with DHS 4300A Sensitive Systems Policy.

Service Request Timeframes. Repair or replacement service shall be performed seven days a week, 24 hours a day. The on-site completion times will be adhered to according to the table below. The

repair completion time shall begin when ICE is notified by the contractor of the need and the contractor provided quotation is received and confirmed by the ICE/OPR POC. ICE will then either give written or verbal approval of the quotation to the Program Manager to complete the repair or replacement.

If the contractor is unable to meet the service response times or fails to repair the equipment correctly due to technical reasons (inability or incompetence to troubleshoot), the Government shall deduct a penalty of $550.00 per day the repair and replacement is not completed that exceeds the Standard Service or Emergency Service Completion timeframes, reference Section 3.0.1.

These response times shall not be deviated from. The responsibility of meeting these response times shall be completely on the contractor. At no time shall the contractor wait to complete repairs or replacements for regularly scheduled testing & maintenance periods for the contractor's convenience. The response is dependent on the Facility Security Level (FSL). If the contractor is unable to meet the service response times or fails to repair the equipment correctly due to technical reasons (inability or incompetence to troubleshoot), the Government shall deduct a penalty of $550.00 per day the repair and or replacement is not completed that exceeds the listed service completion timeframes below.

| FSL | Quotation Response | Standard Service Completion | Emergency Service Completion |
|---|---|---|---|
| 1 | 0-24 hours | 72 hours | 36 hours |
| 2 | 0-24 hours | 72 hours | 36 hours |
| 3 | 0-12 hours | 24 hours | 12 hours |
| 4 | 0-12 hours | 24 hours | 12 hours |

Standard Service Request. The contractor shall provide a written quotation for any non-emergent repairs or replacements within 12 hours of notification. After reviewing the contractor-provided quotation, ICE will accept or reject the repair or replacement. The Standard Service Completion time will begin upon acceptance by the ICE/OPR POC of the contractor-provided quotation.

Service Response Times. If the contractor is unable to meet the service response times or fails to repair the equipment correctly due to technical reasons (inability or incompetence to troubleshoot), the Government shall deduct a penalty of $550.00 per day, through a contract deficiency report, the repair and replacement is not completed that exceeds the Standard Service or Emergency Service Completion timeframes. See above table in E.6.31.

Emergency Service Request. The same procedures shall be used for an Emergency Service Request as the Standard Service Request. A quotation shall be provided within 12 hours of being notified of the service request. The ICE/OPR POC will give authorization to complete the repair or replacement, at the ICE/OPR POC's discretion. If this procedure is not followed, the contractor shall not receive payment for the repair or replacement. The emergency service completion time will begin upon acceptance by the ICE/OPR POC of the contractor provided quotation.

Special Considerations. Delays such as the ordering of replacement equipment that will take longer than the allotted repair completion times shall be communicated to the ICE/OPR POC verbally, and in writing. To accompany this communication shall be the contractor's estimated timeframe for deliverables and scheduled plan of actions. The ICE/OPR POC shall have

the right to approve or disapprove these special considerations.

Outdated Equipment. For the equipment that is outdated and no longer commercially offered, a technically equivalent and compatible piece of equipment shall be offered by the contractor. The ICE/OPR POC still has final rights to approve or discuss the contractor offered equivalent and compatible equipment. No loaner equipment shall be used.

Quotation Specifications. In the contractor-provided quotation, the contractor shall clearly indicate what piece of equipment is being repaired or replaced per the equipment lists provided by the contractor. This quotation shall be sent via email to ICE.

Invoicing Specifications. Testing and Maintenance invoices shall be submitted only after acceptance by the ICE/OPR POC of the PTAPs and updated Equipment Lists and Inventories (after the end of each quarter). The invoice should be in Excel format and sent as an attachment by email.

Repair and Replacement invoices shall be submitted monthly. All completed work will be invoiced at the end of the month.

### 15.6. Maintain and Operate the Video Surveillance Program

A qualified individual shall be responsible for monitoring this system inside and outside the building. Considering that the videos will be recording residents who may be seeking asylum or other considerations under U.S. immigration law, the contractor is required to maintain the recordings and may not release them to anyone, unless approved by the CO in accordance with applicable Federal laws and regulations. All video/audio recordings are considered federal records and must be retained in accordance with ICE schedules. Any Video/audio recordings by law enforcement personnel and contractors performing law enforcement activities on behalf of the agency during the performance of their duties determined to have no evidentiary value, must be retained for 60 days. However, video/audio surveillance that is determined to have evidentiary value or have a high likelihood to become evidentiary in criminal, civil, administrative, or other legal proceedings (e.g., assault, use of force, etc.) must be retained for 3 years, if it is not associated with a case file. If the video becomes part of an investigation it is maintained in accordance with that schedule. NARA Records Schedule Number: DAA-0567-2023-0002.

Health Insurance Portability and Accountability Act (HIPAA) does not explicitly mention "video recordings," its rules for Protected Health Information (PHI) and Electronic PHI (ePHI) would still apply, for example, facilities should use technology to pixelate or blur sensitive information, such as computer monitors displaying patient records, whenever releasing recordings for non-medical requests.

### 15.7. Body Worn Cameras

To augment stationary cameras, the vendor shall propose a body-worn camera program to document detention guard interactions with detainees during periods of heightened risk (e.g. during transport, use of force activities, periods of unrest or disturbance, etc.). This proposal will be due post award on a schedule determined by the COR.

### 15.8. Mail Processing

The contractor shall utilize advanced scanning technologies to detect prohibited materials in

special correspondence mail without opening it, through imaging, chemical analysis, and other methods. The contractor's technology shall both detect and identify hazardous materials at trace levels. The contractor shall develop, implement, and maintain processes and policies related to the safe handling of mail and hazardous materials. The contractor shall establish and follow procedures to ensure that all facility staff use appropriate personal protective equipment (PPE) during the handling of incoming mail and hazardous materials. The contractor shall provide initial and recurring staff training on mail processing, including the identification and proper handling of hazardous materials.

## 16.0 Detention Management System

The contractor shall procure, install, and maintain an information system capable of electronically tracking and securely reporting to the ICE system of record in real time:

- Facility census to include but not limited to encumbered and available bed capacity,
- Detainee movements (i.e. intra-facility movements, book-ins/book-outs, and external movements including transportation, etc.), and
- All records related to detainee management and housing including, but not limited to detainee grievances and requests, detainee housing assignments, detainee classification, medical requests, appointments, segregated housing placements, use of force incidents, and other updates as requested by the COR.

The design of this system and contractor policies and activities shall abide by ICE system security, records management requirements (including record retention schedules), and detention management data requirements as directed by ICE Office of the Chief Information Officer (OCIO) / Law Enforcement Systems and Analysis (LESA) through the CO or COR.

## 17.0 Evacuation Plan

The contractor shall furnish emergency evacuation diagrams showing exit routes as well as 24-hour emergency evacuation procedures.

## 18.0 Administrative and Other Dedicated Space

### 18.1. Office and Other Workspace

The facility shall include office space for case processing, managing investigations, and management operations as outlined in the ICE Contract Detention Facility Design Standards, this PWS and the NDS. Workspace, able to accommodate cubicles shall also be included for officers and support staff.

All office, administrative, support and multiple use space shall be complete with appropriate electrical, communication, and phone/fax/video secure internet-based connections. VTC connections shall use an appropriate ICE circuit size as determined by the ICE Office of the Chief Information Officer.

Upon delivery, the ICE administrative space shall be clean, free from mold, climate controlled, with an individually controllable HVAC thermostat. The HVAC shall be engineered to meet facility standards to ensure the environment is maintained at levels described in this PWS, and it shall be maintained in accordance with operations and maintenance requirements.

The contractor will provide appropriate climate-controlled space for ICE to provide and install IT equipment for ICE administrative spaces as detailed in the OCIO Cabling Standard.

Administrative and support space for ICE staff. Including:

a. Offices
b. Workstations
c. File rooms
d. IT computer support rooms including specialized requirements for climate control of IT equipment
e. Employee break room
f. Conference room (with video teleconferencing [VTC] capability)
g. Secure file room
h. Copier/fax/printer/shredder area
i. Male restroom (not used/shared with aliens)
j. Female restroom (not used/shared with aliens)
k. Training room
l. Gym/exercise room (including male/female showers and lockers in separate rooms)
m. Firearms locker

The contractor is required to provide ICE office and support space. The ICE administrative space shall be separate from, but accessible to, housing units and the centralized visiting area.

The ICE administrative space shall be secure and inaccessible to contractor staff, except when specific permission is granted by on-site ICE staff. All ICE administrative and support space shall be cleaned daily (between the hours of 8 a.m. and 4 p.m.) by government-cleared contractor janitorial staff.

The contractor shall be responsible for all maintenance, security, janitorial, and environmental compliance costs associated with the ICE administrative space.

**Additional Requirements for ICE Administrative Office Space**

All furniture and case goods shall be new and furnished by the contractor as specified in the approved FF&E design package. Any systems furniture, such as cubicles, shall be new and electrically hardwired to the building electrical support by the contractor, and have bottom raceways for data and telecommunications. The systems furniture must have knockouts within the bottoms raceways as well as numerous grommets within the work surface. The system furniture must have some universal requirements for a workspace to include a desk, chair, desk storage, overhead storage (with locking flipper doors) and lighting capacity under the overhead storage.

Cubicles should be a minimum of 64 usable square feet, unless otherwise authorized by the COR. The government will provide and install IT equipment for government office spaces. The contractor is responsible for providing phone/fax/Internet/VTC services and responsible for the costs for such services.

All furniture provided by the contractor shall be reviewed and accepted by the COR prior to contractor ordering and installing. contractor will coordinate furniture installation with COR.

### 18.2. Office of the Principal Legal Advisor (OPLA) Space

Provide administrative and support space offices for OPLA. Offices must provide complete privacy (i.e. sound proofing) for attorneys to conduct court. See ICE design standards for anticipated staffing to bed capacity ratios for planning purposes.

### 18.3. Executive Office for Immigration Review (EOIR) Space

Refer to ICE/EOIR design standards for specific office and workstation sizes and specific furnishing requirements. The contractor shall provide adequate space to conduct virtual immigration court proceedings including IT system/space including specialized requirements for climate control of IT equipment, and flexible spaces to accommodate operations.

### 18.4. Parking Requirements

The contractor shall provide spaces for ICE employees to park in a secure surface area, suitable for the local environment and site conditions. Exterior secure areas require surveillance and other appropriate security devices to promote staff and contractor safety. While concrete may be utilized where feasible, alternative durable materials such as gravel or stone with proper drainage are acceptable when consistent with site-specific temperature and climate factors. The ICE employee parking area shall be well lit and shall drain well. The ICE employee parking shall have reserved spaces painted as directed by the COR or ICE Designated Service Official. The ICE employee car park should have an automated entrance and exit gate, operated by the contractor-provided building access badge system.

### 18.5. Training Space

#### 18.5.1. Defensive Tactics and/or Simulation Exercises

The contractor shall provide access to a dedicated training space suitable for conducting defensive tactics and simulation exercises. The facility must include adequate open areas with appropriate features to ensure the safety of participants during physical training activities. It shall be equipped with necessary training aids, such as mats, striking pads, simulation weapons, and other equipment to support realistic and effective training scenarios. The space must also include audiovisual capabilities for instructional purposes and the ability to configure the environment to replicate operational settings for simulation exercises. The space shall meet all applicable safety standards.

#### 18.5.2. Professional / Career Development Classes

The contractor shall provide access to a training space designed to support professional and career development classes for a minimum of at least 10% of the contractor's staff, including classroom-style instruction, workshops, and seminars. The facility must include adequate seating, tables, and workspaces to accommodate the number of participants, as well as audiovisual equipment such as projectors, screens, microphones, and internet connectivity to facilitate both in-person and virtual learning environments. The space shall be conducive to a professional learning atmosphere, with appropriate lighting, climate control, and minimal noise distractions.

### 18.6. Firearms Ranges

Where applicable, the contractor shall design and build an area for a firearms range suitable for conducting training, qualification, and proficiency exercises for personnel. The range must meet all applicable safety standards and regulations, including proper ventilation, soundproofing, and ballistic containment measures. Range will provide a minimum of 25 yards distance from shooter to target distance with a minimum of 12 shooting lanes. It shall accommodate a variety of firearms and be able to facilitate minimum ammunition types used by personnel and provide sufficient lanes and target systems to support individual and group training requirements. The facility must include appropriate lighting, site drainage, climate control as appropriate, weapons cleaning area, and storage for training equipment. contractor shall provide all FF&E required for the range, to include but not limited to seating, stainless steel tables, clearing barrels, trash cans, brass collection hopper, portable barricades for policy driven qualifications, one conex for non-sensitive storage. Adjacent structures are suitable if feasible and approved by the CO. The contractor shall comply with all requirements outlined in the ICE Facility Design Guide regarding the construction of classrooms and weapons training areas, including "mat rooms," as specified in the 'Compliance and Standards' section of this document. The range and armory (see below) will be used by ICE personnel and the contract detention-provider personnel--separate storage and secure spaces and access controls are required for each entity. The contractor shall not have access to ICE equipment or secure areas. Note: ICE may authorize other cleared government agencies to use the range and armory—in all such instances appropriate security and access protocols shall be employed at all times.

See Addendum: Firing Range Specifications for further detail.

### 18.7. Armory

The contractor shall provide an armory room capable of securely storing, maintaining, and issuing firearms, ammunition, and related equipment. The armory must meet all applicable federal, state, and local security and safety standards, including reinforced construction, controlled access systems, and appropriate environmental controls to prevent damage to stored items in accordance with the requirements outlined in the NDS. The facility shall include sufficient space for inventory management, maintenance activities, and the secure storage of weapons and ammunition. The contractor shall ensure proper accountability and tracking of all items stored within the armory and provide trained personnel to manage armory operations.

### 18.8. Command Center

The contractor shall provide access to a fully operational command center equipped to support mission-critical activities, coordination, and decision-making. The command center must include communication systems, secure network connectivity, and audiovisual capabilities to facilitate real-time information sharing and situational awareness. The facility shall be designed to accommodate workstations, briefing areas, and collaborative spaces, ensuring functionality for both routine operations and emergency response scenarios. The command center must meet all applicable security, safety, and accessibility standards, including provisions for controlled access and data protection.

### 18.9. Conference / Meeting Space

The contractor shall provide access to a conference room or meeting space that is conducive to in-person and virtual meetings and presentations. The space must be equipped with adequate seating, tables, and audiovisual capabilities, including but not limited to screens, teleconferencing

equipment, and internet connectivity to support virtual and in-person meetings. The conference room shall be available as needed to accommodate scheduled meetings, briefings, and other related activities.

### 18.10. Tactical Storage

The contractor shall provide access to a secure tactical storage space capable of accommodating the storage and organization of mission-critical equipment, gear, and supplies. The facility must include appropriate shelving, lockers, and storage systems to ensure secure management of items such as protective equipment and tactical gear. The storage space shall meet all applicable security standards, including controlled access measures, reinforced construction, and environmental controls to protect stored items from damage due to temperature, humidity, or other environmental factors. The facility must be organized to allow for easy inventory management and quick retrieval of equipment as needed.

### 18.11. IT Closet

The contractor shall provide access to an IT closet designed to securely house and support the operation of network and telecommunications equipment. The space must include appropriate racks, cable management systems, and power supply solutions, including uninterruptible power supply (UPS) systems, to ensure the reliable operation of IT infrastructure. The IT closet shall be equipped with proper ventilation, cooling systems, and environmental monitoring to maintain optimal operating conditions for equipment. The facility must meet all applicable security standards, including controlled access measures, to protect sensitive systems and data. Additionally, the IT closet shall be organized to facilitate efficient maintenance, upgrades, and troubleshooting of IT equipment as required.

### 18.12. Secure File Spaces

The contractor shall provide access to a secure file storages space designed to safeguard sensitive documents in compliance with applicable federal security standards. The spaces must include lockable filing cabinets or other secure storage systems capable of protecting physical files from unauthorized access, theft, or damage. The facility shall be equipped with controlled access measures, such as keycard systems or combination locks, and meet environmental standards to prevent degradation of stored materials due to temperature, humidity, or other factors. The secure file spaces must be organized to allow for efficient filing, retrieval, and inventory management of documents. Sufficient secure file space must be provided for OPLA, ERO, medical, and facility detention files.

### 18.13. Supply Warehouse

The facility shall include a warehouse area designed to store, manage, and distribute detention and office supplies in support of operational requirements. The warehouse must include sufficient space for organized storage, including shelving, pallet racks, and designated areas for bulk items, ensuring efficient inventory management and retrieval. The facility shall be equipped with appropriate environmental controls, such as ventilation, temperature regulation, and humidity control, to preserve the integrity of stored items. Security measures, including controlled access and surveillance systems, must be implemented to prevent unauthorized access or theft. Additionally, the contractor shall provide procedures for inventory tracking and accountability to ensure accurate supply management.

### 18.14. Property Storage Space

The facility shall include a secure property storage area for the safekeeping of detainee personal belongings. The storage area must include a secure organizational system to ensure proper accountability of items and shall include controlled access measures to prevent unauthorized access or tampering.

## 19.0 Armed Transportation Services

The contractor shall provide all such ground transportation services as may be required to transport detainees securely, in a timely manner, to locations as directed by the COR or ICE Designated Service Official, including the transportation of detainees to various appointments. Regular transportation to key sites shall be provided as necessary and additional transportation requirements as requested by the COR or ICE Designated Service Official. When transportation staff are not providing transportation services, the contactor shall assign the employees to supplement security duties, or other activities as approved by the COR. However, the primary function of these staff is transportation. Duties performed by these officers shall not incur any additional expenses to the Government.

The contractor shall assign, at a minimum, [redacted] of armed transportation officers whenever necessary throughout a 24-hour period, seven days a week, including weekends and holidays. The number of transportation teams shall be determined by the COR. When transporting detainees of the opposite sex, assigned transportation staff shall call in their time of departure and odometer reading; and then do so again upon arrival at their destination. A single transportation staff member may transport a single alien only in emergency situations, and only when that transportation member is of the same sex as the alien. Further, if there is an expectation that a pat search will occur during transport, an assigned transportation staff member of the same sex as the detainee(s) must be present to conduct the pat search.

The COR may direct the contractor to transport detainees to any specified location within approximately 250 miles, as required by the contract. Vehicles and transportation officers must meet applicable state and federal DOT and firearm laws. Locations outside the 250-mile radius require advance written approval from the COR, in accordance with the contract requirements. When the COR or ICE Designated Service Official provides documents to the contractor concerning the detainee(s) to be transported and/or escorted, the contractor shall deliver these documents only to the named authorized recipients or his or her designee. The contractor shall ensure the material is kept confidential and not viewed by any person other than the authorized recipient.

The contractor shall comply with all federal and state laws regarding inspections, licensing, and registration for all vehicles used for transportation. The contractor shall provide fully operational radios to each contract staff (including relief staff). The contractor shall maintain a serviceable, in stock, back-up quantity of radios that are adequate for all staff and enough to cover backup staff and/or repairs and downtime. Additionally, the contractor will have staff to monitor the radio traffic in real time and take appropriate action when needed.

The contractor shall transport a detainee to the hospital in an urgent medical situation and for medical appointments. Contract staff shall keep the detainee under constant supervision 24 hours per day until the detainee is released from the hospital or at the end of a medical appointment. The contractor shall transport the detainee back to the detention facility upon release.

ICE anticipates normal transportation requirements other than hospital visits and local needs. In addition to unspecified or miscellaneous locations, the facility must support transportation to and from locations as directed by ICE COR or ICE Designated Service Official. Transportation requirements will include facility transfers and movement of detainees to the flight line.

The contractor shall furnish suitable vehicles in good condition, approved by the government and in accordance with the most current version of NDS, or any modified version published by ICE. The contractor shall provide parking spaces at the facility for the transportation vehicles.

The contractor is not restricted from acquiring additional vehicles as deemed necessary; however, the acquisition of additional vehicles by the contractor shall be at no cost to the government. The contractor shall not allow employees to use their privately-owned vehicles to transport aliens. The contractor shall furnish vehicles equipped with interior security features in accordance with the most current version of NDS, or any modified version published by ICE. Vehicles furnished by the contractor shall be equipped with interior security features such as, but not limited to door lock controls, window locks, a wire cage with acrylic panel between the driver seat and the rear passenger seats and provide physical separation of aliens from transportation officers. The contractor shall provide the interior security specification of the vehicles to ICE for review and approval prior to installation or utilization. For vehicles with a capacity of 15 passengers (including the driver), or more, the driver shall operate the vehicle in accordance with the Commercial Drivers' License (CDL) manual or the highest prevailing standard and must always maintain complete control of the vehicle, obeying all posted traffic signs (including speed limits) and exercising extreme caution, reduced speed, and common sense when negotiating a steep grade or driving in inclement weather or hazardous road conditions.

Personnel provided for transportation services shall be of the same qualifications, receive the same training, complete the same background checks, and wear the same uniforms as other contractor detention officer personnel. Transportation officers shall have the requisite state licenses for commercial drivers with the proper endorsement limited to vehicles with automatic transmission and meet the federal and state licensing requirements.

All transportation detention officers shall be armed. Accordingly, all armed personnel must meet applicable Federal, State, and local firearm laws for every destination requested by ICE.

The contractor shall supply and maintain restraint equipment, per NDS 2025 Standard 1.2 "Transportation by Land." ICE personnel reserve the right to approve such restraint equipment, as well as the right to inspect such equipment.

Contractor tour of duties will comply with all applicable laws and ICE standards including, but is not limited to, the Federal Motor Carrier Safety Administration, CFR 395.5 - Maximum driving time and maximum on duty time for passenger-carrying vehicles (Hours of Service for Motor Carriers of Passengers | FMCSA (dot.gov)). Overnight lodging resulting from transportation services shall be approved in advance by the COR or ICE Designated Service Official; overnight lodging expenses shall be billed at rates not to exceed the applicable General Services Administration (GSA) per diem rates. Transportation shall be accomplished in the most economic manner and in accordance with the applicable GSA per diem rates. All travel shall occur in accordance with the Federal Travel regulation (FTR) and approved in advance by the COR or will not be reimbursed

The transport of detainees to and from various destinations by the contractor shall be performed

by the most economical and direct means, using traditional highways while being cognizant of local traffic conditions. Estimated anticipated routes and/or mileage will be provided to the COR for this requirement. Routes are for informational purposes only and do not in any means dictate future routes or frequencies. Refer to CLIN structure for tracking mileage. Mileage to and from vendor's depot will not be invoiced or reportable.

The contractor shall establish a fully operational communication system compatible with ICE communication equipment that has direct and immediate contact with all transportation vehicles and post assignments. The contractor shall provide a secondary form of communication in the event the primary form of communication becomes inoperable while in transit.

The transporting of aliens shall not be limited to any specific classification level and may potentially include juveniles and family units as part of support provided to local ICE field offices.

The contractor shall submit a monthly report to ICE Transport Analysis & Support (TRPAS) to include, at a minimum, the information required for every trip as indicated in the G-391 and a copy of the COR monthly report above. See Deliverables section. The G-391 Excel Upload Template and accompanying report will be emailed directly to the TRPAS office with a copy to the COR monthly within 5 business days post invoice acceptance by the COR for transportation services. The Government reserves the right to update the G-391 Upload Template or to provide updated means of uploading transportation data to fix issues, expand capabilities, and improve performance of the worksheet.

If ICE authorizes the contractor to use government furnished vehicles, the following requirements apply to this contract.

a. ICE will provide the contractor with government vehicles and government fleet cards (for the purchase of fuel) for the purpose of transporting aliens to and from ICE designated facilities, or alternative transportation sites. The vehicles assigned for this purpose will remain the property of the government, and all costs associated with the operation and use of the vehicles, such as, but not limited to, vehicle maintenance and fuel, will be covered by the government's Fleet Management Program.

b. The contractor agrees to be responsible for reimbursing ICE for any damage sustained by the vehicles because of any act or omission on the part of the contractor, its employees and or persons acting on behalf of the contractor. The contractor shall be responsible for promptly reporting any accidents or damage to the government vehicles in accordance with any ICE policies that pertain to reporting such damage. The contractor agrees to fully cooperate and assist ICE in making any claims against a third party at fault for causing the property damage to the government vehicles.

c. In addition, the contractor agrees to hold harmless, indemnify, and assume financial responsibility for any claims or litigations filed by persons sustaining personal injuries or property damage for incidents or accidents caused by the negligent acts or omissions of the contractor, agents, or other persons acting on behalf of the contractor. The contractor agrees to fully cooperate and assist ICE in the defense of any claims made against ICE, and in the event of a settlement or judgment entered against ICE for the negligent acts or omissions of the contractor employees or agents, the contractor agrees to reimburse ICE for said settlement or adverse judgment.

d. For ICE to maintain accurate fleet records of the transportation services, the contractor shall complete specific documentation that will be provided by ICE, to record the times of vehicle

usage for proper hourly guard reimbursement, and to record the inspection of the vehicles for damage each time the vehicles are used.

e. The COR will provide forms to the contractor to request and authorize routine maintenance of vehicles.

f. The contractor shall be responsible for any costs or expenses associated with the return of the vehicles, to include towing charges, title replacement fees, or licensing expenses made necessary by the loss of any paperwork associated with the vehicles.

At least one vehicle used to transport detainees must be ADA equipped to safely and humanely transport detainees with disabilities.

The transporting officers shall comply with all local, State and Federal motor vehicle regulations (including DOT, Interstate Commerce Commission, and Environmental Protection Agency), including, but not limited to:

- Wearing a seat belt when the vehicle is moving;
- Holding a valid CDL;
- Inspecting the vehicle, using a government-approved checklist and noting any defect that could render the vehicle unsafe or inoperable;
- Transporting detainees in a safe and humane manner;
- Verifying individual identities and checking documentation when transferring or receiving detainees;
- Driving defensively, taking care to protect the vehicle and occupants; and immediately reporting damage or accidents;
- Driving under the influence of drugs or alcohol is prohibited.
- Alcohol may NOT be consumed eight (8) hours immediately before any shift;
- Maximum driving time (time on the road) is governed by USDOT;

**20.0** On-Call Stationary Guard Services

The contractor shall provide on-call guard services as requested by the COR or ICE-designated official and shall include, but is not limited to, escorting and guarding aliens for medical or doctor appointments; hearings; ICE interviews; and any other remote location requested by the COR or designated ICE official. Qualified guard personnel employed by the contractor under its policies, procedures, and practices will perform such services. The contractor agrees to augment such practices as may be requested by ICE to enhance specific requirements for security, alien monitoring, visitation, and contraband control. Such assignments may include, but are not limited to, medical appointments of aliens. The alien shall be kept under constant supervision. Public contact is prohibited unless authorized in advance by the COR.

The numbers and frequency of these services shall vary, but to the extent possible, the COR or ICE- designated official shall notify the contractor four-hours in advance of such need and of a schedule for the remote post to be manned. The contractor shall provide, at a minimum, [redacted] for each remote post unless the COR specifies additional guards are required.

The following is applicable to the above posts:

1. All on-call posts require at least [redacted] that is of the same sex as the alien.
2. Additional officers for each post may be required at the direction of the COR.

3. All meals shall be provided by the contractor when the alien(s) are in the custody of the contractor.
4. The contractor is responsible for providing security and preventing escapes.

## 21.0 Required Administration and Management Services

### 21.1. Manage the Receiving and Discharge of Aliens

During the admissions process, aliens must undergo screening for medical purposes, have their files reviewed for classification purposes, submit to a standard body search, and are personally observed and certified regarding the examination, categorization, inventorying, and safeguarding of all personal belongings. This shall include fingerprinting of aliens.

The contractor shall ensure aliens are classified appropriately using objective criteria. Aliens will be classified upon arrival, before being admitted to the general alien population. The contractor will periodically re-classify aliens, in accordance with the ICE NDS.

### 21.2. Case Processing Specialists – Duties and Functions

The contractor shall provide contract Case Processing Specialists (CPS) to deliver case processing and administrative support to ICE ERO Field Offices. CPSs are not intended to conduct law enforcement, transportation, or armed guard functions.

#### 21.2.1. Detention Facility ERO Case Processing and Administrative Support

The contractor shall provide case processing and administrative support. Accordingly, the contractor shall:

- Provide trained personnel to supplement case processing and all peripheral activities, immigration records management, and document preparation.
- Ensure accurate and timely data entry into ICE systems.
- Coordinate with ICE officers to facilitate interviews, hearings, removals, and case updates.
- Maintain and update electronic and paper alien records in accordance with DHS policies and federal data security requirements.
- Provide other logistical and administrative support that alleviates administrative burdens from law enforcement officers.
- Participate in ERO provided training applicable to case processing and administrative support.
- Perform as a liaison with detainees and aliens regarding immigration related communications with ICE officers.
- CPSs may not conduct inherently governmental and federal law enforcement duties, including, but not limited to, obtaining sworn statements.

To complete the tasks, the contractor shall interface with ICE Headquarters staff, local Field Office staff including Field Office Directors (FODs), program staff, facility staff, other DHS and DOJ officials, and third-party service providers as needed.

#### 21.2.2. Program Management and Programmatic Support

Management personnel shall be available seven days a week from [redacted] in accordance with local field office requirements. Surge support after hours, including expanded breadth and depth of tasks, may be required. Contractor personnel must have experience and/or training reviewing ICE documentation including A-files and ICE databases, conducting

interviews to determine appropriate monitoring or detention conditions, and coordinating removal, transfer, or release from ICE custody. The contractor must provide personnel who have the required skills prior to assigning them to work under this contract. The contractor must establish and implement quality assurance procedures to validate work products assuring consistency of quality.

### 21.2.3. Case Processing and Docket Management

The contractor shall manage assigned administrative functions to ensure Alien Files (A-files) and ENFORCE Alien Removal Module (EARM/EADM) reflect a case status that is updated, accurate, and complete in preparation for EOIR appearances, USCIS adjudications, enforcement actions, or removal.

- Under the direction of ICE, assist ICE OPLA in obtaining criminal history checks and other supporting documentation as needed prior to court.
- Prepare, review, and manage case files, ensuring accuracy and completeness in all documentation.
- Maintain up-to-date case status records, court scheduling details, and case tracking logs.
- Assist with docket coordination for EOIR hearing schedules and ensure all appropriate documentation has been filed with EOIR.
- Assist with docket coordination for USCIS adjudications and ensure all appropriate documentation has been submitted to USCIS.
- Review appropriate paperwork for filing an Application for Stay of Deportation/ Removal, Order of Supervision (OSUP) or Own Recognizance (OR) reporting, Bond applications, or other documentation for completeness and accuracy. Note: contractors may not obtain sworn statements from aliens.
- Ensure all administrative applications are reviewed, A-files are updated, and docket officers timely notified for appropriate law enforcement action.

### 21.2.4. Data Entry and Records Management

- Accurately enter data into ICE systems, ensuring compliance with agency policies, protocols, and data integrity requirements.
- Coordinate with ICE to address data quality and integrity issues.
- Maintain and update electronic and paper-based case files, ensuring compliance with federal privacy laws.
- Retrieve, compile, and organize county, state, and federal court records, conviction documents, and support case materials from multiple databases, including Public Access to Court Electronic Records (PACER), and other government sources.
- Generate case status reports and monitoring dashboards.
- Retain and dispose of records according to applicable National Archives and Records Administration (NARA) Records Schedules requirements.
- Maintain an electronic health record (EHR), ensuring compliance with Health Insurance Portability and Accountability Act (HIPAA) and system of record notices (SORN) requirements

### 21.2.5. Detainee Communication

The contractor shall schedule interviews between detainees and ICE officers, consulates, and legal representatives for detained aliens to communicate with ICE for general questions, case updates, or resolve issues regarding their removal cases. Communication with all aliens will be in the alien's primary language. In addition, the contractor shall:

- Receive and coordinate with ICE to respond to detainee requests, grievances, or other communications. ICE retains responsibility for communicating with aliens about their immigration removal case.
- Maintain and log all communication sheets in an electronic format that captures pertinent information. At minimum, the log must include the alien's name, alien record number (A#), date, time, content of communication, copy of communication, resolution and date of response. The log must be made available to ICE upon request.
- Elevate any urgent or serious complaints or issues immediately to ICE. Complaints against the facility/facility personnel will be forwarded to ICE for awareness and response as appropriate. Contract staff may not respond to aliens about complaints about the facility/facility staff on behalf of ICE.

#### 21.2.6. Removal Management Assistance

Pre-Removal

In preparation for alien removal, transfer, or release from ICE custody, the contractor shall:

a) Manage administrative aspects of detained case management for immigration hearings, file updates and data entry.
b) Organize and prepare removal documents and coordinate with the ICE Field Office, ICE Air Operations, and the Juvenile and Family Management Division (JFMD) for scheduling removal and staging flights.
c) Ensure aliens scheduled for removal have the necessary documentation in A-files, i.e. Immigration Judge (IJ) order, I-205 prepared with photograph, and all removal package documentation is assembled per specific field office instructions.
d) Ensure I-216, property receipts, I-203s and other release, removal, or transfer documentation is prepared and accurate.
e) Ensure travel information, ICE Air scheduling and manifest(s) are completed, detention center release forms are prepared, and property inventories/receipts are ready on the scheduled time and day of departure.
f) Ensure detainees have necessary legal paperwork, seven-day supply of medications, property, and valuables before transfer or removal, including obtaining and verifying travel documents.

