**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**NOTICE OF MOTION TO ENFORCE THE COURT'S MAY 12 ORDER**

**PLEASE TAKE NOTICE** that on November 23, 2026, Plaintiffs shall move this Court to enforce its May 12, 2026 Order and Joint Stipulation to Stay Adjudication of Plaintiffs' Motion for Preliminary Injunction, ECF 36, prohibiting Defendants from undertaking specified activities at the Roxbury Warehouse.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely on the attached brief, declarations, and exhibits in support of the motion. A proposed form of Order is submitted herewith.

Dated: November 23, 2026

Respectfully submitted,

**JENNIFER DAVENPORT**
ATTORNEY GENERAL OF NEW JERSEY

By: */s/ Naima Drecker-Waxman*
Sundeep Iyer
*Solicitor General*
Shankar Duraiswamy
*Deputy Solicitor General*
Naima Drecker-Waxman
Yael N. Fisher
Nathaniel Rubin
Angela Xiao
*Deputy Attorneys General*

Office of the Attorney General
25 Market Street
Trenton, NJ 08625
(609) 696-3953
Naima.Drecker-Waxman@njoag.gov

*Attorneys for the State of New Jersey*

**MURPHY MCKEON, PC**

By: */s/ James T. Bryce*
James T. Bryce.
901 Route 23 2nd Floor
Pompton Plains, New Jersey 07444
(973) 835-0100
jbryce@murphymckeonlaw.com

*Attorneys for the Township of Roxbury*