**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

## [PROPOSED] ORDER TO ENFORCE THE COURT'S MAY 12 ORDER

This matter having come before the Court on the Motion to Enforce the Court's May 12 Order filed by Plaintiffs the State of New Jersey and Township of Roxbury ("Plaintiffs"), and the Court having considered Plaintiffs' Memorandum of Law, as well as any papers filed in opposition to this motion, the Court finds Defendants violated the Court's May 12 Order.

It is therefore ORDERED that Plaintiffs' Motion to Enforce is GRANTED, and it is further ORDERED that

1. Defendants are declared to have violated this Court's May 12, 2026 Order, ECF 36, when they awarded Task Order No. 70CDCR27FR0000002;
2. Defendants and their agents, and all persons in active concert or participation with any of them, are enjoined from engaging in, approving, agreeing to

undertake, or awarding or obligating any funds to support any of the following activities at the Roxbury Warehouse, as defined in the May 12 Order, ECF 36 at 2, until Defendants complete an initial EA and Plaintiffs have an opportunity to challenge the EA and any subsequent agency decisions, pursuant to the May 12 Order:

a. any interior construction or reconfiguration of administrative and office space at the Roxbury Warehouse;

b. any physical renovation, reconfiguration, or other physical alteration of the buildings at the Roxbury Warehouse;

c. any maintenance and repair activities at the Roxbury Warehouse beyond those specifically set forth in paragraph 4 of the May 12 Order; and

d. any other activities at the Roxbury Warehouse for purposes of converting into a detention center.

3. Defendants shall de-obligate funds awarded in Task Order No. 70CDCR27FR0000002 for activities other than NEPA compliance, design of the detention center to the extent necessary for NEPA compliance, and the limited set of maintenance and site security activities at the Roxbury Warehouse specifically set forth in paragraph 4 of the May 12 Order.

4. On Plaintiffs' request and on reasonable notice, Defendants shall provide Plaintiffs with access to inspect the Roxbury Warehouse at any time while the May 12 Order's bar on undertaking activities to convert the Roxbury Warehouse into a detention center remains in effect.

5. Nothing in this Order shall preclude Defendants from engaging in activities for the purpose of conducting, pursuant to NEPA, an environmental assessment of their proposal to convert the Roxbury Warehouse into a detention center or from preparing the facility designs that is necessary for such an environmental assessment.

6. Defendants shall file a status report with the Court within 48 hours of the entry of this Order, describing all steps that Defendants have taken to comply with the Court's order.

IT IS SO ORDERED on this _____ day of _______, 2026.

______________________________

**Honorable Jamel K. Semper**
**United States District Judge**