**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STATE OF NEW JERSEY and TOWNSHIP OF ROXBURY,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Hon. Jamel K. Semper, U.S.D.J.<br><br>Hon. James B. Clark, U.S.M.J.<br><br>Civil Action No.: 26-02884 |

**DECLARATION OF NAIMA DRECKER-WAXMAN**

Naima Drecker-Waxman, of full age, hereby declares as follows:

1. I am a Deputy Attorney General in the New Jersey Office of the Attorney General and counsel to the State of New Jersey in the above-captioned matter. I am over the age of 18 and competent to make this Declaration, which I submit in further support of Plaintiffs' Motion to Enforce the Court's May 12, 2026 Order.

2. Attached hereto as Exhibit A is a true and correct copy of email correspondence between counsel for the parties in this action, dated October 9 through November 23, 2026.

3. Attached hereto as Exhibit B is a true and correct copy of Contract Award No. 70CDCR27FR0000002 as it appeared on SAM.gov. on November 20, 2026.

I further certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: November 23, 2026

*/s/ Naima Drecker-Waxman*

Naima Drecker-Waxman
Deputy Attorney General
Naima.Drecker-Waxman@njoag.gov
25 Market Street
Trenton, NJ 08625
(609) 696-3953

# EXHIBIT A

Outlook

## [EXTERNAL] RE: New Jersey v. U.S. Immigration and Customs Enforcement

**From** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Date** Mon 11/23/2026 8:27 AM
**To** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Naima Drecker-Waxman <Naima.Drecker-Waxman@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>; Anthony Bucco <abucco@murphymckeonlaw.com>; jleckie@oslaw.com <jleckie@oslaw.com>; Nathaniel Rubin <Nathaniel.Rubin@njoag.gov>; Yael Fisher <Yael.Fisher@law.njoag.gov>
**Cc** Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>

Hi Shankar,

I've passed along your questions to the agency and will share any info when it's available.

Sincerely,
KR

---

**From:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>
**Sent:** Friday, October 23, 2026 12:38 PM
**To:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>; Naima Drecker-Waxman <Naima.Drecker-Waxman@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>; Anthony Bucco <abucco@murphymckeonlaw.com>; jleckie@oslaw.com; Nathaniel Rubin <Nathaniel.Rubin@njoag.gov>; Yael Fisher <Yael.Fisher@law.njoag.gov>
**Cc:** Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
**Subject:** [EXTERNAL] RE: New Jersey v. U.S. Immigration and Customs Enforcement

KR,

Two follow-up questions on this: (i) how long were the detainees in the parking lot and (ii) where were they held while they were there (e.g., inside a vehicle or simply on the ground)?

---

**From:** Perez, Krystal-Rose (ENRD) <Krystal-Rose.Perez@usdoj.gov>
**Sent:** Friday, October 9, 2026 2:05 PM
**To:** Shankar Duraiswamy <Shankar.Duraiswamy@njoag.gov>; Naima Drecker-Waxman <Naima.Drecker-Waxman@njoag.gov>; James Bryce <jbryce@murphymckeonlaw.com>; Anthony Bucco <abucco@murphymckeonlaw.com>; jleckie@oslaw.com; Nathaniel Rubin <Nathaniel.Rubin@njoag.gov>; Yael Fisher <Yael.Fisher@law.njoag.gov>
**Cc:** Pettigrew, Shaun (ENRD) <Shaun.Pettigrew@usdoj.gov>
**Subject:** [EXTERNAL] New Jersey v. U.S. Immigration and Customs Enforcement

Counsel,

Please see the below explanation from Defendants.

> On September 4, 2026, officers from the Newark Enforcement and Removal Operations (ERO) Field Office conducted an enforcement operation in Dover, NJ, that resulted in the apprehension of nine aliens illegally present in the United States. To preserve the safety of the involved officers, aliens, and members of the public, the team of ERO officers involved in the arrests made

a collective decision to stage in the parking lot of the ICE owned warehouse facility located at 1879 Route 46, Roxbury Township, NJ (“Roxbury site”), and for initial processing of the detained aliens. After the arrests were made, the team of ERO officers returned to the Roxbury site parking lot to inventory personal effects of the aliens and to conduct initial processing of the individuals detained. In accordance with routine operating procedures, officers chose this location for reasons of safety and privacy and were in communication with a supervisory officer throughout the course of the operation. During this operation, the officers apprehended and transported aliens and ran records checks. Once initial processing was complete, ERO personnel transported the detainees to another facility for further processing.

On September 8, 2026, ERO personnel from the Newark ERO Field Office used the parking lot of the Roxbury for the same staging and then the initial processing of detainees as described above, following arrests that took place near the facility in Dover and Ledgewood, NJ. On this occasion, five detainees were brought to the parking lot area. At no time while present at the Roxbury site on September 4 or 8 were any detainees taken inside the industrial building, nor were any detainees’ belongings taken inside the building. On September 14, 2026, the Newark ERO Field Office Director issued a verbal order to Newark ERO Field Office managers and supervisors to direct their officers to make no use of the Roxbury site parking lot during immigration enforcement actions involving the apprehension and processing of detainees.