Post-Removal

a) Collect, review for completeness and accuracy, and file signed Form I-205 Warrant of Removal/Deportation departure verifications in A-file.
b) Ensure case is closed in EARM and file is transferred to the National Record Center for storage.

### 21.3. Discharge of Aliens

The contractor shall effectuate departures, which requires contractor employees to perform alien-related activity including but not limited to positive identification, documentation preparation and review, provision of any sack lunches required, transportation, escorting and returning all DHS documentation to the appropriate DHS supervisor upon completing the escort assignment. In addition, contractor employees shall, when required by proper authority, affirm, swear, and witness to all actions of effectuating departure that were accomplished, performed, carried out, and done in transactions involving the alien(s), when required in a legal setting, deposition, or court of law.

Aliens that are released should, prior to release, be given the opportunity to make a free phone call to arrange for pick up from the facility.

Aliens that are released shall be transported to a local airport, bus terminal, train station, or subway station prior to the time of the last departure to their destination, so the released individual would depart the same day, and not be required to spend time overnight in a transportation terminal. The time, point, and manner of release from a facility shall be consistent with safety considerations and consider special vulnerabilities.

If public transportation is within walking distance of the facility, aliens shall be provided with an information sheet that gives directions to and describes the types of transportation services available. However, the facility must provide transportation for any alien who is not reasonably able to walk due to age, disability, illness, mental health, or other vulnerability. In addition, the facility must provide transportation for any alien because of weather or other environmental conditions at the time of release that may endanger the safety of the alien.

If an alien resided in the local area near the facility prior to arrest and is released to the same local area upon release, they shall be provided with a list of shelter services available, along with directions to each shelter. ICE may provide the contractor with national resource information to be distributed by the contractor to aliens upon release. These include lists of resources such as national hotline information.

As practicable, aliens shall be provided with a laundered set of their own clothing, or one set of appropriately sized non-institutional clothing and footwear that is weather-appropriate for their destination.

## 22.0 Manage and Maintain a Commissary

A commissary shall be operated by the contractor as a privilege to aliens who will have the opportunity to purchase from the commissary at least once per week. All items available at the commissary must be approved by the COR. The commissary inventory shall be provided to the COR upon request. Notice of any price increases must be provided to the COR. The contractor may assess sales tax to the price of items if state sales tax is applicable.

Revenues shall be maintained in the facility commissary account and not commingled with any other funds. If funds are placed in an interest-bearing account, the interest earned shall be credited to the benefit of the aliens. Any expenditure of funds from the account shall only be made with the approval of the CO. Any revenues earned more than is required for commissary operations shall be used solely to benefit aliens at the facility. Using these funds for any expense for which the contractor is required to pay is prohibited. The contractor shall provide independent auditor certification of the funds to the COR every 90 days or at the request of the government.

At the end of the contract period, or as directed by the CO, a check for any profits remaining in this account associated with alien commissary purchases shall be made payable to the Treasury general trust fund. The contractor shall coordinate with the COR to return funds as required.

Aliens are permitted to receive funds from outside sources (i.e., from family, friends, bank accounts). Outside funds or those generated from work may be used to pay for products and services from the commissary.

## 23.0 Manage and Account for Alien Assets (Funds, Property)

The contractor is responsible for all alien personal property surrendered to the contractor by aliens or transferred to the contractor by DHS in association with an alien (e.g., stolen/misplaced goods due to contractor negligence and/or mishandling of alien personal property). The contractor shall have written policies and procedures in managing personal property.

The safeguarding of personal property will include: the secure storage and return of funds, valuables, baggage, and other personal property; a procedure for documentation and receipting of surrendered property; and the initial and regularly scheduled inventories of all funds, valuables, and other property.

Written procedures shall be established for returning funds, valuables, and personal property to an alien being transferred or released that adheres to the requirements of ICE policy. The contractor shall ensure that all aliens who are scheduled for either transfer or release are given all funds (in cash or check, whichever is deemed appropriate by the ICE COR or ICE Designated Service Official) immediately prior to leaving the facility. Confiscated foreign currency funds are to be returned to the alien. This includes the out-processing of aliens on all removal flights. For such removal flights, the contractor will provide all necessary items for removal processing.

## 24.0 Securely Operate the Facility

Staff responsible for lock maintenance shall receive training and be certified from a government-approved training program specializing in the operation of locks and locking mechanisms.

The contractor shall provide constant armed perimeter surveillance of the facility.

The contractor shall provide for all contingencies that would disable or circumvent security procedures at the facility (e.g. power failure, computer malfunction, etc.).

## 25.0 Establish and Maintain a Program for the Prevention and Intervention of Sexual Abuse/Assault

The contractor shall develop and implement a comprehensive sexual abuse/assault prevention and intervention program in accordance with ICE NDS, Standard 2.11, Sexual Abuse and Assault Prevention and Intervention, and all facility requirements of DHS PREA (Standards to Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities, 79 Fed. Reg. 13100 (Mar. 7, 2014), as outlined in Attachment 01f – Prison Rape Elimination Act Regulations. This program shall include training and/or information that is given separately to both staff and aliens.

## 26.0 Collect and Disseminate Intelligence Information

Policies and procedures for collecting, analyzing, and disseminating intelligence information regarding issues affecting safety, security, and the orderly running of the facility shall be developed. This information shall include but not be limited to gang affiliations; domestic terrorist groups; tracking of aliens having advanced skills in areas of concern (locksmiths, gunsmiths, explosives, and computers, etc.); narcotics trafficking; mail and correspondences; alien financial information; alien telephone calls; visiting room activity; and actions of high-profile aliens. The contractor shall share all intelligence information with the government.

## 27.0 ICE Notifications

The contractor shall immediately report all serious incidents as outlined in the detention standards to the field office director or designee and the COR. Serious incidents include, but are not limited to the following: activation of disturbance control team(s); disturbances (including gang activities, group demonstrations, food boycotts, work strikes, work place violence, civil disturbances/protests); staff uses of force including use of lethal and less-lethal force (includes aliens in restraints more than eight hours); assaults on staff/aliens resulting in injuries that require medical attention (does not include routine medical evaluation after the incident); fires; fights resulting in injuries requiring medical attention; full or partial lock-down of the facility; escape; weapons discharge; suicide attempts; deaths; declared or non-declared hunger strikes; adverse incidents that attract unusual interest or significant publicity; adverse weather; fence damage; power outages; bomb threats; high profile alien cases admitted to a hospital; significant environmental problems that impact the facility operations; transportation accidents (e.g., airlift, bus) resulting in injuries, death or property damage; and sexual assaults.

The contractor shall also document and notify the CO or COR of certain actions taken, pursuant to ICE policy (e.g., segregation placements, Disability Accommodation Notifications).

Pursuant to ICE instructions, the contractor shall counteract civil disturbances, attempts to commit espionage or sabotage, and other acts that adversely affect the normal site conditions, the security and safety of personnel, property, aliens, and the public.

## 28.0 Manage Computer Equipment and Services in Accordance with all Operational Security Requirements

The contractor shall comply with all federal security and privacy laws and regulations established to protect federal systems and data. The contractor shall inform all personnel of the confidential nature of ICE alien information.

The contractor shall restrict access to data information pertaining to ICE aliens to authorized employees with the appropriate clearance who require this information in the course of their official duties. In accordance with the Freedom of Information/Privacy Act, the contractor shall not disclose information pertaining to ICE detainees to a third party without written permission from the COR. When applicable, in accordance with the Health Insurance Portability and Accountability Act (HIPAA) and the Health Information Technology for Economic and Clinical Health Act (HITECH), the contractor shall not disclose personal health information obtained pertaining to ICE detainees without written permission. The contractor shall develop a procedural system to identify and record unauthorized access or attempts to access ICE alien information. The contractor shall notify the COR and ICE-Designated Service Official within four hours of a security incident.

## 29.0 Disciplinary System

The contractor shall enforce disciplinary actions against any alien who is not in compliance with the rules and procedures of the facility in accordance with applicable ICE NDS, or any modified version published by ICE, and applicable ICE policy.

The contractor shall input all disciplinary infractions and charges in the EADM system and

manage the Segregation Review Management System (SRMS) and update accordingly.

## 30.0 Food Service

### 30.1. Manage Food Service Program in a Safe and Sanitary Environment

The contractor shall operate a secure, sanitary food service program that provides detainees with nutritious meals meeting U.S. Recommended Daily Allowances (RDAs) and accommodates medical and religious dietary needs. Refer to NDS 2025 for a full list of Care requirements, or any modified version published by ICE.

The contractor shall provide aliens with nutritious, adequately varied meals, prepared in a sanitary manner, that meet dietary, medical, religious needs, etc., while identifying, developing, and managing resources to meet the operational needs of the food service program.

The contractor shall provide a sack meal for aliens in custody and those who are absent during any meal or planning for departure, or meals for aliens on certain travel routes (upon order by the ICE COR). Further, the contractor shall provide aliens with sack meals as requested by ICE Designated Officials or the COR. The contents of the sack meals must be approved by COR.

At the COR’s request, the contractor shall provide sack meals for aliens in ICE custody, but not yet on the contractor’s premises, in accordance with the contract requirements.

Any changes to approved menus and meals require advanced approval by the ICE COR.

### 30.2. Minimum Daily Calories

The contractor shall follow U.S. Department of Health & Human Services Dietary Guidelines for Americans www.dietaryguidelines.gov). *See* ICE NDS for further instruction.

Pregnant and lactating detainees shall receive additional caloric and nutritional support as medically indicated, consistent with NDS 2025 and Section 4.3 (Medical Care), including individualized dietary adjustments when prescribed.

All menus shall be certified annually by a registered dietitian.

## 31.0 Detention Spaces, Services, and Other Requirements

### 31.1. Language Assistance

The contractor is responsible for identifying detainees with limited English proficiency (i.e., who do not speak English as their primary language and who have limited ability to read, speak, write, or understand English) and providing them access to all facility programs and services through language assistance (accurate, timely, and effective communication) at no cost to the detainee. This should be accomplished through professional in-person, telephonic, or video interpretation and translation services or bilingual personnel. The contractor may utilize technological solutions using artificial intelligence (AI), such as machine learning translation or generative AI, to the extent practicable during non-critical communication (i.e., moderate degree of importance, urgency, and significance) or informal interactions with detainees. Machine Translation

Technology should be used to communicate the general concept of a request or topic during a discussion or review of a non-vital document. Examples of such communication include collecting or relaying basic and scripted information to or from a detainee during intake; having an informal conversation with a detainee in the housing unit; reviewing and responding to a detainee's non-English grievance or other request related to basic issues/concerns within detention; etc. If the contractor uses Wi-Fi connected technology, then the safety, security, and/or privacy risks will be assessed if any personally identifiable or other sensitive information is stored or shared. Oral interpretation or assistance should be provided for aliens who are illiterate or who speak a language in which written material has not been translated. The contractor shall secure and utilize its own contract for professional language services. If a contractor cannot accommodate a particular language via their own language services contract, ICE will provide support by offering contact information and resources to assist in securing necessary interpretation services at no additional cost. All facility postings and written materials provided to aliens shall generally be translated via professional language services into Spanish and other languages spoken by significant segments of the detained ICE population with limited English proficiency at the facility. Other than in emergencies, and even then, only until appropriate language services can be procured, other aliens shall not be used for interpretation or translation services. In such situations, the contractor must notify the COR within 24 hours of the emergency.

### 31.2. Disability Accommodations

a. Technical Requirements:
The contractor is required to identify detainees that have open, obvious, and apparent disabilities, including communication and mobility impairments, and provide assistance and reasonable accommodations, as requested by the detainee or third-party or needed as identified by facility staff, in accordance with NDS 2025 4.7, Disability Identification, Assessment, and Accommodation, or any modified version of the detention standards published by ICE.

b. Operational Requirements
The contractor must have their own sign language or certified deaf interpretation service. This should be accomplished through professional in-person, telephonic, or video interpretation. The contractor will provide auxiliary aids and services to detainees with communication impairments to ensure there is effective communication between the detainee and facility staff, and detainees and outside stakeholders, such as consulates, attorneys, and religious services providers. The contractor must have at minimum the following auxiliary assistive devices at the facility:

- Sound Amplifier
- Magnifying Glasses or similar
- Audio Reader technology
- Varying types of batteries for hearing aids
- Varying non-prescription strength eyeglasses

### 31.3. Religious Services and Other Programming

a. Space and Technical Requirements:

The detention facility shall provide dedicated space for religious services. The multi-purpose spaces for religious services shall accommodate multiple religious services per

week accommodating multiple faith groups sufficient to meet the needs of all aliens who want to participate and considering different classification levels and sexes.

b. Operational Requirements:

The contractor shall provide programming for detainees, including religious services and social programs. The contractor shall provide a dedicated Chaplain or religious service coordinator to provide all religious activities consistent with the requirements of NDS 2025.

The contractor shall provide dedicated space for religious services. The design and operation of this space shall be consistent with the requirements of NDS, or any modified version of the detention standards published by ICE. One multiple purpose space for religious services is not sufficient. The facility will provide one indoor multiple purpose area per 500 beds.

c. Facilitation of Religious Prayer and Worship Items

The contractor must maintain a stock of frequently requested religious worship or prayer items, such as religious scriptures/text of various faiths in various languages, rosaries, saint cards, prayer rugs, religious headwear, statues, etc.

If requested religious items are needed and not available within the facility, the contractor must facilitate the procurement of the items through in-kind donations from family/friends, religious community, or other non-governmental organizations, or by purchasing the items. Donated or purchased items to the facility may be retained by the facility upon a detainee's release or removal, if maintaining the items is not a sanitation concern (e.g. headwear worn by detainees should not be maintained). Donated items designated for a specific detainee at the time of the donation shall become the personal property of the detainee and may not be retained by the facility.

## 31.4. Legal Access

a. Space and Technical Requirements:

The facility shall provide private areas for in-person attorney-client visits equipped with phones, as well as spaces with video teleconferencing capabilities (in-person spaces can include video teleconferencing capabilities or facilities can opt for Virtual Attorney Visitation rooms/booths for video teleconferencing). See 16.0- Virtual Attorney Visitation Capability and Operation.

The detention facility shall provide space(s) for a law library that includes connectivity sufficient to allow computers with limited web access to load the ICE provided online law library via the ICE Portal (including websites referenced therein). The number of law library spaces shall be sufficient to accommodate each sex and classification level for a minimum of five (5) hours a week.

b. Operational Requirements:

The facility shall provide easy access to legal services and meet all requirements of NDS,

or any modified version of the detention standards published by ICE.

c. Staffing Requirements:

The facility shall provide law library coordinator staff with requisite training and/or certification in the following areas to support detained aliens' use of the library:

- Legal research materials and tools, including electronic law library media provided by ICE.
- Notary certification to provide free, notary services as needed Language services (including use of language line).

### 31.5. Virtual Attorney Visitation Capability and Operation

a. Space and Technical Requirements:

Virtual attorney visitation is a facility protocol that allows attorneys (or legal representatives) to contact the facility and schedule VTC visitation with their alien client(s) at least 24 hours in advance of the desired teleconference (at no cost to the attorney or alien).

The facility plant layout and design will accommodate virtual attorney visitation with a ratio of one booth per 100 detainees. The utilized space/room/booths must be private, allowing for confidential attorney-client conversations, and be equipped with video teleconference equipment and/or tablet(s) permitting both visual and audio communications. Phone booths should be soundproofed to at least the 30-35 decibel (dB) level to keep VAV conversations private.

The room/booths must also have a windowed door or other mechanism that allows observation.

b. Operational Requirements:

While the designated space and equipment can be utilized for other purposes, it is expected that virtual attorney visitation will be made available for at least eight (8) hours each day on weekdays and four (4) hours per day on weekends and holidays. See Attachment 01h – Virtual Attorney Visitation for all related requirements.

c. Virtual Court Hearings Capability

When not being utilized for legal visitation, the contractor shall also use the virtual attorney visitation rooms/booths to facilitate virtual asylum interviews, credible fear interviews, forensic competency evaluations, and/or DOJ EOIR Immigration Judge hearings (i.e., these rooms/booths should be set up to serve these multiple functions). If VAV rooms/booths are to supplement as additional court spaces, they must be in areas that can accommodate different sexes and/or classification levels. VAV court rooms/booths, accommodating up to 1 detained alien, may make up to half of the required court space with a ratio of one court space per one hundred and fifty (150) detainees. See 15.3 - Executive Office for Immigration Review (EOIR) Space.

## 31.6. Group Legal Orientation Space

a. Space and Technical Requirements:

The contractor shall provide multi-purpose spaces that can accommodate group legal orientation presentations. There shall be at least one multi-purpose space per 500 bed spaces. The space(s) shall accommodate no less than 40 aliens and include tables and chairs. The space(s) shall also be equipped with telephones with speakers and/or headsets, audio-visual equipment for presentations, and video-conferencing capability for virtual presentations.

b. Operational Requirements:

The multi-purpose spaces shall be made available for legal presentations for no less than two presentations for three hours in length (including group and individual orientations) per 500 detainees, three times a week (Monday through Friday). The spaces allocated shall be sufficient to accommodate orientations for all new alien book-ins in every sex and classification level.

## 31.7. Personal Hygiene

The facility shall provide detained aliens with regular changes of suitable and clean clothing, linens, blankets and towels while in detention, as well as the distribution of personal hygiene items consistent with requirements in NDS, or any modified version published by ICE.

## 31.8. ICE Detainee Telephone System (DTS)

a. Overview

The ICE designated ICE Communication Services (ICS)contractor shall be the exclusive provider of alien communications (phones, tablets) for this facility. The ICS contractor shall be allowed to install vending debit machines and shall receive 100 percent of all revenues collected by the sale of prepaid debit services. The contractor shall not be entitled to any commissions, fees, or revenues generated by use of the detainee telephone system.

b. Space and Technical Requirements:

Telephones shall be in an area that provides for a reasonable degree of privacy and a minimal amount of environmental noise during phone calls in accordance with the requirements under NDS or any modified version of the detention standards published by ICE.

c. Operational Requirements:

The ICS contractor shall be responsible for the costs incurred for installation of the equipment, any monthly telephone charges incurred from the operation of the detainee telephone system (DTS), and the maintenance and operation of the system.

If authorized to do so under applicable law, the contractor shall monitor and record detainee conversations. If detainee telephone conversations can be monitored under applicable law, the contractor shall provide notice to detainees of the potential for monitoring. However, the contractor shall also provide procedures at the facility for detainees to be able to place unmonitored telephone calls to their attorneys.

Telephone rates will not exceed the Federal Communications Commission rates for inmate telephone service, as well as state-established rates where applicable, and shall conform to all applicable federal, state, and local telephone regulations.

**31.9. Recreation**

a. Space and Technical Requirements:

The facility shall provide indoor and outdoor space for recreational activities appropriate for the anticipated detainee population and consistent with the requirements under NDS or any modified version of the detention standards published by ICE.

b. Operational Requirements:

The facility shall provide detainees with access to recreational programs and activities, held outdoors when available, within the constraints of the safety and security of the facility and consistent with the requirements under NDS. No more than 250 aliens shall be in one recreational space at any one time.

**31.10. Visitation**

The facility's perimeter will ensure that aliens remain within, and that public access is denied without proper authorization. Visitation and/or tours of the site/facility shall be conducted in accordance with the relevant provisions of ICE NDS or as directed by the CO or the COR. For the safety and privacy of any aliens who may be present at the site, no videotaping or audio recording devices are permitted by visitors or others (including contractor employees) within the secure perimeter without prior approval from the ICE Designated Service Official. This prohibition does not include approved closed-circuit television cameras operated by the contractor or the government for security purposes.

**31.11. Alien Voluntary Work Program**

*(Large Capacity Regional Detention Centers are required to offer a VWP unless otherwise directed by the COR. Processing sites may offer a VWP; however, it is not required under this PWS)*

The contractor may develop an alien voluntary work program plan. Prior to implementation the program plan must be approved by the CO. Aliens participating in the voluntary work program are not considered facility and/or government employees and are not entitled to wages or benefits under applicable federal wage laws, state minimum wage laws, or labor regulations. Alien labor shall be used in accordance with the approved alien voluntary work program and shall receive a stipend of no less than $1 day. The alien work plan must be voluntary, and may include work assignments for industrial, maintenance, custodial, service, or other jobs. The alien work program shall not conflict with any other requirements of the contract and must comply with all federal

and state applicable laws and regulations.

Aliens shall not be used to perform the responsibilities or duties of an employee of the contractor. Alien duties shall be used to assist and shall not be used as a substitute to perform the role of a contractor employee. Aliens shall not be used to perform work in areas where sensitive documents are maintained such as designated ICE workspace. Appropriate safety/protective clothing and equipment shall be provided to alien workers. Aliens shall not be assigned work that is considered hazardous or dangerous. This includes, but is not limited to, areas or assignments requiring great heights, extreme temperatures, and unusual physical demands. The contractor shall supply sufficient detention officers to monitor and control alien work details. Unless approved by the COR, these work details must be within the security perimeter.

It will be the sole responsibility of ICE to determine whether an alien will be allowed to perform on voluntary work details and at what classification level. All aliens shall be searched when they are returned from work details.

## 32.0 Health and Medical Care Services

### 32.1. Space Requirements:

The contractor shall provide adequate space for health services, to include office and support space within the medical clinic. The facility must include sufficient space for services such as infectious disease screening and treatment; emergent, acute and chronic care; on-site sick call; medical housing (infirmary), dental services; mental health services; and an on-site pharmacy. Space provided shall be adequate to account for the needs of the full anticipated population.

Medical staff shall have space available for secure storage of medical records. Spatial and equipment requirements for medical record storage rooms shall comply with the IHSC Design Standards.

### 32.2. Health and Medical Care Policies

The contractor shall comply with written policies and procedures for appropriately addressing the health needs of aliens in ICE custody. Written policies and procedures shall include, but not be limited to, the following:

a. Policies and procedures for prompt summoning of emergency medical personnel.
b. Policies and procedures for evacuation of aliens, if deemed necessary by qualified medical personnel.
c. Policies, procedures, and post procedures for duty officers to ensure that medical emergencies are recognized and promptly attended to.

### 32.3. Health Services Overview

The contractor is responsible for providing all medical services for this contract.

The contractor shall furnish on-site health care as defined by the Facility Local Health Authority (usually the Health Administrator). The contractor shall not charge any ICE detainee a fee or co-

payment for medical services or treatment provided at the facility. In accordance with 18 USC 4006(b)(1), the contractor shall not charge the government more than would be paid "for the provision of similar health care items and services under the Medicare program under title XVIII of the Social Security Act." The contractor shall ensure that ICE detainees receive no lower level of onsite medical care and services than those spelled out in the current applicable ICE detention standards and based on community standards of care.

The contractor shall be responsible for providing culturally competent and trauma-informed health care services for all ICE detainees at the facility in accordance with the applicable ICE detention standards, ACA standards, and any other accreditation standards, which refers to formal certification by authorized organizations confirming compliance with established health care service standards that are in place at the time of award of this agreement or incorporated through modification.

The contractor must provide detainees with access to medical services, preferably on-site, or via telemedicine, with minimal waiting times for community providers. Note, Telehealth cannot be used for daily mental health treatment for patients on suicide watch. Also, Tele-Behavioral Health cannot be utilized to remove or change suicide precaution. Additionally, all mental health providers shall have the highest-level clinical certification and/or license in their profession within the state where the provider is practicing, except as otherwise provided herein. Services provided shall include but are not limited to, intake arrival screening; infectious disease screening and treatment; emergent, urgent, acute, chronic, and emergency care; on-site sick call; treatment of minor injuries; treatment of special needs; providing mental health services; dental services to include dental health assessments; participating in quality improvement and risk management activities; and provision of over the counter and prescription medications:

a. On-site health care personnel shall perform initial medical screening within 12 hours of arrival to the facility. Each detainee shall be given an opportunity to shower and shall be issued clean clothing, bedding, towels, and personal hygiene items. Arrival screening shall include, at a minimum, testing for TB infection and/or disease, and the elicitation and recording of past and present medical history (mental and physical, dental, pregnancy, lactation or post-partum status, history of substance abuse, screening questions for other infectious disease, and current health status including any physical or developmental disabilities or impairments):

    1) Elicitation of a history and provision of required vaccinations for ICE detainees per the Centers for Disease Control and Prevention (CDC) and the Advisory Committee for Immunization Practices (ACIP) recommendations is a requirement of all contractors providing health care services for ICE detainees, at a minimum to address the population that are the highest risk (e.g., Diabetics, HIV, Cancer, Seizure, Heart Disease, Asthma, Cancer and over the age of 50, pregnant females and other special populations), as well as those necessary to address pandemic events according to guidance provided by ICE and as recommended by the CDC.

    2) Measurement of height, weight, and a complete set of vital signs (BP, P, R, and T) shall be completed during initial screening. Blood sugar and pulse oximeter O2 readings may be necessary dependent upon specified diagnosis or current medical concern exhibited or verbalized by the detainee and observed by medical provider; and detainee responding in the affirmative shall be sent for evaluation to a qualified, licensed health care practitioner as quickly as possible, but no later than two calendar days.

3) Pregnancy screening shall be completed during initial screening to ensure all female detainees/residents ages 10-56 complete a pregnancy test. The FOD will be notified immediately regarding females determined to be pregnant, but no later than 72 hours after such determination. The (Field Medical Coordinator) FMC and other IHSC personnel will coordinate with the Assistant FOD and /or FOD in ensuring that detention facility staff are aware of these notification requirements pursuant to ICE Directive 11032.4: Identification and Monitoring of Pregnant, Postpartum, or Nursing Individuals.

b. A full health assessment to include a history and physical examination shall be completed within the first 14 days of an adult detainee arrival unless the clinical situation dictates an earlier evaluation. Detainees with chronic medical, dental, and/or mental health conditions shall receive prescribed treatment and follow-up care with the appropriate level of provider and in accordance with the ICE detention standards, ACA standards, and any other accreditation standards, which refers to formal certification by authorized organizations confirming compliance with established health care service standards.

c. The contractor shall utilize the following IHSC-developed screening tools: Intake, comprehensive health assessment (i.e., 14-day physical examination), Mental Health Assessment, or equivalent:

1) The contractor shall offer the following discretionary mental health screening tools to direct patient care providers: Columbia-Suicide Severity Rating Scale (C-SSRS), Patient Health Questionnaire (PHQ)-9, General Anxiety Disorder (GAD)-7, Mini Montreal Cognitive Assessment (MoCA), full MoCA, World Health Organization (WHO) Disability Assessment; Additional evidence-based screening tools can also be used at the discretion of the contractor;

2) The contractor shall add a data-field to relevant screening and assessment forms indicating that a qualified mental health provider (QMHP) has reviewed available medical records and will document which records specifically have been reviewed;

3) Within the EHR, the contractor shall implement a built-in prompt, or equivalent, to auto-refer a non-citizen for a Mental Health Assessment following a positive intake screening or comprehensive health assessment;

4) Contractors operating in Arizona, California, and Washington, shall add an EHR data field requiring the QMHP to indicate whether the non-citizen meets designated medical criteria (see section, Serious Mental Illness) after each mental health visit. If the QMHP determines the non-citizen does not meet the designated medical criteria, the QMHP will document the rationale.

d. The contractor shall ensure that its healthcare system/employees solicit and triage detainees' requests for healthcare (sick call) daily and that this is tracked through a written system of accountability and within the health record with care delivered per current ICE detention standards, ACA standards, and any other accreditation standards, which refers to formal certification by authorized organizations confirming compliance with established health care service standards.

e. Upon receipt of an authorization to transfer a detainee from ICE/ERO to another facility, the medical provider shall prepare and provide a Medical Transfer Summary or equivalent form that includes at minimum: current medications, current diagnoses, scheduled and/or medically indicated appointments and consultations (to include any referred community specialty care appointments), and medical equipment for continuity of care. (IHSC Form 849).

1) Transporting Officer: the transport officer shall review the Medical Transfer Summary, or equivalent form for completeness and to make sure he or she has the supplies required to provide any in-transit care that is indicated. The Transporting Officer is responsible for delivering the Medical Transfer Summary or equivalent to the medical provider at the receiving facility and shall advise them of any medical interventions provided to the detainee in transit.

f. The facility mental health program shall include appropriate group counseling, individual talk therapy, peer-support groups, and psychiatric services to meet the needs of the population. The facility will provide adequate spacing for group counseling and other behavioral health groups. The contractor shall furnish mental health evaluations as determined by the Facility Local Health Authority and in accordance with the current applicable ICE detention standards, ACA standards, and any other accreditation standards, which refers to formal certification by authorized organizations confirming compliance with established health care service standards. The FMC and Behavioral Health Case Manager (BHCM) will review policies as a part of the annual site visit to ensure the policies align with the detention standards and IHSC's expectations for optimal patient care and services.

The contractor is required to provide prescribed medications. The contractor may acquire these medications not included amongst the stock medications kept in the facility pharmacy through an IHSC network pharmacy. Prescribed medications include formulary medications per the current IHSC Formulary and approved nonformulary medications (e.g., IHSC Form 943 or equivalent). Formulary medications include approved vaccinations. All travel medications must be provided per ICE policies. ICE will only cover cost associated with medications provided by IHSC network pharmacies.

In accordance with detention standards, the contractor may approve a list of non-prescription medications available to detainees outside of health services (e.g., sold in commissary). IHSC does not reimburse non-prescription medication services outside of health services. Facility Care Levels are based on the level of care required by ICE. The contractor will maintain adequate medical and behavioral health staff as well as facilities and equipment to provide the following services at a minimum:

<u>Facility Care Level 4-Large-Scale Detention-Baseline Clinical Capabilities</u>

All large-scale detention facilities shall provide Facility Care Level 4. The contractor shall medically manage complex, chronic medical or mental health conditions that require frequent clinical interactions to maintain control or stability of the condition to include assistance with activities of daily living (feeding, toileting, bathing and hygiene). The facilities help prevent hospitalization or further medical complications. Facility Care Level 4- Baseline Clinical Capabilities require:

**1. Evaluation and Management**

- Comprehensive history and physical exams
- Diagnosis and management of common acute and chronic conditions (e.g., hypertension, diabetes, asthma, HIV and other infections)

- Management of activities of daily living (ADLs) in the MHU

**2. Minor Procedures**
- Simple wound care and dressing changes
- Suturing of uncomplicated lacerations
- Removal of superficial foreign bodies
- Incision and drainage (I&D) of simple abscesses
- Cryotherapy for skin lesions (e.g., warts)
- Basic joint injections and aspirations

**3. Medication Administration**
- Intramuscular (IM) and subcutaneous (SQ) injections (e.g., vaccines, antibiotics)
- Oral and topical medications; limited IV medication administration based on pharmacy capacity for availability/preparation of IV medications.

**4. IV Fluids**
- Administration of IV fluids for mild dehydration or acute illness
- IV medications (limited; more complex cases usually referred to higher-level care)

**5. Imaging**
- Chest x-rays with interpretation
- Other x-rays as appropriate with interpretation
- Limited ultrasound (i.e. doppler)

**6. Point-of-Care Testing**
- Metabolic panels, complete blood counts (CBC), lipid panels
- Rapid strep, flu, COVID-19 tests
- Urinalysis
- Blood glucose monitoring
- Pregnancy tests

**7. Preventive Care**
- Immunizations
- Screening tests (e.g., cholesterol, blood pressure, cancer screenings)
- Health education and counseling

**8. Basic Emergency Stabilization**
- Initial management of acute allergic reactions (e.g., epinephrine administration)
- Basic airway management (oxygen, bag-valve-mask)
- Initial stabilization prior to transfer for higher-level care

**9. Other Services**
- Routine ECGs with interpretation
- Basic vision and hearing screening
- Local healthcare infrastructure: EMS and ED services easily accessible, transport to ED within less than 30 minutes; specialty care services within the local community to include at minimum: dialysis centers, OB/GYN, orthopedics, cardiology.

**Limitations**
- **Advanced procedures** (e.g., complex suturing, advanced airway management, major trauma care) are typically not performed.
- **IV therapy** is usually limited to short-term, uncomplicated cases.
- **Imaging** (e.g., ultrasound) may not be available on-site.

<u>Facility Care Level 4- Large-Scale Detention Facilities-Baseline Behavioral Health Capabilities</u>

All large-scale detention facilities shall provide Facility Care Level 4 Baseline Behavior Health Capabilities including: MHU/infirmary beds for medical and mental health, 24-hour RN onsite coverage, enhanced mental health service; Detainee considered high priority/ high risk; Functioning severely

impaired; Increased SMI population with ability to manage significant number of SMI detainees; Suicide precaution rooms..

- MHU/Infirmary beds for mental health
- 24-hour RN onsite coverage
- Enhanced mental health services,
  - Individual & group therapy
- Detainee considered high priority/high risk
- Patient functioning severely impaired
- Increased SMI population with ability to manage significant number of SMI detainees
- Suicide precaution rooms
- Psychiatry services available through tele-health or onsite, available 24/7 on-call
- On-site BHP 7 days a week with 24/7 on-call availability
- Intramuscular (IM) and subcutaneous (SQ) injections (e.g., long-acting antipsychotics, chemical restraints)
- Oral medications

Facility Care Level 3-Processing Facilities-Baseline Clinical Capabilities Facility

All processing facilities shall provide Facility Care Level 3 - Baseline Clinical Capabilities. The contractor shall medically manage stable patients suitable for outpatient care requiring regular clinical interventions and clinician evaluations monthly to every 3 months. These facilities have access to enhanced medical resources, through consultations with specialty services by medical specialists in the local community.