Since the summer, ERO Newark personnel have been using the inside of the warehouse building for training exercises regularly on a near daily basis. No detainees have been brought into the building as part of this training.

Sincerely,
KR

Krystal-Rose Perez
Senior Trial Attorney
United States Department of Justice
ENRD-Natural Resources Section
(202) 532-3266

CONFIDENTIALITY NOTICE The information contained in this communication from the Office of the New Jersey Attorney General is privileged and confidential and is intended for the sole use of the persons or entities who are the addressees. If you are not an intended recipient of this e-mail, the dissemination, distribution, copying or use of the information it contains is strictly prohibited. If you have received this communication in error, please immediately contact the Office of the Attorney General at (609) 292-4925 to arrange for the return of this information.

# EXHIBIT B

An official website of the United States government Here's how you know

SAM Role Requests Issue Largely Resolved
Show Details
Nov 6, 2026

SCA Wage Determination Issue Show Details
Nov 20, 2026

See All Alerts



# Contract Award

Award
70CDCR27FR0000002
Modification Details
Performance
Solicitation
Funding Details
Description
Awardee Information
Business Category
Current Contract Details
Legislative and Policy Details
Product/Service Information

Contract Award

## 70CDCR27FR0000002 Final

### Awardee

**SK2 LLC**

Unique Entity ID (UEI):
**H4WHPLHWHYQ4**

Doing Business as:
**(blank)**

### Details

Award Type:
**DELIVERY ORDER**

Referenced IDV (PIID):
**N0002325D0139**

Referenced IDV Sub-tier:
**9700 - DEPT OF DEFENSE**

Total Obligations:
**$31,777,231.00**

Total Contract Value:
**$998,285,252.59**

Total Estimated Order Value:
**$31,777,231.00**

Original Date Signed:
**Nov 05, 2026**

Agency Identifier:
**7012**

Closed Status:
**No**

Competition Information

History

Contracting Department/Ind. Agency

**7000 - HOMELAND SECURITY, DEPARTMENT OF**

Contracting Sub-tier

**7012 - U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Contracting Office

**70CDCR - DETENTION COMPLIANCE AND REMOVALS**

## Modification Details

Modification Number:

**0**

Transaction Number:

**0**

Action Obligation:

**$31,777,231.00**

Base And Exercised Options Value:

**$31,777,231.00**

Date Signed:

**Nov 05, 2026**

Total Contract Value:

**$998,285,252.59**

Reason for Modification:

**(blank)**

## Performance

Period Of Performance Start Date:

**Nov 05, 2026**

Principal Place of Performance State:

**NEW JERSEY**

Principal Place Of Performance County Name:

**ESSEX**

Congressional District Place of Performance:

**NEW JERSEY 08**

| Estimated Completion Date: | Principal Place Of Performance Country: | Principal Place Of City Name: | Place Of Performance ZIP Code(+4): |
|---|---|---|---|
| **Nov 04, 2031** | **UNITED STATES** | **NEWARK** | **07102-2534** |

## Solicitation

| Solicitation ID: | Solicitation Date: | Contract Opportunities Notice: |
|---|---|---|
| **(blank)** | **Aug 12, 2026** | **NOT APPLICABLE** |

## Funding Details

| Funding Department/Ind. Agency: | Funding Sub-Tier: | Foreign Funding: | Treasury Account Symbol: |
|---|---|---|---|
| **7000 - HOMELAND SECURITY, DEPARTMENT OF** | **7012 - U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT** | **NOT APPLICABLE** | **(blank)** |

## Description

THIS TASK ORDER IS TO PROCURE MAINTENANCE, AND DEVELOP A DESIGN FOR RENOVATION OF THE EXISTING ICE-OWNED PERMANENT STRUCTURE IN ROXBURY, NJ TO SERVE AS A PROCESSING AND DETENTION FACILITY AND PROVIDE WRAPAROUND SERVICES FOR OPERATION OF THE FACILITY.

## Awardee Information

Entity Name:
**SK2 LLC**

CAGE Code:
**01P83**

Unique Entity ID (UEI):
**H4WHPLHWHYQ4**

Doing Business As:
**(blank)**

Ultimate Parent Entity Name:
**SK2 LLC**

Ultimate Parent Unique Entity ID (UEI):
**H4WHPLHWHYQ4**

Domestic or Foreign Entity:
**U.S. OWNED BUSINESS**

FAR 4.1102 Exception:
**(blank)**

Physical Address:
**273 AVE PONCE DE LEON STE 900 SAN JUAN, PUERTO RICO 00917-1934 USA**