1. **Evaluation and Management**
   - Comprehensive history and physical exams
   - Diagnosis and management of common acute and chronic conditions (e.g., hypertension, diabetes, asthma, HIV and other infections)
   - Limited management of activities of daily living (ADLs) in the MHU
2. **Minor Procedures**
   - Simple wound care and dressing changes
   - Suturing of uncomplicated lacerations
   - Removal of superficial foreign bodies
   - Incision and drainage (I&D) of simple abscesses
3. **Medication Administration**
   - Intramuscular (IM) and subcutaneous (SQ) injections (e.g., vaccines, antibiotics)
   - Oral and topical medications
4. **IV Fluids**
   - Administration of IV fluids for mild dehydration or acute illness
   - IV medications (limited; more complex cases usually referred to higher-level care)
5. **Imaging**
   - Chest x-rays with interpretation
   - Other x-rays as appropriate with interpretation
6. **Point-of-Care Testing**
   - Metabolic panels, complete blood counts (CBC), lipid panels
   - Rapid strep, flu, COVID-19 tests
   - Urinalysis
   - Blood glucose monitoring
   - Pregnancy tests

7. **Preventive Care**
   - Immunizations
   - Screening tests (e.g., cholesterol, blood pressure, cancer screenings)
   - Health education and counseling
8. **Basic Emergency Stabilization**
   - Initial management of acute allergic reactions (e.g., epinephrine administration)
   - Basic airway management (oxygen, bag-valve-mask)
   - Initial stabilization prior to transfer for higher-level care
9. **Other Services**
   - Routine ECGs with interpretation
   - Basic vision and hearing screening
   - Local healthcare infrastructure: EMS and ED services easily accessible, transport to ED within less than 30 minutes; specialty care services within the local community to include at minimum: dialysis centers, OB/GYN, orthopedics, cardiology.

**Limitations**

- **Advanced procedures** (e.g., complex suturing, advanced airway management, major trauma care) are typically not performed.
- **Imaging** (e.g., ultrasound) may not be available on-site.
- **Limited ADL management** (e.g. limited ability for feeding, bathing)

<u>Facility Care Level 3- Processing Facilities-Baseline Behavioral Health Capabilities</u>

Care Level 3 facilities for behavioral health shall provide: 24-hour RN onsite coverage; enhanced mental health services; Detainees are at a moderate priority/moderate risk; functioning moderately impaired. Moderate capacity to manage SMI population.

- 24-hour RN onsite coverage
- Enhanced mental health services
- Detainees are at a moderate priority/moderate risk
- Functioning moderately impaired
- Moderate capacity to manage SMI population
- Psychiatry services available through telehealth or on-site, 24/7 on call availability
- On-site BHP 7 days a week, with 24/7 on-call availability
- Suicide precaution rooms
- Intramuscular (IM) and subcutaneous (SQ) injections (e.g., long-acting antipsychotics, chemical restraints)
- Oral medications

### 32.4. Medical Care Expenses and Reimbursement

All costs associated with the medical care provided by the vendor must be included in the pricing for this contract. On-site radiology imaging, routine labs and Clinical Laboratory Improvement Amendments (CLIA) waived testing will be a requirement of the contractor. Off-site labs must be approved through the Medical Payment Authorization Request (MedPAR) referral or waiver processes established by IHSC and the off-site lab provider will be reimbursed through IHSC's claim processing third-party administrator (TPA). All routine medical supplies will be provided by the contractor and must be included in the pricing for this agreement. The following are not

included in the pricing: off-site specialty care, offsite emergent care, hospitalizations, approved formulary and non-formulary network pharmacy purchases of medications and patient specific durable medical equipment (DME). All non-IHSC formulary medications are approved for purchase via retail network pharmacies. All non-formulary medications require approval by IHSC medical authority or designee. High value medications which cost above $5,000 require approval by the CO, in consultation with the IHSC medical authority or designee. Retail purchases are only allowed by authorized health staff as designated through the position description submitted by the contractor. DME identified as clinically necessary by a medical provider and approved by an IHSC Regional Clinical Director (RCD) or designee, will be made available through the MedPAR referral system or purchase card process with the assistance of the IHSC FMC, or designee as needed.

## 32.5. Standards of Medical Care

### 32.5.1. Evidence-based Standards of Medical Care

The contractor is responsible for providing resources for evidence-based standards of medical care which can be used as a guide for treatment of most diagnosed health care concerns. The contractor must follow the IHSC Tuberculosis Clinical Practice Guidelines for the evaluation and treatment of suspected or confirmed tuberculosis patients. All other conditions, the contractor shall establish and make available to the government its proposed evidence-based standards of medical/mental health care within 90 calendar days from the contract award. See examples of resources below:

IHSC Sample Clinical Practice Guidelines (To Be Provided Upon Request):
a. HIV
b. Asthma
c. Hepatitis C
d. Hypertension
e. Sickle Cell Disease

## 32.6. Credentialing Requirements:

The contractor must have a process in place to ensure that all health care providers utilized for the care of ICE detainees are credentialed, to include primary source verification, current licensure, certifications,, and/or registrations within the State and/or City where they treat the detained population, and up-to-date inquiry regarding sanctions or disciplinary actions from prior practices (i.e., National Practitioner Data Bank).

The contractor will maintain written documentation confirming that everyone providing services under this agreement has and maintains requisite credentials. Any change in status regarding any credentialing requirements must be reported in writing by the contractor to ICE and the IHSC FMC within seven business days. The contractor shall ensure the following medical personnel maintain valid, active, permanent, full, independent, and unrestricted credentials in accordance with State law:

a. Licensed Independent Provider (LIP): An LIP is defined as an individual, as permitted by law and regulation, and by the organization, to provide care and services without direction

or supervision within the scope of the individual's license and consistent with the privileges granted by the organization.

1) Physicians: Medical Doctor (MD), Doctor of Osteopathy (DO);
2) Dentists: Doctor of Dental Surgery (DDS), Doctor of Dental Medicine (DMD);
3) Psychologists: Doctor of Psychology (PsyD or PhD) in Clinical or Counseling Psychology from a graduate program in Psychology accredited by the American Psychological Association:
    i. At least, two (2) years of supervised experience in Clinical, Counseling, or Health Psychology; and
    ii. Meet requirements for inclusion in the National Registry of Psychologist Providers if graduated after 1 January 1982.
4) Social Workers: Licensed Clinical Social Worker (LCSW) requirements:
    i. Successful completion of a Master of Social Work (MSW) from a graduate program accredited by Council on Social Work Education (CSWE); and
    ii. The clinical social worker license must be the highest clinically independent licensed clinical social work designated by the licensing board where it was received; and
    iii. A minimum of three years post-independent licensure clinical experience providing independent clinical assessment, diagnosing using the DSM-V-TR (and any future DSM publications) and developing clinical treatment plans without supervision; and
    iv. Provide documentation/transcripts demonstrating clinical work within completed graduate program requested; and
    v. Must complete 20 hours of Continuing Education Units (CEUs) annually approved by the American Psychological Association (APA) or National Association of Social Workers (NASW); Additional CEU hours may be obtained by another sponsoring equivalent; and
    vi. Shall maintain membership with licensing board associated with clinical license and submit required completion of CEUs to the licensing board annually as required; Membership with the state or territory clinical licensing board is required.
5) Licensed Clinical Professional Counselors (LCPC)/Licensed Clinical Mental Health Counselors (LCMHC)/Licensed Professional Mental Health Counselor requirements:
    i. Education: Hold a master's or doctoral degree in: Clinical Mental Health Counseling; Clinical Rehabilitation Counseling; Clinical Mental Health Counseling and Clinical Rehabilitation Counseling; or a related field, from a program accredited by the Council on Accreditation of Counseling and Related Educational Programs (CACREP). Examples of related mental health counseling fields include but are not limited to Addiction Counseling; Community Counseling; Gerontology Counseling; Marital, Couple, and Family Counseling. CACREP defines the date when graduates are considered to have graduated from a CACREP accredited program. Additional information may be obtained from http://www.cacrep.org/directory/. NOTE: Traditional Rehabilitation counseling programs that are accredited by CACREP do not meet the LPMHC qualification standards as Traditional Rehabilitation counseling differs from Clinical Rehabilitation counseling; and
    ii. Must hold a full, current, and unrestricted license to independently practice as a Licensed Professional Mental Health Counselor (or other acronym from above), which includes diagnosis and treatment; and

iii. A minimum of three years post-independent licensure clinical experience providing independent clinical assessment, diagnosing using the DSM-V-TR, and developing clinical treatment plans without supervision.

6) Mental Health Providers can only be Clinical Psychologist, Licensed Clinical Social Workers (LCSWs), or Licensed Professional Clinical Counselors/Licensed Clinical Professional Counselors/Licensed Clinical Mental Health Counselors, etc. (LPC/LPCC/LCPC/LMHC/LCMHC); No Licensed Marriage and Family Therapists (LMFTs) unless explicitly designated by ICE as a family residential center (FRC). Exceptions can be made for LMFTs in a non-FRC ICE detention facility on a case-by-case basis.

Appropriate licensure ensures ability to conduct mental health evaluation, provide clinically appropriate mental health and substance abuse treatment (i.e. psychotherapy – individual or group; clinical counseling, etc.), mental health diagnosis, segregation monitoring, SMI designations ‘and monitoring, and assessing suicidality/homicidal risk, suicide watch contacts, etc.

b. Licensed Supervised Provider (LSP): An LSP is defined as an individual, as permitted by law and regulation, and by the organization, to provide care and services under a Collaborative Practice and Prescriptive Authority Agreement (CP/PAA).

1) Physician Assistants (PA-C);
2) Nurse Practitioners: Adult Nurse Practitioner (ANP), Advanced Practice Registered Nurse (APRN), Certified Nurse Practitioner (CNP); and
3) Clinical Pharmacist.

c. Licensed Dependent Provider (LDP): All licensed or certified healthcare providers that do not fall under the category of LIP or LSP are considered LDPs.

1) Registered Nurse (RN);
2) Dental Hygienists (DH);
3) Licensed Vocational Nurses (LVN) or Licensed Practical Nurses (LPN);
4) Certified Nursing Assistants (CNA); and
5) Certified Medication Aid (CMA).

**32.7. Basic Life Support (BLS) Certification and Medical Emergency Response:**

All medical staff shall achieve and maintain BLS certification via a widely recognized certifying body (e.g., American Heart Association, American Red Cross). BLS courses that do not require instructor-led skills training are not acceptable.

All training and drills pertaining to fire, man down, mass disaster, emergency evacuation, and/or life safety must be conducted in accordance with the applicable ICE standard, to include accreditation standards (e.g. ACA), if required.

All facility staff shall receive, at minimum, initial and annual training on the following:

a. Response to health-related emergencies within 4-minutes;
b. Cardiopulmonary resuscitation (CPR);
c. Automated external defibrillator (AED) use;
d. Emergency first aid;

e. Signs of potential health emergencies and required response;
f. Methods of obtaining emergency medical assistance;
g. Signs and symptoms of mental illness and suicide risk;
h. Plan and procedures for providing emergency medical care including, when required, the safe and secure transfer of detainees for appropriate hospital or other medical services;
i. All other emergency response requirements as outlined in the applicable ICE standard, to include accreditation standards (e.g. ACA), if required; and
j. Any training that occurs more frequently than initial and annual must be adhered to as outlined in the applicable ICE standard, to include accreditation standards (e.g. ACA), if required.

**32.8. Off-site Medical Care and Reimbursement**

IHSC reimburses community providers for health care services of a detainee in ICE custody via IHSC's TPA, who issues payment on behalf of ICE according to U.S. Code Title 18, Part III Chapter 301, section US Code 4006: Subsistence for prisoners. Authorized payments for health care services are reimbursed and shall not exceed Medicare reimbursement rates (reimbursement of services is only authorized for dates of service wherein detainees are in ICE custody).

The contractor shall not charge any ICE detainee a fee or co-payment for medical services or treatment provided at the off-site facility.

The Health Authority of the contractor shall notify ICE and the FMC as soon as possible if emergency off-site care was or will be required; and in no case more than 72 hours after the detainee received such care.

The contractor is responsible for access to hospital and specialty medical care/services for detainees in ICE custody. The contractor initiates and completes letters of recruitment as outlined by IHSC with potential community hospitals and providers for provision of medically necessary health services and enrollment in IHSC's provider network. The contractor routes all complete letters of recruitment through the FMC. IHSC is responsible for completion of recruitment and enrollment processes.

The contractor is responsible for timely entry of all MedPAR/referral requests for provision of community health services for detainees, into the IHSC MedPAR version 2 System (MPv2S) by designated and trained MPv2S end-users. The IHSC MPv2S is a web-based system in which authorized users submit requests for reimbursable health care services to IHSC for authorization.

Any removal of a community provider from the IHSC provider network will be communicated by the FMC via email to the contractor & related stakeholders. Upon notification of removal, the contractor is not authorized to refer a detainee in ICE custody for medical services to the removed community provider, nor is the removed community provider authorized to render services to detainees in ICE custody.

Additionally, contractor requirements are as follows:

a. Provide and maintain a comprehensive, current list of hospitals and community providers that includes the outlined data:
   1) Provider Name
   2) Physical Address (for transport)

3) Specialty type
4) Contact information as applicable (person of contact's first & last name, phone, email, fax and mailing address) related to:
   i. making appointments
   ii. medical record requests
   iii. billing/claims communications
5) Billing NPI#; tax ID/Employer Identification Number (EIN)

b. The contractor shall ensure any staff who need access to the IHSC MPv2S to electronically enter MedPARs/referrals follow the process outlined in the IHSC MPv2s User Guide https://medpar.ice.gov and adhere to the following MPv2s requirements:
1) To be completed upon designation as a MPv2S end user and annually thereafter
   i. Watch the MPv2s user guide training video, located on the MPv2s homepage.
   ii. Read the MPv2s User guide located inside MPv2s;
   iii. Read the MedPAR guidance Reference Guide for Non-IHSC IGSA Detainees
2) All MPv2s end-users are required to read and utilize (as applicable) the IHSC Provider Information packet (located inside of MPv2s) to assist providers with claim issues and send the IHSC Provider Information packet to the community provider.

c. Provide the FMC with a point of contact who is assigned by the contractor, primarily responsible for managing community MedPAR/referrals within the IHSC MPv2S and who primarily is responsible for the following:
1) Send complete recruitment letters to the FMC for potential enrollment in the IHSC provider network.
2) Serves as the contractor's subject matter expert, customer service point of contact for internal/external stakeholders, and trainer related to use of the IHSC MPv2S, IHSCs MedPAR/referral process (should be a day-to-day end user), the provider recruitment process, and the IHSC Provider Information packet (located within the MPv2s).
3) Ensures all detainees who receive offsite medical services has a completed corresponding MedPAR/referral r/t that care as outlined in the MPv2S User Guide https://medpar.ice.gov and adhere to MPv2S end user requirements.
4) Completes timely adjudication of MedPARs/referrals (cancellation, making appointments, sending authorizations, etc.).
5) Ensure MedPAR/referral entries related to emergency department or hospital admissions must be entered into the MPv2S within one business day after the detainee is discharged.
6) Serves as the primary POC that collaborates with the FMC to resolve alien number discrepancies between the MPv2S and Enforce system.
7) Responsible for arranging custody transport for detainee authorized MedPAR/referrals community provider appointments.
8) Responsible for sending authorizations of MedPARs/referrals to community providers or their billing partners.
9) Responsible for providing and maintaining a current comprehensive list of hospitals and community providers with data points as specified and provide a copy to the FMC initially and when updates are made.
10) Serves as the primary contact for FMCs, other IHSC staff, community providers, and other applicable stakeholders related to adjudication of MedPARs/referrals, medical record requests, billing and medical claims adjudication.

11) Responsible for responding to medical referral/billing/claims, or authorization communications received for timely resolution (mail, emails, or phone calls) and collaborating with the FMC as applicable.
12) Responds and assists community providers with complaints related to denied claims by gathering the following information to review with the FMC within three business days.
    i. Provider Name
    ii. Provider phone number
    iii. Provider email address
    iv. Point of contact first/last name
    v. TAX ID# or EIN
    vi. Billing NPI#
    vii. Illegal Alien First Name
    viii. Illegal Alien Last Name
    ix. Alien ID#
    x. Date of Birth
    xi. Date(s) of Service
    xii. MedPAR Specialty: (ER, In-Pt etc.)
    xiii. Denial code from Explanation of Benefit (EOB).
    xiv. IHSC issued authorization number if applicable

**32.8.1. Prescription Drug Reimbursement**

IHSC only provides prescription drug reimbursement to network pharmacies via a pharmacy benefit manager (PBM) (TPA) for detainees in ICE custody. A network pharmacy is a pharmacy that accepts the PBM copayment.

IHSC FMC maintains a list of participating network pharmacies which can be accessed through the COR. The PBM creates and provides IHSC the list of participating network pharmacies. The PBM pays for all the medication's cost from a network pharmacy. The IHSC FMC coordinates IHSC regional chief pharmacists to identify and create an identifier (group ID) for submitting claims through the PBM by the network pharmacy for the contractor using a pharmacy benefit letter. IHSC regional chief pharmacist submits the contractor's information and specific identifier to the PBM to register the contractor. The IHSC regional chief pharmacists provide the pharmacy benefits letter to the IHSC FMC. IHSC FMCs share the list of network pharmacies and pharmacy benefit letter with the contractor. Below is the process for filling prescriptions for ICE detainees at network pharmacies:

a. The contractor delivers the prescription to the network pharmacy with the contractor's specific pharmacy benefits letter.
b. The network pharmacy shall run the prescription through the PBM's prescription processing system. After a paid claim is received, the network pharmacy dispenses formulary prescriptions.
c. Non-formulary prescriptions require prior authorization. The contractor faxes the Drug Prior Authorization Request Form to the PBM. The PBM sends the request to IHSC for approval or denial. IHSC approves or denies the request and transmits the final decision to the PBM. If the nonformulary is approved, the network pharmacy receives notification, resubmits a claim, and the network pharmacy dispenses the medication. If not approved, the PBM notifies the network pharmacy and does not approve a claim.

The contractor must ensure adequate supply of medication(s) for release, transfer, or removal of a detainee in accordance with detention standards or additional medication supply requirements (e.g., court mandate minimum supply, ICE mission requirements). ICE, through the IHSC FMC, may request additional supply of medication(s) to support continuity of care. The contractor shall be given advance notice by ICE/ERO prior to the release, transfer, or removal of a detainee, so that medical staff may determine and provide for any medical needs associated with the transfer, release, or removal.

In the event ICE/ERO transfers a detainee to a less than 72-hour facility for ultimate release or removal, the contractor shall fill the prescription(s) at a network pharmacy and ensure an adequate supply of medication(s) for both transfer and release is provided to the detainee.

### 32.9. Serious Medical Conditions

The contractor must notify the COR and the IHSC FMC of detainees with serious medical conditions immediately upon identification of conditions and no more than 24 hours of identification of the case. Examples of cases include but are not limited to: uncontrolled hypertension; uncontrolled diabetes; unstable respiratory disease or any detainee requiring oxygen treatment; history of congestive heart failure complaining of shortness of breath; pregnancy; multiple unstable chronic conditions; liver failure; renal failure; infectious and communicable diseases (i.e., HIV/AIDS, viral hepatitis, varicella, measles, mumps, COVID-19); and infectious disease outbreaks.

If the contractor determines that an ICE detainee has a medical condition which renders that person unacceptable for detention under this agreement (for example, condition needing life support, uncontrollable violence, or serious mental health condition), the contractor shall notify their FMC and the COR. Upon such notification, the contractor shall allow ICE reasonable time to make the proper arrangements for further disposition of the detainee. The contractor should expect to be requested and attest to the COR that the detainee is medically cleared for transportation and advise the COR of the necessary precautions and equipment required for such transportation. IHSC FMC and/or Medical Case Management Program Coordinators consultation regarding these matters is available at any time.

### 32.10. Serious Mental Disorders or Conditions/Serious Mental Illness (SMI)

The contractor shall identify, track, record and maintain a list of all detainees identified as having a serious mental disorder or condition and/or who are determined to be incompetent by an immigration judge until removal or release. The contractor shall complete IHSC Form 883 and submit it to IHSC FMC/Behavioral Health Case Manager (BHCM) when the detainee has been identified. Notification to the FMC and the COR shall occur as soon as practicable but no later than 72 hours after identification of detained individuals with a serious mental disorder or condition, to include suicide precautions. In addition, a list shall be provided to the COR and IHSC FMC on a weekly basis and include name, A#, date of arrival, diagnosis (es), presence or absence of suicidality, specific symptoms exhibited by detainee that meets criteria of a Serious Mental Disorder or Condition, list of prescribed psychotropic medication with dosage, date when IHSC Form 883 was completed and submitted to IHSC FMC, and details for Safe Release Planning pursuant to ICE Directive 11063.2: Identification, Communication, Recordkeeping, and Safe Release Planning for Detained Individuals with Serious Mental Disorders or Conditions and/or Who Are Determined To Be Incompetent By An Immigration Judge.

A serious mental disorder or condition/SMI is characterized by a qualified mental health provider or physician after:

a. Determining that an individual in custody:

   1) Has a mental disorder that is causing serious limitations in communication, memory, or general mental and/or intellectual functioning (e.g., communicating, conducting activities of daily living, social skills), or a severe medical condition(s) (e.g., traumatic brain injury or dementia) that is significantly- impairing mental function; or

   2) Is exhibiting one or more of the following active psychiatric symptoms and/or behavior: severe disorganization, active hallucinations or delusions, mania, catatonia, severe depressive symptoms, suicidal ideation and/or behavior, and/or marked anxiety or impulsivity;

- OR –

b. Otherwise diagnosing a detained individual as demonstrating significant symptoms of one or more of the following:

   1) Psychosis or Psychotic Disorder;
   2) Bipolar Disorder;
   3) Schizophrenia or schizoaffective disorder;
   4) Major Depressive Disorder with Psychotic Features;
   5) Dementia and/or a Neurocognitive Disorder; and/or
   6) Intellectual Development Disorder (moderate, severe, or profound).

**32.11. Serious Mental Illness (SMI) Training**

The contractor shall provide semi-annual SMI training to clinic staff, in accordance with current ICE policies and procedures in coordination with IHSC and communicated through the COR.

**32.12. Emergency Medical Services**

In the event of a medical emergency, the contractor shall ensure immediate response and provide necessary emergency medical treatment, including initial on-site stabilization and off-site transport to an appropriate emergent care facility, as needed. The contractor shall notify ICE as soon as practical regarding the nature of the transferred detainee's illness or injury and the type of treatment provided. All emergency medical services provided off-site require an authorized MedPAR/referral to be entered within the MPv2S within one business day upon return from the hospital. IHSC reimburses community providers for health care services of a detainee in ICE custody via a third-party claim processor, who issues payment on behalf of ICE according to U.S. Code Title 18, Part III Chapter 301, section US Code 4006 that specifies reimbursement is not to exceed Medicare rates. At no time shall the contractor or detainee incur financial liability related to such services. The primary point of contact for obtaining pre-approval for non-emergent care as well as the post-approval for emergent care will be the IHSC FMC assigned to the location.

ICE is committed to ensuring emergency response services including ambulance and fire support do not overwhelm locally available resources. Therefore, the contractor shall provide direct, ready access to licensed ambulance services capable of advanced life support (ALS) and basic life support (BLS). Ambulance must be available for transport to local hospitals or medical facilities as needed 24/7. EMS personnel must be licensed and maintain current certifications in CPR, first aid, and relevant EMS protocols. The contractor shall ensure all EMS equipment and supplies are maintained, inspected, and available for immediate use. Ambulances must be equipped in accordance with applicable federal standard. The contractor shall establish effective relationships with local community providers.

The contractor shall ensure comprehensive fire suppression and emergency response services are available 24/7. Services shall include, but are not limited to:

- Deployment of trained and certified personnel capable of responding to fire emergencies, hazardous material incidents, and related emergencies.
- Operation and maintenance of fire suppression equipment, including fire trucks, extinguishers, sprinkler systems, and other necessary apparatus.
- Implementation of rapid response protocols to ensure timely arrival and effective mitigation of fire and emergency incidents.
- Conducting regular fire safety inspections, drills, and training for facility staff.
- Coordination with local emergency services and authorities as required.
- Documentation and reporting of all incidents, responses, and maintenance activities in accordance with applicable regulations and standards.

Contractor shall provide monthly reports to the COR on emergency response, ambulance readiness, response times, and incidents.

### 32.13. Emergency Health Care Contact List

The contractor shall furnish a 24-hour/seven days per week emergency medical/dental/mental health care contact list which must include local hospitals and other off-site specialty care providers to the COR. The contractor shall ensure detainees always have access to an off-site emergency medical provider.

### 32.14. Facility Emergency Evacuation Procedure Guide

The contractor must maintain a facility emergency evacuation procedure guide that includes evacuation of any patients currently housed in a medical/mental health housing area, including any isolation rooms as well as other special housing areas within the facility. The contractor must provide training on all emergency plans to the on-site medical staff, both initially and annually after hire.

### 32.15. Hospitalization of Detainees

Upon order of the COR or designated ICE officer, or in an emergency, the contractor shall take custody of and safeguard detainee(s) at a hospital or clinic when the detainee(s) is undergoing medical examination. The contractor employee will remain on duty until relieved by another

contractor employee. 24-hour custody shall be maintained, with constant visual observation when practicable. The detainees shall not use the telephones unless the contractor receives prior approval from the COR or other designated ICE official. The contractor employees shall not fraternize with clinic/hospital staff or with casual visitors to the clinic/hospital. The contractor is obligated to relay messages as requested by the detainee to the COR or other designated ICE official.

Visitation for detained aliens is not permitted at the hospital. To prevent any situation which could result in a breach of security, requests for visitation while the alien is in detention, including hospital detention, shall be pre-approved by the COR(s) or other designated ICE official prior to allowing access to the alien.

## 32.16. Terminal Illness, Advance Directives, and Death

In the event of a detainee death, the contractor shall immediately notify the FMC and COR or ICE designated official and submit a written report within 24 hours. The contractor shall fingerprint the deceased. Staff members performing the fingerprinting shall date and sign the fingerprint card to ensure that a positive identification has been made and file the card in the detainee's file. Personal property of the deceased shall be inventoried, and release is to be coordinated with ICE to the designated family member, the nearest of kin, or the Consular Officer of the detainee's country of legal residence.

If death is due to violence, accident surrounded by unusual or questionable circumstances or is sudden and the deceased has not been under immediate medical supervision, the contractor shall notify the coroner of the local jurisdiction to request a review of the case, and if necessary, examination of the body.

The contractor shall establish and report to the COR, coroner notification procedures outlining such issues as performance of an autopsy, who will perform the autopsy, obtaining state-approved death certificates, and local transportation of the body.

The contractor, in coordination with the COR or Designated Service Official, shall ensure the body is turned over to the designated family member, the nearest of kin, or the Consular Officer of the detainee's country of legal residence.

When an autopsy is requested, the contractor shall communicate the request to the FMC. The contractor must obtain an invoice from the autopsy provider and, if applicable, provide a complete recruitment letter and submit it to the FMC.

The contractor shall release all information relevant to the detainee death investigation to ICE (e.g., medical information, incident reports, eyewitness accounts, video footage) upon request.

## 32.17. Facility Requirements for Infectious Disease Prevention, Management, and Screening

The contractor will adhere to all infectious disease prevention and management guidelines, treatment, and reporting as required by local, state, and federal public health authorities. The contractor should follow infectious disease and standard precautions as well as isolation, cohorting, and quarantine recommendations as outlined in the most current guidance set forth by the IHSC Public Health, Safety, and Preparedness Unit.

The contractor will ensure that there is adequate space and equipment to provide medical intake screening including tuberculosis (TB) screening within the intake processing area.

a. Tuberculosis Screening:

The contractor will perform TB screening as part of the routine intake screening, which must be completed within 12 hours of detainee admission. TB screening will include, at a minimum, TB symptom screening and testing for TB infection and/or disease using any Food and Drug Administration (FDA) approved method. Detainees who have symptoms suggestive of TB disease will be immediately placed in an airborne infection isolation room and promptly evaluated for suspected TB disease. Detainees who are initially tested using a test for TB infection [TB skin test (TST) or interferon gamma release assay (IGRA)], and the results are positive according to criteria, but have no symptoms suggestive of TB disease, must be evaluated with a chest radiograph within 5 days of the notification of a positive result.

Detainees who are identified with confirmed or suspected active TB (e.g., symptoms or chest radiograph suggestive of TB) will be placed in a functional airborne infection isolation room and managed in accordance with the applicable standard and all applicable CDC guidelines: http://www.cdc.gov/tb/publications/guidelines/default.htm. If there is no clinical or radiographic evidence suggestive of TB disease the detainee can be housed with the general population. Only a trained and qualified health care provider can perform chest radiography if the site has this capability, and only a credentialed radiologist can interpret these radiographs. The facility will have an alternative non-punitive process in place for detainees who refuse the TB screening assessment.

The contractor will notify IHSC and the local health department of all detainees with confirmed or suspected TB disease, including detainees with clinical or radiographic evidence suggestive of TB. Notification shall occur within one working day of identifying a detainee with confirmed or suspected TB disease. Notification to local health departments shall identify the detainee as being in ICE custody and shall include the ICE detainee number and other identifying information. For detainees with confirmed or suspected TB disease, the contractor will coordinate with IHSC and the local health department to facilitate release planning and referrals for continuity of care prior to release.

The contractor will evaluate detainees annually for symptoms consistent with TB within one year of the previously documented TB evaluation. For detainees initially screened with a TST or IGRA with a negative result, annual evaluation will include testing with the same method as previously used. For detainees initially evaluated with a chest radiograph interpreted as not suggestive of TB disease, routine annual chest radiograph is not recommended.

b. Radiology:

When the contractor opts to utilize any CDC recommended method for TB screening, other than chest radiology, the cost of TB screening will be included in the bed rate.
If the contractor utilizes radiology services, via onsite or offsite radiology providers, for chest x-rays to follow up on positive TB screening, the contractor will follow IHSC's third-party claim processes (MedPAR entry or use of a waiver) for the radiology provider to obtain reimbursement for the follow up chest x-ray(s).

c. Airborne Precautions:

In order to prevent the spread of airborne infectious disease or cross contamination of zones within the facility, the HVAC system in the intake screening area shall be designed to exhaust to the exterior and prevent air exchange between the intake screening area and any other area within the facility (see CDC guidelines http://www.cdc.gov/tb/publications/guidelines/Correctional.htm). Airborne Isolation Infection (AII) rooms (e.g., negative pressure rooms) must be inspected annually by a certified technician, or per manufacturer recommendations, to ensure proper functionality and quality control.

## 32.18. Medical Employee Health

Employee health files for medical contractor employees must be maintained on-site. Health files must be maintained in accordance with DHS and ICE Privacy Policies and the Privacy Act of 1974 and contain the following documents:

a. Initial and annual TB infection screening results;
b. Vaccination records including results, titers, and Immunization
c. Declination Form(s);
d. OSHA 301 Incident forms;
e. Blood borne pathogen exposure documentation;
f. Respirator medical clearance;
g. Respirator fit test results; and
h. Other employee health documents.

The following can be referenced for all OSHA regulations: https://www.osha.gov/law-regs.html

The contractor may initiate employment of an individual who has initiated or declined the required vaccines schedule prior to employment, and the individual hired may begin work on the contract if they meet all subsequent vaccine schedule requirements, including any State and/or Federal vaccination mandates until fully vaccinated.

All contractor medical personnel must provide documentation regarding the following to the Health Services Administrator or designee:

a. Evidence of TB clearance within the last 12 months:
    1) Staff must complete acceptable TB infection testing and present documentation during initial orientation prior to direct patient care and periodically as part of a TB contact investigation, exposure, or due to medical indication.
    2) Staff must submit acceptable types of TB testing; tuberculin skin test, interferon-gamma release assay, or chest X-ray to the facility HSA upon request.
    3) Staff who are positive at hire, must be cleared to work by their primary care provider prior to starting at facility.
    4) Staff who initially were documented as negative and free of any form of TB and later have a positive test must have a chest X-ray and have their provider clear them to return

to duty. Staff must follow their respective employer workman's compensation policy if they become infected due to workplace exposure.

5) Additionally, on an annual basis and at own expense, the contractor shall provide a current tuberculin skin test or interferon-gamma release assays test result if the employee previously tested negative for LTBI, evaluation for TB symptoms if the employee previously tested positive for LTBI and follow up as appropriate in accordance with Centers for Disease Control and Prevention (CDC) guidelines.