Phone:
**(512) 710-4866**

Fax:
**(blank)**

Country of Incorporation:
**USA**

State of Incorporation:
**PR**

Congressional District:
**PUERTO RICO 07**

## Business Category

Socio-Economic Data:
**(blank)**

Educational Entities:
**(blank)**

Contracting Officer's Determination of Business Size:
**SMALL BUSINESS**

Line of Business:
**(blank)**

Organization Factors:
**For Profit Organization**

Relationship with Federal Government
**All Awards**

Organization Type:
**CORPORATE NOT TAX EXEMPT**

Certifications:
**(blank)**

Business Types:
**Corporate Entity, Not Tax Exempt**

Other Governmental Entities:
**(blank)**

## Current Contract Details

Type of Contract:
**FIRM FIXED PRICE**

Nature of Services:
**CLOSELY ASSOCIATED,CRITICAL FUNCTIONS**

Emergency Acquisition:
**NOT APPLICABLE**

Consolidated Contract:
**NOT CONSOLIDATED**

National Interest Action:
**(blank)**

Multi Year Contract:
**Y**

Major Program:
**(blank)**

Contract Financing:
**(blank)**

Claimant Program Code:
**(blank)**

Cost or Pricing Data:
**No**

Purchase Card As Payment Method:
**No**

Cost Accounting Standards Clause:
**NOT APPLICABLE EXEMPT FROM CAS**

Undefinitized Action:
**NO**

Performance Based Service Acquisition:
**YES - SERVICE WHERE PBA IS USED.**

Number Of Actions:
**1**

GFP Provided Under This Action:
**TRANSACTION DOES NOT USE GFE/GFP**

Fee Paid for use of IDV:
**$0.00**

## Legislative and Policy Details

Clinger Cohen Act:

**NO**

Construction Wage Rate Requirements:

**NOT APPLICABLE**

Subcontract Plan:

**PLAN NOT REQUIRED**

Initiative:

**(blank)**

Materials, Supplies, Articles, and Equip:

**YES**

Labor Standards:

**YES**

Recovered Materials/ Sustainability:

**NO CLAUSES INCLUDED AND NO SUSTAINABILITY INCLUDED**

Price Evaluation Percent Difference:

**(blank)**

Additional Reporting:

**EMPLOYMENT ELIGIBILITY VERIFICATION (52.222-54), SERVICE CONTRACT INVENTORY (FAR 4.17)**

Interagency Contracting Authority:

**(blank)**

Bundled Contract:

**NOT BUNDLED**

Other Interagency Contracting Statutory Authority:

**(blank)**

## Product/Service Information

Product/Service Code:

**S206 - HOUSEKEEPING-GUARD**

Principal NAICS Code:

**541614 - PROCESS, PHYSICAL DISTRIBUTION, AND LOGISTICS CONSULTI**

Use Of EPA Designated Products:

**NOT REQUIRED**

DOD Acquisition Program:

**(blank)**

Country of Product or Service Origin:

**USA**

Sea Transportation:

**(blank)**

Place of Manufacture:

**NOT A MANUFACTURED END PRODUCT**

Information Technology Commercial Category:

**(blank)**

**NG SERVICES**

## Competition Information

Extent Competed For Referenced IDV

**FULL AND OPEN COMPETITION**

Extent Competed:

**FULL AND OPEN COMPETITION**

Fair Opportunity/Limited Sources

**FAIR OPPORTUNITY GIVEN**

Commercial Products and Services Acquisition Procedures

**COMMERCIAL PRODUCTS/SERVICES PROCEDURES NOT USED**

Source Selection Process:

**Trade-off**

Solicitation Procedures:

**SUBJECT TO MULTIPLE AWARD FAIR OPPORTUNITY**

Other Than Full And Open Competition

**(blank)**

IDV Number of Offers:

**109**

Small Business Competitiveness Demonstration Program

**NO**

IDV Type Of Set Aside:

**NO SET ASIDE USED.**

Evaluated Preference:

**NO PREFERENCE USED**

Local Area Set Aside:

**NO**

Number Of Offers Received:

**7**

Number of Offers Source:

**This Action**

Type Of Set Aside:

**(blank)**

Type Of Set Aside Source:

**IDC**

Small Business Innovation Research (SBIR)/Small Business Technology Transfer (STTR)

**(blank)**

A76 Action:

**(blank)**

Simplified Procedures for Certain Commercial Products and Commercial Services

**(blank)**

## History

| Prepared Date: | Approved Date: | Last Modified User: | Closed Status Date: |
|---|---|---|---|
| **Nov 04, 2026** | **Nov 05, 2026** | **SWEST7012** | **(blank)** |
| Prepared User: | Approved By: | Last Modified Date: | Closed By: |
| **SWEST7012** | **SWEST7012** | **Nov 13, 2026** | **(blank)** |

## Our Website

About This Site

Our Community

Release Notes

System Alerts

## Our Partners

Acquisition.gov

USASpending.gov

Grants.gov

More Partners

## Policies

Terms of Use

Privacy Policy

Restricted Data Use

Freedom of Information Act

Accessibility

## Customer Service

Help

Check Entity Status

Federal Service Desk

External Resources

Contact

⚠ **WARNING**

This is a U.S. General Services Administration Federal Government computer system that is **"FOR OFFICIAL USE ONLY."** This system is subject to monitoring. Individuals found performing unauthorized activities are subject to disciplinary action including criminal prosecution.

This system contains Controlled Unclassified Information (CUI). All individuals viewing, reproducing or disposing of this information are required to protect it in accordance with 32 CFR Part 2002 and GSA Order CIO 2103.2 CUI Policy.

SAM.gov

An official website of the U.S. General Services Administration