Hepatitis B:

1) Staff must present documentation of completed Hepatitis B vaccination series, documentation of titers, or self-declination form.
2) Note: The U.S. OSHA Blood-borne Pathogens Standard requires employers to provide employees at risk of occupational exposure to blood and other potentially infectious material with the Hepatitis B vaccination series. Refer to OSHA regulations: https://www.osha.gov/OshDoc/data_BloodborneFacts/bbfact05.html

b. Recommended Immunizations

Individuals employed by the contractor in a custody or detention environment are at significant risk for acquiring or transmitting Hepatitis B, measles, mumps, rubella, varicella, seasonal influenza, and COVID-19. These diseases are vaccine preventable. Therefore, the following vaccinations are highly recommended for the contractor personnel. If staff decline or refuse any of these recommended vaccines, an Immunization Declination Form is required, and the COR must be notified of the refusal. ICE reserves the right to refuse contractor employees that refuse vaccines:

1) Hepatitis A;
2) Hepatitis B; (Note: The U.S. Occupational Safety and Health Administration (OSHA) Blood-borne Pathogens (BBP) Standard requires employers to provide employees at risk of occupational exposure to blood and other potentially infectious material (OPIM) with the Hepatitis B vaccination series. Refer to OSHA regulations https://www.osha.gov/OshDoc/data_BloodborneFacts/bbfact05.html
3) Varicella;
4) Measles, Mumps, Rubella (MMR);
5) Diphtheria, tetanus, a-cellular pertussis (DTAP); and
6) Annual seasonal influenza.
7) COVID-19

The contractor's personnel will provide immunization documentation or titer results to the HSA or the employer's designee for placement in the employee health file. It is recommended that the CDCs Immunization of Health- Care Workers: Recommendations of the Advisory Committee on Immunization Practices (ACIP) and the Hospital Infection Control Practices Advisory Committee (HICPAC) be used as a reference for employee health immunization issues.

## 32.19. Environmental Health

The contractor shall implement all requirements of the environmental health and safety sections of the applicable standard in the health services areas, to include all areas where medical, dental, mental health, and intake medical screening services are performed. The contractor shall

implement all general housekeeping and environmental cleaning and disinfection in all areas where medical, dental, mental health, and intake medical screening services are rendered, including routine and terminal cleaning of medical housing and medical isolation units based on 24/7/365 needs.

**32.20. Medical Quality Assurance (QA) Program**

The contractor shall implement an internal review and medical quality assurance program for the purpose of maintaining operations in accordance with the applicable ICE detention standards, ACA standards, and any other accreditation standards, which refers to formal certification by authorized organizations confirming compliance with established health care service standards.

The contractor shall conduct a quality improvement / quality of care review consistent with an established quality improvement (medical quality management) program and interfacing with the IHSC quality improvement program (available upon request) consistent with federal, state, and local laws.

The minimum data inputs for trending, analysis, planning, executing, and assessing the effectiveness of QA- and quality improvement (QI)-related activities and corrective actions will derive from data collected by means of formal incident reports and IHSC encourages facilities to collect additional data unique to the facility and its environment for use in their QA program.

The contractor shall provide a continuous quality improvement plan/ medical quality assurance plan and annually to the FMC for review. The clinical operations will be audited by IHSC annually, at minimum. This audit will be conducted by a designated IHSC healthcare professional(s). The facility will be assessed by their quality assurance program and compliance to the applicable standard by IHSC utilizing medical review tools.

The contractor ensures quality health care delivery and accountability in compliance with detention standards through a continuous quality improvement (CQI) system that includes risk management, patient safety, and health services delivery quality assurance programs. The CQI system will identify, address, and monitor health care delivery for undesired outcomes and trends, including but not limited to those due to near miss occurrences, adverse events, sentinel events, and systemic processes or outcomes. Concerns identified from the CQI system risk assessment will be addressed through corrective action plans.

The contractor is required to report all incidents, according to IHSC incident reporting criteria, to the FMC immediately. Detainee deaths while housed at the facility are subject to an IHSC directed mortality review, concurrent or subsequent root cause analysis for the purpose of identifying actual, and potential process failures and errors. The IHSC incident reporting criteria is available upon request.

In addition, the CQI program shall include:

a. Participation in a multidisciplinary QI committee;
b. Collection, trending analysis, and evaluation of data, along with planning, interventions, and reassessments;
c. Analysis of the need for ongoing education and training;
d. On-site monitoring of health service outcomes on a regular basis through:
    1) Chart reviews (including investigation of complaints and quality of health);

2) Review of practices for prescribing and administering medication;
3) Investigation of complaints and grievances;
4) Monitoring of corrective action plans;
5) Reviewing all deaths, suicide attempts and illness outbreaks;
6) Developing and implementing QI activities or corrective actions plans to address and resolve identified problems and concerns;
7) Reevaluating problems or concerns to determine whether QI activities or corrective actions implemented achieved and sustained desired results;
8) Incorporating findings of internal review activities into the organization's educational and training activities;
9) Ensuring records of internal review activities comply with legal requirements on confidentiality of records; and an
10) External peer review on an annual basis for all independently licensed medical professionals.

**32.21. Detainee Reporting Requirements**

The contractor shall participate and respond in a timely manner or in accordance with any applicable ICE directives or policies to the reporting requirements requested by ICE and/or IHSC. The following is a list of routine reporting requirements. Routinely the FMC will request any of the following as needed or other reporting as may come up.

a. COVID
b. HIV
c. Hunger Strike
d. Pregnancy
e. Serious Mental Illness (SMI)/Significant Detainee Illness (SDI)
f. Suicide Watches (SW)
g. Hospital Clinical/Administrative Updates
h. Incident Reports
i. Chronic Care List
j. Sick Call Log
k. Medical Grievance Logs
l. Cohorting
m. Durable Medical Equipment (DME)
n. Emergency Room Transfers
o. Fraihat/Vacaturs
p. Miscellaneous/Ad Hoc

**32.22. Health Records Requests and Physical Access**

The contractor shall allow IHSC and ICE personnel access to its facility, electronic health record system (if applicable) and ICE detainees' medical records (hard copies, electronically and virtually) for healthcare review, complaint investigations, and liaison activities with the local contract Health Authority and associated contractor departments. The contractor shall provide ICE detainee medical records to ICE whether created by the contractor or a subcontractor upon request from the FMC and/or Contracting Officer's Representative or Contracting Officer in

accordance with HIPAA privacy exception at 45 CFR §§ 164.512 (k)(5)(i). This privacy exception allows disclosure without consent to a correctional institution or a law enforcement official having lawful custody of an inmate or other individual if the correctional institution or such law enforcement official represents that such protected health information is necessary for:

a. The provision of health care to such individuals;
b. The health and safety of such individual or other detainees
c. The health and safety of the officers or employees of or others at the correctional institution;
d. The health and safety of such individuals and officers or other persons responsible for the transporting of detainees or their transfer from one institution, facility, or setting to another;
e. Law enforcement on the premises of the correctional institution; and
f. The administration and maintenance of the safety, security, and good order of the correctional institution.

The contractor shall respond within seven business days to ICE and/or IHSC requests for reporting, documentation, and other data required to respond to pending and current litigation, congressional inquiries, other federal, state, or local entity requests for information. The contractor shall release all medical information for ICE detainees to IHSC representatives upon request. In addition, the contractor shall respond and collaborate with stakeholders (IHSC, Custody Programs, CRCL, etc.) in completion of success action plans (SAP), formerly referred to as corrective action plans (CAP) to address potential and confirmed deficient practices identified through inspections, site audits and/or complaint investigations.

**32.23. Detainee Medical Records**

A separate medical record, apart from the resident's social record/or alien file, is to be maintained by the contractor. The contractor will disclose patient's personal information and protected health information to Facility/IHSC staff and comply with medical record requests from IHSC, as permitted by a criminal justice release of information, signed by the patient and in compliance with state and federal laws, rules, and regulation including, but not limited to, federal regulations (HIPAA and Confidentiality of Substance Use Disorder Patient Records (42 CFR, Part 2).

These documents will be maintained and stored per the following:

a. ICE Health Service Corps uses the following retention requirement to maintain detainee health records for 10 years after release from custody for adults; the records for minors will be maintained until the minor reaches the age of 27 years. Records will be maintained in a format that is easily accessed, and, in a location, that is secure, pest and vermin free environment, protected from fire, flood, humidity, dust, mildew, mold, and preferably climate controlled.

b. Upon his/her request, while in detention, a detainee or his/her designated representative shall receive information from their medical records. Copies of health records shall be released by the HSA directly to a detainee or their designee, at no cost to the detainee, within a reasonable timeframe after receipt by the HSA of a written authorization from the detainee. Medical records and/or a book-in packet must accompany the arriving detainee, unless ICE/ERO and facility officials have authorized other arrangements "Detainee Transfers" also requires that a Medical Transfer Summary accompany the detainee. If official health records accompany the detainee, they are to be placed in a sealed envelope or other container labeled with the detainee's name and A-number and

marked "Confidential Medical Records." A copy of a detainee's medical records shall be transferred with the detainee upon request of the detainee. Otherwise, a medical transfer summary shall accompany each detainee outlining necessary care during transit and initial period of detention entry into another facility, including current medications, medical precautions, tuberculosis testing and evaluation status, equipment needed, and appropriately authorized methods of travel. It is preferred that the contractor seek to provide an Office of the National Coordinator (ONC) certified electronic health record for recording all detainee encounters. If a paper record is used, the record format must adhere to the ACA and/or other National Health Record format.

**32.24. Electronic Health Record (EHR) Requirement**

**Interoperability:**
**External Interfaces –**
The contractor will be responsible for utilizing an EHR system certified under the Office of the National Coordinator for Health Information Technology's (ONC) Health IT (HIT) Certification Program. The contractor will be responsible for establishing connectivity to a DHS interface and transmitting medical record information in a format that conforms to ONCHIT interoperability standards.

External interfaces will be integrated with the EHR systems as part of agreements between the contractor and external medical support organizations. The contractor will maintain the agreements with these organizations separately. The contractor, in conjunction with their external medical support organization, is responsible for maintaining the interfaces to the EHR.

**Direct Accessibility:**
ICE IHSC will also require access to individual detainee medical records or required queries or reports upon request.

Medical record is defined as a record of the patient's medical information to include, but not limited to: medical history, care or treatments received, progress notes, diagnostic test results, diagnoses and medications taken. The contractor shall provide access to their EHR system through remote login. The contractor shall provide access accounts for IHSC personnel (as requested; contact information for these IHSC personnel will be provided to the contractor by the COR. The contractor will also provide a primary and secondary point of contact for EHR data requests.

**Applicable Policies and Standards:**
The contractor's EHR shall support:

- HL7 Version 3 CCD, and
- American Society for Testing and Materials (ASTM) International CCR Standard E2369-05

The contractor's EHR system shall comply with the latest version of all technology standards and architecture policies, processes, and procedures and Federal mandates applicable to the IHSC IT health care environment, including those defined in ICE OCIO Architecture Division publications. These publications include, but are not limited to, the following:

- DHS 4300A Sensitive Systems Handbook
- DHS 4300A Sensitive Systems Policy Directive
- DHS 4300B National Security Systems Handbook

- DHS Management Directive (MD) 4300, IT Systems Security Publication
- DHS MD 4010.2 (DRAFT), Section 508 Program Management Office & Electronic and Information Technology Accessibility
- ICE Technical Reference Model
- ICE Architecture Test and Evaluation Plan
- ICE Enterprise Systems Assurance Plan
- ICE System Lifecycle Management (SLM) Handbook
- ICE Web Standards and Guidelines
- National Institute of Standards and Technology (NIST) Computer Security Resources Center (CSRC) standards, guidelines, and special publications
- Privacy Act of 1974
- Section 508 1194.2, Section 508 of the Rehabilitation Act (29 U.S.C. 794d), as amended by the Workforce Investment Act of 1998 (P.L. 105-220)

**HIPAA Compliance-**
The contractor shall adhere to the provisions of Public Law 104-191, Health Insurance Portability and Accountability Act (HIPAA) of 1996, Public Law 111-5, Health Information Technology for Economic and Clinical Health Act (HITECH) of 2009, and the National Standards to Protect the Privacy and Security of Protected Health Information (PHI). As required by HIPAA, the Department of Health and Human Services (HHS) has promulgated rules governing the security and use and disclosure of protected health information by covered entities. Additionally, HITECH strengthens HIPAA requirements, especially regarding electronic records and breach notifications. The contractor shall utilize HIPAA and HITECH compliant systems with web viewing capability tools, encrypted data transmission, and cloud storage. The systems shall provide quality assurance solutions with community radiologist level review. The contractor shall certify they are and will maintain HIPAA compliance.

All EHR solutions and services shall meet DHS Enterprise Architecture policies, standards, and procedures. Specifically, the contractor shall comply with the following Homeland Security Enterprise and ICE Architecture requirements:

- Description information for all EHR data assets, information exchanges, and data standards, whether adopted or developed, shall be submitted to the DHS Enterprise Data Management Office (EDMO) for review and insertion into the DHS Data Reference Model and Enterprise Architecture Information Repository.
- In compliance with Office of Management (OMB) mandate, all EHR network hardware shall be IPv6 compatible without modification, upgrade, or replacement.
- All EHR encryption shall be FIPS 197 Advanced Encryption Standard (AES) that has been FIPS 140-2 certified.

**FedRAMP Compliance –**

Data Storage and Integration: The contractor must certify they will only utilize a GSA FedRAMP certified environment.

FedRAMP certification must be maintained continuously throughout the life of the agreement. If the contractor (or its FedRAMP provider) loses its FedRAMP certification, the contractor must report this information to the Government immediately in writing. The contractor must, within thirty (30) days after losing FedRAMP certification, re-certify or contract with an authorized FedRAMP provider. Failure to comply will result in termination of the contract.

The EHR data shall be stored solely in a GSA FedRAMP compliant environment (see http://cloud.cio.gov/fedramp/cloud-systems). Non-compliant FedRAMP systems shall result in a Factor 1 rating of "unacceptable". The contractor shall provide certificate or evidence of compliant FedRamp system.

The contractor shall support Certification and Accreditation (C&A) efforts to ensure Federal Information Security Management Act (FISMA) compliance to ICE.

**Section 508 Compliance-**
**Accessibility Requirements (Section 508):**

Section 508 of the Rehabilitation Act, as amended by the Workforce Investment Act of 1998 (P.L. 105-220), requires that when Federal agencies develop, procure, maintain, or use electronic and information technology (EIT), they must ensure that it is accessible to people with disabilities. Federal employees and members of the public who have disabilities must have equal access to and use of information and data that is comparable to that enjoyed by non-disabled Federal employees and members of the public.
All EIT deliverables within this work statement shall comply with the applicable technical and functional performance criteria of Section 508 unless exempt. Specifically, the following applicable EIT accessibility standards have been identified:

Section 508 Applicable EIT Accessibility Standards:

- 36 CFR 1194.21 Software Applications and Operating Systems, applies to all EIT software applications and operating systems procured or developed under this work statement including but not limited to government off-the-shelf (GOTS) and commercial off-the-shelf (COTS) software. In addition, this standard is to be applied to Web-based applications when needed to fulfill the functional performance criteria. This standard also applies to some Web based applications as described within 36 CFR 1194.22.
- 36 CFR 1194.22 Web-based Intranet and Internet Information and Applications, applies to all Web-based deliverables, including documentation and reports procured or developed under this work statement. When any Web application uses a dynamic (non-static) interface, embeds custom user control(s), embeds video or multimedia, uses proprietary or technical approaches such as, but not limited to, Flash or Asynchronous JavaScript and XML (AJAX) then 1194.21 Software standards also apply to fulfill functional performance criteria.
- 36 CFR 1194.26 Desktop and Portable Computers, applies to all desktop and portable computers, including but not limited to laptops and personal data assistants (PDA) that are procured or developed under this work statement.
- 36 CFR 1194.31 Functional Performance Criteria applies to all EIT deliverables regardless of delivery method. All EIT deliverable shall use technical standards, regardless of technology, to fulfill the functional performance criteria.
- 36 CFR 1194.41 Information Documentation and Support, applies to all documents, reports, as well as help and support services. To ensure that documents and reports fulfill the required 1194.31 Functional Performance Criteria, they shall comply with the technical standard associated with Web-based Intranet and Internet Information and Applications at a minimum. In addition, any help or support provided in this work statement that offers telephone support, such as, but not limited to, a help desk, shall have the ability to transmit and receive messages using TTY.

**Section 508 Applicable Exceptions:**

Exceptions for this statement of work have been determined by DHS and only the exceptions described herein may be applied. Any request for additional exceptions shall be sent to the COR, and determination will be made in accordance with DHS MD 4010.2. DHS has identified the following exceptions that may apply: 36 CFR 1194.3(b) Incidental to Contract, all EIT that is exclusively owned and used by the contractor to fulfill this work statement does not require compliance with Section 508. This exception does not apply to any EIT deliverable, service or item that will be used by any Federal employee(s) or member(s) of the public. This exception only applies to those contractors assigned to fulfill the obligations of this work statement and for the purposes of this requirement, are not considered members of the public.

**Section 508 Compliance Requirements:**

36 CFR 1194.2(b) (COTS/GOTS products), When procuring a product, each agency shall procure products which comply with the provisions in this part when such products are available in the commercial marketplace or when such products are developed in response to a Government solicitation. Agencies cannot claim a product is not commercially available because no product in the marketplace meets all the standards. If products are commercially available that meet some but not all standards, the agency must procure the product that best meets the standards. When applying this standard, all procurements of EIT shall have documentation of market research that identify a list of products or services that first meet the agency's business needs, and from that list of products or services, an analysis that the selected product met more of the accessibility requirements than the non-selected products as required by FAR 39.2. Any selection of a product or service that meets less accessibility standards due to a significant difficulty or expense shall only be permitted under an undue burden claim and requires authorization from the DHS Office of Accessible Systems and Technology (OAST) in accordance with DHS MD 4010.2.

**33.0. Behavioral Health**

Space Requirements:

The contractor shall design and construct a dedicated Behavioral Health Unit (BHU) to provide behavioral health treatment to detainees with serious mental illness and mental health conditions of moderate severity.

Requirements for the BHU include:

1. Space for 20 beds dedicated for the serious mentally ill population– preference is for there to be two patients per room with no ligature risk in any room; preference to suicide-safe bedding for all detainees;
2. Include 2 multipurpose group rooms; 2 flex spaces for small groups or telehealth; four (4) separate provider offices
3. Nursing and behavioral health technician station and workspace
4. One sick call office space
6. Two separate MH Observation rooms (not included in 20 bed count)
7. Two separate Suicide watch rooms (not included in 20 bed count);
2. The unit shall be designed according to ICE policy to securely house detainees of various characteristics such as:
   a. males and/or females;
   b. medium to high classification levels (if space permits, low classification levels as well)

Operations Requirements:

The contractor shall operate a dedicated BHU to provide behavioral health treatment to detainees with serious mental illness and mental health conditions of moderate severity.

Requirements for the BHU include:

a. Bed Types:
   1) Ability to accept, house, and treat both males and females;
   2) At a minimum, the ability to accept, house, and treat medium to high classification levels. Facilities over 1,000 beds should also be able to house and treat low classification levels as well; and
   3) The contractor should plan and be prepared to accept primarily medium high to high classification detainees, as this represents most of the Serious Mentally Ill (SMI) population in ICE custody.

b. Required acceptance of detainees who meet the criteria for admission from within the facility and any IHSC-staffed or non-IHSC staffed facility, in any AOR nationwide, in accordance with ERO Policy 11309: *Detained Noncitizen Transfers Required Due to a Healthcare Condition* and IHSC Directive 01-38, *Appropriate Housing Placement for Complex Patients*;

c. Defined admission criteria shall include but not limited to:
   1) Meet SMI criteria;
   2) Require a higher level of care than what is provided at the referring facility;
   3) 18yrs of age or older;
   4) History of inpatient psychiatric hospitalization and/or demonstrative need for inpatient psychiatric services while detained;
   5) Does not meet criteria for acute inpatient psychiatric hospitalization; and
   6) Require structure of a wrap-around therapeutic milieu.

d. Admissions Review Panel
   1) The Admissions Review Panel will include representatives from the IHSC Behavioral Health Unit and local ERO field office, and relevant facility providers/administrative leadership. The panel will meet weekly to review and approve candidates; however, they may meet at an increased frequency or through electronic means to expedite approval of referrals. Candidates may be identified by either IHSC or ERO and may include, but are not limited to, detainees on the ERO Significant Detainee Illness list as well as detainees known to be currently housed in psychiatric hospitals, or in administrative segregation/medical housing units for safety reasons due to serious mental health conditions or disorders. The panel will proactively discuss possible candidates known to the IHSC Behavioral Health Unit. Referrals can also be made directly from the general population where the BHU is located. Priority of those placed in the BHU depends on clinical need. Local referrals will not take precedence over referrals outside of the facility.

e. Non-Voluntary Admissions
   1) Admittance and transfer to the BHU will be a clinical decision and detainees cannot

choose whether they want to transfer.

f. Require all BHU staff receive 8hrs of Suicide Prevention and Intervention training upon hire and 2hrs of this training annually. Complete training on Nonviolent Crisis Intervention through the Crisis Prevention Institute (CPI), https://www.crisisprevention.com/. (or a similar nonviolent crisis intervention modality) and trauma-informed care practice.
   1) Training requirements shall include both medical personnel, administrative staff, and custody officers
   2) Consider Train-the-Trainer concept for cost savings

g. Assuming a 20-bed unit, clinical staff must include at a minimum (all onsite providers and staff):
   1) One Behavioral Health Program Manager (full time, dedicated to the BHU); (Licensed Psychologist (Ph.D. or PsyD) or Licensed Clinical Social Worker (i.e., LCSW/LICSW) only)

h. Minimum 7 years of post-independent licensure clinical experience and 6 years administrative supervisory experience; experience managing behavioral health treatment programs and/or leading complex organizations; experience with treatment of SMI population; experience with correctional setting preferred.
      i. Can add, remove, or reduce suicide watch precautions on all patients
      ii. 60% clinical duties; 40% administrative

   2) Four Behavioral Health Providers (full time, dedicated to the BHU); (Licensed Psychologist (Ph.D. or PsyD) or Licensed Clinical Social Worker (i.e., LCSW/LICSW) only)
      i. Minimum 3 years of post-independent licensure clinical experience; experience managing behavioral health treatment programs and/or leading complex organizations; experience with treatment of SMI population; experience with correctional setting preferred.
      ii. Can add, remove, or reduce suicide watch precautions on all patients

   3) One Psychiatric Mental Health Nurse Practitioner or Physician Associate/Assistant full-time, dedicated to the BHU)
      i. Minimum of 2 years of post-licensure clinical experience in psychiatry.
      ii. Require Certificate of Added Qualification (CAQ) for Physician Associate/Assistant within 2 years of hire.
      iii. Can add, remove, or reduce suicide watch precautions on all patients

   4) One Psychiatrist (50% of the time, can be shared with main medical facility for the other 50%); onsite preferred;

   5) One RN Nurse Manager

   6) Five Licensed Practical Nurses

7) Nine Psychiatric Registered Nurses (full time, dedicated to the BHU, cover all shifts)
    i. Minimum one-year psychiatric nursing experience as a licensed registered nurse, in a hospital, medical office or residential setting
    ii. Require Board Certification in Psychiatric Nursing by the American Nurses Credentialing Center (ANCC) within 2 years of hire.

8) Three Behavioral Health Technicians (full time, dedicated to the BHU to assist with groups, monitor patients, and support Behavioral Health Providers)
    i. Minimum Associate degree in a behavioral science/specialty field,
    ii. Minimum of two years of work experience in a mental health clinic or residential healthcare setting
    iii. Must obtain American Association of Psychiatric Technicians (AAPT) certification at level three within 15 months of hire.

9) One Program/Data Analyst for program evaluation and reporting

i. Behavioral Health Group Programming
1) Evidence-based treatment modalities; utilization of trauma informed care in all patient/resident contact
2) Behavioral Health Group Programming in BHU shall utilize BHU staff only and shall be provided with a minimum of 5-6 hours per day during the week, and a minimum of 3 hours per day on holidays/weekends, with no more than 8-10 individuals per group.
3) Behavioral Health Group Programming in the main facility (general population) shall utilize staff assigned to the main facility only (i.e., dedicated BHU staff shall not be pulled off the floor for this purpose) and shall be provided for a minimum of 3 hours per day.
4) The following are core aspects of structured evidence-based group programming (but not limited to):
    i. A variety of group methods, including psychoeducation, music and art therapy;
    ii. Trauma-focused group programming;
    iii. Substance Abuse groups, including for dual diagnosis populations;
    iv. Domestic violence group programming, including for both male and female populations;
    v. Mindfulness and meditation programming with a focus on acceptance and commitment;
    vi. Programming focused on Illness Management and Recovery;
    vii. Facilitated peer support and process groups;
    viii. Dialectal Behavioral Therapy (DBT) Skills Training;
    ix. Mood Management Group;
    x. Cognitive-behavioral Therapy
    xi. Distress Tolerance Skills Training

## 34.0 Airborne Precautions

In order to prevent the spread of airborne infectious disease or cross contamination of zones within the facility, the HVAC system in the intake screening area shall be designed to exhaust to the exterior and prevent air exchange between the intake screening area and any other area within the facility (see CDC guidelines

http://www.cdc.gov/tb/publications/guidelines/Correctional.htm).

## 35.0 Detention Facility Robotics Process Automation (RPA)

The Detention Facility Robotics Process Automation (RPA) process requires that data supporting detention bed space, ground transportation costs and any other additional costs covered by the current contract will be recorded utilizing the Detention-Transportation Template (Attachment 01c Detention-Transportation Template unlocked). This data template shall be completed in its entirety in the established format once all data supporting the monthly operations is available.

Once completed, the Detention-Transportation Template must be submitted to both the ERO Field Office COR and the ERO RPA Team Mailbox [redacted]@ice.dhs.gov). Please also note that the requirement for submission of the Detention-Transportation Template is prior to and in addition to the invoice submission requirement already included in this contract. Please note that Detention-Transportation Template updates may be requested by the COR and will require timely resubmission to the COR and the ERO RPA Team Mailbox. The Government reserves the right to update the detention facility invoice process, templates or other related documents, in order to fix issues, expand capabilities, and improve performance of the reconciliation process.

## 36.0 Logbooks

The contractor shall be responsible for completion and documentation of, for each shift, the following information in the logbooks:

a. Activities that have an impact on the population (e.g., counts, shakedowns, movement, and escorts to and from court).
b. Shift activities (e.g., security checks, meals, recreation, religious services, property lockers, medical visits).
c. Entry and exit of vehicles and persons other than aliens, ICE staff, or contractor staff (e.g., attorneys and other visitors).
d. Fire drills and unusual occurrences.

## 37.0 Reports

The contractor shall furnish, daily, a manifest of all aliens currently detained in the facility. The manifest shall contain the following information for each alien: A-Number; office received from; name; date of birth; sex; nationality; date of arrival; number of days the alien has been in the facility; and type of release, if applicable. The manifest shall be transmitted in a format determined by ICE. The contractor shall conduct a daily reconciliation of the ICE detention manifest and the contractor manifest to ensure accuracy. Any discrepancies in the reports shall be the responsibility of the contractor to immediately rectify and bring to the attention of ICE.

The contractor shall provide monthly status reports to the COR or Designated Service Official. Such reports shall include a monthly key indicator report, which indicates the key personnel positions of the facility (e.g., position title, name of the employee, vacancies and length of vacancies, dates of service, additional comments). These monthly reports shall be submitted to the COR or ICE- designee by the fifth of each month for the previous month’s activities and staffing.

The contractor shall prepare required orders, instructions, and reports of accidents, security violations, fires, and bomb threats. The reports shall be maintained on file, concerning all activities in connection with duties and responsibilities for the services performed under this contract. All such records shall be kept using a system with a written policy, which allows the reports to be made available to the government for inspection.

The contractor shall, at the request of ICE, prepare any special or other reports, or issue further orders and instruction as may be required in support of work within the scope of this contract. The distribution, format, and time elements for these reports shall be directed by government requirements.

## 38.0 Daily Inspections

Staff shall check daily all bars, locks, windows, walls, floors, ventilation covers, glass panels, access plates, protective screens, doors, lights, and equipment for operational wear and tampering. Staff shall also report slippery floor surfaces. This documentation shall be made daily in a logbook. Problems discovered during these inspections shall be clearly identified in the documentation. The contractor shall take immediate action to repair all identified defects.

The contractor shall also notify the COR of any abnormalities or problems. The contractor shall immediately notify the COR of any physical facility damage. Written documentation of any problem areas shall be submitted to the COR by the end of the shift.

For safety, security, and sanitation purposes, an inspection of housing areas shall be conducted by a supervisor at a minimum of once per shift. The inspection shall be logged into the security logbook and be available for review by the COR or ICE Designated Service Official.

The facility shall be subject to periodic and random inspections by the COR, ICE Designated Service Official, or other officials to ensure compliance with ICE Standards.

## 39.0 Deviation from Prescribed Schedule Inspections

The contractor is authorized to deviate from the scheduled assignment when unusual conditions or circumstances so demand, and if prior approval is received from the COR. All deviations shall be recorded in the daily logbook. When the COR is not available, the contractor shall notify the ICE Designated Service Official immediately or as soon as is practically possible.

## 40.0 Suicide Prevention

The contractor shall develop and implement a comprehensive suicide prevention and intervention program in accordance with ICE policy and standards. This program shall include training and/or information that is given separately to both staff and aliens. Contractor shall also model suicide prevention program after the IHSCs suicide prevention and care management directive (IHSC Directive 07-04), especially as it relates to procedures for suicide risk monitoring, suicide risk assessment, suicide precautions, discontinuation of suicide precautions, safety planning interventions, and suicide risk structured treatment planning. The multidisciplinary suicide prevention committee should also be a part of the facility suicide prevention program.

## 41.0 Escapes

The contractor shall take all appropriate measures to prevent escapes. The contractor shall notify

the COR or Designated Service Official immediately if an escape or an attempted escape has occurred. The contractor shall provide the COR and Designated Service Official with a written report prior to the end of the shift. The contractor shall be held to the following standards concerning escapes:

a. The contractor assumes absolute liability for the escape of any alien in its control.

b. The contractor shall provide written policies and procedures regarding the actions to be taken in the event of an escape. This document must include reporting requirements for all contract employees, escorts, supervisors, and management personnel. These procedures shall meet with the approval of the COR, be reviewed at least annually, and updated as necessary.

c. Escapes shall be grounds for removing the responsible contractor employee(s) from duty if the contractor employee(s) is/are determined by the contractor or the COR to be negligent, reckless, or intentionally responsible for the escape. Notice of removal shall be provided to the CO.

d. Corrective actions to prevent future escapes or attempted escapes shall be taken immediately and communicated to the COR for approval. A written report of the remedial action shall be due to the COR within 24 hours of an escape or attempted escape.

e. An escape is deemed an egregious incident and subject to an expedited processing of a contract discrepancy report resulting in a deduction or withholding for any applicable standards violations.

**42.0 Injury, Illness, and Reports**

The contractor shall immediately assist employees, aliens, or others on the premises in need of immediate help or who are injured or ill. Contractor employees shall provide first aid when necessary.

The contractor shall immediately notify the COR or Designated Service Official about all incidents that result in physical harm to or threaten the safety, health, or welfare of any person at the site including job-related injuries. If an alien requires immediate medical attention, the detention officer shall notify the medical provider as well as the COR and/or Designated Service Official.

The contractor shall submit a follow-up written report to the COR within 24 hours of the occurrence. The contractor shall cooperate with ICE in reviewing serious incidents. A serious incident means any incident resulting in injury to an alien, contractor staff, ICE staff, or property damage.

The contractor shall submit a monthly injury report summary containing, but not limited to, name, time/date, location, circumstances, care rendered, status, worker’s compensation status, and reference to identification of initial report.

**43.0 Notification and Public Disclosures**

There shall be no public disclosure regarding this contract made by the contractor (or any subcontractors) without review and approval of such disclosure by the ICE Office of Public Affairs by way of the Contracting Officer. The government considers such information privileged

or confidential.

The contractor shall notify the COR when a member of the U.S. Congress or any media outlet requests information or makes a request to visit the site/facility. The contractor shall coordinate all public information related issues with the CO. All press statements and releases shall be cleared, in advance, with the ICE Office of Public Affairs, which can be reached through the Internet website: http://www.ice.gov/about/news/contact.html.

The contractor shall ensure employees agree to use appropriate disclaimers clearly stating the employees' opinions do not necessarily reflect the position of the U.S. government in any public presentations they make or articles they write that relate to any aspect of contract performance or the facility operations.

## 44.0 Records, Visits and Disclaimers

All records, including video, related to contract performance shall be retained in a retrievable format for the duration of the contract. The contractor shall use a detention management system capable of providing ICE with electronic access to all records related to detainees housed in the facility. Upon completion or termination of the contract, the contractor shall, transmit to the government any records related to performance of the contract, in a format acceptable to the CO. The contractor shall comply with all statutes, regulations, and guidelines from the National Archives and Records Administration. Records and information management functions are required and mandated by the following laws and regulations: Chapters 21, 29, 31, and 33 of Title 44, U.S. Code; 36 CFR 12; 41 CFR 201 subchapters A and B; OMB Circular A-130; and DOJ Order 2710.8A, *Removal and Maintenance of Documents*. Criminal penalties for unlawfully destroying, damaging, removing, or improperly handling or releasing federal records are addressed in Chapters 37 and 101 of Title 18, U.S. Code.

All detainee files are to be prepared, maintained, retired, and disposed of in accordance with ICE policy. Policies and procedures shall be developed to ensure the confidentiality and security of all detainee files. The contractor shall be responsible for detainee record keeping services and personal property.

Except as provided in the below paragraph, all records acquired or generated by the contractor in the contracting process or its performance of this contract or as a result of this contract, including records classified as Privacy Act systems of records and the health records covered by HIPAA/HITECH, are federal records under the control of ICE and all determinations regarding the disclosure of this information will be made by ICE in accordance with applicable federal laws, regulations, policies, and executive orders or as ordered by a court.

ICE will comply with the provisions set forth in 6 C.F.R §5.7 "Confidential Commercial Information," as applicable, in the event ICE intends to release the contract documents or any information relating to this contract, including clause (e) "Opportunity to Object to Disclosure" thereof. Insofar as any documents created by the contractor contain any information related to one or more ICE detainees, these records shall be the property of the ICE and all determinations regarding the disclosure of this information will be made by ICE in accordance with applicable federal laws, regulations, policies, and executive orders or as ordered by a court. To the extent the contractor intends to release the contract or any information relating to the contract, the contractor agrees to coordinate with the CO and obtain ICE concurrence prior to any such release.

Contractor-owned records are considered the property of the contractor and are not within the

scope of the paragraph above. Contractor-owned records include the following:

a) contractor's employment-related records,
b) contractor's patents, copyright, and trademark applications, where the contractor has elected rights or has permission to assert rights and has not relinquished such rights or turned such rights over to the government,
c) contractor's non-public financial records not related to the performance of this contract, and
d) contractor's records that are not related to performance of this contract.

All records acquired or generated by the contractor related to this contract and in possession of the contractor, including those described above, shall be subject to inspection, copying, and audit by the government or its designees at all reasonable times, and the contractor shall afford the government or its designees reasonable facilities for such inspection, copying, and audit; provided, however, that upon request by the CO, the contractor shall deliver such records to a location specified by the CO for inspection, copying, and audit. The government or its designees shall use such records in accordance with applicable federal law, regulation, and policy (including, but not limited to, the Privacy Act), as appropriate.

This applies to all records created, received and maintained by the contractor without regard to the date of origination of such records, including all records acquired from a predecessor contractor or contract or intergovernmental service agreement.

## 45.0 ICE/ERO Control Over Facility Access

Pre-clearance approval from ICE/ERO is required for access to ICE field staff, facilities and information, including any proposed law enforcement officer visits. All requests must be submitted in accordance with the requirements found at www.ice.gov/leadership/ocr. All requests referenced under this section apply only to ICE-related activities within the facility.

All requests by non-governmental organizations and other stakeholders (which include, but are not limited to, intergovernmental entities, state and local governmental agencies, and members of academia, for tours or visits (including combined tour-and-visits events) must be submitted in writing to the local ICE/ERO Field Office. Tour requests should not be directed to the facility.

Any such requests received by the facility shall be forwarded to the Field Office for review. When deciding whether to approve or deny the request, the Field Office Director, or his or her designee, will take into consideration safety and security, and the availability of personnel to staff the tour or visit. All tour or visit participants will be expected to submit personal information required by applicable ICE policies, so the Field Office can perform background checks as necessary.

## 46.0 Federal Judiciary

The contractor shall ensure all judicial inquiries and program recommendations are responded to in a timely and accurate manner. All judicial inquiries and contractor responses, specifically related to an alien, shall be made part of the alien's A-file.

## 47.0 Quality Control Plan and Internal Compliance Monitoring

The contractor is responsible for managing and performing all actions necessary to meet the standards set forth in the contract. The contractor shall establish and maintain an effective quality control (QC) system that complies with FAR 52.246-12 Inspection of Construction. This QC system must cover all design and construction operations, both onsite and offsite, and be keyed to the proposed design and construction sequence. The contractor shall provide a comprehensive Quality Control Plan (QCP) addressing critical operational performance standards for all required services. The QCP must be submitted to the CO and COR for concurrence no later than the post-award conference or as directed by the CO. The CO will notify the contractor of concurrence or required modifications before the contract start date.

The contractor's dedicated compliance staff shall use the QCP and internal compliance monitoring tools to ensure adherence to the PWS) and all applicable ICE detention standards. The contractor shall review and update the QCP quarterly or as required and submit the results and internal compliance findings to the COR and CO. Compliance findings must include evidence of adherence to requirements, corrective actions, and implementation timelines. The QCP shall identify deficiencies, corrective actions, and timely implementation plans to the COR.

The contractor's internal compliance monitoring does not replace ICE's compliance and oversight authorities and activities.

The Quality Control Manager, Superintendent, and all on-site supervisors or equivalent contractor personnel are responsible for the quality of work and are subject to removal by the CO for non-compliance with contract quality requirements. The Quality Control Manager must always maintain a physical presence at the work site and is the primary individual responsible for all quality control. The contractor shall submit a QCP describing the quality control organization. The contractor is responsible for correcting, at its own expense, any work that does not meet applicable codes.

## 48.0 Contractor's Failure to Perform Required Services

The rights of the government and remedies described in this section are in addition to all other rights and remedies set forth in the contract. Specifically, the government reserves its rights under the inspection of services and termination clauses. Any reductions in the contractor's invoice shall reflect the contract's reduced value resulting from the contractor's failure to perform required services. The contractor shall not be relieved of full performance of the services hereunder and may be terminated for cause based upon inadequate performance of services, even if a reduction was previously taken for any inadequate performance.

## 49.0 Post-Award Conference and Performance Evaluation Meetings

The contractor's representatives shall meet with the COR monthly or as deemed necessary by either party. These meetings will provide a management level review and assessment of contractor performance, and a discussion and resolution of problems. Appropriate action shall be taken to resolve outstanding issues. These meetings shall be at no additional cost to the government.

### 49.1 Kickoff Meeting

Within one business day of the award or as directed by the CO, the contractor shall attend an

post-award kickoff. Topics to be covered included but are not limited to the following:

- Introduction of both key contracts and government personnel performing work, related to this PWS.
- Brief overview of contract administration and reporting.
- Discussion of substantive risks and issues that may impact delivery of the project.
- Joint determination of the contents of a work plan to detail the specific activities and tasks to be associated with the period of performance specified in the PWS.
- Discussion of a plan to deliver to the contractor any Government-Furnished Equipment, Information, or Materials (GFE/I/M) unless specifically provided at contract award.
- Review by the contractor of its understanding of the work to be accomplished under this PWS to ensure that all parties have a common understanding of the work to be performed and of the respective responsibilities and obligations of the parties.
- Review by both ICE and the contractor of the agreed-upon method to resolve, track, and report on risks and issues.
- Review expectations regarding schedule development, design development and design review process, utilities, building security and management.

**49.2 Project Management Plan**
The contractor shall provide a project management plan (PMP) that fully documents its management approach for the recruitment, delivery, and execution of contracted services within 15 business days after the award date. The contractor shall update its PMP when there are program management changes and changes to the information required. The PMP shall describe internal policies and procedures to be used in managing the contract and resources associated with the contract. It shall provide an organizational chart of the contractor's line of business to be used in the performance of the contract. The PMP shall consist of a contract management plan (CMP) and a communication plan. The CMP shall describe the technical approach, organizational resources, and management controls to be employed to meet the cost, performance, and schedule requirements of this contract. The CMP shall include a plan for travel, professional development, and training. Provide a narrative describing how the contractor will fully integrate in the management of the elements of this contract. The CMP shall be updated annually by the contractor and approved by the COR and CO.

**49.3 Communications Action Matrix**
Create and provide a communications action matrix that will be used to define details regarding the communications activities that are to be used to manage the work outlined in this contract.

- The matrix shall be developed and maintained by the contractor's team.
- The matrix shall designate the owners responsible for each task and subtask. Include name, email, and phone number.
- Submit the matrix to the COR within 15 business days of receiving government comments on the matrix plan.
- The matrix shall be updated quarterly and provided to the COR.

**49.4 Risk Management Plan**
The contractor shall develop, provide, and maintain a risk management plan (RMP) to proactively identify, assess, mitigate, and monitor risks that may impact staffing, operations, or program performance. Within seven business days of the award date, a work risk management plan meeting shall be conducted.

The RMP shall include the following key components:
Risk Identification and Assessment
The contractor shall identify potential risks, including staffing shortages, operational disruptions (e.g., natural disasters or pandemics), compliance issues, and performance delays. Each risk shall be assessed for likelihood and impact, prioritized as high, medium, or low, and documented in a Risk Register that is updated regularly and made available to the CO.

As part of the RMP, the facility shall ensure continued operations when faced with power outages, weather events and other unexpected events.

Continuous Improvement
The contractor shall review and update the RMP annually or as needed to reflect changes in the operational environment, contractual requirements, or lessons learned from past incidents. The contractor shall incorporate feedback from the CO and other stakeholders to enhance the plan's effectiveness

## 50.0 Personnel And Staffing

### 50.1. Facility Staffing Plan, Floor Plan and Key Personnel

The contractor shall have a staffing plan to effectively staff the facility in a safe and secure manner. The number, type and distribution of staff as described in the staffing plan shall be maintained throughout the term of the contract. Written requests to change the number, type and/or distribution of staff described in the staffing plan must be submitted to the CO, for approval, via COR coordination, prior to implementation and incorporation, as required by the contract. Staffing levels shall not fall below a monthly average of 85% for custody staff, 80% for health services staff, and 85% for all other departments of the approved staffing plan. Staffing levels for all departments other than custody and health services will be calculated in the aggregate.

Each month, the contractor shall submit to the COR the current average monthly vacancy rate and indicate any individual positions that have been vacant more than 120 calendar days. Failure to fill any individual position within 120 calendar days of the vacancy may result in a deduction from the monthly invoice as noted in the QASP. In assessing deductions. ICE may also consider costs associated with overtime used to cover vacant positions.

Each month, the contractor shall submit to the COR any key personnel that will be absent from the facility for over five working days. If the key personnel will be absent for over five working days and the contractor will not provide an "acting" position to backfill that key personnel position during the absence, the CO has the right to make a deduction based on the fully burdened rate of the absent key personnel position.

### 50.2. Minimum Staffing Requirements

Exclusive of the agreed upon ramp periods, the contractor shall fully staff the facility to secure,

control, and supervise aliens in custody regardless of the population. The contractor shall ensure daily, custody staff assignment rosters, by shift, are maintained. The assignment rosters shall indicate the number of staff, job titles, names, hours, and days of work for each post. The daily roster shall be posted 24 hours in advance. Shift rosters must be provided to the COR daily.

### 50.3. Supervisory Staffing

The contractor is responsible for the satisfactory supervision of its employees at all times. Satisfactory supervision includes verifying attendance at all posts and positions and upholding the work requirements of all personnel assigned under the contract. The contractor shall provide the COR with the names of supervisory custody staff designated by the contractor before commencement of services.

In the absence of the facility administrator, another qualified person who meets the position and background check requirements shall temporarily fill that position. This individual shall perform job duties of the facility administrator and interface with the CORs and/or designated ICE officers and the CO on all performance-related matters.

### 50.4. Key Personnel

The CO shall provide written approval before any employee is assigned as key personnel to perform duties under this contract. The contractor shall identify key personnel employed and notify ICE of their expected on-hire date upon contract award—key positions must be filled prior to accepting any detainees. Any subsequent changes to key personnel must meet these criteria and be approved in writing by the CO. The following are considered key personnel for the contract. The contractor may use other titles.

**Facility Director.** The facility director shall hold an accredited bachelor's degree in an appropriate discipline, or significant military or corrections experience of a minimum 15 years, and have at least five years of related administrative experience, and have knowledge of program objectives, policies, procedures, and requirements for managing a secure detention/correctional facility. The degree requirement may be satisfied by completion of a career development program that includes work-related experience, training, or college credits at a level of achievement equivalent to the bachelor's degree.

**Assistant Facility Director**. The assistant facility director shall hold an accredited bachelor's degree in an appropriate discipline or have a minimum of three years of related industry experience, and have knowledge of program objectives, policies, procedures, and requirements for managing a secure detention/correctional facility.

**Health Services Administrator**. The Health Services Administrator (HSA) must have a minimum of a master's degree in healthcare administration (or related field of study preferred). Must have three years of leadership experience, two years management of programs and services experience. The HSA shall maintain current CPR/Basic Life Support (BLS) certification and if the HSA holds a clinical license, it is their responsibility to fulfill the obligations of their licensing or certifying body to ensure continued status.

**Clinical Director**. The Clinical Director shall have a Doctor of Medicine or Doctor of Osteopathic Medicine from a university in the United States or from a foreign medical school that provides education and medical knowledge equivalent to accredited schools in the United States or any of its territories as established by the National Committee on Foreign Medical Education

and Accreditation and permanent certification by the Educational Commission for Foreign Medical Graduates. The Clinical Director shall have a minimum of six years post residency experience providing direct patient care as a board-certified / eligible physician in Internal Medicine, Family Medicine, or Preventive Health as well as a minimum of three years of experience in the provision of clinical supervision and leadership to other medical professionals and ancillary clinic staff. The Clinical Director shall maintain a full, and unrestricted license to practice medicine for the entirety of the employment term in the state in which the duty station is located. The Clinical Director shall also maintain the BLS for Healthcare Providers certification through the American Heart Association.

**Nurse Manager**. The Nurse Manager must be a bachelor's degree trained registered nurse (RN) and have current and documented professional licensure to be an RN. The Nurse Manager shall have a minimum of six years of professional nursing experience and maintain current CPR/BLS certification as well as any professional credentials/ certification appropriate to the job specialty.

**Mental Health Providers**. Mental Health Providers shall only be 1) Clinical Psychologist, 2) Licensed Clinical Social Workers (LCSWs), or 3) Licensed Professional Clinical Counselors/Licensed Clinical Professional Counselors/Licensed Clinical Mental Health Counselors, etc. (LPC/LPCC/LCPC/LMHC/LCMHC).-ICE may allow exceptions for LMFTs in a non-FRC ICE detention facility on a case-by-case basis.

Appropriate licensure ensures ability to conduct mental health evaluation, mental health and substance abuse treatment (i.e. psychotherapy – individual or group; clinical counseling, etc.), mental health diagnosis, segregation monitoring, SMI, monitoring, and assessing suicidality/homicidality risk, suicide watch contacts, etc.

If contractor hires a Clinical or Counseling Psychologist, they require successful completion of a PhD or PsyD in Clinical Psychology from an accredited graduate program. A graduate program in Clinical Psychology accredited by the American Psychological Association is preferred. Psychologists must hold a full, current, and unrestricted licensed by a State or Territory at the Doctoral level for psychologists. The Clinical/Counseling Psychologist license must be maintained in a permanent, full, independent, and unrestricted status during the term of employment. Must possess knowledge of specific functions of Psychology to include, but not limited to: Observation, Description, Testing, Evaluation, Interpretation, Diagnosis and Treatment.

If contractor hires LCSW, Clinical Social Workers require successful completion of a master's degree in social work (MSW) from a graduate program in social work accredited by the Council on Social Work Education (CSWE). Licensed Clinical Social Workers must hold a current, active, valid, and unrestricted clinical license to practice clinical social work independently, offered by a U.S. State, the District of Columbia, Commonwealth, territory, or jurisdiction is required. The clinical social worker license must be maintained in a permanent, full, independent, and unrestricted status during the term of employment. The clinical social worker license must be the highest clinical license of clinical social work designated by the licensing board where it was received. The social worker must hold a full, current, and unrestricted clinical social work license to independently practice including diagnosis and treatment of mental health disorders and conditions.

If the contractor hires an LPC, they must meet the following educational standards: Hold a master's or doctoral degree in: Clinical Mental Health Counseling; Clinical Rehabilitation Counseling; or a related field, from a program accredited by the Council on Accreditation of

Counseling and Related Educational Programs (CACREP). Examples of related mental health counseling fields include but are not limited to Addiction Counseling; Community Counseling; Gerontology Counseling; Marital, Couple, and Family Counseling. CACREP defines the date when graduates are considered to have graduated from a CACREP accredited program. Additional information may be obtained from http://www.cacrep.org/directory/. NOTE: Traditional Rehabilitation counseling programs that are accredited by CACREP do not meet the required qualification standards as Traditional Rehabilitation counseling differs from Clinical Rehabilitation counseling. LICENSURE: Must be a full, current, and unrestricted clinical license to independently practice as a Licensed Professional Mental Health Counselor, which includes diagnosis and treatment.

Minimum of two years post-licensure clinical experience providing independent clinical assessment, diagnosing using the DSM-V-TR, and developing clinical treatment plans without supervision. Correctional healthcare experience preferred. These providers must possess professional knowledge of a wide range of concepts, principles, practices, and procedures related to alcohol and drug prevention, education, and treatment of substance use disorders, how to apply this knowledge to difficult and complex case assignments, and in developing new methods, approaches, or procedures regarding the program. Knowledge of bio-psychosocial or psychological instruments to make assessments and evaluations of mental, emotional, attitudinal, and intellectual status

**Senior Environmental Professional**: Skilled in successful completion of Phase 1 and 2 Environmental Site Assessments (ESAs) in accordance with ASTM Standard 1527-21, Section 7.5.1 and CERCLA) and all other Due Diligence requirements for successful site acquisitions and subsequent NEPA/NHPA investigations to obtain compliant NEPA CATEX approvals. Key Responsibilities include: The Environmental Lead shall be responsible for overseeing the tasks and services related to environmental planning, environmental compliance, and environmental permitting. The Environmental Lead will serve as the primary point of contact for coordination with ICE on all environmental matters.

Qualifications:

i) 10+ years of successful experience managing federal environmental compliance, environmental planning and due diligence investigations projects, preferably in direct-owned facilities and/or for federal law enforcement agencies

ii) Master of Science Degree in Environmental Science, Environmental Engineering or related field of study

The following key personnel are required *only* for the initial design and renovation phases unless otherwise directed by ICE. Resumes shall be submitted to the government at the Project Kick Off meeting (Post award)--See Deliverables section.

Note: The design shall be accomplished by a professional Architecture Engineering (A/E) Firm, serving as the Designer of Record (DOR). The DOR shall be a Registered Professional Engineer (PE) within the state where the property is located.

**Design/Renovation Key Personnel** – The contractor shall provide the following key personnel subject to approval by the CO and the COR.

- Project Manager
- Designer of Record
- Registered Design Professionals
- Superintendent
- Quality Control Manager

**Project Manager** Qualifications: BS degree in an appropriate field in at least one of the following: (Building Engineering, Civil Engineering, Construction Management, Architecture, Construction Engineering) and have at least 10 years of experience managing project of similar size and value. The Project Manager must be capable of reading, writing, and conversing fluently in the English language.

**Designer-of-Record** Qualifications: The design shall be accomplished by a professional Architecture Engineering firm (serving as the Designer of Record) with at least 5 years of experience in design related to projects of similar size, value, and scope. The Designer of Record shall be a registered Professional Engineer in the state where the project is located.
Registered Design Professionals Qualifications: Registered Design Professionals, who will be responsible for each discipline of the design, shall be registered professionals (professional engineer, registered architect or certified by NCIDQ) in a state within the United States of America.

**Superintendent** Qualifications: Provide project superintendent with a minimum of 5 years as a superintendent on projects similar in size and complexity. The individual must be familiar with and have experience in the areas of hazard identification and safety compliance. The individual must be capable of interpreting a critical path schedule and construction drawings. The qualification requirements for the alternate superintendent are the same as for the project superintendent. Minimum Communication Requirements: Have at least one qualified superintendent, or competent alternate, capable of reading, writing, and conversing fluently in the English language, on the jobsite always during the performance of Contract work. The project superintendent is primarily responsible for managing subcontractors and coordinating day-to-day production and schedule adherence to the project. The superintendent is required to attend partnering meetings, and quality control meetings. The superintendent or qualified alternative must always be on-site during the performance of this contract until the work is completed and accepted.

**Quality Control**: The Quality Control Manager must be a graduate engineer, graduate architect, or a graduate of construction management, with a minimum of five years construction quality control experience on construction similar to this Contract or a construction person with a minimum of ten years of construction experience, of which a minimum of five years' experience must be in construction quality control on construction similar to this contract. The Quality Control Manager and all members of the quality control organization must be capable of reading, writing, and conversing fluently in the English language. The Quality Control Manager or qualified alternative must always be on-site during the performance of this contract work until the work is completed and accepted.

### 50.5. Facility Floor Plan and Guard Post Map

The contractor shall provide a facility floor plan which clearly identifies all recommended detention guard posts and corresponding guard shift requirements (e.g., 24/7, 8 hours M – F, weekend-only, etc.). The floor plan shall be submitted with the facility staffing plan and shall be

approved by the CO/COR prior to commencement of services under this contract.

Changes to the guard posts or shift requirements shall be approved by the CO.

### 50.6. Organizational Chart

The contractor shall provide an organizational chart that describes the structure of authority, responsibility, and accountability within the facilities. The contractor shall update this chart as necessary. The contractor shall make the chart available for review by ICE upon request.

### 50.7. Employment Eligibility

The contractor shall employ personnel whose qualifications are commensurate with job responsibilities and authority levels. The contractor shall assure that employees meet the standards of competency, training, appearance, behavior, and integrity. The contractor will affect disciplinary or adverse action against employees who disregard those standards. The contractor shall immediately notify the COR in writing when learning of any adverse or disqualifying information on any employee. If the CO or COR receives disqualifying information on a contractor employee, he/she shall direct that the contractor immediately remove if the employee is unable to perform its duties (e.g., clearance); however, the contractor is responsible for ensuring that the contracted position is filled regardless of the investigation.

e the employee from performing duties under this contract until an investigation is completed .

Screening criteria under DHS Instruction 121-01-007Rev 2 (Personnel Security, Suitability and Fitness Program), or successor thereto, that may exclude contractor employees from consideration to perform under this contract includes:

a) Misconduct or negligence in employment.
b) Criminal conduct.
c) Material, intentional false statement or deception of fraud in examination or appointment.
d) Dishonest Conduct
e) Refusal to furnish testimony as required by 5 CFR § 5.4 (i.e., a refusal to provide testimony to the Merit Systems Protection Board or the Office of Special Counsel).
f) Illegal use of narcotics, drugs, or other controlled substances without evidence of substantial rehabilitation.
g) Alcohol abuse, without evidence of substantial rehabilitation, of a nature and duration that suggests that the applicant or appointee would be prevented from performing the duties of the position in question or would constitute a direct threat to the property or safety of the applicant or appointee or others.
h) Knowing and willful engagement in acts or activities designed to overthrow the U.S. government by force.
i) Any statutory or regulatory bar which prevents the lawful employment of the person involved in the position in question.
j) Violent Conduct
k) Performance, as determined by investigation by the CO, involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or common sense resulting in or contributing to a detainee escape. Any other nondiscriminatory reason that an individual's employment (or work on a contract) would not protect the integrity of promote the efficiency of the service.

ICE may direct that the contractor immediately remove from assignment on this contract any employee(s) who has/have been disqualified for either security reasons or for being unfit to perform their required duties as determined by the CO.

The contractor shall agree that each employee working on this contract will have a Social Security Card issued and approved by the Social Security Administration. The contractor shall be responsible to the government for acts and omissions of his own employees and for any subcontractor(s) and their employees.

Subject to existing law, regulations, and/ or other provisions of this contract, illegal or undocumented aliens will not be employed by the contractor, or with this contract. The contractor will ensure that this provision is expressly incorporated into all subcontracts or subordinate agreements issued in support of this contract.

### 50.8. Health Requirements for All Detention Officers

The contractor is solely responsible for ensuring employees can perform essential functions described within this contract, with reasonable accommodation, if applicable. All officers who work under this contract shall pass a medical examination conducted by a licensed physician within 30 days prior to entry on duty unless otherwise directed by the COR.

#### 50.8.1. Employee Health and Health Records

Laws and Regulations | Occupational Safety and Health Administration
(https://www.osha.gov/laws-regs)
OSHA Publications | Occupational Safety and Health Administration
(https://www.osha.gov/publications)

Employee health files for all contractor employees must be maintained on-site, in a locked cabinet. Health files are to be maintained in accordance with DHS and ICE Privacy Policies and the Privacy Act of 1974 and contain the following documents:

a. Initial and annual tuberculosis (TB) infection screening results.
b. Vaccination records including results, titers, and Immunization Declination Form(s).
c. OSHA 301 Incident forms.
d. Blood borne pathogen exposure documentation.
e. Respirator medical clearance.
f. Respirator fit test results.
g. Other employee health documents.

#### 50.8.2. Required Documentation

All contractor personnel must provide documentation regarding the following: History of testing for TB within the last 12 months:

a. Chest x-ray if employee has a history of latent TB infection (LTBI), treatment history for LTBI or TB disease, if applicable.

b. Additionally, on an annual basis and at own expense, the contractor shall provide a

current tuberculin skin test or interferon-gamma release assays test result if the employee previously tested negative for LTBI, evaluation for TB symptoms if the employee previously tested positive for LTBI and follow up as appropriate in accordance with Centers for Disease Control and Prevention (CDC) guidelines.

### 50.8.3. Recommended Immunizations

Individuals employed by the contractor in a custody or detention environment are at significant risk for acquiring or transmitting Hepatitis B, measles, mumps, rubella, varicella and seasonal influenza. These diseases are vaccine preventable. The vendor is required to abide by all OSHA workplace safety requirements including those related to vaccinations. The following vaccinations are highly recommended for the contractor's personnel.

a. Hepatitis A
b. Hepatitis B
   (Note: The U.S. OSHA Blood-borne Pathogens Standard requires employers to provide employees at risk of occupational exposure to blood and other potentially infectious material with the Hepatitis B vaccination series. Refer to OSHA regulations: https://www.osha.gov/OshDoc/data_BloodborneFacts/bbfact05.html
c. Varicella.
d. Measles, Mumps, Rubella.
e. Diphtheria, tetanus, a-cellular pertussis.
f. Annual seasonal influenza.

The contractor's personnel will provide immunization documentation or titer results to the health services administrator or the employer's designee for placement in the employee health file. It is recommended that the CDCs Immunization of Healthcare Workers: Recommendations of the Advisory Committee on Immunization Practices and the Hospital Infection Control Practices Advisory Committee be used as a reference for employee health immunization issues.

If requested by the COR, the contractor shall make medical records of contract employees available for review. The contractor will keep one duplicate copy of each Standard Form 88. Prior to the officer's initial assignment or reassignment to the facility, the contractor shall certify in writing to the COR that each detention officer is and remains in full compliance with the following:

a. Staff shall not have diseases that may be transmitted to and result in the disablement of other persons and shall be physically and mentally able to perform the essential functions of their position, either with or without reasonable accommodation, and without creating a significant risk of substantial harm to the health or safety of that officer or others, which risk cannot be eliminated or reduced by a reasonable accommodation.
b. Detention officers are required to have the following: (a) correctable distant vision must be equal to or better than 20/20 in each eye; (b) binocular distant vision must be correctable to 20/20; (c) monocular vision is generally disqualifying; depth perception must be equal to or better than 70 seconds of arc; (d) peripheral vision must be normal; (e) color vision must be normal. Acceptable measure of color discrimination is the Ishihara color (14 plates). X chrome lenses are not acceptable to ICE as a means of correcting color deficiencies. Any disease or condition which interferes with a person's vision may be considered disqualifying. Cases will be

reviewed on a case-by- case basis by the COR.

c. Detention officers are required to be able to hear in the frequency range from 500-2000 hertz (Hz), the deficit should not exceed 30 decibels in either ear. At 3000 Hz, the deficit should not exceed 40 decibels in either ear. Any disease or condition, which interferes with the ability to hear, may be considered disqualifying. Cases will be reviewed on a case-by-case basis by the COR.
d. Detention officers shall not have heart, lung, skeletal, or other physical defects that would impair their ability to perform effectively in either normal or emergency situations.
e. Detention officers shall possess unimpaired use of hands, arms, legs, and feet. detention officers shall be able to run when necessary and be capable of handling portable fire extinguishers, building fire hoses, and related equipment.
f. Detention officers shall be able to wear all necessary equipment, or other protective items.
g. Officers shall be mentally alert and emotionally stable with an absence of detectable neurotic or psychoneurotic conditions that would affect their ability to act during a stressful situation involving mental stress.
h. As required by the Occupational Safety and Health Administration, 29 CFR, Part 1910.1035 (Occupational Exposure to Tuberculosis), all employees in occupations with high-risk exposure are required to have a TB Skin Test completed annually. The contractor shall complete a baseline test on all newly hired employees. Each employee must have a TB Skin Test Certificate prior to entering on his/her first day of duty. The contractor shall be responsible for re-testing of employees annually.
i. The contractor shall report immediately any changes to (1) through (8) above, in a detention officer's health status to the COR. If the COR determines that contractor employees do not meet minimum health standards, the contractor's employee must undergo a "Fitness for Duty" examination at no cost to the government.
j. Officers must have no hearing defects or no hearing defects with the use of a correctable device.

### 50.9. Random Drug Testing

The contractor shall have a random drug-screening program. ICE may require drug screening for cause at any time. The contractor shall order and accomplish drug screening at the contractor's expense. A laboratory approved by the National Institute of Drug Abuse shall perform the screening. The contractor shall provide the results of all such drug screening to the COR within 24 hours of receipt.

### 50.10. Contraband Program and Inspection

A contraband control program shall be established in accordance with NDS or any modified version of the standards published by ICE.

The contractor's employees will be subject to random contraband inspection in accordance with facility standards and policies. ICE may require contraband screening and inspection for cause at any time. Upon notification of a violation by the COR, the contractor shall immediately remove the employee from performing duties under this contract. The contractor shall revoke employees' credentials, complete required disposition, and immediately notify the COR when the employee is removed from duty.

### 50.11. Contractor Staffing and Employee Requirements

The contractor shall provide employee requirements or policies, which, at a minimum, address the following:

a. Organization.
b. Recruiting procedures.
c. Opportunities for equal employment.
d. Qualifying for jobs, job descriptions, responsibilities, salaries, and fringe benefits
e. Screening employees for illegal drug use.
f. Holidays, leave, and work hours.
g. Personnel records, employee evaluations, promotion, and retirement.
h. Training.
i. Standards of conduct, disciplinary procedures, and grievance procedures.
j. Resignation and termination.
k. Employee-management relations.
l. Security, safety, health, welfare, and injury incidents.

The contractor shall provide a copy of the rules or policies to facility employees. Upon request by the COR, the contractor shall document that all employees have reviewed a copy of the requirements or policies.

### 50.12. Minimum Standards of Employee Conduct

The contractor shall develop standards of employee conduct and corresponding disciplinary actions that are consistent with the following standards of conduct. All employees shall certify in writing that they have read and understand the standards. A record of this certificate must be provided to the COR prior to each employee beginning work under this contract. The contractor shall hold employees accountable for their conduct based on these standards, which are not restricted to, but shall include:

a. Employees shall not display favoritism or preferential treatment to one alien, or group of aliens, over another.
b. Employees shall not discuss or disclose information from alien files or immigration cases, except, when necessary, in the performance of duties under this contract.
c. The employee may not interact with any alien except in a relationship that supports the approved goals of the facility. Specifically, employees shall not receive nor accept any personal (tangible or intangible) gift, favor, or service, from any alien, any alien's family, or associate no matter how trivial the gift, favor, or service may seem, for themselves or any members of their family. In addition, the employee shall not give any gift, favor, or service to aliens, alien's family, or associates.
d. The employee shall not enter any business relationship with aliens or their families (e.g., selling, buying, or trading personal property).
e. The employee shall not have any outside or social contact with any alien, his or her family, or associates, except for those activities which are part of the facility program and a part of the employee's job description.
f. All employees are required to immediately report to the warden/facility director or ICE supervisor any criminal or non-criminal violation or attempted violation of these standards.
g. The contractor shall report all violations or attempted violations of the standards of conduct or any criminal activity immediately to the COR. Violations may result in

employee removal from the facility. Failure on the part of the contractor either to report a known violation or to take appropriate disciplinary action against an offending employee or employees shall subject the contractor to appropriate action including possible termination of the contract for default.

h. The contractor shall not employ any person whose employment would present an actual or apparent conflict of interest. The contractor is specifically prohibited from hiring active-duty military personnel and civilians employed by the government to perform work under this contract.
i. An affirmative duty to self-report any criminal arrests within 24 hours of occurrence.

### 50.13. Minimum Personnel Qualification Standards

The contractor shall ensure that each person employed by the firm, or any subcontractor(s) has a social security card issued and approved by the Social Security Administration and shall be a U.S. citizen or a person lawfully admitted into the U.S. for permanent residence, have resided in the U.S. for the last five years (unless abroad on official U.S. government duty), possess a high school diploma or equivalent, and obtain a favorable suitability for employment determination. Each employee of the contractor and of any subcontractor(s) must complete and sign a Form I-9, "Employment Eligibility Verification," before commencing work. The contractor shall retain the original Form I-9 and shall furnish the COR with a copy of the Form I-9 before the employee commences work. The contractor shall be responsible for acts and omissions of its employees and of any subcontractor(s) and their employees.

In addition, each contract employee shall meet the following requirements in accordance with the contract requirements:

a. All employees shall be a minimum of 21 years of age.
b. Employees shall have at least one year of general experience that demonstrates the following:
    - The ability to greet and deal tactfully with the public.
    - Capability of understanding and applying written and verbal orders, rules, and regulations. All personnel shall be literate and be able to interpret printed rules and regulations, detailed written orders, training instructions and materials, and must be able to compose reports.
    - Good judgment, courage, alertness, an even temperament, and performance render satisfactory through knowledge of his/her position responsibilities.
    - Ability to maintain poise and self-control during situations that involve mental stress, such as fires, explosions, civil disturbances, and building evacuations.
c. All employees on this contract must maintain current/physical residency in the continental U.S.
d. All qualified, armed employees working as transportation officers shall have a minimum of one year of experience as a law enforcement officer, military policeman, or as a security officer engaged in functions related to detaining civil or administrative aliens. A degree in a related or appropriate field/discipline may substitute for experience (i.e., detention, corrections, criminal justice, etc.).

### 50.14. Removal from Duty

If the COR or the contractor receives and confirms disqualifying information concerning a contractor employee, the contractor shall, upon notification by the COR, immediately remove the employee from performing duties under this contract. The contractor shall revoke the employee's identification credentials and complete any required dispositions. The contractor shall

immediately notify the COR when the employee is removed from duty. Disqualifying information includes but is not limited to the following:

a. Conviction of a felony, a crime of violence, domestic violence, or a serious misdemeanor.
b. Possessing a record of arrests for continuing offenses.
c. Falsification of information entered on suitability forms.
d. Non-payment of court ordered payments (child support, liens, etc.) or excessive delinquent debt as determined by credit check.
e. Misconduct or negligence in prior employment, which would have a bearing on efficient service in the position in question or would interfere with or prevent effective accomplishment by the employing agency of its duties and responsibilities.
f. Alcohol abuse of a nature and duration which suggests that the applicant or appointee would be prevented from performing the duties of the position in question or would constitute a direct threat to the property or safety of others.
g. Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation.
h. Introduction of contraband into or unto the facility.

ICE may direct the contractor to remove any employee who has been disqualified either for security reasons or for being unfit to perform his/her duties as determined by the COR or the CO. The contractor shall act immediately and notify the COR when the employee is removed from duty. A determination of being unfit for duty may be made from, but is not limited to, incidents of delinquency set forth below:

a. Violation of the Rules and Regulations Governing Detention facilities set forth in ICE Publications entitled "Detention Officer Handbook."
b. Violation of the Rules and Regulations Governing Public Buildings and Grounds, 41 CFR 101-20.3.
c. Neglect of duty, including sleeping while on duty, loafing, unreasonable delays or failures to carry out assigned tasks, conducting personal affairs during official time, leaving post without relief, and refusing to render assistance or cooperation in upholding the integrity of the security program at the work sites.
d. Falsification or unlawful concealment, removal, mutilation, or destruction of any official documents or records, or concealment of material facts by willful omissions from official documents or records.
e. Theft, vandalism, immoral conduct, or any other criminal actions.
f. Possessing, selling, consuming, or being under the influence of intoxicants, drugs, contraband, or substances which produce similar effects.
g. Unethical or improper use of official authority or credentials.
h. Unauthorized use of communication equipment or government property.
i. Misuse of equipment or weapons.
j. Violations of security procedures or regulations.
k. Recurring tardiness.
l. Undue fraternization with aliens as determined by the COR.
m. Repeated failure to comply with visitor procedures as determined by the COR.
n. Performance, as determined by investigation by the CO, involving acquiescence, negligence, misconduct, lack of diligence, good judgment, and/or good common sense resulting in, or contributing to, an alien escape.
o. Failure to maintain acceptable levels of proficiency or to fulfill training requirements.

p. Changes in an employee's ability to meet the physical and/or mental health requirements of this contract.
q. Contractor employee who is under investigation by any law enforcement agency will be removed from duties pending outcome of the disposition.

At the direction of the COR, the contractor shall reassign contract employees who have been arrested or who have alleged misconduct to duties that do not permit direct contact with aliens pending the disposition of the charges. Any alleged misconduct shall be reported immediately to the COR. If such reassignments are not available, the contractor shall remove the employee from work under this contract and other ICE contracts.

### 50.15. Tour of Duty Restrictions

The contractor shall not utilize any uniformed contractor employee to perform duties under this contract for more than 12 hours in any 24-hour period and shall ensure that such employees have a minimum of eight hours off between shifts. Authorization is required from the COR prior to an employee performing services that exceed 12 hours; provided, however, the contractor may utilize uniformed employees to perform duties under this contract for up to 16 hours in any 24-hour period in the event of an emergency or other non-routine circumstances. If an employee is performing other duties for either the contractor or another employer, those hours shall count against the 12-hour or 16-hour limitation.

### 50.16. Dual Positions

If a supervisory detention officer is not available for duty the contractor shall provide a full-time supervisor as a replacement. A contract employee shall not hold the position of detention officer and supervisory detention officer simultaneously. The COR will document and refer to the CO the failure of the contractor to provide necessary personnel to cover positions.

### 50.17. Post Relief

As indicated in the post orders, the detention officer shall not leave his or her post until relieved by another detention officer. The contractor or contractor's supervisor authorizes rest or relief periods; the contractor shall assign undesignated officers to perform the duties of the detention officers on break.

### 50.18. Personnel Files

The contractor shall maintain a system of personnel files and make all personnel files available to the CO and the COR upon request. These files shall be maintained and current for the duration of the employee's tenure under the contract. The files shall contain verification of training and experience discipline actions and credentials for all staff.

### 50.19. Uniform Requirements

These requirements apply to supervisory detention officers and detention officers

### 50.20. Uniforms

The contractor shall provide uniforms to its employees. The design and color of the contractor's uniforms, patches, badges, and other identifiable markings shall not be similar in color or style to those worn by ICE or DHS Customs and Border Protection officers. All officers performing under this contract shall wear uniforms of the same style and color while on duty. The rank of authority must be prominently displayed as part of each uniform. A shoulder patch should distinctly identify the contractor. Uniforms and equipment do not have to be new but shall be in good condition and meet the standards at start of duty. Officers not in proper uniform shall be considered "not ready for duty/not on duty" until properly uniformed. All uniforms shall be clean, neat, and in good order. Uniforms that are frayed, stained, faded, or considered too worn by the COR shall be replaced by the contractor. Staff shall always wear authorized name tags while within the facility and grounds.

The complete uniform consists of seasonal attire that includes appropriate shirt, pants, belt, jacket, shoes, or boots (mandatory), duty belt, mini-mag flashlight and holder, handheld radio, handcuffs, handcuff key and handcuff holder, and key-holder. The contractor shall ensure that each officer has a complete uniform while performing assignments under this contract.

Within 60 days of award, the contractor shall provide the COR with documentation of the uniform and equipment items issued to each employee. The COR shall approve or disapprove of any uniform apparel. The contractor shall a summary of the uniform or any uniform changes to the COR for approval.

If the contractor subcontracts some of the transportation services, the Government will permit the subcontracted transportation officers to wear a different uniform, if the standards for the transportation personnel uniforms are consistent with the standards for the uniforms worn by other contractor personnel.

### 50.21. Identification Credentials

The contractor shall ensure that all employees, both uniformed and non-uniformed (if applicable), have the required identification credentials in their possession while on the premises. The contractor identification credential document shall contain the following:

a. Contract employee credentials shall contain the following: **Front -** (l), Company Name, (2) Full Face/Shoulder photo l" square, no older than 30 days when issued, (3) Title/Position, **Reverse -** (l) Name, (2) Sex, (3) Date of Birth, (4) Height, (5) Weight, (6) Hair Color, (7) Eye Color, (8) Date of Hire, (9) Date of issue, (10) Signature of Employee, and (11) Signature of Issuing Officer.
b. A photograph that is at least one-inch square, shows the full face and shoulders of the employee and is no more than 30 days old when the credential is issued.
c. A printed document that contains personal data and description consisting of the employee's name, sex, birth date, height, and eye color, as well as the date of issuance, the signature of the employee, and the signature of project manager or designated contractor personnel.
d. To avoid the appearance of having government issued credentials/badges, the contractor shall not possess wallet type badges or credentials. All credentials shall be approved by the COR or ICE Designated Service Official.

### 50.22. Permits and Licenses

#### 50.22.1. Licensing of Employees

The contractor shall ensure each employee has registrations, commissions, permits, and licenses as required by the district, municipality, county, and state in which ICE work site is performed prior to EOD. The contractor shall verify all licenses and certifications.

### 50.23. Jurisdiction

The contractor's authority under this contract is limited to space or posts that are under the charge and control of ICE. The contractor shall not extend its services into any other areas.

### 50.24. Encroachment

Contractor employees shall not have access to government equipment, documents, materials, or telephones for any purpose other than as authorized by ICE. Contractor employees shall not enter any restricted areas of the detention centers unless necessary for the performance of their duties.

### 50.25. Work Schedules

The contractor shall follow the criteria described below when establishing work schedules, contact relief, rest periods, and starting and stopping work.

#### 50.25.1. Post Work Schedules

One week in advance, the contractor shall prepare supervisory and detention officer work schedules, for a two-week period, and shall post them in work areas or locker rooms. A manpower report shall be submitted to the COR monthly. Schedules shall be prepared on a form designated by the COR. Changes in duty hours shall also be posted on this form in enough time to ensure 24-hour advance notice. At the completion of each shift, the contractor shall, upon request of the COR, also provide an employment report listing (copies of the sign-in sheets [GSA Form 139, Record of Arrival and Departure from Buildings during Security Hours] for each shift) for each employee who actually worked, work classification, post assignments, and hours worked, as well as total hours worked by supervisory and non- supervisory employees. A supervisor shall conduct regular post checks to ensure personnel are on duty.

#### 50.25.2. Starting and Stopping Work

The contractor is responsible for all employees to be in complete uniform and ready to begin work promptly at the beginning of each shift. Each employee shall remain at the duty locations until their shift is completed. Post staff will not vacate their post at the end of their shift until a replacement post staff has arrived.

a. Recording Presence

The contractor shall direct its employees to sign in when reporting for work and to sign out when leaving at the end of their period of duty. The contractor's supervisory and regular personnel are required to register at the applicable work site(s) and shall use GSA Form 139. The government shall specify the registration points, which will be at the protected premises, and the contractor shall utilize those points for this purpose. Contractor officers, working as supervisors, shall make the designation "supervisor" in

the rank column on GSA Form 139; all others will enter "On Duty." The applicable post or position numbers may be entered in the "relief" column after mutual concurrence between ICE and the contractor.

Each line on GSA Form 139, or other forms designated by ICE must be completed in chronological order, without exception. Lines may not be left blank between signatures. If an entire line is used to enter a calendar date to separate individual workdays, a one-line limit for each date entered will be followed. Erasures, obliterations, superimposed, or double entries of any type on any one line are unacceptable and will not be processed for payment. If errors are made in signatures, times, post numbers, or duty status on this form, the next line immediately following the line containing such errors, will be used to record all corrected information. A single line will be drawn through the entire line on which such mistakes appear. The contractor must attach a detailed memorandum explaining the reasons for the mistakes to each form containing erroneous entries.

The contractor may use a timekeeping system in lieu of GSA Form 139, so long as the same information is recorded.

b. Rest Periods

When the contractor or a contractor supervisor authorizes rest and relief periods for contract employees, a substitute officer of similar capabilities shall be assigned to the duty location.

c. Work Relief

When the work assignments require that the contractor's employees do not leave the assigned duty locations until a substitute officer has provided relief, this condition shall be explicitly stated on GSA Form 2580, Guard Post Assignment Record, or other forms designated by ICE COR. The contractor shall enforce the procedure without exceptions.

## 50.26. Training

### 50.26.1. General Training Requirements

All officers must have the training described in ICE NDS and in this sub-section. The contractor shall provide the required refresher courses or have an institution acceptable to the COR to provide the training. Failure of any employee to complete training successfully may disqualify him or her from employment on the contract.

All new detention officers will receive 60 hours of basic training, not including firearms, prior to EOD and 40 hours of on-the-job training. The contractor's training officer will be responsible for administering an on-the-job training (OJT) program for new employees. A senior detention officer, always during the 40-hour OJT period, must accompany the detention officers. The contractor shall provide a copy of the documentation to the COR upon successful completion of the employees' on-the-job training.

In addition, after completion of the first 100 hours of training, the contractor has 60 days to complete an additional 40 hours of training for each employee. During the remainder of the first year on duty, the contractor shall provide the employee with an additional 40

hours of training for a total of 180 hours within the first year of employment. The training program must directly relate to the employee's assigned position and afford application of necessary job skills.

Detention officers shall not perform duties under this contract until they have successfully completed all initial training, and the COR receives written certification from the contractor. Alternative or e-training techniques, unless approved in writing by the CO via the COR, shall not be used.

Additional specialized training requirements identified in other sections of this PWS (e.g., SMI, suicide prevention, PREA, IT security, records management) are mandatory and shall be integrated into the facility's annual training plan

**50.26.2. Basic Training Subjects**

Officers must complete the training required in accordance with the ICE National Detention Standards. Required training may include but not be limited to the following:

| | |
|---|---|
| In-service Orientation | 2 HRS |
| Counseling Techniques/Suicide Prevention and Intervention* | 8 HRS |
| Conduct/Duties/Ethics and Courtroom Demeanor | 2 HRS |
| Bomb Defense and Threats | 1 HR |
| Telephone Communications/Radio Procedures | 1 HR |
| Annual IT Security Training | 1 HR |
| Fire and other Emergency Procedures | 2 HRS |
| Treatment and Supervision of Aliens | 2 HRS |
| ICE Use of Force Policy | 2 HRS |
| Security Methods/Key Control/Count | 1 HR |
| Procedures/Observational Techniques | 4 HRS |
| Sexual Harassment | 2 HRS |
| Alien Escort Techniques | 1 HR |
| ICE Paperwork/Report Writing | 2 HRS |
| Alien Searches/Alien Personal Property | 4 HRS |
| Property/Contraband | 2 HRS |
| Alien Rules and Regulations | 2 HRS |
| First Aid* | 4 HRS |
| Cardiopulmonary Resuscitation (CPR)* | 4 HRS |
| Blood-borne Pathogens* | 2 HRS |
| Self Defense | 8 HRS |
| Use of Restraints | 5 HRS |
| Firearms Training** | |
| ICE Sexual Abuse/Assault Prevention and Intervention* | 2 HRS |
| ICE NDS | 2 HRS |
| Disability Accommodations | 1 HR |
| Language Assistance and Effective Communications | 1 HR |
| Cultural Competency | 1 HR |
| Emergency Plans | 1 HR |

*All training shall be conducted in a classroom or on-the-job training environment and shall be in accordance with ICE National Detention Standards. Online training is specifically prohibited to meet these requirements, unless approved in writing by the*

*COR.*
** Critical training subjects*
*** Firearm training for detention officers who are required to provide Armed Transportation shall be in accordance with state licensing requirements. The contractor shall certify proficiency in accordance with state requirements.*

### 50.26.3. Refresher Training

Annually the contractor shall conduct 40 hours of refresher training for all detention officers including supervisory detention officers. Refresher training shall consist of these critical subjects listed above and a review of basic training subjects and others as approved by ICE.

The contractor shall coordinate recertification in CPR and first aid as required. Annually, upon completion, the contractor shall provide documentation of refresher training to the COR.

In addition to the refresher training requirements for all detention officers, supervisors must receive refresher training relating to supervisory duties.

Staff receive 2hrs of refresher Suicide Prevention and Intervention training annually.

### 50.26.4. On-the-Job Training

After completion of the minimum of 60 hours basic training, all detention officers will receive an additional 40 hours of on-the-job training at specific post positions. The contractor shall provide an additional 40 hours of training for detention officers within 60 days after completion of first 100 hours of training.

This training includes:

a. Authority of supervisors and organizational code of conduct.
b. General information and special orders.
c. Security systems operational procedures.
d. Facility self-protection plan or emergency operational procedures.
e. Disturbance Control Team training.

### 50.26.5. Basic First Aid and CPR Training

All contractor employees shall be trained in basic first aid and CPR. They must be able to:

a. Respond to emergency situations within four minutes.
b. Perform CPR.
c. Recognize warning signs of impending medical emergencies.
d. Know how to obtain medical assistance.
e. Recognize signs and symptoms of mental illness.
f. Administer medication.
g. Know the universal precautions for protection against blood-borne diseases.

### 50.26.6. Supervisory Training

All new supervisory detention officers assigned to perform work under this contract must

successfully complete a minimum of 40 hours of formal supervisory training provided by the contractor prior to assuming duties. This training is in addition to mandatory training requirements for detention officers. Supervisory training shall include the following management areas:

| | |
|---|---|
| Techniques for issuing written and verbal orders | 2 HRS |
| Uniform clothing and grooming standards | 1 HR |
| Security post inspection procedures | 2 HRS |
| Employee motivation | 1 HR |
| Scheduling and overtime controls | 2 HRS |
| Managerial public relations | 4 HRS |
| Supervision of aliens | 4 HRS |
| Other company policies | 4 HRS |
| Non-violent Crisis Intervention | 8 HRS |
| ICE National Detention Standards | 12 HRS |

Additional classes are at the discretion of the contractor with the approval of the COR. The contractor shall submit documentation to the COR, to confirm that each supervisor has received basic training as specified in the basic training curriculum.

### 50.26.7. Proficiency Testing

The contractor shall give a written examination following each training class to display proficiency. To pass any examination, employees must achieve a minimum of 80 percent. Should an employee fail the written test on the initial attempt, the employee shall be given additional training and be given one additional opportunity to retake the test. If the employee fails the second attempt, the contractor shall remove the employee from the contract and immediately advise the COR. All training certifications will be stored in the respective contract employees' file.

### 50.26.8. Certified Instructors

Certified instructors shall conduct all instruction and testing. A state or nationally recognized institution shall certify instructors unless otherwise approved in writing by the COR. Certifications of instructors may be established by documentation of experience in teaching positions or by successful completion of a course of training for qualifying personnel as instructors. The COR must approve the instructor prior to the training course.

### 50.26.9. Training Documentation

The contractor shall submit a training forecast and lesson plans to the COR or Designated Service Official at least 30 days prior to all training. The training forecast shall provide date, time, and location of scheduled training and afford the COR observation/evaluation opportunity.

The contractor shall certify and submit the training hours, type of training, date and location of training, and name of the instructor monthly for each employee to the COR or Designated Service Official.

## 51.0 Personnel Security Vetting Requirements

### 51.1. General

ICE has determined that performance of the tasks as described in this contract requires that the contractor, subcontractor(s), vendor(s), etc. (herein known as contractor) have access to sensitive DHS information, and that the contractor will adhere to the following.

### 51.2. Preliminary Fitness Determination

ICE will exercise full control over granting, denying, withholding or terminating unescorted government facility and/or sensitive Government information access for contractor applicants/employees, based upon the results of a Fitness screening process. ICE may, as it deems appropriate, authorize and make a favorable expedited preliminary Fitness determination based on preliminary security checks. The preliminary fitness determination will allow the contractor employee to commence work temporarily prior to the completion of a full field background investigation. The granting of a favorable preliminary Fitness shall not be considered as assurance that a favorable final fitness determination will follow as a result thereof. The granting of preliminary fitness or final fitness shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by ICE, at any time during the term of the contract. No employee of the contractor shall be allowed to enter on duty and/or access sensitive information or systems without a favorable preliminary fitness determination by the Office of Professional Responsibility (OPR), Personnel Security Division (PSD). No employee of the contractor shall be allowed unescorted access to a Government facility without a favorable preliminary fitness determination by OPR PSD. Contract employees are processed in accordance with 5 CFR 731, and DHS Instruction 121-01-007, Revision 2, dated August 10, 2024, those having direct contact with Detainees will also have 6 CFR § 115.117 considerations made as part of the fitness screening process. Sexual Abuse and Assault Prevention Standards implemented pursuant to Public Law 108-79 (Prison Rape Elimination Act (PREA) of 2003)).

### 51.3. Contractor Employee Fitness Screening

Screening criteria under 5 CFR 731, and DHS Instruction 121-01-007, Revision 2, dated August 10, 2024, that may exclude contractor employees from consideration to perform under this agreement includes:

- Misconduct or negligence in employment;
- Criminal conduct;
- Material, intentional false statement or deception of fraud in examination or appointment;
- Dishonest conduct;
- Excessive alcohol use, without evidence of rehabilitation, of a nature and duration that suggests that the applicant or appointee would be prevented from performing the duties of the position in question, or would constitute a direct threat to the property or safety of the applicant or appointee or others;
- Illegal use of narcotics, drugs, or other controlled substances, without evidence of substantial rehabilitation;
- Knowing and willful engagement in acts or activities designed to overthrow the U.S. Government by force;
- Any statutory or regulatory bar which prevents the lawful employment of the person involved in the position in question (for Excepted Service employees);

- Violent conduct; and
- Any other nondiscriminatory reason that an individual's employment (or work on a contract) would not protect the integrity or promote the efficiency of the service.

Screening criteria under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards) implemented pursuant to Public Law 108-79 (Prison Rape Elimination Act (PREA) of 2003) or successor thereto, that will exclude contractor employees from consideration to perform under this agreement includes:

- Engaged in Sexual Abuse in a Prison, Jail, Holding Facility, Community Confinement Facility, Juvenile Facility, or other Institution as defined under 42 USC 1997;
- Convicted of engaging or attempting to engage in sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse;
- Civilly or administratively adjudicated to having engaged in such activity.

Subject to existing law, regulations and/or other provisions of this agreement, undocumented noncitizens shall not be employed by the contractor.

### 51.4. Position Designation

In accordance with 5 CFR 731, and 5 CFR 1400. Agencies are required to designate position risk and sensitivity level for all contractor employees to determine the commensurate level of background investigation. The risk of public trust for a position is the assessment of the degree of potential damage to the efficiency or integrity of the service that could arise from misconduct by the incumbent in the position.

Therefore, once the contract is awarded and before the vendor starts submitting personnel for security vetting, the contractor will provide, through the COR a list of all positions, to include titles and specific description of the duties for each of positions assigned to support the contract.

### 51.5. Background Investigations

Contractor employees (to include applicants, temporary, part-time and replacement employees) under the contract, needing access to sensitive information and/or ICE Detainees, shall undergo a position sensitivity analysis based on the duties everyone will perform on the contract. The results of the position sensitivity analysis shall identify the appropriate background investigation to be conducted. Background investigations will be processed through OPR PSD. Contractor applicants/employees are nominated by a COR for consideration to support this contract via submission of the DHS Form 11000-25 and ICE Supplement to the DHS Form 11000-25 to OPR PSD. This contract shall submit the following security vetting documentation to OPR PSD, through the COR, within 10 days of notification of initiation of an Electronic Application for Background Investigations (eAPP), in the) automated on-line system:

1. Standard Form 85P (Standard Form 85PS (with supplement to 85P required for those with direct contact with detainees or armed positions)), "Questionnaire for Public Trust Positions" or successor thereto form completed online and archived by the contractor applicant/employee in their eAPP account.

2. Signature Release Forms (three total) generated by eAPP upon completion of Questionnaire (e-signature recommended/acceptable). Completed online and archived by

the contractor applicant/employee in their eAPP account.

3. Electronic fingerprints taken at an approved facility OR two (2) SF 87 Fingerprint Cards (current revision) sent to OPR PSD. Additional information regarding fingerprints will be sent to the contractor applicant/employee from OPR PSD.

4. Optional Form 306 Declaration for Federal Employment. This document is sent as an attachment in an e-mail to the contractor applicant/employee from OPR PSD.

5. Social Security Administration 89 form (SSA-89): Authorization for the Social Security Administration (SSA) to Release Social Security Number (SSN) Verification, which requires a hard signature from the applicant. This document is sent as an attachment in an e-mail to the contractor applicant/employee from OPR PSD.

6. If occupying PREA designated position: Questionnaire regarding conduct defined under 6 CFR § 115.117 (Sexual Abuse and Assault Prevention Standards). This document is sent as an attachment in an e-mail to the contractor applicant/employee from OPR PSD.

7. One additional document may be applicable if the contractor applicant/employee was born abroad. If applicable, the document will be sent as an attachment in an e-mail to OPR PSD from the contractor applicant/employee.

Contractor employees who have an adequate, current investigation by another Federal Agency may not be required to submit complete security packages; the investigation may be accepted under transfer of trust. The questionnaire related to 6 CFR § 115.117 listed above in item five will be required for positions designated under PREA. OPR PSD will determine if personnel meet transfer of trust requirements at the initial stage of processing and prior to requesting a new security questionnaire.

Required information for submission of security packet will be provided by OPR PSD at the time of award of the contract. Only complete packages will be accepted by OPR PSD as notified by the COR.

To ensure adequate background investigative coverage, contractor applicants/employees must currently reside in the United States or its Territories. Additionally, contractor applicants/employees are required to have resided within the United States or its Territories for three or more years out of the last five (ICE retains the right to deem a contractor applicant/employee ineligible due to insufficient background coverage). This timeline is assessed based on the signature date of the standard form questionnaire submitted for the applied position. Contractor employees falling under the following situations may be exempt from the residency requirement: 1) work or worked for the U.S. Government in foreign countries in federal civilian or military capacities; 2) were or are dependents accompanying a federal civilian or a military employee serving in foreign countries so long as they were or are authorized by the U.S. Government to accompany their federal civilian or military sponsor in the foreign location; 3) worked as a contractor employee, volunteer, consultant or intern on behalf of the federal government overseas, where stateside coverage can be obtained to complete the background investigation; 4) studied abroad at a U.S. affiliated college or university; or 5) have a current and adequate background investigation (commensurate with the position risk/sensitivity levels) completed for a federal or contractor employee position, barring any break in federal employment or federal sponsorship.

Only U.S. citizens and legal permanent residents are eligible for employment on contracts requiring access to DHS sensitive information unless an exception is granted as outlined under DHS Instruction 121-01-007, Revision 2, dated August 10, 2024. Per DHS Sensitive Systems Policy Directive 4300A, only U.S. citizens are eligible for positions requiring access to DHS Information Technology (IT) systems or positions that are involved in the development, operation, management, or maintenance of DHS IT systems, unless an exception is granted as outlined under DHS Instruction 121-01-007, Revision 2, dated August 10, 2024.

### 51.6. Continued Eligibility

ICE reserves the right and prerogative to deny and/or restrict facility and information access of any contractor employee whose actions conflict with fitness standards contained in DHS Instruction 121-01-007 Rev 2 Section IX, or who violate standards of conduct under 6 CFR § 115.117. The CO or their representative can determine if a risk of compromising sensitive Government information exists or if the efficiency of service is at risk and may direct immediate removal of a contractor employee from contract support.

OPR PSD will conduct targeted investigations when derogatory information is received, to evaluate continued fitness of contractor employees.

The Federal Government is transitioning to Trusted Workforce (TW) 2.0, which is a government-wide reform effort overhauling the personnel vetting process. One of the principles of this transition is eliminating the traditional five-year periodic reinvestigation requirements, and enrolling personnel into continuous vetting programs. All contractor employees will be subjected to the transition and will be enrolled in continuous vetting. Continuous vetting is replacing the traditional five-year periodic background investigation, allowing for background investigations to be conducted if/when derogatory information is discovered.

Enrollment will include multiple requirements from all personnel and potential changes to processes, procedures, and systems. This contract will comply with all requirements that facilitate the mandated transition to TW 2.0.

### 51.7. Required Reports and Reporting Requirements

The contractor will notify OPR PSD, via the COR providing an ICE Form 50-005,contractor Employee Separation Clearance Checklist, of all terminations/resignations of contractor employees under the contract within five days of occurrence to the [redacted]@ice.dhs.gov. The contractor will return any expired ICE issued identification cards and building passes of terminated/resigned employees to the COR. If an identification card or building pass is not available to be returned, a report must be submitted to the COR referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card. The COR will return the identification cards and building passes to the ID Unit responsible.

IAW DHS Instruction 121-01-007, Revision 2, dated August 10, 2024, the CORs shall notify the servicing personnel and industrial security offices when a contractor employee is no longer working for ICE.

The contractor is required to report any derogatory information concerning the individual immediately, in accordance with the contract requirements.

The contractor will report any adverse information coming to their attention concerning contractor employees under the contract to OPR PSD, via the COR, as soon as possible. Reports based on rumor or innuendo should not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report should include the contractor employees' full name and social security number, along with the adverse information being reported. See Section 52.29.3 screening criteria for reportable issues. Report this information to [redacted]@ice.gov.

The contractor will provide, through the COR, with a quarterly report (on a Microsoft Excel Spreadsheet) containing the names of contractor employees who are actively serving on their contract. The list shall include the name, position and SSN (Last Four) and should be derived from system(s) used for contractor payroll/ voucher processing to ensure accuracy. This list will be used by ICE Industrial Security uses to reconcile the contract quarterly.

CORs will submit reports to [redacted]@ice.dhs.gov no later than the 10th day of each January, April, July and October.

Contractors, who are involved with management and/or use of information/data deemed "sensitive" to include 'law enforcement sensitive" are required to complete the DHS Form 11000-6-Sensitive but Unclassified Information Non-Disclosure Agreement (NDA) for contractor employee access to sensitive information. The NDA will be administered by the COR to all contract personnel within 10 calendar days of the entry on duty date. The completed form shall remain on file with the COR for purpose of administration and inspection.

Sensitive information as defined under the Computer Security Act of 1987, Public Law 100-235 is information not otherwise categorized by statute or regulation that if disclosed could have an adverse impact on the welfare or privacy of individuals or on the welfare or conduct of Federal programs or other programs or operations essential to the national interest. Examples of sensitive information include personal data such as Social Security numbers; trade secrets; system vulnerability information; pre-solicitation procurement documents, such as statements of work; and information pertaining to law enforcement investigative methods; similarly, detailed reports related to computer security deficiencies in internal controls are also sensitive information because of the potential damage that could be caused by the misuse of this information. All sensitive information must be protected from loss, misuse, modification, and unauthorized access in accordance with DHS Management Directive 11042.1, *DHS Policy for Sensitive Information* and ICE Policy 4003, *Safeguarding Law Enforcement Sensitive Information*.
DHS Management Directive 11042.1, *DHS Policy for Sensitive Information*:
https://www.dhs.gov/sites/default/files/publications/Management%20Directive%2011042.1%20Safeguarding%20Sensitive%20But%20Unclassified%20%28For%20Official%20Use%20Only%29%20Information_0.pdf;

ICE Policy 4003, *Safeguarding Law Enforcement Sensitive Information*:
https://www.ice.gov/node/64612

Any unauthorized disclosure of information will be reported t [redacted]@ice.dhs.gov.

### 51.8. Security Management

The contractor shall appoint a senior official to act as the corporate security officer. The individual will interface with OPR PSD through the COR on all security matters, to include physical, personnel, and protection of all Government information and data accessed by the

contractor.

The COR and OPR shall have the right to inspect the procedures, methods, and facilities utilized by the contractor in complying with the security requirements under this contract. Should the COR determine that the contractor is not complying with the security requirements of this contract, the contractor will be informed in writing by the CO of the proper action to be taken to effect compliance with such requirements.

## 52.0 Information Technology Security

When sensitive government information is processed on department telecommunications and automated information systems, the contract company agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS MD 4300.1, *Information Technology Systems Security* (or its replacement).

Contractor employees must have favorably adjudicated background investigations commensurate with the defined sensitivity level.

Contractor employees who fail to comply with department security policy are subject to having their access to department IT systems and facilities terminated, regardless of if the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

### 52.1. Information Technology Security Training and Oversight

In accordance with OCIO requirements and provisions, all contractor employees accessing department IT systems or processing DHS sensitive data via an IT system will require an ICE issued/provisioned personal identity verification (PIV) card. Additionally, Cybersecurity Awareness Training (CSAT) will be required upon initial access and annually thereafter. CSAT training will be provided by the appropriate component agency of DHS.

Contractor employees, who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the department, shall receive periodic training at least annually in security awareness and accepted security practices, systems rules of behavior, to include Unauthorized Disclosure Training, available on the ICE Training System (ITS) or by contacting [redacted]@ice.dhs.gov.contractor employees with significant security responsibilities shall receive specialized training specific to their security responsibilities annually. The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All personnel who access department information systems will be continually evaluated while performing these duties. System Administrators should be aware of any unusual or inappropriate behavior by personnel accessing systems. Any unauthorized access, sharing of passwords, or other questionable security procedures should be reported to the local Security Office or Information System Security Officer (ISSO).

## 53.0 General Cybersecurity Contract Requirements

### 53.1. Compliance with DHS Security Policy Terms and Conditions:

All hardware, software, and services provided under this task order must be compliant with *DHS 4300A DHS Sensitive System Program 4300A version 13.4 Dec. 6, 2024, and attachments*.

### 53.2. Security Review Terms and Conditions

The Government may elect to conduct periodic reviews to ensure that the security requirements contained in this contract are being implemented and enforced. The contractor shall afford ICE, including the organization of ICE Office of the Chief Information Officer, the Office of the Inspector General, authorized COR, and other government oversight organizations, access to the contractor's facilities, installations, operations, documentation, databases and personnel used in the performance of this contract. The contractor will contact ICE Chief Information Security Officer to coordinate and participate in the review and inspection activity of government oversight organizations external to ICE. Access shall be provided to the extent necessary for the government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of ICE data or the function of computer system operated on behalf of ICE, and to preserve evidence of computer crime.

### 53.3. Supply Chain Risk Management Terms and Conditions

The contractors supplying the Government hardware and software shall provide the manufacturer's name, address, state and/or domain of registration, and Unique Entity Identifier (UEI) number for all components comprising the hardware and software. If subcontractors or subcomponents are used, the name, address, state, and/or domain of registration and UEI number of those suppliers must also be provided.

Subcontractors are subject to the same general requirements and standards as prime contractors. Contractors employing subcontractors shall perform due diligence to ensure that these standards are met.

The Government shall be notified when a new contractor/subcontractor/service provider is introduced to the supply chain, or when suppliers of parts or subcomponents are changed.

As part of the Project Management Plan above, the contractors shall provide, implement, and maintain a Supply Chain Risk Management plan that addresses internal and external practices and controls employed to minimize the risk posed by counterfeits and vulnerabilities in systems, components, and software.

The plan shall describe the processes and procedures that will be followed to ensure appropriate supply chain protection of information system resources developed, processed, or used under this contract.

The Supply Chain Risk Management plan shall address the following elements:

(1) How risks from the supply chain will be identified;

(2) What processes and security measures will be adopted to manage these risks to the system or system components; and

(3) How the risks and associated security measures will be updated and monitored.

The Supply Chain Risk Management plan shall remain current through the life of the contract or period of performance. The Supply Chain Risk Management plan shall be provided to the COR and/or CO 30 days post award.

The contractor acknowledges the Government's requirement to assess the contractors Supply Chain Risk posture. The contractor understands and agrees that the Government retains the right to cancel or terminate the contract, if the Government determines that continuing the contract presents a risk to national security.

The contractor shall disclose, and the Government will consider relevant industry standard certifications, recognitions and awards, and acknowledgments.

The contractor shall provide only new equipment unless otherwise expressly approved, in writing, by the CO. Contractors shall provide only Original Equipment Manufacturer (OEM) parts to the Government. If a shipped OEM part fails, all replacement parts must be OEM parts.

The contractor shall be excused from using new OEM (i.e. "grey market, "previously used) components only with formal Government approval. Such components shall be procured from their original source and have them shipped only from manufacturers authorized shipment points.

For software products, the contractor shall provide all OEM software updates to correct defects for the life of the product (i.e., until the "end of life"). Software updates and patches must be made available to the government for all products procured under this contract. Contractors shall employ formal and accountable transit, storage, and delivery procedures (i.e., the possession of the component is always documented from initial shipping point to destination every transfer of the component from one custodian to another is fully documented and accountable) for all shipments to fulfill contract obligations with the Government.

All records pertaining to the transit, storage, and delivery will be maintained and available for inspection for the lessor of the term of the contract, the period of performance, or one calendar year from the date the activity occurred.

These records must be readily available for inspection by any agent designated by the U.S. Government as having the authority to examine them.

This transit process shall minimize the number of times n route components undergo a change of custody and make use of tamper-proof or tamper-evident packaging for all shipments. The supplier, at the Government's request, shall be able to provide shipping status at any time during transit.

The contractor is fully liable for all damage, deterioration, or losses incurred during shipping and handling, unless the damage, deterioration, or loss is due to the Government. The contractor shall provide a packing slip which shall accompany each container or package with the information identifying the contract number, the order number, a description of the hardware/software enclosed (Manufacturer name, model number, serial number), and the customer point of contact. The contractor shall send a shipping notification to the intended government recipient or contracting officer. This shipping notification shall be sent electronically and will state the contract number, the order number, a description of the hardware/software being ship (manufacturer name, model number, serial number), initial shipper, shipping date and identifying (tracking) number.

**53.4. Supply DHS Use of Artificial Intelligence (AI) Tools**

(a) *Compliance with Federal AI Laws and Policies; AI Use Limitations.* The contractor shall ensure that any AI system or service provided complies with all applicable federal, DHS, and ICE AI Policies, Directives, and Memos. The AI solution must align with the U.S. Constitution and all relevant laws and regulations; including privacy, civil rights, and civil liberties. Specifically:

(1) The contractor must stay current and comply with any updates or new AI policy requirements issued during the contract term.

(2) AI used to support law enforcement decisions or civil actions must include technical and operational safeguards to

i. Establish human-in-the loop oversight.

ii. Document or label AI-generated content.

(3) For AI used in determinations impacting individuals (e.g., risk assessments, identity verification), the contractor must cooperate with federal, DHS, and ICE procedures for notice and appeal, providing explanations or adjusting outputs upon error findings.

(4) The contract prohibits use of AI that violates DHS policy, including.

i. Using AI outputs as sole evidence for punitive or enforcement actions.

ii. Utilize AI to make or support decisions on improper bases (e.g. predicting future behavior or emotional state leading to discriminatory or unlawful actions).

(5) The contractor must follow AI Use Case approval and Security Authorization processes before developing, piloting, testing, or deploying AI in ICE environments or using ICE data.

(6) The contractor is responsible for complying with AI Security Control Baseline requirements.

(b) *Transparency, Auditability and Explainability.* The contractor shall design, build, document, and operate the AI system or service to be explainable, auditable, and transparent. At a minimum, the contractor shall:

(1) Document the provenance of data used for AI training, fine-tuning, or operation.

(2) Ensure data used for AI training, fine-tuning, or operation was lawfully obtained and processed.

(3) Document the provenance of any third-party AI models used (source, version, etc.).

(4) Provide comprehensive system diagrams and inventories that map the AI system's API and system connections, data flows, and technical components.

(5) Provide comprehensive documentation explaining how the AI system works, including any models and algorithms.

(6) Ensure the AI system, where applicable, provides clear explanations or reasoning for its decisions or predictions.

(7) Ensure AI outputs are traceable; auditable; meet evidentiary standards; and are explainable to non-technical users. Additionally, ensure GenAI inputs and their outputs are logged and preserved in line with federal, DHS, and ICE retention policies.

(c) *Data Rights and Solution Ownership.* The contract shall clearly delineate data and intellectual property rights to protect ICE's interests in the AI solution and associated data. Specifically:

(1) All data provided by the Government or generated through the AI system belongs to the Government. The contractor is prohibited from:

i. Using nonpublic agency data and output results to train publicly or commercially available AI algorithms, or any non-ICE systems outside the contract's scope without ICE's authorization.

ii. Using Government-furnished data or AI-generated data for purposes outside the contract without ICE authorization.

iii. Sharing, disclosing, or transferring Government data, AI models, or AI-outputs with third parties without ICE's authorization.

(2) The contractor must grant the Government appropriate license rights in any custom-developed AI models, software, or deliverables. IP rights will be negotiated consistent with federal law and the agency's mission needs, aiming to avoid vendor lock-in. The Government may require broad or unlimited rights to certain deliverables (including source code or trained model files) for long-term use, maintenance, or integration of the AI solution.

(3) ICE maintains ownership over and the Contactor must provide ICE access to:

i. Any derivative outputs of AI developed under the Contract, including data processed using AI.

ii. Any models trained, fine-tuned, or otherwise developed using ICE data.

(d) *Prevention Against Vendor Lock-In.* To promote a competitive marketplace and long-term sustainability of ICE's AI capabilities, the contractor shall:

(1) Utilize industry standards, APIs, and protocols wherever possible to ensure interoperability and compatibility within and between ICE and DHS systems.

(2) Ensure inputs and outputs of the AI system are exportable in a non-proprietary, machine-readable format to facilitate integration or transfer of functions to other systems.

(3) Where custom components are developed, deliver sufficient technical documentation and access to components (including source code, model weights, or other foundational code) to enable ICE's long-term use of the AI system.

(4) In the case of transitioning the AI system to another contractor or in-house provider, the contractor must support knowledge transfer and provide all necessary documentation, models, data, and software to enable sustained system use.

i. The Contract must also document estimated costs and related steps that will be required to exit the Contract.

(e) *Security, Testing & Evaluation, and Continuous Monitoring:* The contractor shall implement rigorous security and risk management measures for the AI solution, per federal standards, ICE procedures, and OMB guidance on AI risks. Key requirements include:

(1) If designated as a *High Impact AI system,* complying with all required AI Risk Management practices (per OMB, DHS, and ICE policy), unless officially granted a waiver.

(2) *Before deploying the AI system:* The contractor must provide testing and evaluation artifacts and support (including providing requisite access to enable) ICE independent test and evaluation processes to evaluate factors such as, but not limited to:

i. AI system performance, including accuracy and reliability.

ii. Compliance with DHS AI Security Controls.

iii. Resiliency against AI cybersecurity and operational threats, including system misuse/abuse.

iv. Completion of an AI impact assessment and/or other risk assessment procedures, in line with federal, DHS, and ICE policy and practices.

v. Fulfillment of functional, business, and technical requirements.

(3) *While operating the AI system:* The contractor must re-test system performance, security, and resiliency before deploying new models; against misuse/abuse before deploying new AI models; fine-tuned models; or changes to AI systems that require Change Requests.

(4) *Audit and Logging:* Ensure compliance with DHS and ICE *AI auditing and logging requirements,* including, but not limited to audit and logging the access, usage, and modification of:

i. AI Guardrails deployed in GenAI systems.

ii. Models, including parameters and weights.

iii. AI system inputs and outputs (including prompts).

(f) *Continuous Monitoring:* The contractor shall implement continuous monitoring mechanisms to detect and respond to anomalies, biases, or performance degradation in AI systems. Additionally:

i. The contractor shall establish protocols for the timely remediation of identified issues, including the potential suspension of AI system operations if necessary.

ii. The contractor shall comply with all continuous monitoring requirements, per federal, DHS, and ICE policy.

## 53.5. Hardware Contract Requirements

### 53.5.1. Encryption Compliance Terms and Conditions

If encryption is required, the following methods are acceptable for encrypting sensitive information:

a) FIPS 197 (Advanced Encryption Standard (AES)) 256 algorithm and cryptographic modules that have been validated under FIPS 140-2.

b) National Security Agency (NSA) Type 2 or Type 1 encryption.

c) Public Key Infrastructure (PKI) (see paragraph 5.5.2.1 of the Department of Homeland Security (DHS) IT Security Program Handbook (DHS Management Directive (MD) 4300A) for Sensitive Systems)

### 53.5.2. Patch Management Terms and Conditions

The contractor shall perform patch management services. The contractor shall push patches that are required by vendors and DHS system owner. This is to ensure that the infrastructure and applications that directly support DHS information system are current in their release and that all security patches are applied. The contractor shall be informed by DHS which patches are required by DHS through the Information Security Vulnerability Management bulletins and advisories. Core applications, the ones DHS utilizes to fulfill their mission, shall be tested by DHS. However, the contractor shall be responsible for deploying patches as directed by DHS. It is recommended that all other applications (host-based intrusion detection system (HIDS), network intrusion detection system (NIDS), Anti-malware, and Firewall) shall be tested by the contractor prior to deployment in a test environment.

# 54 Data Ownership Contract Requirements

## 54.1 Accessibility of Government-owned Data

All stored program data associated with this acquisition shall be owned by the Government. As such, it shall be made accessible to the Government in accordance with the minimum data access capability described below. This accessibility is required to allow full data transparency, flexibility in performing data analytics, and integration with data from other government programs.

In addition to the minimum data access capability, the Government prefers, but does not require that program data be accessible via enhanced access capabilities as described below.

Definition of "program data": Program data refers to any data resulting from ICE and DHS organizational activity. Examples of such data include but are not limited to administrative data resulting from human resources, management, and financial actions, as well as operational data resulting from performance of the ICE mission.

Definition of "associated with this acquisition": Program data is associated with an acquisition if it is created by DHS organizational activity that is facilitated by the contractor. Examples of how a contractor might facilitate organizational activity follow:

- Program data is stored by contractor personnel
- Program data is stored by software that is managed, developed, or used by the contractor
- Program data is stored in a repository that is managed, developed, or used by the contractor

**54.2 Minimum Data Access Capability**

- The current version of all program data is accessible to the Government within 24 hours of request, as well as on any pre-defined schedule as required by the Government.
- Data access can occur by various means, provided that Government security requirements are met, and data is accessible in a format that is acceptable to the Government. Examples include but are not limited to APIs that are consumable by the Government, files made available for Government download (e.g., Excel Spreadsheets), or direct database query by federal or contractor personnel.
- The contractor shall format program data accessed by the Government to anticipate the maximum file size of any data to be accessed. File size shall be small enough to assure rapid processing by government applications.
- The contractor shall provide the means for the Government to interpret accessible program data as follows:
    - Data elements and groupings of data elements shall be clearly identifiable by labels embedded in the data itself, or by a separate schema or file layout which allows such elements and groupings to be identified.

      In the case of a relational database schema defined through data definition language (DDL), data elements would be represented as columns, and groupings of data would be represented as tables. In addition, relationships between tables would be described as foreign key relations.
    - Labels or names used to identify data elements and groupings of data elements shall be approved by the Government. In addition, each label or name shall be associated with a government approved definition which describes the content of data held therein.
    - Program data delivered to the Government shall conform to the Government approved definition for each data element and grouping of data elements.
    - All data accessible by the Government shall be both machine readable and human-readable in plain text.
    - All reference data associated with program data also needs to be accessible to the Government. Such reference data is required to provide complete understanding of a record.

**Reference Data Example:** Program data may include a city code which uniquely identifies a

city. Reference data associated with a city code may include its name, geographic boundaries, population, median income, etc. This example is provided for clarification of the meaning of reference data and may or may not apply to this specific acquisition. Examples of other reference data codes would include codes representing eye color, sex, country of origin, etc.

### 54.3 Enhanced Access Capabilities

The Government prefers that sharing of program data take place via an application programming interface (API) or multiple APIs. APIs allow the Government to efficiently consume data via a widely recognized standard where the data has been completely abstracted from the technology platform that produces it.

In addition, the Government prefers that sharing of program data take place using techniques that enhance efficiency, such as change data capture. Change data capture enhances efficiency of data transfer by providing only incremental updates to program data as opposed to providing all program data each time data is shared.

## 55 Property Accountability

### 55.1 General

ICE IT Equipment: ICE shall provide and install IT equipment in office spaces for ICE personnel only, to include computer workstations and screens, printers and fax machines. All infrastructure and cabling shall be provided by the contractor in accordance with the Attachment 011 – Structured Cable Plant Standard.

The Government will provide government furnished equipment (GFE) to all contract case processing specialists (CPS), including laptop computers and mobile telephones.

NOTE: ICE IT system must be a complete, independent, and physically separate system from the operations contractor's IT system. The system shall serve all operational components to include ICE and EOIR.

The contractor personnel shall not permit any government property to be taken away or removed from the premises. The contractor shall enact practices to safeguard and protect government property against abuse, loss, or any other such incidents. Government property shall be used only for official business.

All government property furnished under this contract shall remain property of the government throughout the contract term. ICE shall maintain a written inventory of all government property issued to the contractor for performance hereunder. Upon expiration or termination of this contract, the contractor shall render a written accounting to the COR of all such property. The contractor shall assume all risk and shall be responsible for any damage to, or loss of government furnished property used by contractor employees. Normal wear and tear will be allowed.

The contractor, upon expiration or termination of services, shall immediately transfer to the COR, all government property in its possession or in the possession of any individuals or organizations under its control, except as otherwise provided for in this contract. The contractor shall cooperate fully in transferring property to the successor contractor. The government shall withhold final payment until adjustments are made for any lost property.

### 55.2 Use of Government Wireless Communication Devices

All personnel that have been issued a federal government owned wireless communication device, including but not limited to, cellular telephones or wireless internet devices such as laptops, are authorized to possess and use those items in all areas of the facility. Cellular, telephone, and wireless access points shall be provided, installed, configured with guest access and maintained by the contractor to ensure optimal service throughout the facility and ICE and/or DOJ administrative areas.

### 55.3 Firearms Requirements

The contractor shall provide staff appropriate training and security equipment to maintain safety and good security and order of the facility.

The contractor shall provide well maintained or new firearms and maintain enough licensed firearms and ammunition to equip each armed detention officer and armed supervisor(s) with a licensed weapon while on duty. Firearms may be re-issued to replacement employees throughout the life of the contract if the firearm is in serviceable condition. See Attachment 11 – ICE Firearms Policy.

Personal firearms shall not be used. A licensed gunsmith, in writing, shall certify all firearms safe and accurate.

Firearms shall be standard police service-type [redacted] ammunition that meets the recommendations of the firearms manufacturer. Ammunition will be factory load only – no reloads. The contractor shall adhere to the manufacturer's specifications regarding ammunition retention, e.g., ammunition shall be properly rotated, and older ammunition utilized prior to utilization of newer ammunition. All firearms shall be licensed by the State. Armed officers are required to obtain a class G license or equivalent (varies by state).

The contractor shall provide enough ammunition for each armed detention officer, including uniformed contract supervisor(s); they shall be issued [redacted] full magazines.

The contractor shall account for all firearms and ammunition daily. If any weapons or ammunition are missing from the inventory, the COR shall be notified immediately. The contractor shall provide a complete listing of licensed firearms by serial numbers and by each safe location to the COR prior to beginning performance under this contract.

Firearms shall be inspected. This shall be documented by the warden/facility director. Loading, unloading, and cleaning of the firearms shall only take place in designated areas. Firearms shall be carried with the safety on, if applicable, with a round in the chamber.

The contractor shall maintain appropriate and ample supplies of firearms' upkeep and maintenance equipment (cleaning solvents, lubricating oil, rods, brushes, patches, and other normal maintenance tools). The firearms shall be cleaned and oiled as appropriate to ensure optimum operating condition.

The contractor shall obtain and maintain on file appropriate state and municipality permits and weapons permits for each officer.

A copy of this permit shall be provided to the COR at least three working days prior to the

anticipated assignment date of any individual. The contractor shall ensure that its employees always have all permits and licenses in their possession while in performance of this contract.

The contractor shall provide safes/vaults for storage of firearms and ammunition, for each location where firearms are issued or exchanged, which meet ICE requirements and are approved for the storage of firearms and ammunition. The COR is responsible for approving the proposed safes/vaults prior to usage. Contract supervisors and guards shall make accurate receipt and return entries on a firearms and equipment control register. Except when issuing or returning ammunition or firearms, each safe/vault shall always remain locked. The contractor shall change the combination of each safe/vault changed at least once every [redacted] months, or more often if circumstances warrant.

The contractor shall certify firearms training to the COR. The contractor shall certify proficiency in accordance with state requirements.

The contractor shall provide an ICE approved intermediate weapon(s).

The contractor shall assign [redacted] or more contractor staff to the positions of ammunition control officer and firearms control officer.

**55.4 Body Armor Requirements**

The contractor shall provide staff body armor to all armed detention officers and armed supervisor(s). Body armor shall be worn while on armed duty. The body armor shall meet all requirements as set forth in the ICE Body Armor Policy. See Attachment 11 – ICE Firearms Policy.

The contractor shall procure replacement body armor if the body armor becomes unserviceable, ill-fitting, worn/damaged, or at the expiration of service life.

All armed detention officers and armed supervisors need to be made aware of the health risks associated with the wearing of body armor in high heat/high humidity conditions and/or during strenuous exertion. When detention officers and supervisors are required to wear body armor, they shall be provided opportunities to re-hydrate and remove the body armor as necessary.

The use of personally owned body armor is not authorized.

Additional Equipment: The contractor shall provide the following equipment for each officer performing services under this contract:

- Metal handcuffs and a handcuff carrying case (handcuffs shall be equal to or better than the basic Smith & Wesson brand)
- One (1) mini-mag or comparable size
- Operational flashlight with batteries
- Belt holder
- Inclement weather apparel appropriate to local conditions
- Fully operational protection equipment that meets universal protection requirements (including but not limited to gloves, face masks, ear, and eye protection).
- Hand restraints, leg restraints and belly chains.

## 56 Records Management

The contractor shall provide DHS basic records management training for all government contractor employees and subcontractors at the outset of their work on the contract and every year thereafter. A hard copy of the training will be provided as vendors will not have access to ICE systems. The contractor shall maintain copies of certificates as a record of compliance. The contractor must submit an annual e-mail notification to the COR that the required training has been completed for all the contractor's employees and subcontractors.

The contractor shall treat all federal records (as defined in 44 U.S.C. § 3301) under the contract as the property of the U.S. government for which the agency shall have unlimited rights to use, dispose of, or disclose such data contained therein. Any records containing information regarding detainees are considered Federal records and the contractor shall comply with 8 C.F.R. §236.6. The contractor shall not retain, use, sell, or disseminate copies of any deliverable without the expressed permission of the CO or COR. As consistent with Federal records schedules and the terms of this contract, the contractor shall certify in writing the destruction or return of all government data at the conclusion of the contract or at a time otherwise specified in the contract. Prior to any destruction, the contractor shall consult with the CO or COR to ensure any such destruction follows the governing National Archives and Records Administration (NARA) records control schedule. The agency owns the rights to all information and records produced as part of this contract.

The contractor shall not create or maintain any records that are not specifically tied to or authorized by the contract using government IT equipment and/or government records. The contractor shall not create or maintain any records containing any government agency data that are not specifically tied to or authorized by the contract.

The government agency owns the rights to all electronic information (electronic data, electronic information systems or electronic databases) and all supporting documentation created as part of this contract. The contractor must deliver sufficient technical documentation with all data deliverables to permit the agency to use the data.

The contractor agrees to comply with Federal records management laws, regulations, and agency policies, including those associated with the safeguarding of records covered by the Privacy Act of 1974, 44 U.S. Code Chapter 31 (Records Management by Federal Agencies), and CFR Title 36 Chapter XII Subchapter B (Records Management). These include the preservation of all records created or received regardless of format, mode of transmission, or state of completion.

No documents may be disposed of without the prior written consent of the CO and the CO must obtain authorization from the ICE Records Officer before any records are destroyed. The agency and its contractors are responsible for preventing the alienation or unauthorized destruction of records, including all forms of mutilation. Willful and unlawful destruction, damage or alienation of federal records is subject to the fines and penalties imposed by 18 U.S.C. 2701. Records may not be removed from the legal custody of the agency or destroyed without regard to the provisions of the governing NARA records control schedules. The contractor must report any unlawful or accidental removal, defacing, alteration, or destruction of records to the COR immediately upon discovery.

Upon termination or expiration of the contract, the contractor must return all federal and agency records created or maintained as part of the contract. These records must be returned to the CO, COR, or other designated agency representative in a format that ensures they are accessible to the

agency without the use of proprietary software that requires the agency to engage in additional acquisition or procurement actions.

Upon award, the contractor must submit a records plan outlining how it will maintain ICE records throughout the duration of the contract period. The plan must include the following items:

a. A statement acknowledging awareness of relevant general records schedules; DHS records schedules; and ICE records schedules and their intent to comply with the applicable retention requirements. (ICE records schedules can be found at the following link: Records Control Schedules | National Archives)

b. A summary of recordkeeping activities it plans to undertake to ensure all records are properly maintained during the entire records lifecycle (e.g., creation, disposition, etc.). This summary must include where and how ICE records will be stored in an acceptable climate-controlled environment.

c. A summary of electronic recordkeeping activities it plans to undertake to ensure compliance with electronic records management (ERM) practices that are currently underway in ICE (e.g., cloud storage, metadata management, etc.). The plan must include details regarding any video/audio records it creates or uses and how they will be stored during lengthy periods of time.

d. A point of contact for addressing recordkeeping issues and rectifying any discrepancies noted during a records assessment and/or inspection.

The records plan must be approved by the ICE Records Officer no sooner 30 days before the start of the contract period.

## 57 Operations and Maintenance Services for Detention Facilities

The contractor shall provide all labor, supervision, materials, equipment, and services necessary to operate, maintain, repair, and support the secure facilities and infrastructure to ensure safe, secure, and efficient operations. The contractor shall provide facility security throughout the facility renovation (including any needed demolition) and operations phases. The contractor shall coordinate with ICE in developing its security plan. The contractor shall provide an armed, roving guard to serve as on-site security at the facility within 14 days of award.

Facilities Covered

- Housing units (cell blocks, dormitories)
- Administrative buildings
- Medical and mental health facilities
- Food service/kitchen/dining areas
- Educational and vocational training facilities
- Recreation areas (indoor/outdoor)
- Maintenance shops and warehouses
- Perimeter security systems (fencing, gates, towers)
- Utilities infrastructure (water, sewer, electrical, HVAC, boilers, chillers)
- Roads, parking lots, and grounds

Services Included

- Preventive and corrective maintenance

- Facility operations (building systems, utilities)
- Emergency and after-hours response
- Environmental health and safety compliance
- Grounds maintenance and snow removal
- Pest control
- Waste management (solid, hazardous, medical)
- Security system maintenance (CCTV, alarms, access control)
- Fire protection and life safety systems maintenance
- Energy management and conservation

### 57.1 Tasks and Requirements

All operations and maintenance services provided under this contract shall be performed in full compliance with the most current applicable standards and regulations, including those established by the American Correctional Association (ACA), NDS where applicable, National Fire Protection Association (NFPA), Environmental Protection Agency (EPA), and Occupational Safety and Health Administration (OSHA). The contractor is responsible for maintaining documentation of compliance and ensuring that all staff are trained and qualified to perform work in accordance with these standards.

All operations and maintenance (O&M) activities performed under this contract shall comply with the most current applicable federal, state, and local laws, regulations, codes, and agency-specific directives, standards, including but not limited to:

- **American Correctional Association (ACA) Standards:**
  The contractor shall ensure that all facility operations, maintenance, sanitation, safety, staffing, and security practices meet or exceed ACA standards for correctional institutions.

- **National Detention Standards (NDS):**
  The contractor shall comply with all relevant NDS requirements regarding facility conditions, maintenance, safety, and detainee welfare.

- **National Fire Protection Association (NFPA) Codes:**
  The contractor shall maintain all fire protection and life safety systems in accordance with NFPA codes and standards, including but not limited to NFPA 101 (Life Safety Code), NFPA 70 (National Electrical Code), and NFPA 25 (Standard for the Inspection, Testing, and Maintenance of Water-Based Fire Protection Systems).

- **Environmental Protection Agency (EPA) Regulations:**
  The contractor shall comply with all EPA regulations regarding hazardous materials management, waste disposal, air and water quality, and environmental protection. All activities involving chemicals, fuels, or hazardous substances must follow EPA guidelines.

- **Occupational Safety and Health Administration (OSHA) Standards:**
  The contractor shall ensure that all work practices, equipment, and personnel safety measures comply with OSHA standards. This includes, but is not limited to, hazard communication, use of personal protective equipment (PPE), lockout/tagout procedures, confined space entry, and recordkeeping.

### 57.2 Documentation and Reporting

- The contractor shall maintain documentation demonstrating compliance with ACA, NDS, NFPA, EPA, and OSHA standards.
- The contractor shall provide copies of inspection reports, certifications, and compliance records to the facility management upon request.
- Any violations or deficiencies identified by regulatory agencies or internal audits must be reported immediately, along with a corrective action plan.

### 57.3 Training and Training Materials

- The contractor shall ensure all personnel receive training on relevant ACA, NDS, NFPA, EPA, and OSHA requirements as part of their initial onboarding and ongoing professional development.

- The contractor shall provide information available from the manufacturers that is needed for use in training designated personnel to properly operate and maintain all facility equipment and systems upon turnover to the Government.

- Testing Equipment and Special Tool Information
  - Include information on test equipment required to perform specified tests and on special tools needed for the operation, maintenance, and repair of components. Provide final set points.

- Testing and Performance Data
  - Include completed pre-functional checklists, functional performance test forms, and monitoring reports. Include recommended schedule for retesting and blank test forms. Provide final set points.

### 57.4 Preventive Maintenance

- Develop and implement a preventive maintenance plan for all facility systems and equipment.
- Maintain records of all preventive maintenance activities.
- Schedule maintenance to minimize disruption to facility operations.

### 57.5 Program Development

- The contractor shall develop, implement, and maintain a comprehensive preventive maintenance (PM) program for all facility systems, equipment, and infrastructure.
- The PM program shall be based on manufacturers' recommendations, industry's best practices, regulatory requirements (including ACA, NDS, NFPA, EPA, OSHA), and the facility's operational needs.
- The contractor shall submit a written Preventive Maintenance Plan for approval within 90 days of contract award and update it annually or as required.

### 57.6 Asset Inventory

The contractor shall establish and maintain a complete inventory of all assets requiring preventive maintenance, including but not limited to:

- HVAC systems (chillers, boilers, air handlers, controls)
- Electrical systems (panels, generators, UPS, lighting)
- Plumbing systems (pumps, valves, fixtures)
- Security systems (CCTV, access control, alarms)
- Fire protection and life safety systems (alarms, sprinklers, extinguishers)
- Kitchen and laundry equipment
- Elevators and lifts
- Building envelope (roof, doors, windows)
- Grounds equipment
- Medical equipment

**57.7 Scheduling**

- The contractor shall develop a preventive maintenance schedule for all assets, specifying frequency (daily, weekly, monthly, quarterly, semi-annual, annual) and required tasks.
- Schedules shall be designed to minimize disruption to facility operations and ensure continuous compliance with all applicable codes and standards.

**57.8 Task Execution**

- The contractor shall perform all preventive maintenance tasks in accordance with the approved schedule and documented procedures.
- Tasks may include, but are not limited to:
    - Inspection, cleaning, lubrication, adjustment, calibration, and testing of equipment and systems
    - Replacement of filters, belts, fluids, and other consumables
    - Functional testing of alarms, controls, and safety devices
    - Exercising valves and Emergency Systems
    - Checking for signs of wear, corrosion, leaks, or other deficiencies
    - Ensuring all safety and security features are operational

**57.9 Documentation and Recordkeeping**

- All preventive maintenance activities shall be documented in a computerized maintenance management system (CMMS) or equivalent.
- Records shall include:
    - Date and time of service
    - Description of tasks performed
    - Name(s) of technician(s)
    - Observed deficiencies and corrective actions taken
    - Parts and materials used
    - Next scheduled PM date

- Records shall be retained for a minimum of five years and made available to facility management and auditors upon request.

### 57.10 Compliance and Quality Assurance

- All preventive maintenance work shall comply with ACA, NDS, NFPA, EPA, and OSHA requirements.
- The contractor shall ensure that all PM tasks for fire protection, life safety, and security systems are performed and documented in accordance with regulatory and accreditation requirements.
- The contractor shall participate in periodic quality assurance audits and inspections and promptly address any identified deficiencies.

### 57.11 Reporting

- The contractor shall provide monthly and annual preventive maintenance summary reports, including completed tasks, outstanding items, and recommendations for improvements.
- The contractor shall immediately report any critical deficiencies or system failures discovered during preventive maintenance to facility management, along with recommended corrective actions.

### 57.12 Corrective Maintenance

- Respond to service calls and repair requests within specified response times.
- Diagnose and repair building systems, equipment, and infrastructure.
- Document all corrective actions and repairs.

### 57.13 Facility Operations

- Monitor and operate building automation and control systems.
- Manage utilities (water, electricity, gas, steam, compressed air).
- Ensure continuous operation of critical systems (HVAC, power, security).

### 57.14 Emergency Response

- Provide 24/7 on-call emergency maintenance services.
- Respond to facility emergencies (power outages, plumbing failures, security breaches) in accordance with established protocols.

### 57.15 Environmental, Health, and Safety

- Comply with all federal, state, and local regulations.
- Maintain Safety Data Sheets (SDS) and ensure proper storage/handling of hazardous materials.
- Conduct regular safety inspections and drills.

### 57.16 Grounds and Exterior Maintenance

- Mow lawns, trim landscaping, and maintain exterior appearance.
- Remove snow and ice from walkways, roads, and parking areas, as required
- Inspect and maintain exterior lighting and signage.

**57.17 Security Systems**

- Inspect, test, and maintain electronic security systems.
- Coordinate with facility security staff for system upgrades and repairs.

**57.18 Fire Protection and Life Safety**

- Inspect, test, and maintain fire alarms, sprinklers, extinguishers, and suppression systems.
- Conduct regular fire drills and system checks.

**57.19 Waste & Recycling Management**

- Collect, segregate, and dispose of solid, hazardous, and medical waste in accordance with regulations.
- Maintain documentation of waste disposal and recycling activities.

**57.20 Performance Standards**

- All work shall comply with applicable codes, standards, and regulations (e.g., OSHA, NFPA, EPA, state/local building codes).
- Maintain a computerized maintenance management system (CMMS) for work order tracking and reporting.
- Meet or exceed response and resolution times as specified in the contract.
- Maintain facility appearance and functionality to support the mission of the secure campus.

**57.21 Deliverables**

- Preventive maintenance schedules and logs
- Monthly and annual maintenance reports
- Incident and emergency response reports
- Inspection and compliance documentation
- Inventory of critical spare parts and equipment

**57.22 Quality Assurance & Control**

- Implement a quality control plan to monitor and evaluate service delivery.
- Conduct regular inspections and audits.
- Address deficiencies and implement corrective actions promptly

**57.23 Personnel Requirements**

- All personnel must pass background checks and clearances.
- Maintain enough qualified staff (including licensed trades as required).
- Provide ongoing training in safety, security, and technical skills.

**57.24 Security & Access Control**

- Comply with all facility security protocols.
- Maintain confidentiality and integrity of facility operations.

**57.25 Reporting & Communication**

- Designate a single point of contact (Project Manager) for contract administration.
- Attend regular coordination meetings with facility management.
- Provide timely updates on maintenance activities and issues

## 58 Deliverables

The contractor shall submit to the government the following deliverables by the due date indicated. All deliverables shall be submitted to the COR unless otherwise indicated by the due date listed below. The contractor shall submit electronic documents via Adobe PDF (non-price) and Excel (Attachments 04 and 05) formats. PDF pages should be standard letter-sized (8.5x11) and all text legible when reading at 100% must be no smaller than 11-point font. Detailed drawings and schedules may be submitted as separate file(s), within specific page limits, on ledger-sized (11x17).

| # | Deliverable | Due Date |
|---|---|---|
| 1. | Site development schedule (renovation) | Submitted with proposal |
| 2. | Kick Off Meeting | To occur within two days of award. |
| 3. | Project Schedule | Within 5 days after award and updated weekly |
| 4. | Operations Schedule | 30 days prior to intake of first alien |
| 5. | Key Personnel Resume Submissions | At kick-off meeting |
| 6. | 50% and 90% Designs (prepared by licensed professional engineer(s) and registered architect(s) identified with license and registration numbers on the submitted designs. This includes drawings, specifications, calculations and design analysis. | 90% design due no later than 30 calendar days after contract award.<br><br>Note: Government will review and provide comments or approval within 15 business days of submission for 50% design and 10 business days for 90% design.<br><br>ICE must approve all design plans prior to construction start (not including necessary demolition) and Issued for Construction Drawings (IFC)--See Section: Facility Design and Build and Section: Design Plans and Review Process for additional instruction. |
| 7. | Waivers | Submitted with the 50% and 90% designs. |
| 8. | Issued For Construction Drawings (Final 100% design drawings) | 10 days post FONSI/ROD Issuance |
| 9. | As-Built Drawings | 30 days post commissioning completion |
| 10. | Commissioning Plan | Submitted at the 90% design submission |
| 11. | Record Drawings (Signed and sealed by licensed professional engineer and registered architect). | 30 days post commissioning completion |
| 12. | O&M Manuals | At time of commissioning |
| 13. | Warranty Documentation | At time of commissioning |

| | | |
|---|---|---|
| 14. | Project Management Plan | 15 days after award |
| 15. | Contract Management Plan | Annually |
| 16. | Communications Action Matrix | Quarterly |
| 17. | Risk Management Plan | 7 days after award |
| 18. | Preventive Maintenance Plan | 90 days after award |
| 19. | Quality Control Plan | 7 days after award and finalized 15 days after award; updated as required. |
| 20. | Site Safety and Health Plan | 7 days after award and finalized 15 days after award; updated as required. |
| 21. | Security Plan | Due 7 days after award (Note: on-site security shall be provided as of 14 days post award) |
| 22. | Plans, Policy and Procedures Manual | 15 days after award of contract |
| 23. | Standard Operating Procedures | 45 calendar days after award |
| 24. | Post Orders | Prior to housing detainees. |
| 25. | Communication Plan | 7 days after award; Updated as needed |
| 26. | Organizational Chart | 7 days after award and as requested. |
| 27. | Staffing Plan | 15 days after award and as requested by the COR. |
| 28. | Documentation of employee receipt of ICE Operations Policy/Procedure Manual | As requested by COR |
| 29. | Contractor employee certification for standards of conduct | As requested by COR |
| 30. | Contractor employee violation of standards of conduct and disciplinary action | Reported immediately* to COR |
| 31. | Notification of change in employee's health status | Notification immediately to COR (immediate verbal report, with written follow-up) |

| | | |
|---|---|---|
| 32. | Employee termination, transfer, suspension, personnel action relating to disqualifying information or incidents of delinquency | Notification immediately to COR (immediate verbal report, with written follow-up) |
| 33. | Report of any on contract employee misconduct | Notification immediately to COR (immediate verbal report, with written follow-up) |
| 34. | e-QIP Security Process | Prior to EOD |
| 35. | Physical Force Incident Reports | Reported to COR immediately (immediate verbal report, with written report within two (2) hours of incident) |
| 36. | Report of escapes | Reported to COR immediately (immediate verbal report, with written report within two (2) hours of incident) |
| 37. | Physical harm or threat to safety, health or welfare | Reported to COR immediately (immediate verbal report, with written report within 24 hours of incident) |
| 38. | Drug Test Results | Upon EOD and as requested by COR, or reported immediately to COR upon found violation |
| 39. | Emergency Call Back Roster | Quarterly or as needed |
| 40. | Training Plan, with Curriculum | Within 15 calendar days of award of contract; Updated as Needed |
| 41. | Quarterly Training Forecast | Quarterly |
| 42. | Training certification and reports for formal and on the job training (including Supervisors and refresher) | As requested by COR |
| 43. | Daily Time Sheet | As requested by COR |
| 44. | Emergency Action Plan to include Auxiliary Power procedures | Within 45 calendar days of award of contract; Updated as Needed |
| 45. | Sexual Assault & Suicide Prevention Program | No later than the post award conference |
| 46. | Firearms Training Certificates | Annually |
| 47. | Employee Weapon Permit | To COR 3 days prior to EOD, and then after as requested by COR |

| | | |
|---|---|---|
| 48. | Notification of employee criminal activity | Reported immediately to COR and appropriate law enforcement agency. |
| 49. | Officer Testing Questions and Results | Post award, as needed by the COR |
| 50. | Key, Tool Cabinet Inventory Class A and Class B Log | At the beginning of day and end of each shift |
| 51. | Equipment Inventory | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 52. | Intervention Equipment Inventory | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 53. | Regular Tool Control Log | Monthly |
| 54. | Detainee Volunteer Work Screening Form (Request Form) | As required |
| 55. | Detainee Volunteer Work Program Training Form | As required |
| 56. | Proposed daily transportation routes | Within 30 calendar days of contract award |
| 57. | Safety Devices/Equipment Training Plan | Quarterly |
| 58. | Chemical Perpetual Inventory Sheet | As requested by COR |
| 59. | Compliance and Independent Audit Report | Annually |
| 60. | Key Indicators Report | Monthly, by 5th of each month for previous month's data |
| 61. | General Supply/Inventory Plan | Within 30 calendar days after award of contract, then annually or as requested by COR |
| 62. | Commissary Inventory List | As requested by COR |
| 63. | Statement of Detainee Funds Accounts | As requested by COR |
| 64. | IT Security Plan | Within 60 calendar day after award of contract |

| | | |
|---|---|---|
| 65. | Finalized List of Approved Food Vendors | Two weeks prior to accepting detainees and upon any changes thereafter |
| 66. | Prime Vendor/Food Service Expenditures | As requested by COR |
| 67. | Employee Meal Ticket Sales Report | As requested by COR |
| 68. | Number of Meals Served/Daily Meal Count | Quarterly or as requested by COR |
| 69. | Detainee Records | Continuous |
| 70. | Notice of Detainee Death | Reported immediately to COR (immediate verbal report, with written report within two (2) hours of incident) |
| 71. | Detainee Departure Documents | Continuous, prior to detainee departing. |
| 72. | Detainee Volunteer Food Service Worker Contingency Plan | Within 90 calendar days of contract award; and after that anytime as requested by the COR. |
| 73. | 35-Day Regular Menu | Monthly |
| 74. | Physical damage to the facility documentation | Immediate verbal report to COR, with written report within five (5) days. |
| 75. | Detainee Special Needs Menu | As requested by COR |
| 76. | Daily Diet List (Medical & Religious) | As requested by COR |
| 77. | Holiday Menus | Annually |
| 78. | Emergency Food Preparation and Service Schedule | Within 90 calendar days of award of contract |
| 79. | Food Service Weekly Inspection Log | Weekly or as requested by COR |
| 80. | Food Handler Certification | Always maintained for all food service employees, and as requested by COR |
| 81. | Food and Non-Food Inventory | Monthly or as requested by COR |
| 82. | Maintenance Service Work Orders | As requested by COR |

| | | |
|---|---|---|
| 83. | Common Fare Cost for Detainees | Quarterly, or as requested by COR |
| 84. | Authorized Detainee Worker List Weekly Schedule | Weekly, or as requested by COR |
| 85. | Detainee Volunteer Food Service Work Detail Pay List | Monthly |
| 86. | Monthly Medical Inspection Corrective Actions | Monthly |
| 87. | Certified Dietician In- Service Staff Training and Department Inspection | Quarterly, or as requested by the COR |
| 88. | Medical Clearance including TB test | For all new employees and after diagnosed with illness or communicable disease.<br>Employees must be re-examined and medically cleared before returning to work. TB test certification annually. |
| 89. | Vehicle inventory log and interior specification for each vehicle type | Within 90 calendar days of award of contract, annually and as requested by COR |
| 90. | Menu Cycle (Revisions and Registered Dietician Recertification of all menus) | Annually |
| 91. | End of Month Food Service Cost Report, including Cost Per Meal Data | Annually |
| 92. | Firearms Control Register | As requested by COR |
| 93. | Surveillance Video | As requested by COR |
| 94. | Detainee or contractor Employee Contraband Found Report | Immediately to COR (immediate verbal report, with written follow-up) |
| 95. | Staff Vacancy Report | To COR by 5th of each month for previous month's data |
| 96. | Additional Reports as requested by the COR | As needed |
| 97. | Notice of facility readiness | 10 days prior to the end of the Design and Renovation Period |

| | | |
|---|---|---|
| 98. | Records related to performance by contractor | As requested by CO or COR at any time during the term of the contract or at termination/expiration. |
| 99. | Records (any and all records subject to relevant NARA records schedule include NARA Records Schedule Number: DAA-0567-2023-0002.) | See NARA Records Schedule Number: DAA-0567-2023-0002.) for specific requirements. Per direction of COR and CO. |
| 100. | Litigation | As requested by CO or COR at any time during the term of the contract or at/after termination/expiration. |
| 101. | Congressional Inquiry | Immediately to COR and CO (immediate verbal report, with written follow-up) to FOD, DFOD, COR, and CO |
| 102. | Press statements and/or releases | To be cleared by Field Office Director, Deputy Field Office Director & Contracting Officer Representative prior to release to the public. |
| 103. | Correctional Officer assignment, Names of Supervisory Correctional Officers, and Shift Rosters | As requested by COR |
| 104. | Overnight lodging requests | Advance of commencement of overnight trip |
| 105. | Non-returned ID Badges/Credentials | Immediately to COR |
| 106. | Intelligence Information | Immediately to COR |
| 107. | Serious Incidents | Immediately to COR |
| 108. | Contractor Employee Manual | Within 60 calendar days of award of contract and after that anytime as requested by the COR. |
| 109. | Any requested Detainee medical documentation | Immediately to COR |
| 110. | Medical and Personnel Records of contractor Employees | As requested by COR |
| 111. | Contractor Business Permits and Licenses | Within 30 calendar days of award of contract and after that anytime as directed by COR. |

| | | |
|---|---|---|
| 112. | Contractor Employee Registrations, Commissions, Permits, and Licenses | Prior to EOD and then after, as requested by COR |
| 113. | Correctional Officer Post Assignment Record | As requested by COR |
| 114. | Count Records | As requested by COR |
| 115. | GSA Form 139 or ICE equivalent | As requested by COR |
| 116. | Authorization to exceed a change in duty | To COR for approval prior to commencement of change of duty |
| 117. | Lost and found | As requested by COR |
| 118. | Security incidents – computers | To COR within four (4) hours of incident |
| 119. | Daily Detainee Manifest | As requested by COR |
| 120. | Contract Discrepancy Report, Corrective Action Plan, or outcome measures required by any inspection or accreditation review, QASP (see Attachment 01a and 01b) or NDS requirements or any modified version of it published by ICE | As outlined within the requiring document |
| 121. | Spill Report | Immediately to COR |
| 122. | Operational Data/Metrics Summary | Due within three (3) days of request |
| 123. | Risk Mitigation Chart | As requested by COR, updated as necessary |
| 124. | Transition Out Plan | Two months post award or upon direction of the CO. |
| 125. | Transportation Status Report: Template G-391 | Monthly |

| | | |
|---|---|---|
| 126. | Evidence-based standards of medical/mental health care | Within 90 calendar days of award. |
| 127. | Confirmation of proper medical credentialing. | Upon EOD of medical personnel. Changes to credential status reported to the COR and IHSC FMC within seven business days. |
| 128. | Information related to denied claims. | To be reviewed with FMC within three business days of complaint. |
| 129. | IHSC Form 883 | As soon as practicable but not later than 72 hours after identification of detained individuals with a serious mental disorder. |
| 130. | Report of detainees identified with serious mental disorders | Weekly to COR and IHSC FMC |
| 131. | Report on emergency response, ambulance readiness, response times, and incidents. | Monthly to COR. |
| 132. | Facility Emergency Evacuation Procedure Guide | 30 days prior to intake |
| 133. | Emergency plans: training for on-site medical staff. | Upon EOD and annually thereafter. |
| | **Environmental Compliance Deliverables** | |
| 134. | Environmental Compliance Plans/Process | 7 days post award |
| 135. | Draft and Final Environmental planning and compliance documentation and reports | Draft due within 15 calendar days upon Government acceptance of the 50% design and Final due within 15 calendar days upon Government acceptance of the 90% design |
| 136. | Draft and Final Environmental due diligence assessments, surveys and reports | Draft due within 15 calendar days upon Government acceptance of the 50% design and Final due within 15 calendar days upon Government acceptance of the 90% design |
| 137. | a. Site information packages to include, but not limited to: assessed impact areas, survey, and preliminary assessment, survey, condition report, disclosure package, price, contingencies or warranties, zoning, proposed use suitability report, environmental studies, easement documents, facilities condition reports, additional | due within 15 calendar days upon Government acceptance of the 50% design |

| | | |
|---|---|---|
| | b. Corresponding impacted parties reports and instructions | |

*Note: The word "immediately" or "immediate," as used above in the Deliverables Chart is defined as "as soon as reasonably possible." The contractor should use prudent and reasonable judgement to determine the timeframe necessary to notify the government as defined above based on the situation, but it should not exceed a reasonable timeframe to notify the government.*

The CO or COR will provide written acceptance, comments and/or change requests, if any, within thirty (30) business days from receipt by the government of the initial deliverable.

Upon receipt of the government comments, the contractor shall have fifteen (15) business days to incorporate the government's comments and/or change requests and to resubmit the deliverable in its final form.

If written acceptance, comments and/or change requests are not issued by the government within thirty (30) calendar days of submission, the draft deliverable shall be deemed acceptable as written and the contractor may proceed with the submission of the final deliverable product. The contractor shall provide all deliverables to the COR in Microsoft Excel, PowerPoint or Word format as deemed appropriate.

## 59 Glossary

ADMINISTRATIVE SEGREGATION: A form of separation from the general population used when the continued presence of the alien in the general population would pose a threat to life, property, self, staff, or other aliens or to the security or orderly running of the facility. This housing status also includes aliens who require protective custody, those who cannot be placed in the local population because they are in route to another facility (holdovers), those who are awaiting a hearing before a disciplinary panel, and those requiring separation for medical reasons.

ADULT LOCAL DETENTION FACILITY (ALDF): A facility which detains persons over the age of 18.

ALIEN: Any person not a citizen or national of the United States.

BED-DAY: The total billable cost to the government to maintain and house one alien for one day. Bed-day means an alien that is referred to a contractor for detention. The bed days are calculated by subtracting the date booked into custody from the date released from custody. The contractor may charge for day of arrival, but not day of departure.

BED-DAY RATE: The rate charged for each individual alien per day. Bed-day rate is an all-inclusive burdened rate including direct costs, indirect costs, overhead, and profit necessary to provide the detention, and food service requirements as described in the Performance Work Statement (PWS).

BOOKING aka Book-ins: A procedure for the admission of an Immigration and Customs Enforcement (ICE) alien, which includes searching, fingerprinting, photographing, medical screening, and collecting personal history data. Booking also includes the inventory and storage of the individual's accompanying personal property. The contractor may be responsible for booking the alien into ICE systems upon receiving the alien.

BUREAU OF PRISONS (BOP): The U.S. Federal Bureau of Prisons protects society by confining offenders in the controlled environments of prisons and community-based facilities that are safe, humane, cost-efficient, and appropriately secure, and that provide work and other self-improvement opportunities to assist offenders in becoming law-abiding citizens.

CATEGORICAL EXCLUSION (CATEX): Activities that do not need to undergo detailed environmental analysis in an Environmental Assessment (EA) or Environmental Impact Statement (EIS) because the activities have been determined to normally not have the potential, individually or cumulatively, to have a significant effect on the human environment.

CLASSIFICATION: A process for determining the needs and requirements of aliens for whom detention has been ordered and for assigning them to housing units and programs according to their needs, security risk level, and existing resources of the facility.

CONTRABAND: Items that pose a threat to the security of people or property. A contraband item fits into either the category of hard or soft contraband as defined below:

-Hard Contraband: Any item that is inherently dangerous as a weapon or tool of violence, e.g., knife, explosives, "zipgun," brass knuckles. Because hard contraband presents an immediate physical threat in or to the facility, an alien found in possession of hard contraband could face disciplinary action or criminal prosecution.

-Soft Contraband: Any item that presents a nuisance, which does not pose a direct and immediate threat to an individual's safety. None-the-less, soft contraband has the potential to create dangerous or unsanitary conditions in the facility, such as excess papers that create a fire hazard, food items that are spoiled or retained beyond the point of safe consumption, etc.

CONTRACTING OFFICER (CO): An employee of the government responsible for the complete conduct and integrity of the contracting process, including administration after award. The only individual authorized to issue changes to this contract.

CONTRACTING OFFICER'S REPRESENTATIVE (COR): Employees of the government responsible for monitoring all technical aspects and assisting in administering the contract. The COR has no authority to make any commitments or changes that affect price, quality, quantity, delivery, or other terms and conditions of the contract. contractor: The entity which provides the services described in this PWS.

CONTRACTOR EMPLOYEE: An employee of a private contractor hired to perform a variety of detailed services under this contract.

CONTROL ROOM: Integrates all internal and external security communications networks within a secure room. Activities conducted within the control room have a critical impact on the institution's orderly and secure operation.

CREDENTIALS: Document providing primary source verification including education, training, licensure, experience, board certification, and expertise of an employee.

DEPARTMENT OF HOMELAND SECURITY (DHS): A department of the U.S. government, which includes ICE.

DEPARTMENT OF JUSTICE (DOJ): A department of the U.S government, which includes the Executive Office of Immigration Review (EOIR), the Federal Bureau of Investigation (FBI), the federal BOP, and the U.S. Marshals Service.

DESIGNATED SERVICE OFFICIAL: An employee of ICE designated in writing by the ICE Field Office Director to represent ICE on matters pertaining to the operation of the facility as set forth within this PWS. The Designated Service Official has no authority to make any commitments or changes that affect price, quality, quantity, delivery, or other terms and conditions of the contract and is not authorized or responsible for the technical monitoring or administration of the contract.

DETAINEE: Any person confined under the auspices and the authority of any Federal agency. Many of those being detained may have substantial and varied criminal histories.

DETAINEE RECORDS: Information concerning the individual's personal, criminal, and medical history, behavior, and activities while in custody, including, but not limited to:

-Alien, Personal Property
-Receipts, Visitors List, Photographs
-Fingerprints, Disciplinary Infractions
-Actions Taken, Grievance Reports, Medical
-Records, Work Assignments, Program Participation
-Miscellaneous Correspondence, etc.

DETENTION GRADE: Refers to fixtures, walls, and infrastructure designed and constructed to meet rigorous standards for security, durability, and safety in environments where individuals are held in custody. Detention-grade shall adhere to ICE Standards as specified in Objective 6 – Standards and Compliance. Detention-grade products and materials meet American Standard for Testing and Materials (ASTM) or equivalent standards for impact and tamper resistance, as well as industry requirements for secure, abuse-resistant construction. This classification ensures all components—including furniture, doors, locks, walls, and building systems—are suitable for high-risk, secure settings and can withstand sustained physical abuse and attempts at unauthorized access. Refer to ASTM F2324 Standard Test Methods for Detention Security Walls. Other relevant standards include but are not limited to ASTM F1450, ASTM F1915, ASTM F2322, and ASTM F1592.

DETENTION OFFICERS: contractor's uniformed staff members responsible for the security, care, transportation, and supervision of aliens during all phases of activity in a detention facility. The officer is also responsible for the safety and security of the facility.

DETENTION OVERSIGHT UNIT (DOU): The purpose of the ICE DOU is to develop and prescribe policies, standards, and procedures for ICE detention operations and to ensure detention facilities are operated in a safe, secure, and humane condition for both aliens and staff.

DIRECT SUPERVISION: A method of alien management that ensures continuing direct contact between aliens and staff by posting an officer(s) inside each housing unit. Officers in general housing units are not separated from aliens by a physical barrier. Officers provide frequent, non-scheduled observation of and personal interaction with aliens.

DIRECTIVE: A document issued by the U.S. government and signed by the President, Departmental Secretary, or an Assistant Secretary that establishes policy, delegates' authority, and/or assigns responsibilities.

DISCIPLINARY SEGREGATION: A form of separation from the general population made for disciplinary reasons. This form of segregation may be used only after a finding by a disciplinary hearing panel that the detained individual is guilty of a prohibited act or rule violation.

EMERGENCY: Any significant disruption of normal facility procedure, policy, or activity caused by riot, strike, escape, fire, medical exigency, natural disaster, or other serious incident.

EMERGENCY CARE: Care for an acute illness or unexpected serious health care need that cannot be deferred until the next scheduled sick call.

ENFORCEMENT AND REMOVAL OPERATIONS (ERO): A division within ICE, whose mission is the planning, management, and direction of broad programs relating to the supervision, detention, and removal of aliens who are in the U.S illegally.

ENTRY ON DUTY (EOD): The first day the employee begins performance at a designated duty station on this contract.

ENVIRONMENTAL ASSESSMENT (EA): A concise public document for which a Federal agency is responsible that serves to briefly provide sufficient evidence and analysis for determining whether to prepare an EIS or a Finding of No Significant Impact (FONSI), aid an agency's compliance with the National Environmental Policy Act (NEPA) when no EIS is necessary, and facilitate preparation of an EIS when one is necessary.

ENVIRONMENTAL IMPACT EVALUATION: The process of determining the level of significance of a potential impact on the human environment. It includes all necessary studies, consultation, and public involvement needed to analyze the potential for environmental impact of a proposed action, assign a value to the level of impact (e.g., minor, moderate, or major), consider mitigation, and determine the level of significance; whether significant or not. An environmental impact evaluation results in either the application of a CATEX, documentation in the form of an EA and FONSI or a final EIS and record of decision (ROD).

ENVIRONMENTAL IMPACT STATEMENT (EIS): A detailed written statement as required by section 102(2)(C) of the NEPA. It is a comprehensive document that provides full and fair discussion of significant environmental impacts caused by the proposed action(s). It also states the reasonable alternatives, and which of those would avoid or minimize the adverse impact(s) or enhance the quality of the human environment.

EXECUTIVE OFFICE OF IMMIGRATION REVIEW (EOIR): An agency of DOJ. The primary mission of the EOIR is to adjudicate immigration cases by fairly, expeditiously, and uniformly interpreting and administering the Nation's immigration laws. Under delegated authority from the Attorney General, EOIR conducts immigration court proceedings, appellate reviews, and administrative hearings.

FACILITY: The physical plant and grounds in which the contractor's services are operated.

FACILITY ADMINISTRATOR: The official, regardless of local title (e.g., jail administrator, Warden, Facility Director, superintendent), who has the ultimate responsibility for managing and operating the contracted detention facility.

FINDING OF NO SIGNIFICANT IMPACT (FONSI): A document by a federal agency briefly presenting the reasons why an action, not otherwise excluded, will not have a significant effect on the human environment, and for which an EIS therefore will not be prepared.

FIRST AID: Health care for a condition that requires immediate assistance from an individual trained in first aid care and the use of the facility's first aid kits.

FLIGHT OPERATIONS UNIT (FOU): The FOU is the principal mass air transportation and manages government and contract flights.

GOVERNMENT: Refers to the U.S. government.

GRIEVANCE: A written complaint filed by an alien with the facility administrator concerning personal health/welfare or the operations and services of the facility.

HEALTH AUTHORITY: The physician, health administrator, or agency on-site that is responsible for health care services pursuant to a written agreement, contract, or job description.

HEALTH CARE: The action taken, preventive and therapeutic. To provide for the physical and mental well-being of the alien population. Health care may include medical services, dental services, mental health services, nursing, personal hygiene, dietary services, and environmental conditions at the facility.

HEALTH CARE PERSONNEL: Duly licensed individuals whose primary duties are to provide health services to aliens in keeping with their respective levels of health care training or experience.

HEALTH UNIT (HU): The physical area in the facility and organizational unit set-aside for routine health care and sick call. The HU is the designated part of the facility for the delivery of care to aliens on an ambulatory or observation basis.

ICE HEALTH SERVICE CORPS (IHSC): The ICE Health Service Corps serves as the medical authority for ICE on a wide range of medical issues, including the agency's comprehensive alien health care program.

IMMEDIATE RELATIVES: Spouses, children (including stepchildren and adopted children) and their spouses, parents (including stepparents), brothers and sisters (including stepbrothers and sisters and half-brothers and sisters) and their spouses.

IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE): A law enforcement agency within the U.S. Department of Homeland Security.

INCIDENT REPORT: A written document reporting an event, such as minor disturbances, officer misconduct, any alien rule infraction, etc.

JUVENILE DETAINEE: Any alien under the age of eighteen (18) years.

KEY PERSONNEL: Any one of the following positions employed by the contractor; warden or facility director, assistant warden or assistant facility director, supervisory detention officer, training officers, quality assurance manager, corporate security officer.

LIFE SAFETY CODE: A manual published by The National Fire Protection Association specifying minimum standards for fire safety necessary in the public interest.

LOGBOOK: The official record of post operations and inspections.

MAN-HOUR: Man-hour means productive hours when the required services are performed. Only productive hours can be billed and invoiced.

MEDICAL RECORDS: Separate records of medical examinations and diagnosis maintained by the responsible physician or nurse. The following information from these records shall be transferred to the alien record: date and time of all medical examinations; and copies of standing or direct medical orders from the physician to the facility staff.

MEDICAL SCREENING: A system of structured observation and/or initial health assessment to identify newly arrived aliens who could pose a health or safety threat to themselves or others.

MILEAGE RATE: A fully burdened rate inclusive of the mileage rate in accordance with General Service Administration Federal Travel Regulation, vehicle equipment, maintenance, and fuel costs.

MOBILIZATION: Mobilization costs proposed by offerors shall be one-time costs inclusive of all startup costs, all stand-up of facilities, infrastructure, temporary facility construction, site preparation, logistics, materials, site preparation, utilities, and starting labor etc. required for a complete "turnkey" facility.

NON-CONTACT VISITATION: Visitation that restricts aliens from having physical contact with visitors using physical barriers such as screens and/or glass. Voice communications between the parties are typically accomplished with telephones or speakers.

NON-DEADLY FORCE: The force a person uses with the purpose of not causing or which would not create a substantial risk of causing death or serious bodily harm.

OFFICE OF PROFESSIONAL RESPONSIBILITY, PERSONNEL SECURITY Division(OPR-PSD ): The
ICE office which implements a component-wide personnel security program.

ON CALL/REMOTE CUSTODY OFFICER POST: Posts operated as requested by the COR, or other ICE officials designated by COR, and including, but not limited to, escorting and custody of aliens for hearings, ICE interviews, medical watches, and any other location requested by the COR.

PAT DOWN SEARCH: A quick patting of the alien's outer clothing to determine the presence of contraband.

PERFORMANCE WORK STATEMENT (PWS): That portion of the contract, which describes the services to be performed under the contract.

PHASE I ENVIRONMENTAL SITE ASSESSMENT (PHASE I ESA): An evaluation and report prepared to identify potential or existing environmental contamination liabilities associated with real property. Phase I ESAs must be carried out in accordance with the standard promulgated in American Society for Testing and Materials (ASTM) 1527-13.

POLICY: A definite written course or method of action, which guides and determines present and future decisions and actions.

POST ORDERS: Written orders that specify the duties of each position, hour-by-hour, and the procedures the post officer will follow in carrying out those duties.

PREVENTIVE MAINTENANCE: A system designed to enhance the longevity and/or usefulness of buildings and equipment in accordance with a planned schedule.

PROCEDURE: The detailed and sequential actions that must be executed to ensure that a policy is implemented. It is the method of performing an operation or a manner of proceeding on a course of action. It differs from a policy in that it directs action required to perform a specific task within the guidelines of that policy.

PRODUCTIVE HOURS: These are hours when the required services are performed and can be billed.

PROJECT MANAGER: Contractor employee responsible for on-site supervision of all contractor employees, with the authority to act on behalf of the contractor. The Project Manager cannot simultaneously serve in the role of manager and detention officer or supervisory detention officer.

PROPERTY: Refers to personal belongings of an alien.

PROPOSAL: The written plan submitted by the contractor for consideration by ICE in response to the solicitation or request for task order modification.

QUALIFIED HEALTH PROFESSIONAL: Physicians, dentists, and other professional and technical workers who by state law engage in activities that support, complement, or supplement the functions of physicians and/or dentists who are licensed, registered, or certified, as appropriate to their qualifications, to practice.

QUALITY ASSURANCE: The actions taken by the government to assure requirements of the PWS are met.

QUALITY ASSURANCE SURVEILLANCE PLAN (QASP): A government-produced document that is based on the premise that the contractor, and not the government, is responsible for the day-to-day operation of the facility and all the management and quality control (QC) actions required to meet the terms of the contract. The role of the government in quality assurance is to ensure performance standards are achieved and maintained. The QASP validates that the contractor is complying with ERO-mandated quality standards in operating, maintaining, and repairing detention facilities.

QUALITY CONTROL (QC): The contractor's inspection system which covers all the services to be performed under the contract. The actions that a contractor takes to control the production of services so that they meet the requirements stated in the contract.

QUALITY CONTROL PLAN (QCP): Acontractor-produced document that addresses critical operational performance standards for services provided.

RECORD OF DECISION (ROD): A document that explains an agency's decision, describes the alternative the agency considered, and discusses the agency's plans for mitigation and monitoring, if necessary.

RELIEF FACTOR: Indicates how many persons it takes to fill a single job position for a single shift, considering vacation, sick leave, training days, and other types of leave.

RESPONSIBLE PHYSICIAN: A person licensed to practice medicine with whom the facility enters into a contractual agreement to plan for and provide health care services to the alien population of the facility.

RESTRAINT EQUIPMENT: This includes but is not limited to handcuffs, belly chains, leg irons, straitjackets, flexi cuffs, soft (leather) cuffs, and leg weights.

SAFETY EQUIPMENT: This includes but is not limited to firefighting equipment, i.e., chemical extinguisher, hoses, nozzles, water supplies, alarm systems, portable breathing devices, gas masks, fans, first aid kits, stretchers, and emergency alarms.

SALLYPORT: An enclosure situated either in the perimeter wall or fence to the facility or within the interior of the facility, containing gates or doors at both ends, only one of which opens at a time. This method of entry and exit helps to ensure that there shall be no breach in the perimeter or interior security of the facility.

SECURITY DEVICES: Locks, gates, doors, bars, fences, screens, hardened ceilings, floors, walls, and barriers used to confine and control aliens. In addition, electronic monitoring equipment, security alarm systems, security light units, auxiliary power supply, and other equipment used to maintain facility security.

SECURITY PERIMETER: The outer portions of a facility, which provide for secure confinement of aliens.

SECURITY RISK – HIGH, MEDIUM, LOW:

-High-Risk Level – (Level 3) Aliens exhibit behavioral problems, or manifest a pattern of such behavior, or have a history of violent and/or criminal activity. These aliens may not be co-mingled with low custody aliens.

-Medium High-Risk Level – (Level 2) Aliens exhibit minor behavioral problems or have a history of nonviolent criminal behavior. These aliens have a history of violent or assaultive charges, convictions, institutional misconduct, or those with gang affiliation.

-Medium Low-Risk Level – (1.5) Aliens with no history of violent or assaultive charges or convictions, no institutional misconduct, and no gang affiliation.

-Low-Risk Level – (Level 1) Aliens exhibit no behavioral problems and have no history of violent criminal behavior. This level may not include any alien with a felony conviction that included an act of physical violence. Low-risk level aliens may not be co-mingled with high custody aliens.

SENSITIVE INFORMATION: Any information which could affect the national interest, law enforcement activities, the conduct of federal programs, or the privacy to which individuals are entitled under Title 5, U.S. Code, Section 552a. All Alien records are considered sensitive information.

SIGNIFICANT EVENT NOTIFICATION REPORT: A written document reporting a special event (e.g., the use of force, use of chemical agents, discharge of firearms).

SPECIAL MANAGEMENT UNIT: A housing unit for aliens removed from the general population, whether voluntary (i.e., detainee requested) or involuntary (i.e., facility initiated).

STRIP SEARCH: An examination of an alien’s naked body for weapons, contraband, and physical abnormalities. This also includes a thorough search of all the individual’s clothing while not being worn.

SUITABILITY CHECK: Security clearance process for contractor and all contractor Employees to determine favorable suitability to work on a government contract.

TOUR OF DUTY: No more than 12 hours in any 24-hour period with a minimum of eight hours off between shifts, except as directed by state or local law.

TRAINING: An organized, planned, and evaluated activity designed to achieve specific learning objectives. Training may occur on site, at an academy of training center, at an institution of higher learning, through contract service, at professional meetings or through closely supervised on-the-job training. Meetings of professional associations are considered training when there is clear evidence of the above elements. All trainers must be certified, and certification shall be approved by the COR or ICE-designee.

TRANSPORTATION COSTS: The cost of all materials, equipment, and labor necessary to respond to requests by designated officials for secure movement of aliens from place to place necessary for processing, hearings, interviews, etc.

TRAVEL COST: Cost inclusive of lodging and meals and incidental expenses for Transportation Officers exceeding the standard working hours. Contractor tour of duties will comply with all current federal, state, and local laws. This includes but is not limited to the Federal Motor Carrier Safety Administration, CFR 395.5 - Maximum driving time for passenger-carrying vehicles. Cost is based on actual charges per occurrence, not to exceed the allowable Federal Travel Regulation rates/costs in effect on the dates of travel.

WEAPONS: This includes but is not limited to firearms, ammunition, knives, slappers, Billy clubs, electronic defense modules, chemical weapons (mace), and nightsticks.